**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04832

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
DAVID J. VENTURELLA, in his official capacity as Senior Official performing the duties of the Director of Immigration and Customs Enforcement,

Defendants.

---

**ATTORNEY DECLARATION OF CARRIE NOTEBOOM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

---

I, Carrie Noteboom, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am an Assistant Deputy Attorney General in the Colorado Department of Law, and submit this Declaration in support of the State of Colorado's Motion for Preliminary Injunction in the above-captioned matter. I am an attorney of record for Colorado in this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Request for Information issued on February 14, 2025, by U.S. Immigration and Customs Enforcement, Denver Field Office, for Immigration Detention Services.

4. Attached hereto as Exhibit 2 is a true and correct copy of a redacted version of Highland Real Estate Investment Trust ("REIT")'s response to the February 14, 2025, Request

for Information, obtained through a Freedom of Information Act ("FOIA") request by the American Civil Liberties Union ("ACLU").

5. Attached hereto as Exhibit 3 is a true and correct copy of a redacted version of the Letter Contract and Statement of Objectives issued by Immigration and Customs Enforcement, Enforcement and Removal Operations to the GEO Group on December 1, 2025, obtained through a FOIA request by the ACLU.

6. Attached hereto as Exhibit 4 is a true and correct copy of the lease agreement between Highlands REIT and the GEO Group, dated July 9, 2026.

7. Attached hereto as Exhibit 5 is a true and correct copy of a press release issued by the GEO Group dated July 13, 2026, titled *The GEO Group Announces Contract for Company-Leased 1,188-Bed Big Horn Facility in Colorado*.

8. Attached hereto as Exhibit 6 is a true and correct copy of press release from the GEO Group dated August 6, 2026, titled *THE GEO GROUP REPORTS SECOND QUARTER RESULTS AND UPDATES FULL YEAR 2026 GUIDANCE*.

9. Attached hereto as Exhibit 7 is a true and correct copy of the DHS Instruction Manual 023-01-001-01, Revision 01, Implementation of NEPA (Nov. 6, 2014).

10. Attached hereto as Exhibit 8 is a true and correct copy of the Combined Complaint and Consent Agreement between the GEO Group and the U.S. Environmental Protection Agency, dated June 24, 2014.

11. Attached hereto as Exhibit 9 is a true and correct copy of a Request for Proposal ("RFP") issued on August 28, 2026, by U.S. Immigration and Customs Enforcement, Office of Acquisition Management.

12. Attached hereto as Exhibit 10 is a true and correct copy of Attachment 16 to the August 28, 2026 RFP, titled *Procedural Guidance for Complying with National Environmental Policy Act Requirements – Proposed Contract Detention Facility (CDF)*.

13. Attached hereto as Exhibit 11 is a true and correct copy of a map prepared by the Colorado Department of Public Health and Environment, Air Pollution Control Division showing the Colorado 8-hour ozone nonattainment areas.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 29th day of September, 2026.

*/s/ Carrie Noteboom*

Carrie Noteboom
Assistant Deputy Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov

# EXHIBIT #1

**Request for Information**
**--Denver Field Office--**
**U.S. Immigration and Customs Enforcement**
**Immigration Detention Services**

## A. Introduction

The United States Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) is issuing this request for information (RFI) in accordance with Federal Acquisition Regulation (FAR) Part 10 to identify possible detention facilities to house noncitizens and immigration violators in support of its public safety mission under the authority of the Immigration and Nationality Act (INA), as amended.

The intent of this RFI is to obtain market information for planning purposes and to determine appropriate strategies to meet the agency's requirements. This RFI is issued solely for informational and planning purposes and does not constitute a request for proposal (RFP) or a commitment to an RFP in the future. Responses to this notice are not considered offers and cannot be accepted by the government to form a binding contract. Responders are advised that the government will not pay for any information or administrative costs incurred in response to this announcement and information submitted in response to this RFI will not be returned. ICE may use the information submitted in response to this RFI to determine any potential for future requirements and contingent on operational needs and available funding.

## B. Facility Overview and ICE Preferences

ICE is seeking available detention facilities for single adult populations (male and female) within the **Denver Field Office** which includes **Colorado and Wyoming**.

Point of Contact: Denver.Outreach@ice.dhs.gov

Facilities should be within a two-hour surface commute of an ICE field office or sub-office (see below). Interested parties may submit one or more privately-owned and operated facilities. Submissions should be clearly labeled with the geographic area of interest and are limited to 15 pages including photographs.

Proposed solutions must be capable of providing all infrastructure, services, equipment, and personnel necessary to house ICE noncitizens in a safe and secure environment in accordance with either of the following sets of ICE detention standards:

- National Detention Standards 2019
- Performance Based National Detention Standards 2011

If your organization is unable to comply with these standards, please clearly describe what additional efforts are required, including renovations, staffing, etc.

Additionally, ICE is seeking:

- Approximately 850 to 950 detention beds (15%-20% for females) for low, medium-low, medium-high, and high-level security adult noncitizens, to include a dedicated dorm(s) or special housing unit(s) for ICE noncitizens with custody classifications of medium-high and high.

- Facilities with segregation unit(s), an infirmary, and local access to general acute hospital care to include an emergency room, surgical and mental health services, and access to public and commercial transportation routes and services.

- Dedicated facilities solely for ICE use are preferred; however, ICE will consider detention facilities housing other detained populations if separation from ICE detainees is maintained.

- For additional information regarding ICE's detention network please visit: https://www.ice.gov/detain/detention-management.

**C. RFI Responses:**

- Interested parties should submit the following information:
  - Point of contact information (name, title, phone number, address, email address).
  - Facility address(es).
  - Facility information: percentage of proposed facility for ICE use up to 100%. Less than 100% is acceptable; however, provide the composition of other populations and their percentage of the overall facility capacity.
  - Facility ownership.
  - Proposed facility operator.
  - Proposed ICE Detention Standard (NDS or PBNDS)
  - Date of last use, population, and operator.
  - Dedicated or shared facility.
  - Year built.
  - Capacity:
    - Number of housing units and beds (by sex and classification)
    - Beds available for ICE use
    - General population (GP) beds
    - Intake beds
    - Segregation beds
    - Medical beds
  - Information on medical, dental, and mental health clinical space.
  - Capacity and information on visitation areas to include video teleconferencing space and capabilities.
  - Capacity and information on administrative space and parking availability for ICE and various stakeholders.
  - Size of, and information on, outdoor recreation area.
  - Photographs of the exterior and interior.

    - Timeframe for availability for ICE use.
    - Transportation distances and names of local hospitals, transportation hubs (airport, bus, train), fire stations, and immigration court.
    - Availability of, and access to, local consulates and pro-bono legal services

- Interested parties should also provide responses to the following:

    - Current detention or transportation services provided to ICE, Customs and Border Protection, U.S. Marshals Service, Federal Bureau of Prisons, or other federal agencies.
    - In the past, the government has priced detention contracts with an all-in bed day rate. Provide other pricing structures that you believe could be used to better distribute risk between the government and a contractor which might result in better operational and business outcomes for all parties.
    - Any recommended changes to ICE's requirements to better meet *best value*, i.e., by reducing cost substantially without sacrificing the effectiveness of core operations.
    - Identity potential hiring/staffing challenges.
    - List potential impediments to facility operation (pending or expected legal issues, state/county statutes, political concerns including opposition to ICE mission within local and state government/community, etc.).

**D. RFI Submission**

Responses must be submitted no later than **5 p.m. Eastern Time on 21 February 2025**. Responses cannot exceed **15 pages** in length. Responses shall be submitted to the following personnel via email:

Ian Somppi, Contracting Officer, ian.somppi@ice.dhs.gov
Amanda Stought, Contract Officer, amanda.stought@ice.dhs.gov
William Burger, Contract Specialist, william.burger@ice.dhs.gov

Interested parties may provide additional feedback (i.e., questions, comments, etc.) to the government regarding this RFI. Government responses to industry feedback may not be provided or published. However, if formally solicited, industry feedback may be considered when finalizing the solicitation documentation including the requirements of the statement of work.

Please note that responses to this RFI may be subject to a Freedom of Information Act release. If any information in the response is proprietary, then it must be clearly identified and labeled as such.

| AOR | Office Type | Address | City | Region | ZIP |
|---|---|---|---|---|---|
| DEN | Field Office | 12445 E. Caley Avenue | Centennial | CO | 80111 |
| DEN | Sub-Field Office | 32 Sheppard Drive | Durango | CO | 81303 |
| DEN | Sub-Field Office | 569 S. Commercial Drive | Grand Junction | CO | 81505 |
| DEN | Sub-Field Office | 1921 State Street | Alamosa | CO | 81101 |
| DEN | Sub-Field Office | 3770 Puritan Way, Unit J | Frederick | CO | 80516 |
| DEN | Sub-Field Office | 466 Tucker Street | Craig | CO | 81625 |
| DEN | Sub-Field Office | 7052 Commerce Circle, Suite 130 | Cheyenne | WY | 82007 |
| DEN | Sub-Field Office | 150 East B Street, Suite 1014 | Casper | WY | 82601 |
| DEN | Sub-Field Office | 100 Midland Avenue, Suite 110 | Glenwood Springs | CO | 81601 |
| DEN | Sub-Field Office | 935 State Highway 67 | Florence | CO | 81226 |
| DEN | Sub-Field Office | 3130 N. Oakland Street | Aurora | CO | 80010 |

# EXHIBIT #2

# HUDSON CORRECTIONAL FACILITY




February 21, 2025

***VIA EMAIL***

(b)(6),(b)(7)(C)
Contracting Officer
Email: (b)(6),(b)(7)(C) @ice.dhs.gov

(b)(6),(b)(7)(C)
Contract Officer
Email: (b)(6),(b)(7)(C) @ice.dhs.gov

(b)(6),(b)(7)(C)
Contract Specialist
Email: (b)(6),(b)(7)(C) @ice.dhs.gov

**Contracting Office Address:**
500 12th Street SW
Washington, DC 20024

**RESPONSE TO REQUEST FOR INFORMATION**
**--DENVER FIELD OFFICE--**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
**IMMIGRATION DETENTION SERVICES**

---

To Whom It May Concern:

In response to the above-referenced Request for Information **("RFI")**, we respectfully submit **Hudson Correctional Facility**, a (b)(4) bed, (b)(6),(b)(7)(C) (b)(4) medium security facility located at 3001 Juniper Street, Hudson, CO 80642 **("Hudson").** Hudson is located just northeast of Denver on I-76, approximately 25 miles north of Denver International Airport and within a 2-hour drive of the following ICE offices:

| ICE Field Office | Appx Distance to Hudson | Appx Drive Time |
|---|---|---|
| Centennial | 54 miles | 56 minutes |
| Frederick | 22 miles | 32 minutes |
| Aurora | 35 miles | 41 minutes |
| Cheyenne | 88 miles | 1 hour 37 minutes |

## HUDSON CORRECTIONAL FACILITY

***Facility Background***

Hudson was built in 2009 and it has been without prisoners since 2014. It has been very well maintained, and its current condition reflects its low mileage. Hudson is available to be 100% dedicated as an ICE facility. Hudson has the flexibility to manage a wide range of offenders of different classification levels. With four distinct housing units, Hudson's design plan can simultaneously accommodate different detainee groups, including both male and female detainees, after some minor modifications to the fencing. Hudson is also expansion-ready: oversized dayrooms could easily accommodate additional bunking and in the longer term, Hudson owns 37 acres adjacent to the facility and already received a conditional use permit for a 1,000-bed expansion on that site.

Hudson has a 124-bed segregated housing unit (with 62 cells) for high-level offenders but there are many non-punitive areas suitable for lower-level detention. Hudson has massive dayrooms with washer/dryer hookups, wiring for televisions and phones, and coaxial cables in each cell. For recreation, each housing unit has a private recreation yard and Hudson also boasts a soccer field, a baseball diamond, a volleyball court, outdoor handball courts, an indoor handball court and a full indoor basketball court. Hudson also has a running track, a large garden space and nearly 12,000 square feet of classroom and education space.

***Ownership and Private Operators***

Hudson has the infrastructure to house ICE non-citizens in a safe and secure environment. Hudson is owned by Highlands REIT, Inc. **("Highlands")**, a public reporting real estate investment trust. Highlands is not an operator of correctional or detention facilities. Highlands was formed to work out non-core assets from our former parent company, which is how Highlands acquired Hudson.

Highlands has held advanced discussions with numerous potential operators for Hudson. Presently, such operators are conducting extensive due diligence on Hudson, including numerous site visits by contractors and specialists in the last month. Certain operators have already started working on facility activation plans for Hudson. Private operators want to be certain of ICE's selection of Hudson prior to committing to operation. Should ICE choose to utilize Hudson as a detention facility, an operator could take over Hudson practically immediately. Hudson's close proximity to Denver would make for a speedy facility activation. We estimate that depending on urgency and the specifics of the detainee population, Hudson could accept detainees in a matter of months. In short order, ICE's private operators could implement detention standards at Hudson that are acceptable to ICE.

***Specific RFI Responses***

| | |
|---|---|
| Point of Contact: | (b)(6),(b)(7)(C) EVP COO, Highlands REIT, Inc.<br>(952)-239 (b)(6),(b)(7)(C)<br>1 South Dearborn Street, (b)(6),(b)(7)(C)<br>Chicago, IL 60603<br>Email: (b)(6),(b)(7)(C) @Highlandsreit.com |
| Facility Address: | 3001 Juniper Street, Hudson, CO 80642 |
| Facility Utilization for ICE: | 100% |
| Facility Ownership: | Hudson is 100% owned by an indirect, wholly owned subsidiary of Highlands REIT, Inc., a public reporting real estate investment trust. Highlands acquired Hudson via a spin-off of non-core assets from its predecessor in 2016. |

# HUDSON CORRECTIONAL FACILITY

| | |
|---|---|
| Proposed Facility Operator: | Highlands is in advanced discussions with well-known potential operators and should ICE choose to utilize Hudson, an operator could take over Hudson practically immediately. |
| Proposed Detention Standards: | Hudson's operator would implement detention standards acceptable to ICE. |
| Date of Last Use, Population and Operator: | Hudson was previously leased to GEO Group, which lease ended in January 2020. GEO Group housed male inmates from Alaska at Hudson until 2014 and then the facility was idled. Hudson has been well maintained while idled. |
| Dedicated or Shared Facility: | Dedicated |
| Year Built: | 2009 |
| Capacity: | - 1,256 beds<br>- Four Housing Units with 1,132 beds (three units with 288 beds; one with 268 beds)<br>- Segregated Housing Unit with 124 beds<br>- Seven medical unit cells including three hospital cells, two negative pressure cells, one suicide observation cell and one large waiting room cell.<br>- Intake processing center of 4,300 square feet with four holding cells of varying size, medical screening, clothing exchange, showers and offices. |
| Information on medical, dental and mental health space: | - Seven medical unit cells including three hospital cells, two negative pressure cells, one suicide observation cell and one large waiting room cell.<br>- Medical unit of 6,500 square feet with multiple evaluation rooms, x-ray space, lab space, dental room, pharmacy and offices. |
| Capacity and information on visitation areas to include video teleconferencing space and capabilities: | Visitation area of 3,200 square feet, with children's play area, private visiting space and lavatories. Teleconferencing space is available, and equipment can be readily installed. |
| Capacity and information on administrative space and parking availability: | - Administration office space of 7,300 square feet, including over a dozen private offices and a 1,200 square foot conference room/training space.<br>- The main parking lot has room for approximately 290 spaces, with ample additional parking in the maintenance yard lot and service yard lots. |
| Size of, and information on, outdoor recreation area: | Multiple recreation yards and sporting facilities, including a soccer field and baseball diamond, outdoor and indoor handball courts, an indoor basketball court, a running track and large vocational gardens. |
| Photographs of exterior and interior: | Please see below |
| Timeframe for availability of ICE use: | Hudson is available immediately and could accept detainees in a matter of months. Depending on urgency, the detainee population and detention standards, modifications to fencing and upgrades to computer systems will be necessary. |
| Transportation distances and names of local hospitals, transportation hubs, fire stations and immigration court: | - Intermountain Platte Valley Hospital, with 24/7 Level III trauma center, is 15 miles south on I-76 (<20 mins drive).<br>- Denver International Airport is 25 miles south on I-76 (<30 mins drive) |

| | |
|---|---|
| | Four different Fire Stations within a 15-minute drive:<br>1. Hudson Fire Station at 702 Cedar St (<5 miles away)<br>2. Hudson Fire Station at 625 Cherry St. (5 miles away)<br>3. Southeast Weld Fire District #1 at 65 E. Gandy Avenue, Keenesburg, CO (12 miles)<br>4. Fort Lupton Fire Department (11 miles) |
| Availability of and access to local consulates and pro-bono legal services: | Hudson is only about 30 minutes from Denver, where numerous legal aid and pro-bono services are offered.<br>Hudson is located within an hour of many consulates, including:<br>- Mexican Consulate: 36 miles (45 mins) 5350 Leetsdale Dr #100, Glendale CO, 80246<br>- Honduras Consulate: 38 miles (45 mins) 14707 E. 2nd Ave., Aurora CO 80011<br>- El Salvador Consulate: 41 miles (50 mins) 1450 S Havana St #100, Aurora CO 80012<br>- Guatemala Consulate: 45 miles (50 mins) 1001 S. Monaco St Pkwy #101, Denver CO 80224 |

***Lead Time to Operation***

Private operators want to be certain of ICE's selection of Hudson prior to committing to operate Hudson. Should ICE choose to utilize Hudson as a detention facility, a private operator could accept detainees in a matter of months. Hudson's location within the greater Denver metro would make staffing far less challenging than more remote locations, especially with respect to medical positions and other specialties. Local governments (both Weld County Colorado and the town of Hudson) have been very supportive of Hudson and ICE's mission.

***Additional Responses***

As to detention contract structure, our understanding from private operators is that longer-term ICE contracts are needed to justify significant up-front investments in procuring detention infrastructure, like Hudson. Longer-term contracts would also provide stable and reliable long-term capacity for ICE.

Highlands does not provide services to ICE or any other federal or state agency.

# HUDSON CORRECTIONAL FACILITY




PhotoScan by Google Photos





1 South Dearborn Street (b)(6),(b)(7)(C) Chicago, Illinois 60603
HIGHLANDSREIT.COM

**Expansive dayrooms suitable for bunking, recreation or amenity area:**





**Segregated housing unit for high-level offenders:**



**Expansive recreation yards, including this soccer field:**



## HUDSON CORRECTIONAL FACILITY





# HUDSON CORRECTIONAL FACILITY





**Each housing unit has fencing for a private recreation yard:**





***Double perimeter fencing: 10' rolled razor wire fence and stun fence.**

# HUDSON CORRECTIONAL FACILITY

| Functional Areas | | |
|---|---|---|
| **Administration** | | **GSF** |
| 1.0 | Public Entrance/Lobby | 2,326 |
| 2.0 | Administration | 6,153 |
| 3.0 | Central Control | 474 |
| 4.0 | Intake/Processing | 4,307 |
| 5.0 | Visitation | 3,203 |
| 6.0 | Staff Services & Training | 1,213 |
| | **Subtotal GSF** | **17,675** |
| **Living** | | |
| 7.0 | Housing Living Units | See Below |
| 8.0 | SEG | See Below |
| | **Subtotal GSF** | **0** |
| **Services** | | |
| 9.0 | Medical Services | 6,471 |
| 10.0 | Inmate Services | 3,781 |
| 11.0 | Educational Programs | 5,889 |
| 12.0 | Vocational Programs | 5,268 |
| 13.0 | Recreational Programs (Covered/Ext.) | See Below |
| 14.0 | Dining | 7,030 |
| | **Subtotal GSF** | **28,440** |
| **Support** | | |
| 15.0 | Food Preparation | 4,105 |
| 16.0 | Laundry | 1,760 |
| 17.0 | Warehouse/Maint. (Outside Perimeter) | 7,526 |
| 18.0 | Warehouse/Maint. (Inside Perimeter) | 743 |
| 19.0 | Central Utility Plant | 749 |
| 20.0 | Outdoor Recreation (no structure; not included below) | |
| 21.0 | Common Spaces | 1,129 |
| | **Subtotal GSF** | **16,011** |
| | **TOTAL GSF Support Facility** | **62,126** |
| | Housing Unit #1 (62-SHU Beds, 276-2 Person Cells) | 54,848 |
| | Housing Unit #2 (304 Beds, 2-Person Cells) | 54,848 |
| | Housing Unit #3 (304 Beds, 2-Person Cells) | 54,848 |
| | Housing Unit #4 (304 Beds, 2-Person Cells) | 66,559 |
| | **TOTAL GSF Housing Units** | **231,103** |
| | Recreational Programs (Covered Ext.) | 7,800 |
| | **GRAND TOTAL GSF - PHASE 1** | **301,029** |

(b)(4)

**Note: This is the original Hudson Space Plan and the as-built space plan can vary (e.g., the generator is located within the perimeter fence).**

# HUDSON CORRECTIONAL FACILITY AND NEARBY POINTS OF INTEREST

Hudson Correctional Facility

3001 Juniper St

DENVER INTERNATIONAL AIRPORT

8500 Peña Blvd, Denver, CO 80249

Intermountain Health Platte Valley Hospital

1600 Prairie Center Pkwy, Brighton, CO 80601

Hudson Fire Protection District Station 1

702 Cedar St, Hudson, CO 80642

HOSPITAL, AIRPORT, FIRE STATION, DENVER METRO



# EXHIBIT #3

**Department of Homeland Security**
**Immigration and Customs Enforcement**
**Enforcement and Removal Operations**

**Detention Services for Aliens in DHS Custody**

**Statement of Objectives**

## 1. Introduction

The United States (U.S.) Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) requires a physical detention facility and requisite staffing to provide comprehensive detention services in a manner that provides for the health, safety, and security of aliens in ICE custody. The facility shall be located within appropriate proximity and access to emergency services (medical, fire protection, law enforcement, etc.) and access to airport services for transportation requirements.

NOTE: There shall be no public disclosure regarding the contract made by the contractor (or any subcontractors) without review and approval of such disclosure by ICE Public Affairs. The government considers such information privileged or confidential.

## 2. Background

ICE is responsible for the detention, health, welfare, transportation, and deportation of aliens in removal proceedings, and those subject to a final order of removal from the United States.

The mission of ICE's Enforcement and Removal Operations (ERO) is to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the U.S. illegally or otherwise undermine the integrity of immigration laws and border control efforts.

In implementing its mission, ERO is responsible for carrying out all orders for the securing and departure activities of aliens who are designated in removal proceedings and for arranging for the detention of aliens when such becomes necessary and prescribed by law.

## 3. Scope of Work

A contractor-owned/contractor-operated detention facility to house aliens on a 24 hours per day, 7 days per week, 365 days per year basis. The facility shall house males and females of all security levels.

Detention services shall be performed in accordance with the most current version of the National Detention Standards (NDS) 2019. The current version is available at www.ice.gov/detain/detention-management/2019.

NOTE: The contractor shall also abide by the March 7, 2014, DHS regulation Prison Rape Elimination Act of 2003 (PREA; P.L. 108-79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) available at https://www.gpo.gov/fdsys/pkg/FR-2014-03-07/pdf/2014-04675.pdf.

The contractor shall be responsible for obtaining and maintaining American Correctional Association (ACA) Adult Local Detention Facility (ALDF) accreditation. Conformance with the ACA ALDF Standards is required on the first day of contract performance and accreditation shall be obtained within 18 months from contract award. If the facility is already accredited, reaccreditation shall occur as required by the ACA.

The detention facility shall provide safe and secure conditions of confinement based on the characteristics of a varied population, including threat to the community, risk of flight, type and status of immigration proceeding, community ties, medical and mental health issues. The detention center shall provide access to legal services; natural light; indoor and outdoor recreation that allows for exercise; private showers and restrooms (where practicable); cafeteria style meal service; contact visitation including special arrangements for visiting families; private areas for attorney-client visits with video teleconferencing capabilities; controlled freedom of movement (the manner and degree of implementation may vary based on security levels); law library and legal resources; and programming, including religious services and social programs (as practicable) and space for religious services. The facility will provide administrative areas for ICE and a courtroom (virtual or in person as directed by the CO and COR).

The contractor shall furnish all personnel, management, equipment, supplies, training, certification, accreditation, and services necessary for performance of all aspects of the contract. Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in the contract.

The contractor will provide for the secure custody, care, and safekeeping of aliens in accordance with state and local laws, standards, policies, procedures for firearms requirements, or court orders applicable to the operations of the facility.

The contractor shall enforce disciplinary actions against any alien who is not in compliance with the rules and procedures of the facility in accordance with ICE NDS 2019 and applicable ICE policy.

In cases where there is a conflict in requirements, the most stringent shall apply. If the contractor is unable to determine which standard is more stringent, the COR shall determine the appropriate requirement.

The COR does not have the authority to modify the stated terms of the contract or approve any action that would result in additional charges to the government beyond what is stated in the contract line-item number schedule. The CO shall make all modifications in writing.

The contractor does not have a right of refusal and shall take all referrals from ICE. Exceptions may be allowed as determined by the COR or ACOR. For example: any alien found to have a medical condition that requires medical care beyond the scope of the contractor's health care provider. In the case of an alien already at the facility, the contractor shall notify ICE and request transfer of the alien from the facility. The contractor shall permit ICE reasonable time to make alternative arrangements for the alien.

DHS, ICE, federal entities, and third-party inspectors will conduct audits and inspections to assess contract performance to ensure compliance with ICE standards. Inspectors shall have full unfettered access to the facility and for/in all areas of performance. The contractor shall provide full and complete cooperation for all requests related to detention oversight or investigation.

Aliens are classified as High (Level 3), Medium-High (Level 2), Medium-Low (Level 1.5) or Low-Risk (Level 1). Upon discovery that an alien may be a juvenile, the contractor shall immediately notify the COR or ACOR and follow the instructions provided.

The contractor shall not house any non-ICE population at the facility without the expressed prior written approval of the CO.

**4. Facility**

Throughout the term of the contract, the contractor shall maintain current permits/business licenses and make copies available for government inspection. The contractor shall comply with all applicable federal, state, and local laws and regulations, and all applicable Occupational Safety and Health Administration (OSHA) standards.

ICE will review and approve all design documents and conduct final inspections of the facility before occupancy.

The facility shall provide administrative and support space for ICE staff as well as parking spaces sufficient for ICE employees, facility staff and visitors.

The contractor should have the ability to provide sufficient electricity and supply clean drinking water into the facility and manage timely and safe removal of waste and garbage. The facility shall maintain an emergency response plan to ensure continued operations when faced with power outages and other unexpected events.

The facility should have internet infrastructure (wired and/or wireless network access).

**5. Statement of Objectives**

The contractor(s) will provide comprehensive detention services, from detainee intake to transfer or removal, including a safe and secure environment and the provision of care and services required under ICE's detention standards. While performing the required services, the contractor should use culturally competent techniques and methods to interact with aliens.

There are nine objectives the successful contractor is responsible for:

- OBJECTIVE I: PROVIDE FOR FACILITY SECURITY
- OBJECTIVE II: PROVIDE FOR THE SAFETY OF STAFF DETAINED ALIENS
- OBJECTIVE III: PROVIDE AN ORDERLY ENVIRONMENT
- OBJECTIVE IV: PROVIDE ADEQUATE CARE TO DETAINED ALIEN
- OBJECTIVE V: PROVIDE RESOURCES AND ACTIVITIES FOR DETAINED ALIENS
- OBJECTIVE VI: PROVIDE ACCESS TO LEGAL RESOURCES
- OBJECTIVE VII: EFFECTIVELY ADMINISTER AND MANAGE DETAINEE RECORDS
- OBJECTIVE VIII: PROVIDE EFFECTIVE COMMUNICATION WITH DETAINEES AND WITH ICE
- OBJECTIVE IX: PROVIDE CASE MANAGEMENT SUPPORT FOR ERO OFFICERS

**6. Recommendations for Success**

As the population supported under the contract will be foreign born, the contractor must have access to a large pool of bilingual candidates in order to meet the goals of the contract. The use of translation and interpretation services is required to ensure effective communication with the detained population.

**7. Specific Objectives and Expected Outcomes**

In developing the Performance Work Statement (PWS), the contractor must address the following objectives and expected outcomes.

a. Objective 1: Provide for facility security

i. Expected Outcome 1A: The contractor shall have policies and procedures in place to provide a secure environment and orderly operations. This includes ensuring the following:

- Separate and secure space for facility intake and out-processing to include storage and management of personal property,
- Classification of detained aliens and placement in housing appropriate to assessed risk level,
- Secured and controlled storage of alien funds and personal property,
- Proper searches of detained aliens,

- Guidelines and reporting of uses of force and restraints, and
- Housing separate from general population for administrative and disciplinary segregation purposes.

b. <u>Objective 2: Provide for the safety of staff and detained aliens</u>

i. Expected Outcome 2A: The contractor will ensure policies and procedures are in place to ensure the physical safety of staff and detained aliens. This includes maintaining high standards of cleanliness and sanitation, safe work practices, and control of hazardous substances and equipment.

ii. Expected Outcome 2B: The contractor shall provide all ground transportation services as may be required to transport aliens securely, in a timely manner, to locations as directed by the COR or designated ICE official, including transportation to various appointments. The contractor shall provide on call guard services as requested by the COR or ICE-designated official and shall include, but is not limited to, escorting and guarding aliens for medical or doctor appointments; hospitalizations; hearings; ICE interviews; and any other off-site location requested by the COR or designated ICE official.

c. <u>Objective 3: Provide an orderly environment</u>

i. Expected Outcome 3A: The contractor shall enforce disciplinary actions against any alien who is not in compliance with the rules and procedures of the facility in accordance with applicable ICE NDS 2019 and applicable ICE policy.

d. <u>Objective 4: Provide adequate care to detained aliens</u>

i. Expected Outcome 4A: The contractor shall provide health services for the detained population. This includes medical staffing, as well as the structure and equipment to assess, triage, and provide basic and intermediate medical and mental health care. The contractor must also ensure local access to general acute hospital care (to include an emergency room, surgical and mental health services), and access to public and commercial transportation routes and services. The contractor shall also develop and implement written policies and procedures that define emergency health care evacuation of aliens from the facility.

ii. Expected Outcome 4B: The contractor shall have the ability to manage a quality food service program, either by preparing meals onsite or having a process to provide offsite catering for onsite meal service.

iii. Expected Outcome 4C: The contractor shall ensure availability of personal hygiene fixtures meeting the following (minimum) ratios:

| Males | Females |
|---|---|
| ○ Male – Toilets 1 per 12 male occupants, ½ can be urinals<br>○ Male – Washbasins (sinks) 1 per 12 occupants | ○ The only distinction between males and females is for toilets – 1 per 8 occupants |

| | |
|---|---|
| ○ Male – Showers 1 per 12 occupants<br>○ Included within these ratios, should be 1 toilet, 1 washbasin, and 1 shower that are installed via the Architectural Barriers Act | |

iv. Expected Outcome 4D: The contractor shall have the ability to regularly issue and exchange clothing, bedding, linens, and towels.

v. Expected Outcome 4E: The contractor shall have the ability to address and manage suicidal detainees and detainees at risk of self-harm.

vi. Expected Outcome 4F: Pursuant applicable federal and state law, the contractor shall have the ability to provide detainees with disabilities with accommodations, auxiliary aids, and modifications to policies, practices, and/or procedures to allow them an equal opportunity to access, participate in, or benefit from detention programs, services, and activities. Under federal and state law, the contractor must also provide detainees with disabilities with effective communication, which may include the provision of auxiliary aids, such as readers, materials in Braille, audio recordings, telephone handset amplifiers, sign language interpreters, videophones, telephones compatible with hearing aids, telecommunications devices (TTYs), and note-takers, as needed.
The contractor must consider and respond to detainees' formal and informal requests for disability-related aids, modifications, and accommodations.
ICE can assist in procuring disability-related services, aids, and accommodations.

e. Objective 5: Provide resources and activities for detained aliens

i. Expected Outcome 5A: The contractor must be able to provide designated space to allow for general visitation between authorized persons and detainees within security and operational constraints.

ii. Expected Outcome 5B: The contractor must be able to provide a designated private consultation room(s) to allow detainees to meet privately with their current or prospective legal representative(s) and with their consular officials. Availability for legal visitation shall be permitted for a minimum of eight hours per day on regular business days, and a minimum of four hours per day on weekends and holidays.

iii. Expected Outcome 5C: The contractor shall ensure that there is sufficient outdoor recreation space to meet NDS requirements.

iv. Expected Outcome 5D: The contractor must be able to provide detainees with reasonable and equitable access to telephones. The facility must provide at least one operable telephone for every twenty-five detainees to ensure sufficient access.

f. Objective 6: Provide access to legal resources

i. Expected Outcome 6A: The contractor must be able to provide a designated room or a suitable area for a law library. The area or room will have sufficient space and resources to facilitate detainees' legal research and writing and will have access to

legal materials and equipment (including access to a computer, ability to print, ability to photocopy, paper and writing instruments).

The contractor must also be able to provide a designated multi-purpose space furnished with tables and chairs that can accommodate group legal orientation presentations. The space shall also be equipped with telephones with speakers and/or headsets, audio-visual equipment for presentations, and video-conferencing capability for virtual presentations.

g. Objective 7: Effectively administer and manage detainee records
   i. Expected Outcome 7A: All alien files are to be prepared, maintained, retired, and disposed of in accordance with ICE policy and National Archives and Records Administration requirements. Policy and procedures shall be developed to ensure the confidentiality and security of all alien files. The contractor shall be responsible for alien record keeping services and personal property.

      The contractor shall safeguard all records related to the operation of the facility.

h. Objective 8: Provide effective communication with detainees and with ICE
   i. Expected Outcome 8A: The contractor is responsible for providing meaningful access (i.e., accurate, timely, and effective communication at no cost to the alien) to all facility programs and services for individuals with limited English proficiency.

i. Objective 9: Provide contract detention processing support for ERO Officers
   i. Expected Outcome 9A: The contractor shall provide Contract Detention Processing Officers (CDPOs) to assist ERO officers and other detention facility staff in maintaining a safe detention environment and supporting case management and removal processing. CDPOs are also a resource to aliens in ICE custody, providing information on issues that commonly affect the ICE detainee population.

# LETTER CONTRACT

| Big Horn Correctional Facility | | |
|---|---|---|
| CONTRACTOR: | GEO Group Inc., 4955 Technology Way, Boca Raton, FL 33431-3367 | |
| | UEI: (b)(7)(E) | CAGE: (b)(7)(E) |

| | |
|---|---|
| AGENCY: | Detention Compliance and Removals, ICE Office of Acquisition Management, 500 12th St SW, Washington, DC 20024 |

| | |
|---|---|
| LOCATION: | Big Horn Correctional Facility (previously Hudson)<br>3001 Juniper Street, Hudson, CO 80642<br>Leavenworth, KS 66048 |

| | |
|---|---|
| Letter Contract #: | **70CDCR25D00000012** |
| Date: | December 1, 2025 |
| Contract Type: | Hybrid – Firm Fixed Price and Labor Hour |
| Period of Performance: | 180 days from date of award or before completion of 40% of the work to be performed, whichever occurs first. |

**Purpose:**

This letter contract establishes an Undefinitized Contract Action (UCA) for comprehensive detention services at the Big Horn Correctional Facility (previously Hudson Correctional Facility), in accordance with Federal Acquisition Regulation (FAR) Subpart 16.6. A total, potential ceiling amount of (b)(4),(b)(5) is established for purposes of this letter contract, with an initial obligation amount of (not to exceed) (b)(4),(b)(5). This letter contract will be performed in accordance with the Statement of Objectives (SOO) referenced below and other terms and condition set forth herein.

**Estimated Letter Contract Scope of Work and CLINs (or reference SOO):**

See Attachment 1 – SOO

| ESTIMATED PER DIEM COSTS | | | |
|---|---|---|---|
| Item | Unit Price | Estimated Number of Months | Estimated Cost (180 days) |
| Ramp Up | (b)(4),(b)(5) | | |
| DETENTION AND TRANSPORTATION COSTS | | | |
| Number of Required Beds | Proposed per Diem Rate | Estimated Number of Days | Estimated Cost (180 days) |
| (b)(4),(b)(5),(b)(7)(E) | | | |
| | | | |
| Estimated Guard Hours per Day | Hourly Rate | Estimated Number of Days | Estimated Cost (180 days) |
| (b)(4),(b)(5),(b)(7)(E) | | | |
| | | | |
| Estimated Number of Miles per Day | Mileage Rate | Estimated Number of Days (365) | Estimated Cost (180 days) |
| (b)(4),(b)(5),(b)(7)(E) | | | |
| | | | |
| | | **Total Estimated Costs:** | (b)(4),(b)(5) |

**Letter Contract Terms and Conditions:**

(b)(4),(b)(5)

(b)(5)

# (b)(5)

# EXHIBIT #4

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): July 9, 2026

# HIGHLANDS REIT, INC.

(Exact Name of Registrant as Specified in its Charter)

| **Maryland** | **000-55580** | **81-0862795** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1 South Dearborn Street, 20th Floor Chicago, IL 60603**

(Address of Principal Executive Offices, Including Zip Code)

**312-583-7990**

(Registrant's Telephone Number, Including Area Code)

**N/A**

(Former Name or Former Address, if Changed Since Last Report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act: None.

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| N/A | N/A | N/A |

Securities registered pursuant to Section 12(g) of the Act: Common Stock

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01. Entry into a Material Definitive Agreement.**

On July 9, 2026, Highlands REIT, Inc. (the “Company” or “Highlands”), through its subsidiary IVT PPD Hudson Associates, L.L.C., entered into a Lease Agreement (the “Lease”) with GEO Secure Services, LLC (the “Lessee”) for its property located at 3001 Juniper Street, Hudson, CO 80642 (the “Property”). The Lease will commence on August 1, 2026 (the “Commencement Date”), and will terminate eighty-eight (88) months after the Commencement Date (the “Term”).

Pursuant to the Lease, the Lessee will pay the Company a monthly base rental fee of $250,000 per month (“Base Rent”), beginning four (4) months after the Commencement Date. Base Rent will be increased to $958,333.33 per month beginning on the earlier of (i) the six-month anniversary of the Commencement Date or (ii) the date on which the Property becomes occupied (the “Occupancy Date”). Thereafter, Base Rent shall be increased by 3% on each annual anniversary of the Occupancy Date. Notwithstanding the foregoing, if a certain agreement between the Lessee and an unrelated third party (as described in the Lease) is terminated during the Term, Base Rent shall be decreased to $250,000 per year for the remainder of the Term. In addition to Base Rent, the Lessee will also pay to the Company a sum equal to the total annual taxes for the Property and all improvements thereon and thereto.

The foregoing description of the Lease does not purport to be complete and is qualified in its entirety by reference to the full text of the Lease, a copy of which is filed as Exhibit 10.1 to this Current Report on Form 8-K and incorporated herein by reference.

**Item 9.01. Financial Statements and Exhibits.**

(d) *Exhibits*

| Exhibit No. | Description of Exhibits |
|---|---|
| 10.1 | Lease Agreement, by and between IVT PPD Hudson Associates, L.L.C. and GEO Secure Services, LLC, effective August 1, 2026. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Highlands REIT, Inc.**

Date: July 13, 2026 By: /s/ Robert J. Lange
Name: Robert J. Lange
Title: President and Chief Executive Officer

# LEASE AGREEMENT

THIS LEASE AGREEMENT (this "**Lease**") is made and entered into by and between IVT PPD Hudson Associates, L.L.C., a Delaware limited liability company ("**Landlord**"), and GEO Secure Services, LLC, a Florida limited liability company ("**Tenant**"), to be effective as of August 1, 2026 (the "**Commencement Date**").

## ARTICLE I - DESCRIPTION OF LEASED PREMISES

Section 1.1. Landlord, in consideration of the rents reserved and the covenants and agreements herein contained to be kept and performed by Tenant, hereby lets, rents, leases and demises unto Tenant the following described premises (the "**Premises**") known as the Hudson Correction Facility and located at 3001 Juniper Street, Hudson, CO 80642 and further described in **Exhibit A** attached hereto and incorporated herein for all purposes. The Premises includes all improvements currently existing as of the Commencement Date, which are referred to herein as "**Existing Improvements**." Any alterations or additions made by or on behalf of Tenant to the Premises from and after the Commencement Date or fixtures installed by Tenant from and after the Commencement Date are collectively referred to herein as "**Alterations.**" The Existing Improvements and Alterations are collectively referred to herein as "**Improvements**."

## ARTICLE II - TERM OF LEASE AND RENT

Section 2.1. The term of this Lease (the "**Lease Term**" or the "**Term of this Lease**") shall commence on the Commencement Date and, subject to the other provisions of this Lease, shall terminate on the day that is seven (7) years and four (4) months after the Commencement Date (the "**Expiration Date**").

Section 2.2. During the Lease Term, Tenant covenants and agrees to pay to Landlord a monthly base rental (the "**Base Rent**") in accordance with this Section 2.2. Notwithstanding any other provision in this Lease, Tenant shall not be obligated to pay any Base Rent for the first four (4) months of the Lease Term following the Commencement Date (e.g., if the Commencement Date occurs on February 10, 2026, then for the time period from February 10, 2026 through May 9, 2026 Tenant would not be obligated to pay Base Rent and Base Rent would commence on May 10, 2026). Thereafter, following such initial 4-month period, Tenant shall initially pay Base Rent in the amount of $250,000 per month. Notwithstanding the foregoing to the contrary, upon the earlier to occur of (i) the six (6) month anniversary of the Commencement Date or (ii) the date that there are any occupants being held or detained at the Premises (such earlier date being the "**Occupancy Date**"), the Base Rent shall thereafter be amended as of the Occupancy Date to be $958,333.33 per month and the Base Rent shall thereafter be increased on each annual anniversary of the Occupancy Date by multiplying the Base Rent payable immediately before such anniversary of the Occupancy Date by the Rent Adjustment Percentage (as defined below) and adding the resulting amount to the Base Rent payable immediately before such Adjustment Date. Base Rent, as so adjusted, shall thereafter be due as provided herein. Base Rent adjustments for any fractional calendar month shall be prorated. Notwithstanding the foregoing, when the contract between Tenant and U.S. Immigrations and Customs Enforcement ("**ICE**") (the "*ICE Contract*") terminates, Base Rent shall be decreased to $250,000 per year for the remainder of the Lease Term ("**Remainder Period**"). For the avoidance of doubt, absent ICE exercising an early termination right under the ICE Contract, Landlord shall receive at least sixty (60) months of the elevated Base Rent amount. Following termination of the ICE Contract, Tenant hereby agrees to use good faith and commercially reasonable efforts to market the Property to ICE or an alternate party. If during the Remainder Period, Tenant enters into a contract with ICE or an alternate party, subject to Landlord and Tenant agreeing to the Base Rent rate payable during such extension term, this Lease will automatically renew ("**Renewal Date**") for a period of time which matches the duration of such contract, and the Base Rent shall thereafter be amended as of the Renewal Date to be a rate to be agreed to by the Tenant and Landlord; provided, however, if Landlord and Tenant are unable to agree to such Base Rent rate, then the Lease Term shall expire on the Expiration Date but the Base Rent shall reset as of the commencement of Tenant's new contract with ICE or an alternate party, with the Base Rent being the amount that would have been payable by Tenant had its agreement with ICE not been terminated, as such Base Rent escalates on each anniversary of the Occupancy Date.

As used herein, the "**Rent Adjustment Percentage**" shall mean three percent (3%).

Base Rent shall be payable in consecutive monthly installments, in advance, without demand, deduction or offset, commencing on the Commencement Date and continuing on the first day of each calendar month thereafter until the expiration of the Lease Term. The first full monthly installment of Base Rent shall be payable upon Tenant's execution of this Lease. The obligation of Tenant to pay Rent (as defined below) and other sums to Landlord and the obligations of Landlord under this Lease are independent obligations. If the Commencement Date is a day other than the first day of a calendar month, or the Lease Term expires on a day other than the last day of a calendar month, then the Base Rent for such partial month shall be calculated on a per diem basis. In the event Landlord delivers possession of the Premises to Tenant prior to the Commencement Date, Tenant agrees it shall be bound by and subject to all terms, covenants, conditions and obligations of this Lease during the period between the date possession is delivered and the Commencement Date, other than the payment of Base Rent, in the same manner as if delivery had occurred on the Commencement Date. The Base Rent, Additional Rent (as defined in Section 2.3) and other amounts required to be paid by Tenant to Landlord hereunder, are sometimes collectively referred to as, and shall constitute, "**Rent**."

Section 2.3. In addition to the Base Rent payable pursuant to Section 2.2, during and with respect to the Term of this Lease, Tenant shall pay, and hereby covenants and agrees to pay, to Landlord, as additional rental ("**Additional Rent**"), a sum equal to the total annual taxes for the Premises and all Improvements thereon and thereto (including State, County, City, School and any other taxing district or body authorized to assess and collect taxes on the Premises) (collectively, "**Property Taxes**"). As soon as tax bills are available to Landlord for each tax year during the Lease Term, Landlord will present to Tenant true copies of the bills from each taxing authority evidencing the taxes assessed upon the Premises for such year. If the Premises are taxed as part of a larger tract, Landlord shall include a statement reflecting Landlord's calculation of the share of the total of such taxes allocable to the Premises and the Improvements thereon and thereto as reasonably determined by Landlord. Tenant covenants to pay to Landlord the amount of such taxes for the Premises and the Improvements thereon for each tax year (prorated for the partial year in which the Lease Term commences or terminates) within thirty (30) days following receipt of such copies of official tax bills. If Tenant fails to pay Landlord such Additional Rent at least thirty (30) days prior to the last date for payment of such taxes without penalty (so long as Tenant shall have had at least fifteen (15) days to pay Landlord such taxes as hereinabove provided), Tenant also shall be liable for and shall pay to Landlord as Additional Rent any interest and/or penalties incurred as a result of late payment of such taxes. Tenant's agreement and obligation to pay such taxes for the calendar year in which this Lease terminates shall survive the expiration or termination of this Lease.

At Tenant's option, Tenant shall pay to Landlord, with each installment of monthly Base Rent, an amount equal to 1/12th of the annual taxes on the Premises and the Improvements thereon, as reasonably estimated by Landlord from time to time. Payments thereof for any fractional month shall be prorated. If Tenant's total payments for any tax year are less than the actual taxes on the Premises and Improvements for such tax year, Tenant shall pay the difference to Landlord with fifteen (15) days of receipt of such tax bills as above provided; and if Tenant's total payments for any tax year are more than the actual taxes on the Premises and Improvements for such tax year, Landlord shall credit such excess against the next payable monthly installment(s) of estimated tax payable by Tenant to Landlord hereunder.

At Tenant's request, Landlord shall cooperate with Tenant to regularly contest the amount or validity, in whole or in part, of the Property Taxes. Landlord shall be reimbursed for its reasonable, out-of-pocket costs incurred in connection with any such contest or appeal of the Property Taxes, including without limitation reasonable attorneys' fees and/or consultant fees. Tenant shall be credited with any refund of Property Taxes to the extent the same covers the period of time in which Tenant actually paid the Property Taxes for the Property and, if applicable, such refund shall be made to Tenant within thirty (30) days after Landlord receives such refund. To the extent in Landlord's possession, custody or control, Landlord shall provide Tenant with a copy of any reappraisal of the Premises, relating to the Property Taxes applicable to the then current tax year, within five (5) business days after Tenant's written request thereof. If any Landlord reappraisal of the Premises reveals that Landlord has a basis to contest an increase of the Property Taxes, and Landlord has elected not to contest the Property Taxes, then Tenant shall have the right to contest the Property Taxes on behalf of Landlord with Tenant being responsible for its own costs without any obligation of Landlord to reimburse the same.

If at any time during the Term, the Landlord does not pay any Property Taxes when due, then Tenant may send written notice to Landlord, advising Landlord of such failure and notifying Landlord that if it does not pay the delinquent Property Taxes within fifteen (15) days after receipt of such written notice, then Tenant shall pay such Property Taxes directly and thereafter offset such amount against the next Rent payment(s) becoming due. Thereafter, if Landlord fails to pay the delinquent Property Taxes within fifteen (15) days after receipt of such written notice, then Tenant may paid Property Taxes directly to the taxing district or body and offset such payments from the next Rent payment(s).

Section 2.4. Tenant shall pay as and when due all taxes and assessments levied or assessed against the personal property, furniture, furnishings, trade fixtures and equipment of Tenant, on or in the Premises or used in connection with the operation of Tenant's business.

Section 2.5. All rents, together with any other amounts payable hereunder by Tenant to Landlord, shall be due and payable, without demand therefor (except as herein expressly provided) and without deduction, abatement or setoff, via electronic funds transfer, wire, or other similar mechanism to an account designated in writing by Landlord. Any payments or charges due from Tenant to Landlord hereunder shall be considered rent for all purposes of this Lease. All past due installments of Rent shall bear interest at the lesser of (a) twelve percent (12%) per annum, or (b) the maximum lawful rate, from the date due through the date paid (such lesser rate being the "**Default Rate**"). In addition to the foregoing interest, Landlord may, without further notice to Tenant, impose a late payment charge equal to five percent (5%) of any amount due (it being agreed that with respect to any particular late payment, only one late charge will be applied to such delinquency but that Landlord shall have the right to impose late charges on subsequent late payments) if any amount due under this Lease is not paid within five (5) days from the date required to be paid hereunder.

Section 2.6. This Lease is intended to be and shall be construed to be a "net lease" and, as between Landlord and Tenant, Tenant shall pay, as part of its obligations to pay Additional Rent, all costs, fees, charges, taxes, utility payments, assessments and other expenses of every kind or character, foreseen or unforeseen, ordinary or extraordinary, for the payment of which Landlord or Tenant is or shall become liable by reason of its or their estates or interests in the Premises, or by reason of Landlord's right to receive rent and additional rent hereunder, or otherwise relating to this Lease or that are connected with or otherwise arise out of the possession, use, occupancy, operation, maintenance, construction, repair (structural or nonstructural), reconstruction, replacement, alteration, modification or rebuilding of any Improvements or any portion thereof during the Lease Term, including (without limitation) the costs and expenses expressly set forth in this Lease; provided, however, that the previous clause shall not be construed to require the payment by Tenant of any federal, state or local income, profits or revenue tax of Landlord, unless such taxes are imposed, levied or assessed in substitution for any tax that Tenant is required to pay pursuant to this Lease.

Section 2.7 Tenant is not required to provide a security deposit hereunder.

ARTICLE III - TENANT'S USE OF THE PREMISES

Section 3.1. During the Lease Term, the Premises shall be used solely for lawful uses reasonably acceptable to Landlord (it being agreed that Landlord does consent to the Premises being utilized for the operation of a United States Immigration and Customs Enforcement Detention Center or any other lawfully operated correction or detention facility) (the "**Permitted Use**"), and for no other use or purpose without Landlord's prior written consent, which consent shall not be unreasonably withheld, conditioned or delayed. Without limiting the foregoing, in no event shall Tenant use or permit others to use the Premises for (a) any use or purpose including or involving the installation in, on or under the Premises, or the use or storage of any Hazardous Materials in, on or under the Premises (except as expressly provided in Section 3.5 below), (b) any use which generates or causes to be generated, or which is offensive by reason of, any noxious, caustic or corrosive fuel or gas, or any obnoxious odor, fumes, smoke, dust, noise or pollution, or (c) any use which is hazardous by reason of any unusual fire, explosion or other dangerous condition, or which is injurious to persons or property or to the reputation of the Premises or any portion thereof. Notwithstanding the above, Landlord acknowledges that Tenant has the right to install one or more generators on the Premises; provided, however, Tenant shall not install any underground storage tanks. Any statement in this Lease of the nature of the business to be conducted by Tenant in the Premises shall not be deemed

or construed to constitute a representation or guaranty by Landlord that such business is or will continue to be lawful or permissible at the Premises, or otherwise permitted by law.

To the extent permitted by applicable law, Tenant hereby waives (i) any and all defenses at common law that Tenant may have to any claims related to or arising from Tenant's breach of the Lease, including, without limitation, frustration of purpose, impossibility of performance, commercial impracticability, or force majeure (whether due to efforts by local or state governments or non-governmental organizations to frustrate or interfere with potential or existing Service Agreements (as defined in Section 9.3 below) or any other reason or cause) with respect to the nonpayment of rent or ineffectiveness of this Lease, and hereby agrees that any supervening event, whether foreseeable or unforeseeable, which makes the conduct of Tenant's business from the Premises unprofitable, less profitable or more difficult, shall not excuse Tenant from timely paying any rent or other amount due from Tenant or performing any obligation to be performed by Tenant under this Lease, and (ii) any rights or remedies available to Tenant under any applicable law enacted in response to or as a result of any pandemic, epidemic or other wide-spread public health emergency.

Tenant shall not at any time use or occupy the Premises, or permit any act or omission in or about the Premises in violation of any law, statute, ordinance or any governmental rule, regulation or order (collectively, "**Law**" or "**Laws**") and Tenant shall, upon written notice from Landlord, discontinue any use of the Premises which is declared by any governmental authority to be a violation of Law. If any Law shall imposes any duty upon Tenant or Landlord with respect to (i) modification or other maintenance of the Premises or Improvements thereon, or (ii) the use, modification or occupancy thereof, Tenant shall comply with such Law at Tenant's sole cost and expense. This Lease shall be subject to and Tenant shall comply with all covenants, conditions and restrictions affecting the Premises.

Section 3.2. Tenant shall keep in full force and effect and shall perform all material obligations required to be performed by Tenant under, any and all material contracts, agreements, leases, or commitments or documents applicable to the Premises or the operation of the Premises, including, but not limited to, Service Agreements (as defined below). Tenant shall immediately notify Landlord in writing if Tenant or any other party to any such material contract, agreement, lease, or commitment or document applicable to the Premises or the operation of the Premises, including, but not limited to, the Service Agreements, is in material default thereunder, or if any Service Agreement has been terminated by any party thereto.

Section 3.3. Tenant shall not commit, or suffer to be committed, any waste upon the Premises or permit there to exist on the Premises any condition which constitutes a nuisance or is prohibited by law. Tenant shall not use, or permit the Premises, or any part thereof, to be used for any purpose or purposes, nor acts done, nor any articles kept, used or sold, which may be deemed to be extra-hazardous on account of fire, or cause a cancellation of any insurance policy covering the Premises or the Improvements.

Section 3.4. Tenant shall, at Tenant's sole cost and expense, (1) obtain all necessary and applicable permits and approvals for operation of the Permitted Use on the Premises, (2) obtain all necessary and applicable licenses for Tenant, the Premises, and Tenant's employees required by any licensing authority having jurisdiction thereover, (3) file all necessary assumed name certificates for conducting business on and from the Premises, and (4) comply with any and all laws, ordinances, rules and regulations of any governmental unit or agency having jurisdiction relating in any way to the herein permitted use or occupancy of the Premises by Tenant during the Term of this Lease.

Section 3.5. Tenant shall not permit or cause any party to bring Hazardous Materials (as hereinbelow defined) upon the Premises or store or use any Hazardous Materials in or about the Premises without Landlord's prior written consent, except for de minimis amounts of the usual types of cleaning and other supplies normally and customarily used by Tenants of premises used for the herein Permitted Use or any petroleum based products used in vehicles or generators in connection with the Tenant's operations at the Premises. Tenant, at its sole cost and expense, shall operate its business in the Premises in compliance with all Environmental Requirements (as hereinbelow defined), and will obtain, comply with and properly maintain all permits and licenses, or applications required by Environmental Requirements for its operations. Tenant shall immediately remediate any Hazardous Materials released on or from the Premises by Tenant, its agents, employees, contractors, assignees or subtenants.

Further, and without limiting the provisions of Section 7.1 of this Lease, Tenant shall indemnify, defend and hold Landlord Indemnitees harmless from and against any and all losses, claims, demands, actions, suits, damages, fines, penalties, administrative and judicial proceedings, judgments, settlements, expenses (including without limitation, remediation, corrective action or clean-up expenses), costs, fees, and attorney's fees (collectively, "**Liabilities**") which arise during or after the Lease Term (with respect to those claims arising after the Lease Term, only to the extent the same relate to Tenant's acts or omissions during the Lease Term, which include, without limitation, Tenant's introduction, discharge or release of Hazardous Materials during the Lease Term) which are brought or recoverable against, or suffered or incurred by, Landlord as a result of any breach of the obligations of Tenant under this Section 3.5, or noncompliance with any Environmental Requirement by Tenant, its agents, employees, contractors, assignees or subtenants, or the release of Hazardous Materials by any person or entity. The provisions of this Section 3.5 shall survive the expiration or termination of this Lease. As used herein, the term "**Landlord Indemnitees**" shall mean Landlord and its designated property management company, and their respective partners, members, affiliates and subsidiaries, and all of their respective officers, directors, shareholders, employees, servants, partners, representatives, insurers and agents.

The term "**Environmental Requirements**" means all applicable present and future statutes, regulations, ordinances, rules, codes or other similar enactments of any federal, state or local governmental entity, authority or agency, and any applicable judicial, administrative or regulatory decrees, judgments, orders or policies regulating or relating to Hazardous Materials or pertaining to health, safety, industrial hygiene or the environmental conditions on, under or about the Premises. The term "**Hazardous Materials**" means and includes pollutants, flammable or ignitable explosives, radioactive materials, or hazardous, toxic, corrosive or dangerous waste, substances or related materials, exposure to which is prohibited, limited or regulated by any federal, state, county, regional or local authority or which, even if not so regulated, may or could pose a hazard to the health and safety of the occupants of the Premises, including, but not limited to, asbestos, lead-based paints, radon, polychlorobiphenyls. Hazardous Materials shall include substances defined or listed as "hazardous substances," "hazardous materials," "hazardous wastes," "pollutants," "toxic substances," "asbestos-containing materials" or similarly identified in the Comprehensive Environmental Response, Compensation, and Liability Act, as now or hereafter amended; in the Resource Conservation and Recovery Act, as now or hereafter amended; in the Colorado Asbestos Control Act, 25-7-501, et seq., C.R.S. as now or hereafter amended; and in any other federal, state or local statute, law, ordinance, code, rule, regulation, order or decree regulating, relating to or imposing liability or standards of conduct concerning any hazardous, toxic or dangerous waste, substance or material; and shall include any substances or mixture regulated under the Toxic Substance Control Act of 1976, as now or hereafter amended; and any "toxic pollutant" or "pollutant" under the Clean Water Quality Control Act; or any hazardous air pollutant under the Clean Air Act, as now or hereafter amended, and any "hazardous waste" as defined in 25-15-101 of the Colorado Revised Statutes.

Section 3.6. Tenant acknowledges and agrees that (a) Landlord is not required to make any modifications or additions on or to the Premises in preparation for Tenant's occupancy or use of the Premises or any portion thereof, (b) Tenant is leasing the Premises in their "as-is, where is" condition, with all faults, (c) Tenant is satisfied that the Premises are suitable for Tenant's intended uses and purposes, (d) the Premises are leased subject to all applicable requirements of law now in effect or adopted at any time during the Lease Term, and (e) LANDLORD DOES NOT MAKE OR GIVE, AND HEREBY EXPRESSLY DISCLAIMS AND NEGATES, ANY WARRANTY, GUARANTY, OR REPRESENTATION, WHETHER STATUTORY, EXPRESS OR IMPLIED, AS TO THE VALUE, CONDITION OR QUALITY OF THE PREMISES, AND LANDLORD MAKES NO WARRANTY OF MERCHANTABILITY, MARKETABILITY, OR FITNESS OF THE PREMISES FOR ANY PART THEREOF FOR ANY PARTICULAR USE OR PURPOSE, AND NO WARRANTY OR REPRESENTATION THAT THE PREMISES ARE IN COMPLIANCE WITH, OR HAVE BEEN OPERATED OR MAINTAINED IN ACCORDANCE WITH, APPLICABLE REQUIREMENTS OF LAW, OR ANY OTHER REPRESENTATION OR WARRANTY WHATSOEVER, IT BEING AGREED THAT ALL SUCH RISKS, AS BETWEEN LANDLORD AND TENANT, ARE TO BE BORNE SOLELY, COMPLETELY AND ABSOLUTELY BY TENANT, AND THE BENEFITS OF ANY AND ALL IMPLIED WARRANTIES OF LANDLORD ARE HEREBY IRREVOCABLY WAIVED AND RELEASED BY TENANT. The provisions of this Section 3.6 shall survive the expiration or termination of this Lease for any reason.

## ARTICLE IV - UTILITIES AND MAINTENANCE SERVICES

Section 4.1. Landlord shall have no obligation to provide or supply utility service or capacity to the Premises. Tenant agrees, at its sole cost and expense, to cause the necessary mains, conduits and other facilities to be provided and maintained to supply water, gas and electricity to the Premises, and to maintain and repair all water pipes, conduits, electric lines, gas pipes, sanitary and storm sewer pipes, and like facilities servicing the Premises during the Term of this Lease. Tenant shall pay for (i) all water used in the Premises and for any sewage charge or assessment, whether imposed by meter or otherwise, and (ii) all gas, electricity, fuel and like utilities used or consumed on the Premises and for outside lighting and signs of Tenant.

Section 4.2. Landlord shall not be liable for damages to person or property or for injury to, or interruption of, business, whether the business of Tenant or any other person, entity or party, for any failure or interruption in the supply of utilities, or discontinuance of utilities, nor will such failure, interruption or discontinuance in any way be construed as an eviction of Tenant or cause an abatement of Rent or operate to release Tenant from any of Tenant's obligations under this Lease.

Section 4.3. Tenant shall pay the cost of removing Tenant's trash and garbage from the Premises. Tenant shall furnish, at Tenant's sole cost and expense, janitorial and landscaping services for the Premises.

## ARTICLE V - REPAIRS

Section 5.1. Tenant hereby acknowledges that it has fully inspected the Premises and, on the basis of such inspection, Tenant hereby accepts the Premises as suitable for the purpose or purposes for which the same are hereby leased, in their present physical condition.

Section 5.2. Landlord shall not be obligated to construct any modifications or additions on, or to make repairs of any kind on or to the Premises or any Improvements, or to repair any machinery, equipment or fixtures therein contained, all of which shall at all times be kept in good, operational, sanitary and safe condition and repair by Tenant, at Tenant's sole cost and expense, and in accordance with all applicable laws, ordinances and regulations of any governmental authority having jurisdiction thereover. Without limiting the foregoing, Tenant shall, at Tenant's sole cost and expense, maintain the Premises in good order, repair and appearance, and repair the Premises, including without limitation, all interior and exterior, structural and nonstructural repairs and replacements to the roof, foundations, exterior walls, building systems, HVAC systems, parking areas, sidewalks, water, sewer and gas connections, pipes, and mains. In determining Tenant's obligations to maintain the Premises hereunder, the parties shall take into consideration the purpose of the Premises as a detention facility and any maintenance requirements or standard contained in any Operating Agreement (as hereinafter defined). Tenant shall be responsible for the full cost of maintenance, repairs, and replacements to the Premises and all Improvements. Tenant shall maintain all drives, sidewalks, parking areas, and lawns on or about the Premises in a clean and orderly condition, free of accumulations of dirt, rubbish, snow and ice. Tenant shall permit Landlord or any representatives or agents of Landlord to inspect the Premises as provided in Section 12.2. Notwithstanding the foregoing, Landlord has no obligation to inspect the Premises, and Landlord will have no liability to Tenant or any other party with respect to the condition of the Premises whether or not Landlord inspects the same. As used herein, an "**Operating Agreement**" shall mean any agreement entered into by Tenant (or any affiliate of Tenant) with ICE (or any other governmental entity), which governs certain operations and services to be provided by Tenant in connection with the housing and detention of inmates, detainees or occupants at the Premises.

If Tenant refuses or neglects to commence repairs it is required to make within thirty (30) days after written demand, or adequately to complete such repairs within a reasonable time thereafter, Landlord may make the repairs, and if Landlord makes such repairs, Tenant shall pay to Landlord on demand as additional rent the cost thereof, with interest at the rate provided in Section 2.5 of this Lease, from the date of payment by Landlord until paid by Tenant.

Section 5.3. Tenant shall use commercially reasonable efforts in accordance with industry standards to keep the Premises free from mold, mildew, lead based paint and any and all other bacteria, fungi, substances and materials in quantities or concentrations that could be reasonably expected to be harmful to the health or safety of any inmates, detainees or occupants at the Premises or any employees or other invitees of Tenant or any other person coming onto or in the Premises.

ARTICLE VI - ALTERATIONS

Section 6.1. Any Alterations shall be subject to Landlord's prior written consent, which consent shall not be unreasonably delayed, conditioned or rejected. Tenant shall cause, at its sole cost and expense, all Alterations to comply with insurance requirements and with Laws and shall construct, at its sole cost and expense, any alteration or modification required by Laws as a result of any Alterations. All Alterations shall be constructed at Tenant's sole cost and expense and in a good and workmanlike manner by contractors reasonably acceptable to Landlord and only good grades of materials shall be used. All plans and specifications for any Alterations shall be submitted to Landlord for its approval and, in the event Landlord does not approve or disapprove of the requested Alteration within five (5) business days after Tenant's written request, then Landlord shall be deemed to have approved the same; provided, however, at the expiration or earlier termination of the Lease, Landlord shall have the right to cause such approved or deemed approved Alteration to be removed or, if the Alteration was the removal of improvements, cause the removed improvements to be restored to the condition prior to the Alteration to the extent such Alteration was a Material Alteration. As used herein, a "**Material Alteration**" is an Alteration that either (i) is structural in nature, (ii) impacts the functionality and/or use of the Premises by Landlord or a subsequent tenant or occupant, or (iii) adversely impacts the equipment or systems serving the Premises or any improvements thereon. Landlord may monitor construction of the Alterations but at all times shall comply with Tenant's security protocols and requirements. Tenant shall reimburse Landlord for all reasonable and customary out-of-pocket sums, if any, paid by Landlord for third party examination of Tenant's plans and specifications for any Alterations. Landlord's right to review plans and specifications and to monitor construction shall be solely for its own benefit, and Landlord shall have no duty to see that such plans and specifications or construction comply with applicable laws, codes, rules and regulations. To the extent there are any warranties that require Tenant to utilize a particular contractor (e.g., a roof warranty), then Landlord may require Tenant to utilize such contractor in order to avoid any adverse impact on such warranties. Landlord shall have the right, in its sole discretion, to instruct Tenant to remove those Alterations from the Premises which (i) were not approved in advance by Landlord, (ii) were not built in conformance with the plans and specifications approved by Landlord, or (iii) Landlord specified during its review of plans and specifications for Alterations would need to be removed by Tenant upon the expiration of this Lease. Except as set forth in the preceding sentence, Tenant shall not be obligated to remove such Alterations at the expiration of this Lease. Landlord shall not unreasonably withhold or delay its approval with respect to what Alterations Landlord may require Tenant to remove at the expiration of the Lease. If, upon the termination of this Lease, Landlord requires Tenant to remove any or all of such Alterations from the Premises, then Tenant, at Tenant's sole cost and expense, shall promptly remove such Alterations and Tenant shall repair and restore the Premises to its original condition as of the Commencement Date, reasonable wear and tear excepted. Any Alterations remaining in the Premises following the expiration of the Lease Term or following the surrender of the Premises from Tenant to Landlord, shall become the property of Landlord unless Landlord notifies Tenant otherwise. Tenant shall provide Landlord with the identities and mailing addresses of all persons performing work or supplying materials, prior to beginning such construction, and Landlord may post on and about the Premises notices of non-responsibility pursuant to applicable law. Tenant shall assure payment for the completion of all work free and clear of liens and shall provide certificates of insurance for worker's compensation and other coverage in amounts and from an insurance company reasonably satisfactory to Landlord protecting Landlord against liability for bodily injury or property damage during construction. Upon completion of any Alterations and upon Landlord's reasonable request, Tenant shall deliver to Landlord sworn statements setting forth the names of all contractors and subcontractors who did work on the Alterations and final lien waivers from all such contractors and subcontractors.

Landlord acknowledges that Tenant will be performing Alterations prior to the Occupancy Date. Tenant agrees that for the time period from the Commencement Date through the day immediately preceding the Occupancy Date, Landlord and its representatives shall have the right to access the Premises and monitor the Alterations being performed by Tenant without being required to comply with the notice provisions set forth in Section 12.2 below. Notwithstanding the foregoing, all rights under this paragraph shall be subject to Tenant's security protocols and in no way shall impact Tenant's operation of the Premises. Following the Occupancy Date, Landlord's rights of access shall be governed by Section 12.2 of this Lease.

Section 6.2. Unless Landlord otherwise directs in accordance with the provisions of Section 12.2 of this Lease, all Alterations shall become the property of Landlord, and shall remain upon and be surrendered with the Premises as a part thereof, upon (but not until) expiration or termination of this Lease. Tenant shall keep the

Premises free from any and all liens arising out of any Alterations, work performed, materials furnished, or obligations incurred by or for Tenant. In the event that Tenant shall not, within twenty (20) days following the imposition of any such lien, cause the same to be released of record by payment or posting of a bond in a form and issued by a surety acceptable to Landlord, Landlord shall have the right, but not the obligation, to cause such lien to be released by such means as it shall deem proper (including payment of or defense against the claim giving rise to such lien); in such case, Tenant shall reimburse Landlord for all amounts so paid by Landlord in connection therewith, together with all of Landlord's costs and expenses, with interest thereon at the Default Rate and Tenant shall indemnify, defend and hold Landlord Indemnitees harmless from and against any and all Liabilities arising out of any such claim. Tenant's indemnification of Landlord contained in this Section 6.2 shall survive the expiration or earlier termination of this Lease. Such rights of Landlord shall be in addition to all other remedies provided herein or by law.

Section 6.3 In order to meet the requirements of ICE or an Alternative Party, Tenant, at its sole cost, may place one or more temporary structures on the Premises. Landlord and Tenant shall mutually agree on the location of the temporary structures, with Landlord's approval not to be unreasonably delayed, conditioned or rejected. Any temporary structure placed by Tenant shall remain the property of the Tenant and shall be removed upon the termination of the Lease. All plans and specifications for any temporary structure shall be submitted to Landlord for its approval and, in the event Landlord does not approve or disapprove of the requested temporary structure within five (5) days after Tenant's written request, then Landlord shall be deemed to have approved the same. Landlord's right to review plans and specifications for any temporary structure shall be solely for its own benefit, and Landlord shall have no duty to see that such plans and specifications or construction comply with applicable laws, codes, rules and regulations.

## ARTICLE VII - INDEMNIFICATION; INSURANCE

Section 7.1. Tenant shall indemnify, defend and hold Landlord Indemnitees harmless from and against any and all Liabilities which may be imposed on, incurred by or asserted against any Landlord Indemnitee (whether because of an action or omission by Landlord or otherwise and whether or not otherwise indemnified) by or on behalf of any individual, corporation, partnership, association, trust, governmental entity or agency, or any other entity (collectively, any "**Person**") arising (i) from the construction, conduct, management, repair, maintenance, transfer of title, abandonment, possession, operation, owning, holding, or leasing of, or from any work or thing whatsoever done or failed to be done in and on, the Premises or any part thereof; (ii) from any condition of the Premises or any part thereof, or of the soil or water supply underneath or adjacent to the Premises or any part thereof, or of the air supply in, over, adjacent to, or about the Premises or any part thereof; (iii) from any breach of any representation or warranty made by or on behalf of Tenant under this Lease; (iv) from any violation by Tenant of any contract or agreement to which Tenant is a party or violation of any restriction or any law, statute, code, act, ordinance, order, judgment, decree, rule, or regulation now or hereafter effective, of any governmental entity or agency having jurisdiction over the Premises (collectively, any "**Legal Requirement**"), or any claim for patent, trademark or copyright infringement; (v) from any act or alleged act of active or passive negligence of Tenant, or any of its agents, contractors, servants, employees, invitees, licensees or of trespassers; and (vi) from any accident, injury or damage whatsoever caused to any Person or property occurring in or about the Premises, or upon or under the land adjacent thereto, or in or about the soil or water supply underneath or adjacent to the Premises or any part thereof.

In case any action or proceeding is at any time brought against any Landlord Indemnitee by reason of any Liability, Tenant upon notice from Landlord shall defend such action or proceeding by counsel reasonably satisfactory to Landlord and shall pay all reasonable expenses in respect of such action or proceeding, including, without limitation, any final settlement or judgment. The obligations of Tenant under this Section 7.1 shall survive any termination of this Lease. To the extent that the foregoing undertakings may be unenforceable for any reason, Tenant agrees to make the maximum contribution to the payment and satisfaction of each of the Liabilities which is permissible under applicable law.

TO THE EXTENT PERMITTED BY APPLICABLE LAW, THE AGREEMENTS BY TENANT TO INDEMNIFY, DEFEND AND HOLD LANDLORD INDEMNITEES HARMLESS UNDER THIS SECTION 7.1 COVER AND INCLUDE, BUT ARE NOT LIMITED TO, EACH AND EVERY LIABILITY THAT:

(1) RESULTS FROM THE SOLE ACTS OR OMISSIONS OF TENANT OR (2) RESULTS, AS A WHOLE OR IN PART, FROM THE CONCURRENT ACTS OR OMISSIONS OF TENANT AND LANDLORD (BUT IN SUCH CASE THE INDEMNITY OF TENANT SHALL ONLY BE TO THE EXTENT OF TENANT'S CONCURRENT NEGLIGENCE).

Section 7.2. (a) Tenant, at its expense, shall maintain during the Lease Term a policy or policies of: (i) worker's compensation insurance with no less than the minimum limits required by law; (ii) employer's liability insurance in the amount not less than $1,000,000; (iii) commercial liability insurance, with a minimum limit of $1,000,000 per occurrence and a minimum umbrella limit of $5,000,000, for a total minimum combined general liability and umbrella limit of $6,000,000 (together with such additional umbrella coverage as Landlord may reasonably require) for property damage, personal injuries, or deaths of persons occurring in or about the Premises; (iv) business automobile liability insurance covering owned, hired and non-owned vehicles with limits of $1,000,000 combined single limit per occurrence; (v) fire and extended coverage insurance, and earthquake damage coverage, terrorism coverage, wind and hurricane coverage, and such additional property insurance coverage as Landlord deems appropriate (collectively, the "**Property Insurance**"), on Tenant's furniture, fixtures, equipment and personal property located in the Premises in an amount not less than the fair replacement value thereof, subject to reasonable deductibles; and (vi) business income and extra expense insurance with limits not less than one hundred percent (100%) of all charges payable by Tenant under this Lease for a period of twelve (12) months. Landlord may from time to time require increases in any such limits and additional insurance coverages to be maintained by Tenant from time to time. The commercial liability policies shall insure on an occurrence and not a claims-made basis, contain a hostile fire endorsement and a contractual liability endorsement and provide primary coverage to Landlord (any policy issued to Landlord providing duplicate or similar coverage shall be deemed excess over Tenant's policies). Landlord shall be named as loss payee with respect to the Property Insurance and in the event of a casualty to any of the Improvements, Tenant shall pay to Landlord all insurance proceeds received by Tenant with respect to the Improvements (and thereafter, Landlord shall disburse the same to Tenant as Tenant completes the restoration of the Improvements as required under Section 10.1 below).

Landlord and its designated property management firms shall be named an additional insured on each of said policies (excluding the worker's compensation policy) required to be carried by Tenant and said policies shall be issued by an insurance company or companies authorized to do business in Colorado and which have policyholder ratings not lower than "A-" and financial ratings not lower than "VII" in Best's Insurance Guide (latest edition in effect as of the Commencement Date and subsequently in effect as of the date of renewal of the required policies). EACH OF SAID POLICIES SHALL ALSO INCLUDE A WAIVER OF SUBROGATION PROVISION OR ENDORSEMENT IN FAVOR OF LANDLORD, AND AN ENDORSEMENT PROVIDING THAT LANDLORD SHALL RECEIVE THIRTY (30) DAYS PRIOR WRITTEN NOTICE OF ANY CANCELLATION OF, NONRENEWAL OF, REDUCTION OF COVERAGE OR MATERIAL CHANGE IN COVERAGE ON SAID POLICIES. Tenant hereby waives its right of recovery against any Landlord Indemnitee of any amounts paid by Tenant or on Tenant's behalf to satisfy applicable worker's compensation laws. The policies or duly executed certificates showing the material terms for the same, together with satisfactory evidence of the payment of the premiums therefor, shall be deposited with Landlord on the date Tenant first occupies the Premises and upon renewals of such policies not less than fifteen (15) days prior to the expiration of the term of such coverage. If certificates are supplied rather than the policies themselves, Tenant shall allow Landlord, at all reasonable times, to inspect the policies of insurance required herein.

It is expressly understood and agreed that the coverages required represent Landlord's minimum requirements and such are not to be construed to void or limit Tenant's obligations contained in this Lease, including without limitation Tenant's indemnity obligations hereunder. Neither shall (A) the insolvency, bankruptcy or failure of any insurance company carrying Tenant, (B) the failure of any insurance company to pay claims occurring nor (C) any exclusion from or insufficiency of coverage be held to affect, negate or waive any of Tenant's indemnity obligations under this Lease or any other provision of this Lease. With respect to insurance coverages, except worker's compensation, maintained hereunder by Tenant and insurance coverages separately obtained by Landlord, all insurance coverages afforded by policies of insurance maintained by Tenant shall be primary insurance as such coverages apply to Landlord, and such insurance coverages separately maintained by Landlord shall be excess, and Tenant shall have its insurance policies so endorsed. The amount of liability insurance under insurance policies maintained by Tenant shall not be reduced by the existence of insurance coverage under policies separately

maintained by Landlord. Tenant shall be solely responsible for any premiums, assessments, penalties, deductible assumptions, retentions, audits, retrospective adjustments or any other kind of payment due under its policies. Tenant shall increase the amounts of insurance or the insurance coverages as Landlord may reasonably request from time to time, but not in excess of the requirements of prudent landlords or lenders for similar tenants occupying similar premises in the Denver metropolitan area.

Tenant's occupancy of the Premises without delivering the certificates of insurance shall not constitute a waiver of Tenant's obligations to provide the required coverages. If Tenant provides to Landlord a certificate that does not evidence the coverages required herein, or that is faulty in any respect, such shall not constitute a waiver of Tenant's obligations to provide the proper insurance.

(b) Tenant and all parties claiming under Tenant, each releases and discharges all Landlord Indemnitees from responsibility for that portion of any loss or damage paid or reimbursed by an insurer of Tenant under any fire, extended coverage or other property insurance policy maintained by Tenant with respect to the Premises, no matter how caused, including negligence, and Tenant waives any right of recovery from all Landlord Indemnitees including, but not limited to, claims for contribution or indemnity, which might otherwise exist on account thereof. Any fire, extended coverage or property insurance policy maintained by Tenant with respect to the Premises shall contain, in the case of Tenant's policies, a waiver of subrogation provision or endorsement in favor of Landlord, or, in the event that such insurers cannot or shall not include or attach such waiver of subrogation provision or endorsement, Tenant shall obtain the approval and consent of their respective insurers, in writing, to the terms of this Lease. Tenant shall indemnify, defend and hold Landlord Indemnitees harmless from and against any and all Liabilities asserted or brought by Tenant's insurers for, on behalf of, or in the name of Tenant, including, but not limited to, claims for contribution, indemnity or subrogation, brought in contravention of this paragraph. The release, discharge and waiver contained in this provision shall apply EVEN IF THE LOSS OR DAMAGE TO WHICH THIS PROVISION APPLIES IS CAUSED SOLELY OR IN PART BY THE NEGLIGENCE OF LANDLORD.

(c) Landlord shall not be responsible for, and Tenant releases and discharges all Landlord Indemnitees from, and Tenant further waives any right of recovery from Landlord for, any loss for or from business interruption or loss of use of the Premises suffered by Tenant in connection with Tenant's use or occupancy of the Premises, EVEN IF SUCH LOSS IS CAUSED SOLELY OR IN PART BY THE NEGLIGENCE OF LANDLORD.

(d) Any failure of Tenant to obtain and maintain the insurance policies and coverages required hereunder or failure by Tenant to meet any of the insurance requirements of this Lease shall constitute an event of default hereunder, and such failure shall entitle Landlord to pursue, exercise or obtain any of the remedies provided for in this Lease, and Tenant shall be solely responsible for any loss suffered by Landlord as a result of such failure. In the event of failure by Tenant to maintain the insurance policies and coverages required by this Lease or to meet any of the insurance requirements of this Lease, Landlord, at its option, and without relieving Tenant of its obligations hereunder, may obtain said insurance policies and coverages or perform any other insurance obligation of Tenant, but all costs and expenses incurred by Landlord in obtaining such insurance or performing Tenant's insurance obligations shall be reimbursed by Tenant to Landlord, together with interest on same from the date any such cost or expense was paid by Landlord until reimbursed by Tenant, at the Default Rate.

(e) Throughout the Lease Term, Landlord may, at its option, maintain property and other insurance as Landlord may elect to carry in its sole and absolute discretion. All such insurance shall be obtained from insurers Landlord reasonably believes to be financially responsible in light of the risks being insured. The premiums and all deductibles under any such insurance maintained by Landlord shall be reimbursed by Tenant within fifteen (15) days of written demand.

(f) To the extent that Landlord is carrying property insurance with respect to the Premises, Landlord hereby waives and releases any and all rights of recovery, claim, action or cause of action, against Tenant, its agents, officers or employees, for any loss or damage that may occur to the Premises by reason of fire, the elements, or any other cause which is insured against under the terms of the property insurance policy then carried by Landlord, and Landlord covenants that its insurer shall not hold any right of subrogation against Tenant or its agents, officers or employees. Tenant hereby waives and releases any and all rights of recovery, claim, action or cause of action,

against Landlord, its agents, officers or employees, for any loss or damage that may occur to the Premises, or any personal property of Tenant in the Premises, by reason of fire, the elements, or any other cause which is insured against under the terms of the property insurance policies referred to in this Lease, regardless of cause or origin, including negligence of Landlord, its agents, officers or employees, and Tenant covenants that its insurer shall not hold any right of subrogation against Landlord or its agents, officers or employees.

Section 7.3. Tenant shall provide Landlord at least five (5) days prior written notice of the commencement of construction (including site preparation work) of any Alterations. Prior to commencement of construction of any Alterations, Tenant shall obtain at its sole cost and expense, and maintain during construction, a policy of builder's risk insurance for such Alterations, written on a reporting form with an agreed value stipulation, not subject to any co-insurance.

ARTICLE VIII - EMINENT DOMAIN

Section 8.1. In the event the whole of the Premises shall be physically taken (as opposed to a regulatory taking) under the power of eminent domain, or sold to prevent the exercise thereof (collectively, a "**Taking**"), this Lease shall automatically terminate as of the date of such Taking. In the event a physical Taking of a portion of the Premises shall, in the reasonable opinion of Landlord, substantially interfere with Landlord's ongoing ownership of the Premises, or in the reasonable opinion of Tenant substantially interferes in Tenant's use of the Premises for its intended purpose, Landlord or Tenant, as the case may be, may terminate this Lease upon thirty (30) days' written notice to the other given at any time within sixty (60) days following the date of such Taking. For purposes of this Lease, the date of Taking shall be the earlier of the date of transfer of title resulting from such Taking or the date of transfer of possession resulting from such Taking. In the event that a portion of the Premises is so taken and this Lease is not terminated, Tenant shall, to the extent of proceeds paid to Landlord as a result of the Taking, with reasonable diligence, use commercially reasonable efforts to proceed to restore (to the extent permitted by law and covenants, conditions and restrictions then applicable to the Premises) the Premises to a complete, functioning unit. If all or any portion of the Premises is the subject of a temporary Taking, this Lease shall remain in full force and effect and Tenant shall continue to perform each of its obligations under this Lease.

Section 8.2. Tenant shall not assert any claim against Landlord or the condemning authority for, and hereby assigns to Landlord, any compensation in connection with any such Taking, and Landlord shall be entitled to receive the entire amount of any award therefor, without deduction for any estate or interest of Tenant. Nothing contained in this Article VIII shall be deemed to give Landlord any interest in, or prevent Tenant from seeking any award against the condemning authority for the Taking of personal property, fixtures, or for relocation or moving expenses recoverable by Tenant from the condemning authority so long as Tenant's award does not result in a reduction of any award payable to Landlord. This Article VIII shall be Tenant's sole and exclusive remedy in the event of a Taking. This Lease sets forth the terms and conditions upon which this Lease may terminate in the event of a Taking. Accordingly, the parties waive any statutes permitting the parties to terminate this Lease as a result of a Taking.

ARTICLE IX - ASSIGNMENT AND SUBLETTING

Section 9.1. Except with respect to an assignment or sublease to an Affiliate (as defined below) of Tenant, Tenant may not assign this Lease, nor sublet the whole or any part of the Premises or permit the Premises to be used or occupied by others, nor mortgage, collaterally assign, pledge or otherwise encumber its leasehold estate or other rights under this Lease, without Landlord's prior written consent, which consent may be withheld, delayed or conditioned by Landlord in its sole and absolute discretion. In the event of any permitted assignment or subletting, any violation of any provision of this Lease, whether by act or omission, by any assignee or subtenant shall be deemed a violation of such provision by Tenant, it being the intention of the parties hereto that Tenant shall assume and be liable to Landlord for any and all acts and omissions of any and all assignees or subtenants. If this Lease be assigned, Landlord may and is hereby empowered to collect rent from the assignee; if the Premises or any part thereof be sublet or occupied by any person other than Tenant, Landlord, in the event of Tenant's default, may, and is hereby empowered to, collect rent from the subtenant or occupant; in either of such events, Landlord may apply the net amount received by it to the rent herein reserved, and no such collection shall be deemed to be the acceptance of the assignee, subtenant or occupant as tenant, or a release of Tenant from the further performance of

the covenants herein contained on the part of Tenant. The voluntary or other surrender of this Lease by Tenant, or a mutual cancellation thereof, shall not work a merger, and shall, at the option of Landlord, terminate all or any permitted subleases or subtenancies, or may, at the option of Landlord, operate as an assignment to Landlord of any or all of such subleases or subtenancies. As used herein, an "Affiliate" of Tenant shall mean an entity that is controlled by, controlling or commonly controlled with Tenant. The terms "controlled by," "controlling," or "commonly controlled with" shall mean the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of such controlled person or entity; the ownership, directly or indirectly, of at least fifty-one percent (51%) of the voting securities of, or possession of the right to vote, in the ordinary direction of its affairs, at least fifty-one percent (51%) of the voting interest in, any person or entity shall be presumed to constitute such control.

Section 9.2. The rights, duties and obligations provided for under the terms of this Lease shall inure to the benefit of and be binding upon Landlord, its successors and assigns, and Tenant, its successors and any permitted assigns.

Section 9.3. Landlord acknowledges that from time to time Tenant may respond to requests for proposals ("**RFP's**") from governmental entities seeking (a) government operating agreements, support agreements and/or service agreements (or amendments thereto) in connection with the housing or detention of inmates or detainees at all of any portions of the Premises, including, but not limited to, any Operating Agreement (collectively, the "**Service Agreements**") or (b) agreements with licensees in connection with Tenant's operation of correctional or detention facilities as is customarily associated with or incidental to the operation of such Premises, which agreements may be in the nature of a sublease agreement (collectively, "**Sublease Agreements**") for the housing or detention of inmates or detainees at the Premises. If during the Lease Term the then applicable Operating Agreement for the Premises is terminated or expires, Tenant agrees to diligently and in good faith seek out either ICE or an Alternative Party in order to procure a new Operating Agreement for the Premises and continue operating the same as a detention center or correctional facility.

## ARTICLE X - DAMAGE TO AND/OR DESTRUCTION OF THE PREMISES

Section 10.1. Subject to the provisions of this Article X, in the event the Premises, or access thereto, is wholly or partially destroyed by fire or other casualty, Tenant shall rebuild, repair or restore the Premises and access thereto to substantially the same condition as existing immediately prior to such destruction and this Lease shall continue in full force and effect. Tenant shall cause all proceeds from the Property Insurance to be paid to Landlord to hold in escrow and thereafter Landlord shall periodically disburse to Tenant the proceeds from the insurance to the extent of the restoration costs incurred by Tenant with respect to the Premises (any such disbursement by Landlord being subject to Tenant's delivery of such documentation (e.g., lien waivers) as Landlord may reasonably require). In the event the proceeds of the Property Insurance are insufficient to cover all of the restoration costs, then Tenant shall be responsible for any such shortfall.

Landlord may elect to terminate this Lease in any of the following cases of damage or destruction to the Premises: (i) where the cost of rebuilding, repairing and restoring (collectively, "Restoration") of the Premises would, in the reasonable opinion of Landlord, exceed twenty percent (20%) of the then replacement cost of the Improvements or (ii) where Landlord's lender requires the insurance proceeds to be applied towards any mortgage or deed of trust recorded against the Premises. Notwithstanding anything herein to the contrary, Tenant shall continue paying all Rent in full without abatement following any such casualty, even if all or portions of the Premises are rendered untenantable or unusable following such casualty. This Lease shall be considered an express agreement governing any case of damage to or destruction of the Premises. This Lease sets forth the terms and conditions upon which this Lease may terminate in the event of any damage or destruction.

Within ninety (90) days of the date of damage or destruction affecting the Premises, Landlord shall provide Tenant with a good faith estimate (the "Landlord's Restoration Notice") of the time period in which the Premises could be restored. In the event the estimate provides that the Premises cannot be restored within three hundred sixty-five (365) days following the date of the damage or destruction, then Tenant shall be permitted to terminate the Lease by providing written notice to Landlord no later than thirty (30) days following receipt of Landlord's

Restoration Notice. Tenant's failure to timely deliver its termination notice shall waive Tenant's right to terminate the Lease due to any damage or destruction.

ARTICLE XI - EVENTS OF DEFAULT; REMEDIES

Section 11.1. If Tenant (i) shall fail to pay Rent or any other rental or sums payable by Tenant hereunder within five (5) days after Landlord notifies Tenant of such nonpayment; provided, however, Landlord shall only be obligated to provide such written notice to Tenant two (2) times within any consecutive twelve (12) month period and in the event Tenant fails to timely pay Rent or any other sums on or before five (5) days after the due date thereof for a third (3rd) time during any consecutive twelve (12) month period, then Tenant shall be in default for such late payment and Landlord shall have no obligation or duty to provide notice of such non-payment to Tenant prior to declaring an event of default under this Lease, or (ii) shall fail to obtain and maintain the types and amounts of insurance required under Article VII of this Lease, or (iii) shall file a voluntary petition of bankruptcy or insolvency or for reorganization or arrangement, or for appointment of a receiver or trustee, or if any such action or proceeding shall be filed against Tenant by any creditor and proceedings to vacate same are not filed within sixty (60) days thereafter and diligently prosecuted, and, upon due hearing, denied or cancelled, or (iv) Tenant shall fail to execute and return an estoppel certificate or subordination, non-disturbance and attornment agreement or other documents required by a lender of Landlord within the time periods specified herein, or (v) shall fail, within thirty (30) days after written demand is made by Landlord that Tenant do so, to discharge any other covenant or obligation herein imposed on or undertaken by Tenant, or if the leasehold estate created hereby is sold under execution or passes by operation of law or in any manner which is involuntary as to Tenant, then Landlord, in addition to any other rights or remedies which Landlord may have by reason of Tenant's such failure or the occurrence of such event, shall have the option either to terminate this Lease, or without terminating this Lease, to terminate Tenant's right to possession. In the event of termination of the Lease or repossession of the Premises after a default by Tenant, Landlord shall have no obligation to relet the whole or any part of the Premises.

Section 11.2. The exercise by Landlord of any one or more of the remedies hereunder granted or otherwise available shall not be deemed to be an acceptance of surrender by Tenant of the Premises, whether by agreement or by operation of law, it being understood that such surrender can be effected only by the written agreement of Landlord and Tenant. No acceptance of rent by Landlord or delay in enforcing any covenant or obligation of Tenant shall be construed as a waiver of any default in the performance of any covenant or obligation to be undertaken by Tenant. Landlord's failure to enforce the default provisions hereof in the event of a default hereunder by Tenant shall not act as a waiver of Landlord's right to enforce the default provisions hereof in the event of a subsequent breach hereunder.

Section 11.3. If Landlord elects to terminate the Lease by reason of Tenant's default, then notwithstanding such termination, Tenant shall be liable for and shall pay to Landlord the sum of all rentals, additional rentals and other indebtedness accrued to the date of such termination, plus the expenses incurred by Landlord as provided in Section 11.5 below, plus, as damages, an amount equal to the difference between (1) the then present value, using a discount factor of four percent (4%) per annum, of the total rentals and additional rentals for the remaining portion of the Lease Term (had such term not been terminated by Landlord prior to the date of expiration stated in Article II), and (2) the then present value using a discount factor of four percent (4%) per annum of the then fair market rental value of the Premises for such period.

Section 11.4. If Landlord elects to repossess the Premises without terminating the Lease, Tenant shall be liable for and shall pay to Landlord the sum of all rentals and other indebtedness accrued to the date of such repossession, plus rentals required to be paid by Tenant to Landlord during the remainder of the Lease Term, diminished by any net sums thereafter received by Landlord through reletting the Premises during said period (after deducting expenses incurred by Landlord as provided in Section 11.5. below). In no event shall Tenant be entitled to any excess of any rentals obtained by reletting over and above the rentals herein reserved. Actions to collect amounts due by Tenant as provided in this Section 11.4. may be brought from time to time, on one or more occasions, without the necessity of Landlord's waiting until expiration of the then current term of this Lease.

Section 11.5. In case of a default by Tenant, Tenant shall also be liable for and shall pay to Landlord, in addition to any sum provided to be paid above: customary broker's fees incurred by Landlord in connection with

reletting the whole or any part of the Premises; the reasonable costs of removing and storing Tenant's or other occupants' property; and the reasonable costs of repairing, altering, remodeling or otherwise putting the Premises into condition acceptable to a new tenant or tenants.

Section 11.6. While a default by Tenant is continuing, Landlord may, and is hereby authorized by Tenant, at any time and from time to time, after ten (10) business days prior written notice to Tenant, to set-off and apply any and all sums held by Landlord, any indebtedness of Landlord to Tenant, and any claims by Tenant against Landlord, against any obligations of Tenant under this Lease and against any claims by Landlord against Tenant, whether or not Landlord has exercised any other remedies hereunder. The rights of Landlord under this Section 11.6 are in addition to any other rights and remedies Landlord may have against Tenant.

Section 11.7. In the event of any default by Landlord, Tenant's sole and exclusive remedies shall be, unless otherwise expressly provided herein (i) an action for damages or (ii) an action for injunctive relief, but prior to any such action Tenant will give Landlord written notice specifying such default with particularity, and Landlord shall thereupon have thirty (30) days in which to cure any such default, or if such default reasonably cannot be cured in thirty (30) days, Landlord shall have thirty (30) days to begin such cure and must thereafter diligently prosecute good faith efforts which may reasonably be expected to cure such default within a reasonable time. Unless and until Landlord fails to so cure any default after such notice, Tenant shall not have any remedy or cause of action by reason thereof. Tenant hereby waives and agrees that it shall have no offset rights (except for offset rights expressly set forth herein and except for the collection of monetary judgments (to the extent such judgments are in final, unappealable form) a court of competent jurisdiction enters in Tenant's favor against Landlord) or right to terminate this Lease on account of any breach or default by Landlord under this Lease. Under no circumstances whatsoever shall Landlord ever be liable for punitive, consequential or special damages or loss of profits under this Lease and Tenant waives any rights it may have to such damages under this Lease in the event of a breach or default by Landlord under this Lease. All obligations of Landlord hereunder will be construed as covenants, not conditions, and will be binding upon Landlord only during the period of its ownership of the Premises and not thereafter. The term "Landlord" in this Lease shall mean only the owner of the Premises, and in the event of any transfer by such owner of its interest in the Premises, such owner shall thereupon be released and discharged from all obligations of Landlord thereafter accruing, but such obligations shall be binding during the Lease Term upon each new owner for the duration of such owner's ownership. Any liability of Landlord under or with respect to this Lease, or for any of the representations, covenants, agreements or obligations of Landlord under this Lease or with respect to the Premises, shall be limited solely to Landlord's interest in the Premises, and in no event shall personal liability be asserted against Landlord in connection with this Lease, nor shall any recourse be had to any other property or assets of Landlord. Landlord's obligation to specifically perform any covenant or obligation of Landlord under this Lease (and Tenant's remedy of injunctive relief with respect thereto) shall be limited to the performance that can be achieved with the Premises, or the proceeds thereof, as hereinabove specified. This paragraph shall inure to the benefit of Landlord's successors and assigns.

## ARTICLE XII - UTILIZATION; LANDLORD'S ACCESS; SURRENDER; HOLDING OVER

Section 12.1. Tenant shall, if it pays to Landlord Rent and Additional Rent in the amounts and at the times herein provided and otherwise discharges all covenants and obligations herein undertaken by or imposed on Tenant shall be permitted to utilize the Premises in accordance with the terms of this Lease during the Term of this Lease.

Section 12.2. Landlord or its representatives shall have the right to enter upon the Premises during Tenant's regular business hours for the purposes of inspecting the same, provided Landlord gives Tenant at least two (2) days prior written notice of such entry (except in an emergency). Landlord's right to inspect shall include the ability to have any brokers, purchasers or prospective purchasers and lender or prospective lenders conduct any inspections and due diligence as may be required in connection with any potential sale or financing of the Premises. In the event of a potential sale or financing of the Premises by Landlord, Tenant agrees that it shall reasonably cooperate with any requests for any such potential purchasers or lenders and agreeing to participate in any interviews about the Premises by such purchaser or lender. The exercise of such rights by Landlord or its representatives shall not constitute or be deemed an eviction or disturbance of Tenant's use or possession. All rights

under this Section 12.2 shall be subject to Tenant's security protocols and in no way shall impact Tenant's operation of the Premises.

Section 12.3. Tenant agrees that Tenant will, at the end of the Term of this Lease, surrender the Premises and the Improvements thereon to Landlord in good condition and repair, reasonable wear and tear and damage due to casualty excepted and in substantially the same condition as existed on the Commencement Date.

Section 12.4. Holding over by Tenant after the end of the Term of this Lease shall not extend the Term of this Lease, but shall constitute Tenant a tenant from month to month at a monthly rental rate equal to one hundred fifty percent (150%) of the monthly rental payable for the month immediately preceding such holding over. All provisions of this Lease shall continue to apply during such period that Tenant remains in the Premises as a holdover tenant from month to month. In addition, Tenant shall be liable for all damages incurred by Landlord as a result of such holding over.

## ARTICLE XIII - MISCELLANEOUS

Section 13.1. The relationship of Landlord and Tenant hereunder is and shall be that of landlord and tenant. Nothing herein contained shall be construed to constitute Landlord a partner of Tenant or Tenant the agent of Landlord in carrying on business in the Premises.

Section 13.2. Any notice, communication, request, reply or advice (hereinafter severally and collectively, for convenience, called "notice") in this instrument provided or permitted to be given, made or accepted by either party to the other must be in writing and may, unless otherwise in this instrument expressly provided, be given or be served by depositing the same in the United States mail, postpaid and registered or certified and addressed to the party to be notified, with return receipt requested, or by delivering the same in person to such party, or by overnight courier, addressed to the party to be notified. Notice deposited in the mail in the manner hereinabove described shall be effective, unless otherwise stated in this Lease, from and after the expiration of three (3) days after it is so deposited. Notice deposited with an overnight courier shall be effective, unless otherwise stated in this Lease, on the next business day after it is so deposited. Notice given in any other manner shall be effective only if and when received by the party to be notified. For purposes of notice the addresses of the parties shall be as follows:

If to Landlord, to: c/o Highlands REIT, Inc.
1 South Dearborn Street
20th Floor
Chicago, IL 60603
Attn: CEO

with a copy to:

Highlands REIT, Inc.
1 South Dearborn Street
20th Floor
Chicago, IL 60603
Attn: General Counsel

If to Tenant, to: GEO Secure Services, LLC
4955 Technology Way
Boca Raton, FL 33431
Attn: Daniel E. Rebeor

with a copy to:

GEO Secure Services, LLC
4955 Technology Way

Boca Raton, FL 33431
Attn: Scott Schipma

Landlord and Tenant shall have the right from time to time and at any time to change their respective addresses to any other address within the continental United States, by giving at least five (5) days written notice to the other party.

Section 13.3. In the event of any litigation regarding this Lease, the losing party shall pay to the prevailing party reasonable attorney's fees.

Section 13.4. Time is of the essence with respect to the performance of every provision of this Lease in which time of performance is a factor. Any prevention, delay or stoppage due to strikes, lockouts, labor disputes, acts of God, acts of war, terrorism, terrorist activities, inability to obtain services, labor, or materials or reasonable substitutes therefore, governmental actions, civil commotions, fire, flood, earthquake or other casualty, any restrictions, shutdowns, closures, or shortages or other delays related to COVID-19 or any similar viruses, epidemics or pandemics, and other causes beyond the reasonable control of the party obligated to perform, except with respect to the obligations imposed with regard to Rent and other charges to be paid by Tenant pursuant to this Lease and except as to Tenant's obligations to timely surrender the Premises upon expiration or earlier termination of this Lease (collectively, a "**Force Majeure**"), notwithstanding anything to the contrary contained in this Lease, shall excuse the performance of such party for a period equal to any such prevention, delay or stoppage and, therefore, if this Lease specifies a time period for performance of an obligation of either party, that time period shall be extended by the period of any delay in such party's performance caused by a Force Majeure. Notwithstanding anything to the contrary in this Lease, in no event will any Force Majeure event excuse the Tenant's obligation to pay Rent or other amounts.

Section 13.5. This Lease shall be construed in accordance with the laws of the State in which the Premises are situated. Except as otherwise expressly provided in this Lease or as otherwise may be required by applicable law, Landlord retains the absolute right to withhold any consent or approval provided for in this Lease. If any term, covenant, condition or provision of this Lease is held by a court of competent jurisdiction to be invalid, void or unenforceable, the remainder of the provisions hereof shall remain in full force and effect and shall in no way be affected, impaired or invalidated thereby. The normal rule of construction to the effect that any ambiguities are to be resolved against the drafting party shall not be employed in the interpretation of this Lease or any exhibits or amendments hereto. The various captions, headings and numbers herein and the grouping of the provisions of this Lease into separate Articles and Sections are for the purpose of convenience only and shall not be considered a part hereof. Words of any gender used in this Lease shall be held and construed to include any other gender, and words in the singular number shall be held to include the plural, unless the context otherwise requires.

Section 13.6. Tenant shall, upon not less than twenty (20) days' prior notice by Landlord, execute, acknowledge and deliver to Landlord a statement in writing certifying to those facts for which certification has been requested by Landlord or any current or prospective purchaser, holder of any mortgage or deed of trust, ground lessor or master lessor, including, but without limitation, that (i) this Lease is unmodified and in full force and effect (or if there have been modifications, that the same is in full force and effect as modified and stating the modifications), (ii) the dates to which the Base Rent, Additional Rent and other charges hereunder have been paid, if any, and (iii) whether or not, to the best knowledge of Tenant, Landlord is in default in the performance of any covenant, agreement or condition contained in this Lease and, if so, specifying each such default of which Tenant may have knowledge. Landlord shall have the right to use such form of estoppel certificate as reasonably determined by Landlord for such purpose. Tenant's failure to execute and deliver such statement within such time shall, at the option of Landlord, constitute a material default under this Lease and, in any event, shall be conclusive upon Tenant that this Lease is in full force and effect without modification except as may be represented by Landlord in any such certificate prepared by Landlord and delivered to Tenant for execution. Any statement delivered pursuant to this Section 13.6 may be relied upon by any prospective purchaser of the fee of the Premises or any mortgagee, ground lessor or other like encumbrancer thereof or any assignee of any such encumbrance upon the Premises.

Section 13.7. In no event shall Tenant file or record a memoranda of Lease with respect to this Lease.

Section 13.8. All exhibits and addenda attached hereto are hereby incorporated into this Lease and made a part hereof. In the event of any conflict between such exhibits or addenda and the terms of this Lease, such exhibits or addenda shall control. This Lease constitutes the complete agreement of Landlord and Tenant with respect to the subject matter hereof. No representations, inducements, promises or agreements, oral or written, have been made by Landlord or Tenant, or anyone acting on behalf of Landlord or Tenant, which are not contained herein, and any prior agreements, letters of intent, promises, negotiations, or representations are superseded by this Lease. This Lease may not be amended except by an instrument in writing signed by both parties hereto. The submission by Landlord to Tenant of this Lease shall have no binding force or effect, shall not constitute an option for the leasing of the Premises, nor confer any right or impose any obligations upon either party until execution of this Lease by both parties.

Section 13.9. Tenant agrees that this Lease and the rights of Tenant hereunder shall be subject and subordinate to any and all deeds to secure debt, deeds of trust, security interests, mortgages, master leases, ground leases or other security documents and any and all modifications, renewals, extensions, consolidations and replacements thereof (collectively, "**Security Documents**") which now or hereafter constitute a lien upon or affect the Premises. Such subordination shall be effective without the necessity of the execution by Tenant of any additional document for the purpose of evidencing or effecting such subordination. In addition, Landlord shall have the right to subordinate or cause to be subordinated any such Security Documents to this Lease and in such case, in the event of the termination or transfer of Landlord's estate or interest in the Premises by reason of any termination or foreclosure of any such Security Documents, Tenant shall, notwithstanding such subordination, attorn to and become the Tenant of the successor-in-interest to Landlord at the option of such successor-in-interest. Furthermore, Tenant shall within ten (10) days of demand therefor execute any instruments or other documents which may be required by Landlord or the holder of any Security Document and specifically shall execute, acknowledge and deliver within ten (10) days of demand therefor a subordination of lease or subordination of deed of trust or mortgage, in the form required by the holder of the Security Document requesting the document; the failure to do so by Tenant within such time period shall be a material default hereunder; provided, however, the new landlord or the holder of any Security Document shall agree that Tenant's right to utilize the Premises shall not be disturbed as long as Tenant is not in default under this Lease. If any proceeding is brought for default under any ground or master lease to which this Lease is subject or in the event of foreclosure or the exercise of the power of sale under any mortgage, deed of trust or other Security Document made by Landlord covering the Premises, at the election of such ground lessor, master lessor or purchaser at foreclosure, Tenant shall attorn to and recognize the same as Landlord under this Lease, provided such successor expressly agrees in writing to be bound to all future obligations by the terms of this Lease, and if so requested, Tenant shall enter into a new lease with that successor on the same terms and conditions as are contained in this Lease (for the unexpired Lease Term then remaining). Tenant hereby waives its rights under any current or future law which gives or purports to give Tenant any right to terminate or otherwise adversely affect this Lease and the obligations of Tenant hereunder in the event of any such foreclosure proceeding or sale.

As a condition to the effectiveness of any notice of default given by Tenant to Landlord, Tenant shall also concurrently give such notice to each beneficiary under a Security Document encumbering the Premises of whom Tenant has received written notice (such notice to specify the address of the beneficiary). In the event Landlord shall fail to cure any breach or default within the time period specified herein, then prior to the pursuit of any remedy therefor by Tenant, each such beneficiary shall have an additional thirty (30) days within which to cure such default, or if such default cannot reasonably be cured within such period, then each such beneficiary shall have such additional time as shall be necessary to cure such default, provided that within such thirty (30) day period, such beneficiary has commenced and is diligently pursuing the remedies available to it which are necessary to cure such default (including, without limitation, as appropriate, commencement of foreclosure proceedings).

Section 13.10. No waiver by Landlord of any provision of this Lease or of any breach by Tenant hereunder shall be deemed to be a waiver of any other provision hereof, or of any subsequent breach by Tenant. Landlord's consent to or approval of any act by Tenant requiring Landlord's consent or approval under this Lease shall not be deemed to render unnecessary the obtaining of Landlord's consent to or approval of any subsequent act of Tenant. No act or thing done by Landlord or Landlord's agents during the Lease Term shall be deemed an acceptance of a surrender of the Premises, unless in writing signed by Landlord. The delivery of the keys to any employee or agent of Landlord shall not operate as a termination of the Lease or a surrender of the Premises.

Section 13.11. LANDLORD HEREBY DISCLAIMS ANY EXPRESS OR IMPLIED REPRESENTATION OR WARRANTY THAT THE PREMISES ARE SUITABLE FOR TENANT'S INTENDED PURPOSE OR USE, WHICH DISCLAIMER IS HEREBY ACKNOWLEDGED BY TENANT. THE TAKING OF POSSESSION BY TENANT SHALL BE CONCLUSIVE EVIDENCE THAT TENANT:

(i) ACCEPTS THE PREMISES AS SUITABLE FOR THE PURPOSES FOR WHICH THE PREMISES WERE LEASED;

(ii) ACCEPTS THE PREMISES AS BEING IN GOOD AND SATISFACTORY CONDITION;

(iii) WAIVES ANY DEFECTS IN THE PREMISES AND ITS APPURTENANCES EXISTING NOW OR IN THE FUTURE; AND

(iv) WAIVES ALL CLAIMS BASED ON ANY IMPLIED WARRANTY OF SUITABILITY OR HABITABILITY.

Section 13.12. This Lease and Tenant's rights hereunder are subject and subordinate to all matters affecting Landlord's title to the Premises recorded in the Real Property Records of the County in which the Premises is located, prior to and subsequent to the date hereof, including, without limitation, all covenants, conditions and restrictions. Tenant agrees for itself and all persons in possession or holding under it that it will comply with and not violate any such covenants, conditions and restrictions or other matters of record. Landlord reserves the right, from time to time, to grant such easements, rights and dedications as Landlord deems necessary or desirable, and to cause the recordation of parcel maps and covenants, conditions and restrictions affecting the Premises, as long as such easements, rights, dedications, maps, and covenants, conditions and restrictions do not materially interfere with the use of the Premises by Tenant. At Landlord's request, Tenant shall join in the execution of any of the aforementioned documents.

Section 13.13. Tenant represents and warrants that it has had no dealings with any real estate broker or agent in connection with the negotiation of this Lease and that it knows of no other real estate broker or agent who is or might be entitled to a commission in connection with this Lease. Tenant shall indemnify, defend and hold Landlord Indemnitees harmless from and against any and all Liabilities for any brokerage commissions, finders' fees or similar payments by any persons in contravention of Tenant's representation and warranty in this Section 13.13.

Section 13.14. Upon Landlord's written request, Tenant shall promptly furnish Landlord, from time to time, with the most current audited financial statements prepared in accordance with generally accepted accounting principles, certified by Tenant and an independent auditor to be true and correct, reflecting Tenant's then current financial condition; provided, however, in the event that Tenant or Guarantor (as defined below) is a publicly traded entity that is required to disclose its financial statements, then Tenant shall not be required to independently furnish Landlord with financial statements under this Section 13.14.

With respect to any information provided by Tenant under this Section 13.14, Landlord agrees to treat such information provided by Tenant in a confidential manner and Landlord shall not disclose any such information to third parties.

Section 13.15. Tenant is not, and shall not during the Lease Term become, a person or entity with whom Landlord is restricted from doing business under the United and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001, H.R. 3162, Public Law 107 56 (commonly known as the "USA Patriot Act" and Executive Order Number 13224 on Terrorism Financing, effective September 24, 2001 and regulations promulgated pursuant thereto (collectively, "**Anti-Terrorism Laws**"), including without limitation, persons and entities named on the Office of Foreign Asset Control Specially Designated nationals and Blocked Persons List (collectively, "**Prohibited Persons**"). To the best of its knowledge, Tenant is not currently engaged in any transactions or dealings, or otherwise associated with, any Prohibited Persons in connection with the use or occupancy of the Premises. Tenant will not in the future during the Lease Term engage in any transactions or dealings, or be otherwise associated with, any Prohibited Persons in connection with the use or occupancy of the

Premises. Breach of these representations constitutes a material breach of this Lease and shall entitle Landlord to any and all remedies thereunder, or at law or in equity.

Section 13.16. No press release or other public disclosure regarding this Lease or the transaction contemplated hereby shall be made without the other party's prior written consent and content approval; provided, however, Landlord and Tenant shall have the right to make such disclosures as may be required by applicable laws, codes, and regulations (including, without limitation, as may be required by the applicable SEC rules and regulations), including, without limitation, any public disclosures that may be required as a result of both parties parent company being a publicly traded company.

Section 13.17. The GEO Group, Inc., a Florida corporation ("**Guarantor**"), shall guarantee the payment and performance of all indebtedness (including all rents and other sums of any kind payable by Tenant under this Lease) and obligations of any kind payable or performable by Tenant under this Lease, pursuant to a guaranty in the form attached hereto as **Exhibit B** and made a part hereof for all purposes, which guaranty shall be executed and delivered by such Guarantor to Landlord on or before the date of this Lease and as a condition to the effectiveness of this Lease. Upon Landlord's written request, Tenant shall cause Guarantor to promptly furnish Landlord, from time to time, with the most current audited financial statements prepared in accordance with generally accepted accounting principles, certified by Guarantor and an independent auditor to be true and correct, reflecting Guarantor's then current financial condition.

[remainder of page intentionally left blank]

THIS GROUND LEASE AGREEMENT has been executed in duplicate, each having the force and effect of an original, as of the date first set forth above.

**TENANT:**

GEO Secure Services, LLC
a Florida limited liability company

By: /s/ Daniel H. Ragsdale
Name: Daniel H. Ragsdale
Title: Senior VP, Contract Administration and Compliance

**LANDLORD:**

IVT PPD Hudson Associates, L.L.C.
a Delaware limited liability company

By: Highlands REIT, Inc., a Maryland corporation and its sole member

By: /s/ Robert J. Lange
Name: Robert J. Lange
Title: President and CEO

EXHIBIT A

Legal Description of Premises

Lot 2 of the Sand Hills Industrial Park Minor Subdivision Plat, recorded on September 23, 2008 at Reception No. 3579686 of the records of the Weld County Clerk and Recorder

EXHIBIT B

Form of Guaranty

**GUARANTY**

**STATE OF FLORIDA** §

§

**COUNTY OF PALM BEACH** §

WHEREAS, IVT PPD Hudson Associates, L.L.C., a Delaware limited liability company (hereinafter called "Landlord"), is the owner of the real property known as the Hudson Correction Facility and located at 3001 Juniper Street, Hudson, CO 80642 (the "Property"); and

WHEREAS, GEO Secure Services, LLC (hereinafter called "Tenant") is a tenant of the Property, as set forth in that certain Ground Lease Agreement dated of even date herewith entered into between Tenant and Landlord (the "Original Lease").

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, and in order to induce the execution by Landlord of the hereinabove described Original Lease, the undersigned (hereinafter called "Guarantor" whether one or more) hereby absolutely and unconditionally, jointly and severally, guarantees the prompt, complete, and full and punctual payment, observance, and performance of all the terms, covenants, and conditions provided to be paid, kept, and performed by the Tenant under the Original Lease and under or with respect to any and all renewals, amendments, expansions, and modifications of the Original Lease, whether or not Guarantor has received any notice thereof (the Original Lease, together with all renewals, amendments, expansions, and modifications, is herein referred to as the "Lease"). This Guaranty shall include any liability of Tenant which shall accrue under the Lease for any period preceding as well as any period following the term of the Lease.

The obligation of the Guarantor is primary and independent of Tenant's obligations under the Lease and may be enforced directly against the guarantor independently of and without proceeding against the Tenant or exhausting or pursuing any remedy against Tenant or any other person or entity. Guarantor waives any requirement that Landlord mitigate damages under the Lease.

This instrument may not be changed, modified, discharged, or terminated orally or in any manner other than by an agreement in writing signed by Guarantor and the Landlord.

The obligations of Guarantor under this Guaranty shall not be released or otherwise affected by reason of any sublease, assignment, or other transfer of the Tenant's interest under the Lease, whether or not Landlord consents to such sublease, assignment, or other transfer.

Any act of Landlord, or the successors or assigns of Landlord, consisting of a waiver of any of the terms or conditions of said Lease, or the giving of any consent to any manner or thing relating to said Lease, or the granting of any indulgence or extensions of time to Tenant, may be done without notice to Guarantor and without releasing the obligations of Guarantor hereunder.

The obligations of Guarantor hereunder shall not be released by Landlord's receipt, application, or release of security given for the performance and observance of covenants and conditions in said Lease contained on Tenant's part to be performed or observed nor by any modification of such Lease; but in case of any such modifications the liability of Guarantor shall be deemed modified in accordance with the terms of any such modification of the Lease.

To the fullest extent allowed by law, Guarantor waives any defense or right arising by reason of any disability or lack of authority or power of Tenant and shall remain liable hereunder if Tenant or any other party shall not be liable under the Lease for such reason.

Until all the covenants and conditions in said Lease on Tenant's part to be performed and observed are fully performed and observed, to the fullest extent allowed by law, Guarantor (i) shall have no right of subrogation against Tenant by reason of any payments or acts of performance by the Guarantor, in compliance with the obligations of the Guarantor hereunder; (ii) waives any right to enforce any remedy which Guarantor now or hereafter shall have against Tenant by reason of any one or more payments or acts of performance in compliance with the obligations of Guarantor hereunder; and (iii) subordinates any liability or indebtedness of Tenant now or hereafter held by Guarantor to the obligations of Tenant to the Landlord under said Lease.

To the fullest extent allowed by law, the liability of Guarantor hereunder shall not be released or otherwise affected by (i) the release or discharge of Tenant in any insolvency, bankruptcy, reorganization, receivership, or other debtor relief proceeding involving Tenant (collectively "proceeding for relief"); (ii) the impairment, limitation, or modification of the liability of Tenant or the estate of the Tenant in any proceeding for relief, or of any remedy for the enforcement of Tenant's liability under the Lease, resulting from the operation of any law relating to bankruptcy, insolvency, or similar proceeding or other law or from the decision in any court; (iii) the rejection or disaffirmance of the Lease in any proceeding for relief; or (iv) the cessation from any cause whatsoever of the liability of Tenant.

This Guaranty shall continue to be effective or be reinstated, as the case may be, if at any time any payment by Tenant to Landlord under the Lease is rescinded or must otherwise be returned by Landlord upon the insolvency, bankruptcy, reorganization, receivership, or other debtor relief proceeding involving Tenant, all as though such payment had been made.

GUARANTOR AND LANDLORD WAIVE ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE, BETWEEN LANDLORD AND GUARANTOR ARISING OUT OF THIS GUARANTY OR ANY OTHER DOCUMENT OR INSTRUMENT EXECUTED IN CONNECTION HEREWITH OR ANY TRANSACTION RELATED TO THIS GUARANTY.

Guarantor agrees to pay all costs and expenses, including reasonable attorneys' fees, incurred by Landlord in enforcing the terms of this Guaranty.

Upon Landlord's written request, Guarantor shall promptly furnish Landlord, from time to time, with the most current audited financial statements prepared in accordance with generally accepted accounting principles, certified by Guarantor and an independent auditor to be true and correct, reflecting Guarantor's then current financial condition.

This Guaranty shall be governed by and construed in accordance with the laws of the State of Colorado which governs the Lease excluding any principles of conflicts of laws. For the purpose solely of litigating any dispute under this Guaranty, the undersigned submits to the jurisdiction of the courts of the State of Colorado.

If the Guarantor is more than one person or entity, the liability of each such Guarantor shall be joint and several.

This Guaranty is for the benefit of Landlord and Landlord's heirs, personal representatives, successors and assigns, and in the event of an assignment of the Lease, the undersigned will continue to be bound by this Guaranty until such time that Landlord or Landlord's representative or assignee executes a written release therefrom. This Guaranty is binding not only upon the undersigned, but also upon their heirs, personal representatives, successors and assigns.

This Guaranty may be executed in any number of counterparts, each of which shall be deemed an original, and all of such counterparts shall constitute one agreement. To facilitate execution of this Guaranty, the parties may

execute and exchange facsimile counterparts of the signature pages and facsimile counterparts shall serve as originals.

[Remainder of page left blank]

WITNESS:

__

Guarantor's Address:

4955 Technology Way
Boca Raton, FL 33431

GUARANTOR:

The GEO Group, Inc.
a Florida corporation

By: ____________________________
Name: ____
Title: ____

Date: __

# EXHIBIT #5

The GEO Group, Inc.®

# The GEO Group Announces Contract for Company-Leased 1,188-Bed Big Horn Facility in Colorado

July 13, 2026 10:55 AM EDT

BOCA RATON, Fla.--(BUSINESS WIRE)--Jul. 13, 2026-- **The GEO Group, Inc. (NYSE: GEO)** (“GEO” or the “Company”) announced today that the Company has entered into a five-year support services contract with U.S. Immigration and Customs Enforcement (“ICE”) for the activation of a federal immigration processing center at the 1,188-bed Big Horn Facility (the “Facility”) in Hudson, Colorado. GEO has entered into a lease agreement with the Facility owner.

The support services contract is expected to generate approximately $85 million in annual revenues in the first full year of operations, excluding transportation revenue. GEO’s support services are expected to include the exclusive use of the Facility by ICE, along with security, maintenance, and food services, as well as access to recreational amenities, medical care, and legal counsel.

George C. Zoley, GEO's Chairman, Chief Executive Officer and Founder, said, “We expect that our company-leased Big Horn Facility in Colorado will play an important role in helping meet the need for increased federal immigration processing center bedspace. We are proud of our 40-year public-private partnership with ICE, and we stand ready to continue to assist the federal government in meeting its immigration enforcement priorities.”

**About The GEO Group**

The GEO Group, Inc. (NYSE: GEO) is a leading diversified government service provider, specializing in design, financing, development, and support services for secure facilities, processing centers, and community reentry centers in the United States, Australia, South Africa, and the United Kingdom. GEO’s diversified services include enhanced in-custody rehabilitation and post-release support through the award-winning GEO Continuum of Care®, secure transportation, electronic monitoring, community-based programs, and correctional health and mental health care. GEO’s worldwide operations include the ownership and/or delivery of support services for 97 facilities totaling approximately 76,000 beds, including idle facilities and projects under development, with a workforce of up to approximately 20,000 employees.

**Use of forward-looking statements**

This news release may contain “forward-looking statements” within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended, and the U.S. Private Securities Litigation Reform Act of 1995. Readers are cautioned not to place undue reliance on these forward-looking statements and any such forward-looking statements are qualified in their entirety by reference to the cautionary statements and risk factors contained in GEO's filings with the U.S. Securities and Exchange Commission including its Form 10-K, 10-Q and 8-K reports. All forward-looking statements speak only as of the date of this news release and are based on current expectations and involve a number of assumptions, risks and uncertainties that could cause the actual results to differ materially from such forward-looking statements. Readers are strongly encouraged to read the full cautionary statements and risk factors contained in GEO’s filings with the U.S. Securities and Exchange Commission, including those referenced above. GEO disclaims any obligation to update or revise any forward-looking statements, except as required by law.

View source version on businesswire.com: https://www.businesswire.com/news/home/20260710253206/en/

Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

Source: The GEO Group, Inc.

# EXHIBIT #6

The GEO Group, Inc. ®

4955 Technology Way ■ Boca Raton, Florida 33431 ■ www.geogroup.com

**NEWS RELEASE**

**CR-26-11**

# THE GEO GROUP REPORTS SECOND QUARTER RESULTS AND UPDATES FULL YEAR 2026 GUIDANCE

- **2Q26 Revenues Increased 15% to $732.1 Million**
- **2Q26 Net Income Attributable to GEO Operations Increased 63% to $47.5 Million**
- **2Q26 Adjusted EBITDA Increased 20% to $142.0 Million**
- **Repurchased approximately 1.6 million shares for $36.6 million in 2Q26**
- **Guidance for FY26 Revenues of $2.95-$3.05 Billion**
- **Guidance for FY26 Net Income Attributable to GEO Operations Increased to $168-$175 Million, or $1.27-$1.32 Per Diluted Share**
- **Guidance for FY26 Adjusted EBITDA Increased to $550-$560 Million**

**Boca Raton, Fla. – August 6, 2026 -- The GEO Group, Inc. (NYSE: GEO)** ("GEO", "we" or the "Company"), a leading provider of contracted support services for secure facilities, processing centers, and reentry centers, as well as enhanced in-custody rehabilitation, post-release support, and electronic monitoring programs, reported its financial results for the second quarter 2026, updated full year 2026 financial guidance, and provided financial guidance for the third and fourth quarters 2026.

For the second quarter 2026, we reported total revenues of $732.1 million compared to $636.2 million for the second quarter 2025, reflecting a 15 percent increase.

We reported second quarter 2026 net income attributable to GEO Operations of $47.5 million, or $0.36 per diluted share, compared to net income attributable to GEO Operations of $29.1 million, or $0.21 per diluted share, for the second quarter 2025, reflecting a 63 percent increase in net income attributable to GEO Operations.

Second quarter 2026 results reflect $1.7 million, pre-tax, in combined loss on asset divestitures/impairment, start-up expenses, transaction fees, and employee restructuring expenses. Excluding these items, we reported adjusted net income for the second quarter 2026 of $48.8 million, or $0.37 per diluted share, compared to $30.7 million, or $0.22 per diluted share, for the second quarter 2025.

We reported second quarter 2026 Adjusted EBITDA of $142.0 million, compared to $118.6 million for the second quarter 2025, reflecting a 20 percent increase.

Our second quarter 2026 results reflect revenue growth from the contracts that we entered into throughout 2025. Operating Expenses continued to be favorably impacted by lower labor costs during the second quarter of 2026.

--More--

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

George C. Zoley, GEO's Chairman, Chief Executive Officer and Founder, said, "We are very pleased with our strong second quarter results and improved full year outlook. Our financial performance in the first half of 2026 has been driven by the new growth opportunities we captured in 2025 and are normalizing this year. Last year was the most successful period for new business wins in our company's history, and we expect 2026 to continue to be very active as well. We remain focused on pursuing new growth opportunities and allocating capital to enhance long-term value for our shareholders, and we believe that our stock continues to offer a very attractive investment opportunity."

**Results for the First Six Months of 2026**

For the first six months of 2026, we reported total revenues of $1.44 billion compared to $1.24 billion for the first six months of 2025, reflecting a 16 percent increase.

We reported net income attributable to GEO Operations for the first six months of 2026 of $85.8 million, or $0.65 per diluted share, compared to net income attributable to GEO Operations of $48.7 million, or $0.35 per diluted share, for the first six months of 2025, reflecting a 76 percent increase in net income attributable to GEO Operations.

Results for the first six months of 2026 reflect $2.1 million, pre-tax, in combined loss on asset divestitures/impairment, start-up expenses, transaction fees, employee restructuring expenses, and close-out expenses. Excluding these items, we reported adjusted net income for the first six months of 2026 of $87.4 million, or $0.66 per diluted share, compared to $50.3 million, or $0.36 per diluted share, for the first six months of 2025.

We reported Adjusted EBITDA for the first six months of 2026 of $273.4 million, compared to $218.4 million for the first six months of 2025, reflecting a 25 percent increase.

**Operational Highlights**

We entered into a five-year support services contract, effective July 9, 2026, with U.S. Immigration and Customs Enforcement ("ICE") for the activation of a federal immigration processing center at the 1,188-bed Big Horn Facility in Hudson, Colorado, while also entering into a lease agreement with the Facility owner. The Big Horn Facility support services contract is expected to generate approximately $85 million in annual revenues in the first full year of operations.

We entered into a five-year support services contract, effective August 1, 2026, with ICE for the activation of a federal immigration processing center at our GEO-owned, 1,320-bed Rivers Facility in Winton, North Carolina. The Rivers Facility support services contract is expected to generate approximately $80 million in annual revenues in the first full year of operations.

**--More--**

Under both contracts, ICE will reimburse GEO for the capital expenditures needed to reactivate these two facilities, as well as provide funding for start-up expenses during the activation period. We expect the activation of the Big Horn Facility and Rivers Facility to be completed by the end of 2026, with both facilities expected to achieve normalized operations and earnings contribution in early 2027.

**Financial Guidance**

Today, we updated our financial guidance for the full year 2026 and issued our financial guidance for the third quarter 2026 and the fourth quarter 2026. We increased our full year 2026 Net Income Attributable to GEO Operations guidance to a range of $168 million to $175 million, or $1.27 to $1.32 per diluted share on annual revenues of $2.95 billion to $3.05 billion and based on an effective tax rate of approximately 30 percent, inclusive of known discrete items. We increased our full year 2026 Adjusted EBITDA guidance to a range of $550 million to $560 million. We expect total unreimbursed Capital Expenditures for the full year 2026 to be between $135 million and $145 million.

For the third quarter 2026, we expect Net Income Attributable to GEO Operations to be in a range of $45 million to $48 million, or $0.35 to $0.37 per diluted share, on quarterly revenues of $755 million to $805 million. We expect third quarter 2026 Adjusted EBITDA to be between $140 million and $145 million. For the fourth quarter 2026, we expect Net Income Attributable to GEO Operations to be in a range of $37 million to $41 million, or $0.28 to $0.31 per diluted share, on quarterly revenues of $758 million to $808 million. We expect fourth quarter 2026 Adjusted EBITDA to be between $137 million and $142 million.

Our updated guidance does not include any earnings contribution from our new Big Horn and Rivers ICE contracts since we expect the activation period for these facilities to be completed by the end of 2026, achieving normalized earnings contribution in early 2027. Our updated guidance also does not include any earnings contribution from our previously announced managed-only contracts for the 1,884-bed Graceville Facility and the 985-bed Bay Facility in the State of Florida. These two managed-only contracts, which are valued at approximately $100 million in combined annual revenues, are now expected to transition to GEO on July 1, 2027.

We believe there are several sources of potential upside that are not currently included in our guidance. With respect to revenues, sources of potential upside include additional growth in our U.S. Secure Services segment from the reactivation of additional idle facilities and/or higher overall populations across our active facilities; additional volume increases and/or accelerated technology and service mix shift in our Intensive Supervision Appearance Program ("ISAP") contract; additional growth in our secure transportation services business; and additional revenue from higher utilization of our skip tracing services contract. With respect to expenses, our guidance assumes a more moderate contribution from labor cost savings for the second half of 2026.

**--More--**

**NEWS RELEASE**

**Balance Sheet**
At the end of the second quarter 2026, we had approximately $55 million in cash and cash equivalents and approximately $1.54 billion in total debt, resulting in total net debt of approximately $1.5 billion and total net leverage below 3 times Adjusted EBITDA for the trailing 12 months. At the end of the second quarter 2026, we had total available liquidity of approximately $300 million, including cash on hand and Revolver availability, to support our capital needs.

**Share Repurchase Program**
During the second quarter of 2026, we repurchased approximately 1.6 million shares of GEO common stock at an aggregate cost of approximately $36.6 million. As of June 30, 2026, we had repurchased approximately 10.1 million shares of GEO common stock at an aggregate cost of approximately $177 million under our $500 million share repurchase authorization, bringing our current outstanding share count to approximately 132 million and leaving approximately $323 million of repurchase authorization available under the share repurchase program.

Repurchases of GEO's outstanding common stock will be made in accordance with applicable securities laws and may be made at our senior management's discretion from time to time in the open market, by block purchase, through privately negotiated transactions, pursuant to a trading plan, or otherwise in compliance with Rule 10b-18 under the Securities Exchange Act of 1934, as amended. The authorization for the share repurchase program may be extended, increased, decreased, suspended or terminated by our Board of Directors in its discretion at any time. Repurchases of the Company's common stock (and the timing thereof) will depend upon market conditions, regulatory requirements, the Company's existing obligations, including its Credit Agreement, other corporate liquidity requirements and priorities and other factors as may be considered in the Company's sole discretion. The authorization for the share repurchase program does not obligate GEO to purchase any particular amount of the Company's common stock.

**Conference Call Information**
We have scheduled a conference call and webcast for today at 1:00 PM (Eastern Time) to discuss our second quarter 2026 financial results as well as our outlook. The call-in number for the U.S. is 1-877-250-1553 and the international call-in number is 1-412-542-4145. In addition, a live audio webcast of the conference call may be accessed on the Webcasts section under the News, Events and Reports tab of GEO's investor relations webpage at investors.geogroup.com. A replay of the webcast will be available on the website for one year. A telephonic replay of the conference call will be available through August 13, 2026, at 1-855-669-9658 (U.S.) and 1-412-317-0088 (International). The participant passcode for the telephonic replay is 1433186.

**--More--**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

**NEWS RELEASE**

**About The GEO Group**

The GEO Group, Inc. (NYSE: GEO) is a leading diversified government service provider, specializing in design, financing, development, and support services for secure facilities, processing centers, and community reentry centers in the United States, Australia, South Africa, and the United Kingdom. GEO's diversified services include enhanced in-custody rehabilitation and post-release support through the award-winning GEO Continuum of Care®, secure transportation, electronic monitoring, community-based programs, and correctional health and mental health care. GEO's worldwide operations include the ownership and/or delivery of support services for 97 facilities totaling approximately 76,000 beds, including idle facilities and projects under development, with a workforce of up to approximately 20,000 employees.

**Reconciliation Tables and Supplemental Information**

GEO has made available Supplemental Information which contains reconciliation tables of Net Income Attributable to GEO Operations to Adjusted Net Income, and Net Income to EBITDA and Adjusted EBITDA, along with supplemental financial and operational information on GEO's business and other important operating metrics. The reconciliation tables are also presented herein. Please see the section below titled "Note to Reconciliation Tables and Supplemental Disclosure - Important Information on GEO's Non-GAAP Financial Measures" for information on how GEO defines these supplemental Non-GAAP financial measures and reconciles them to the most directly comparable GAAP measures. GEO's Reconciliation Tables can be found herein and in GEO's Supplemental Information available on GEO's investor webpage at investors.geogroup.com.

**Note to Reconciliation Tables and Supplemental Disclosure –**
**Important Information on GEO's Non-GAAP Financial Measures**

Adjusted Net Income, EBITDA, and Adjusted EBITDA are non-GAAP financial measures that are presented as supplemental disclosures. GEO has presented herein certain forward-looking statements about GEO's future financial performance that include non-GAAP financial measures, including Net Debt, Net Leverage, and Adjusted EBITDA. The determination of the amounts that are included or excluded from these non-GAAP financial measures is a matter of management judgment and depends upon, among other factors, the nature of the underlying expense or income amounts recognized in a given period. While we have provided a high level reconciliation for the guidance ranges for full year 2026, we are unable to present a more detailed quantitative reconciliation of the forward-looking non-GAAP financial measures to their most directly comparable forward-looking GAAP financial measures because management cannot reliably predict all of the necessary components of such GAAP measures. The quantitative reconciliation of the forward-looking non-GAAP financial measures will be provided for completed annual and quarterly periods, as applicable, calculated in a consistent manner with the quantitative reconciliation of non-GAAP financial measures previously reported for completed annual and quarterly periods.

**--More--**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

**NEWS RELEASE**

Net Debt is defined as gross principal debt less cash on hand. Net Leverage is defined as Net Debt divided by Adjusted EBITDA.

EBITDA is defined as net income adjusted by adding provisions for income tax, interest expense, net of interest income, and depreciation and amortization. Adjusted EBITDA is defined as EBITDA adjusted for loss on asset divestitures/impairment, pre-tax, net loss attributable to non-controlling interests, stock-based compensation expenses, pre-tax, litigation costs and settlements, pre-tax, start-up expenses, pre-tax, transaction fees, pre-tax, employee restructuring expenses, pre-tax, close-out expenses, pre-tax, other non-cash revenue and expenses, pre-tax, and certain other adjustments as defined from time to time. Given the nature of our business as a real estate owner and support services provider, we believe that EBITDA and Adjusted EBITDA are helpful to investors as measures of our operational performance because they provide an indication of our ability to incur and service debt, to satisfy general operating expenses, to make capital expenditures, and to fund other cash needs or reinvest cash into our business.

We believe that by removing the impact of our asset base (primarily depreciation and amortization) and excluding certain non-cash charges, amounts spent on interest and taxes, and certain other charges that are highly variable from year to year, EBITDA and Adjusted EBITDA provide our investors with performance measures that reflect the impact to operations from trends in occupancy rates, per diem rates and operating costs, providing a perspective not immediately apparent from net income. The adjustments we make to derive the non-GAAP measures of EBITDA and Adjusted EBITDA exclude items which may cause short-term fluctuations in income from continuing operations and which we do not consider to be the fundamental attributes or primary drivers of our business plan and they do not affect our overall long-term operating performance. EBITDA and Adjusted EBITDA provide disclosure on the same basis as that used by our management and provide consistency in our financial reporting, facilitate internal and external comparisons of our historical operating performance and our business units and provide continuity to investors for comparability purposes.

Adjusted Net Income is defined as net income attributable to GEO operations adjusted for certain items which by their nature are not comparable from period to period or that tend to obscure GEO's actual operating performance, including for the periods presented loss on asset divestitures/impairment, pre-tax, loss on extinguishment of debt, pre-tax, litigation costs and settlements, pre-tax, start-up expenses, pre-tax, transaction fees, pre-tax, employee restructuring expenses, pre-tax, close-out expenses, pre-tax, and tax effect of adjustments to net income attributable to GEO operations.

**--More--**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

**NEWS RELEASE**

**Safe-Harbor Statement**

*This press release contains forward-looking statements regarding future events and future performance of GEO that involve risks and uncertainties that could materially and adversely affect actual results, including statements regarding GEO's financial guidance for the full year, third quarter, and fourth quarter of 2026, the $500 million share repurchase program authorized by GEO's Board of Directors, the anticipated timing and annualized revenues related to the activation of certain facilities and new and amended contracts, GEO's ability to capture additional growth opportunities, and the Company's efforts to strengthen its capital structure and enhance shareholder value through capital returns. Forward-looking statements generally can be identified by the use of forward-looking terminology such as "may," "will," "expect," "anticipate," "intend," "plan," "believe," "seek," "estimate," or "continue" or the negative of such words and similar expressions. Risks and uncertainties that could cause actual results to vary from current expectations and forward-looking statements contained in this press release include, but are not limited to: (1) GEO's ability to meet its financial guidance for the full year, third quarter, and fourth quarter of 2026 given the various risks to which its business is exposed; (2) GEO's ability to execute on the $500 million share repurchase program authorized by GEO's Board of Directors on the timeline it expects; (3) GEO's ability to deleverage and repay, refinance or otherwise address its debt maturities in an amount and on terms commercially acceptable to GEO, and on the timeline it expects or at all; (4) GEO's ability to identify and successfully complete any potential sales of company-owned assets and businesses or potential acquisitions of assets or businesses on commercially advantageous terms on a timely basis, or at all; (5) changes in federal and state government policy, orders, directives, legislation and regulations that affect public-private partnerships with respect to secure, correctional and detention facilities, processing centers and reentry centers; (6) changes in federal immigration policy; (7) public and political opposition to the use of public-private partnerships with respect to secure correctional and detention facilities, processing centers and reentry centers; (8) the impact of any future global pandemic on GEO and GEO's ability to mitigate the risks associated with such pandemic; (9) GEO's ability to sustain or improve company-wide occupancy rates at its facilities; (10) fluctuations in GEO's operating results, including as a result of contract activations, contract terminations, contract renegotiations, changes in occupancy levels and increases in GEO's operating costs; (11) general economic and market conditions, including changes to governmental budgets and its impact on new contract terms, contract renewals, renegotiations, per diem rates, fixed payment provisions, and occupancy levels; (12) GEO's ability to address inflationary pressures related to labor related expenses and other operating costs; (13) GEO's ability to timely open facilities as planned, profitably manage such facilities and successfully integrate such facilities into GEO's operations without substantial costs; (14) GEO's ability to win management contracts for which it has submitted proposals and to retain existing management contracts; (15) risks associated with GEO's ability to control operating costs associated with contract start-ups; (16) GEO's ability to successfully pursue growth opportunities and continue to create shareholder value; (17) GEO's ability to obtain financing or access the capital markets in the future on acceptable terms or at all; (18) any adverse impact on GEO's financial results caused by any past or future federal government shutdown; (19) risks associated with the U.S. Supreme Court agreeing to hear GEO's appeal in the Nwauzor Case and GEO's ability to prevail on the merits; and (20) other factors contained in GEO's Securities and Exchange Commission periodic filings, including its Form 10-K, 10-Q and 8-K reports, many of which are difficult to predict and outside of GEO's control.*

**Second quarter and first six months 2026 financial tables to follow:**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

# NEWS RELEASE

## Condensed Consolidated Balance Sheets*
(Unaudited)

| | As of June 30, 2026 (unaudited) | As of December 31, 2025 (unaudited) |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 54,992 | $ 68,995 |
| Restricted cash and cash equivalents | 2,137 | 2,998 |
| Accounts receivable, less allowance for doubtful accounts | 531,852 | 593,463 |
| Prepaid expenses and other current assets | 46,004 | 53,073 |
| **Total current assets** | $ **634,985** | $ **718,529** |
| ***Restricted Cash and Investments*** | 193,103 | 179,366 |
| ***Property and Equipment, Net*** | 1,856,785 | 1,884,198 |
| ***Operating Lease Right-of-Use Assets, Net*** | 62,787 | 72,294 |
| ***Deferred Income Tax Assets*** | 9,396 | 9,396 |
| ***Intangible Assets, Net (including goodwill)*** | 869,721 | 873,360 |
| ***Other Non-Current Assets*** | 115,485 | 106,479 |
| **Total Assets** | **$ 3,742,262** | **$ 3,843,622** |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Accounts payable | $ 56,195 | $ 58,727 |
| Accrued payroll and related taxes | 83,591 | 82,086 |
| Accrued expenses and other current liabilities | 198,497 | 197,530 |
| Operating lease liabilities, current portion | 14,954 | 17,193 |
| Current portion of finance lease obligations, and long-term debt | 30,788 | 1,355 |
| **Total current liabilities** | $ **384,025** | $ **356,891** |
| ***Deferred Income Tax Liabilities*** | 99,689 | 99,689 |
| ***Other Non-Current Liabilities*** | 182,454 | 176,083 |
| ***Operating Lease Liabilities*** | 49,884 | 57,557 |
| ***Long-Term Debt*** | 1,511,530 | 1,649,268 |
| ***Total Shareholders' Equity*** | 1,514,680 | 1,504,134 |
| **Total Liabilities and Shareholders' Equity** | **$ 3,742,262** | **$ 3,843,622** |

* All figures in '000s

**-- More --**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

# NEWS RELEASE

## Condensed Consolidated Statements of Operations*
(Unaudited)

| | Q2 2026 (unaudited) | Q2 2025 (unaudited) | YTD 2026 (unaudited) | YTD 2025 (unaudited) |
|---|---|---|---|---|
| Revenues | $ 732,072 | $ 636,169 | $ 1,437,285 | $ 1,241,513 |
| Operating expenses | 530,703 | 475,218 | 1,052,212 | 929,693 |
| Depreciation and amortization | 34,196 | 32,732 | 68,026 | 64,868 |
| General and administrative expenses | 65,470 | 56,246 | 126,045 | 113,995 |
| *Operating income* | **101,703** | **71,973** | **191,002** | **132,957** |
| Interest income | 3,228 | 2,466 | 4,900 | 4,463 |
| Interest expense | (38,556) | (41,907) | (76,857) | (84,348) |
| Loss on extinguishment of debt | - | (595) | - | (595) |
| Other Income | - | 5,514 | - | 5,514 |
| Loss on asset divestitures/impairment | (673) | - | (673) | - |
| *Income before income taxes and equity in earnings of affiliates* | **65,702** | **37,451** | **118,372** | **57,991** |
| Provision for income taxes | 18,878 | 10,554 | 33,904 | 12,380 |
| Equity in earnings of affiliates, net of income tax provision | 636 | 2,177 | 1,298 | 3,005 |
| *Net income* | **47,460** | **29,074** | **85,766** | **48,616** |
| Less: Net loss attributable to noncontrolling interests | 43 | 34 | 71 | 50 |
| *Net Income Attributable to The GEO Group, Inc. Operations* | $ **47,503** | $ **29,108** | $ **85,837** | $ **48,666** |
| *Weighted Average Common Shares Outstanding:* | | | | |
| Basic | 130,603 | 138,539 | 131,602 | 137,844 |
| Diluted | 132,024 | 140,470 | 133,025 | 140,710 |
| *Net Income per Common Share Attributable to The GEO Group, Inc. Operations* | | | | |
| ***Basic:*** | | | | |
| Net income per share — basic | $ **0.36** | $ **0.21** | $ **0.65** | $ **0.35** |
| ***Diluted:*** | | | | |
| Net income per share — diluted | $ **0.36** | $ **0.21** | $ **0.65** | $ **0.35** |

* All figures in '000s, except per share data

**-- More --**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

**NEWS RELEASE**

## Reconciliation of Net Income to EBITDA and Adjusted EBITDA, and Net Income Attributable to GEO Operations to Adjusted Net Income*
(Unaudited)

| | Q2 2026 *(unaudited)* | Q2 2025 *(unaudited)* | YTD 2026 *(unaudited)* | YTD 2025 *(unaudited)* |
|---|---|---|---|---|
| **Net income** | $ **47,460** | $ **29,074** | $ **85,766** | $ **48,616** |
| *Add:* | | | | |
| Income tax provision ** | 19,107 | 10,723 | 34,349 | 12,779 |
| Interest expense, net of interest income | 35,328 | 40,036 | 71,957 | 80,480 |
| Depreciation and amortization | 34,196 | 32,732 | 68,026 | 64,868 |
| **EBITDA** | $ 136,091 | $ 112,565 | $ 260,098 | $ 206,743 |
| *Add (Subtract):* | | | | |
| Loss on asset divestitures/impairment, pre-tax | 673 | - | 673 | - |
| Net loss attributable to noncontrolling interests | 43 | 34 | 71 | 50 |
| Stock based compensation expenses, pre-tax | 4,923 | 5,506 | 12,689 | 11,994 |
| Litigation costs and settlements, pre tax | - | 532 | - | 532 |
| Start-up expenses, pre-tax | 509 | - | 509 | - |
| Transaction fees, pre-tax | 156 | - | 322 | 55 |
| Employee restructuring expenses, pre-tax | 392 | 332 | 592 | 332 |
| Close-out expenses, pre-tax | - | 676 | 20 | 676 |
| Other non-cash revenue & expenses, pre-tax | (788) | (1,048) | (1,563) | (2,019) |
| **Adjusted EBITDA** | $ 141,999 | $ 118,597 | $ 273,411 | $ 218,363 |
| **Net Income Attributable to The GEO Group, Inc. Operations** | $ **47,503** | $ **29,108** | $ **85,837** | $ **48,666** |
| *Add (Subtract):* | | | | |
| Loss on asset divestitures/impairment, pre-tax | 673 | - | 673 | - |
| Loss on extinguishment of debt, pre-tax | - | 595 | - | 595 |
| Litigation costs and settlements, pre tax | - | 532 | - | 532 |
| Start-up expenses, pre-tax | 509 | - | 509 | - |
| Transaction fees, pre-tax | 156 | - | 322 | 55 |
| Employee restructuring expenses, pre-tax | 392 | 332 | 592 | 332 |
| Close-out expenses, pre-tax | - | 676 | 20 | 676 |
| Tax effect of adjustment to net income attributable to GEO Operations (1) | (435) | (537) | (532) | (551) |
| **Adjusted Net Income** | $ 48,798 | $ 30,706 | $ 87,421 | $ 50,305 |
| Weighted average common shares outstanding - Diluted | 132,024 | 140,470 | 133,025 | 140,710 |
| **Adjusted Net Income per Diluted Share** | $ 0.37 | $ 0.22 | $ 0.66 | $ 0.36 |

* All figures in '000s.

** Includes income tax provision on equity in earnings of affiliates.

(1) Tax adjustment related to loss on asset divestitures/impairment, loss on extinguishment of debt, litigation costs and settlements, start-up expenses, transaction fees,employee restructuring expenses, and close-out expenses.

**-- More --**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

**NEWS RELEASE**

**2026 Outlook/Reconciliation**
(In thousands, except per share data)
(Unaudited)

| | FY 2026 | | |
|---|---|---|---|
| **Net Income Attributable to GEO** | $ 168,000 | to | $ 175,000 |
| **(Gain)/Loss on Asset Sale, pre-tax** | 700 | | 700 |
| **Net Interest Expense** | 145,000 | | 145,500 |
| **Tax effect of Adjustments** | (500) | | (500) |
| **Income Taxes** | | | |
| ***(including income tax provision on equity in earnings of affiliates)*** | 73,000 | | 75,500 |
| **Depreciation and Amortization** | 139,000 | | 139,000 |
| **Non-Cash Stock Based Compensation** | 23,500 | | 23,500 |
| **Other Non-Cash** | 1,300 | | 1,300 |
| **Adjusted EBITDA** | **$ 550,000** | to | **$ 560,000** |
| | | | |
| **Net Income Attributable to GEO Per Diluted Share** | **$ 1.27** | to | **$ 1.32** |
| **Weighted Average Common Shares Outstanding-Diluted** | 132,600 | to | 132,600 |
| | | | |
| **CAPEX** | | | |
| Growth | 17,500 | to | 20,000 |
| Technology | 27,500 | | 30,000 |
| Facility Maintenance | 90,000 | | 95,000 |
| **Capital Expenditures** | **135,000** | **to** | **145,000** |
| | | | |
| **Total Debt, Net** | **$ 1,475,000** | | **$ 1,425,000** |
| **Total Leverage, Net** | **2.7** | | **2.5** |

**Note:** The above outlook does not include the impact of any potential impact related to one-time legal settlements

**- End -**

**Contact:** Pablo E. Paez (866) 301 4436
Executive Vice President, Corporate Relations

# EXHIBIT #7

# Instruction Manual 023-01-001-01, Revision 01, Implementation of the National Environmental Policy Act (NEPA)

**DEPARTMENT OF HOMELAND SECURITY**

**OFFICE OF THE CHIEF READINESS SUPPORT OFFICER**

Jeffery Orner
Chief Readiness Support Officer

11/6/2014
Date

# Issue Date:

## Table of Contents

I. List of Acronyms....................I-1
II. Definitions....................II-1
III. Introduction....................III-1
IV. Managing NEPA Implementation....................IV-1
A. Decision-Making and Integration of NEPA with DHS Missions....................IV-1
B. Primary Point of Contact within Components....................IV-2
C. Activities Requiring Notification to SEP....................IV-2
D. Collaboration....................IV-4
E. Dispute Resolution....................IV-4
F. EP&HP Decision Support System (EP&HP DSS)....................IV-5
G. Public Involvement....................IV-6
H. Use of Contractors....................IV-11
I. Performance Metrics and Reporting Requirements....................IV-11
J. Review of Other Agency NEPA Documents....................IV-11
K. Component Supplemental Instructions and Delegation of Authority....................IV-12
L. Administrative Record Requirements....................IV-16
V. Procedures for Implementing NEPA....................V-1
A. Overview of NEPA Requirements....................V-1
B. Categorical Exclusions and Extraordinary Circumstances....................V-3
C. Environmental Assessments....................V-8
D. Environmental Impact Statements....................V-13
E. Mitigation and Monitoring....................V-18
F. Cooperating and Joint Lead Agency Relationships....................V-20
G. NEPA Analysis and Writing....................V-21
VI. Emergency Actions....................VI-1
A. Secure Lives and Protect Property....................VI-1

B. Determine Applicability of NEPA ....................VI-1
C. Notification to SEP....................VI-1
D. Determine Level of NEPA Evaluation ....................VI-1
VII. Review of Applications from Persons or Organizations Outside of DHS .........VII-1
Appendix A. DHS List of Categorical Exclusions ....................A-1
Appendix B. List of Environmental Planning Requirements other than NEPA.........B-1
Appendix C. Record of Environmental Consideration (REC) Template for Categorically Excluded Actions .................... C-1

# I. List of Acronyms

| Acronym | Term |
|---|---|
| CATEX | Categorical Exclusion |
| CEQ | Council on Environmental Quality |
| CFR | Code of Federal Regulations |
| DEIS | Draft Environmental Impact Statement |
| DHS | Department of Homeland Security |
| EA | Environmental Assessment |
| EIS | Environmental Impact Statement |
| EO | Executive Order |
| EPA | Environmental Protection Agency |
| EP&HP | Environmental Planning and Historic Preservation |
| EP&HP DSS | EP&HP Decision Support System |
| EPPM | Environmental Planning Program Manager |
| FEIS | Final Environmental Impact Statement |
| FOIA | Freedom of Information Act |
| FONSI | Findings of No Significant Impact |
| FR | Federal Register |
| HQ | Headquarters |
| MOA | Memorandum of Agreement |
| NEPA | National Environmental Policy Act |
| NOA | Notice of Availability |
| NOI | Notice of Intent |
| OCRSO | Office of the Chief Readiness Support Officer |
| OGC | Office of the General Counsel |
| OPA | Office of Public Affairs |
| PEA | Programmatic Environmental Assessment |

| Acronym | Term |
|---|---|
| PEIS | Programmatic Environmental Impact Statement |
| REC | Record of Environmental Consideration |
| ROD | Record of Decision |
| SEA | Supplemental Environmental Assessment |
| SEIS | Supplemental Environmental Impact Statement |
| SEP | Sustainability and Environmental Programs |
| U.S. | United States |
| U.S.C. | United States Code |

## II. Definitions

All definitions contained in the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of the National Environmental Policy Act (NEPA) (40 Code of Federal Regulations [CFR] Parts 1500-1508) apply to this Instruction Manual. Definitions from the CEQ regulations of some of the terms and phrases that are more commonly used in this Instruction Manual are provided below for ease of reference. Additional terms and phrases not defined in the CEQ regulations are defined below.

***Action***: A plan, project, program, policy, rule, regulation, procedure, or legislative proposal, as discussed at 40 C.F.R. §1508.18, subject to DHS's control and responsibility. Projects include actions approved by permit or other regulatory decision as well as Federally-assisted activities (e.g., grants).

***Best Management Practices***: Generally accepted and applied measures or practices to lessen the adverse effects of actions on the human environment (e.g., control stormwater flowing through a construction site to reduce impacts to water quality).

***Categorical Exclusion (CATEX)***: As defined in 40 C.F.R. §1508.4, activities that do not need to undergo detailed environmental analysis in an EA or EIS because the activities have been determined to normally not have the potential, individually or cumulatively, to have a significant effect on the human environment. Agencies can define categories of such activities as a way to reduce unnecessary paperwork and delay. CATEXs are defined by, and are unique to, each Federal agency; at DHS they may be established for the Department as a whole or for an individual Component. At DHS, certain CATEXs (see Appendix A, Table 1) are denoted with an asterisk and require preparation of a Record of Environmental Consideration (REC); an asterisk denotes classes of actions that have a higher possibility of involving extraordinary circumstances.

***Component***: As defined in DHS Directive 252-01, Organization of the Department of Homeland Security, any organization which reports directly to the Office of the Secretary of DHS when approved as such by the Secretary. This is inclusive of both Operational Components and Support (also known as Headquarters) Components. For purposes of this Instruction, the Office of the Secretary also constitutes a Component. The list of major Components making up DHS is available on the DHS website at https://www.dhs.gov/department-components.

***Component Supplemental Instructions***: A written policy-type document that describes how a Component implements the requirements of DHS Directive 023-01, and this Instruction Manual within their respective organization. Criteria for Component Supplemental Instructions are provided in Section IV, Part K.

***Cooperating Agency***: As defined in 40 C.F.R. §1508.5, any Federal agency other than a lead agency which has jurisdiction by law or special expertise with respect to any

environmental impact involved in a proposal (or a reasonable alternative) for legislation or other major Federal action significantly affecting the quality of the human environment. A state or local agency of similar qualifications or a Tribe may by agreement with the lead agency also become a Cooperating Agency. Participation of Cooperating Agencies is not limited to the preparation of Environmental Impact Statements; it may also be appropriate for Cooperating Agencies to participate in the preparation of Environmental Assessments.

***Council on Environmental Quality (CEQ)***: Title II of NEPA established a council in the Executive Office of the President to oversee implementation of the Act. The Council is appointed by the President with the advice and consent of the Senate. The President designates the Chairman. CEQ's responsibilities include appraising Federal Government programs and activities in light of the policy set forth in Title I of NEPA and formulating and recommending national policies to promote improvement of the quality of the environment.

***Cumulative Impact***: As defined in 40 C.F.R. §1508.7, the impact on the environment which results from the incremental impact of an action when added to other past, present, and reasonably foreseeable future actions regardless of what agency (Federal or non-Federal) or person undertakes such other actions. Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time.

***Decision-Maker***: See Proponent.

***Department***: The Department of Homeland Security, which, unless otherwise specified includes all components thereof.

***Effects***: As defined in 40 C.F.R. §1508.8, effects of proposed actions includes ecological (such as the effects on natural resources and on the components, structures, and functioning of affected ecosystems), aesthetic, historic, cultural, economic, social, or health, whether direct, indirect, or cumulative. Effects may also include those resulting from actions which may have both beneficial and detrimental effects. "Effects" and "impacts" as used in the CEQ regulations and this Instruction Manual are synonymous.

***Effects of National Concern***: Effects that because of the high quality or function of the affected resource or because of the wide geographic range of effects (e.g. climate change) could create concern beyond the locale or region of a proposed action, as well as effects that may occur in multiple geographic regions of the U.S. from a program of proposed actions.

***Emergency***: A natural or man-made disaster or other phenomenon of an exceptional, inevitable, and irresistible character demanding immediate action for the protection of human life, public safety, public health, or the environment, and avoidance of significant loss of property if it relates to one of the other factors. This includes but is not limited to

situations triggering emergency and major disaster declarations by the President under the Stafford Act. See also 40 C.F.R. §1506.11.

***Emergency Action***: Any action needed to respond to or control the immediate impacts of an emergency. This definition does not include long-term recovery actions.

***Environmental Assessment (EA)***: As defined in 40 C.F.R. §1508.9, a concise public document for which a Federal agency is responsible that serves to: briefly provide sufficient evidence and analysis for determining whether to prepare an Environmental Impact Statement or a Finding of No Significant Impact, aid an agency's compliance with NEPA when no Environmental Impact Statement is necessary, and facilitate preparation of an Environmental Impact Statement when one is necessary.

***Environmental Impact Evaluation***: The process of determining the level of significance of a potential impact on the human environment. It includes all of the necessary studies, consultation, and public involvement needed to analyze the potential for environmental impact of a proposed action, assign a value to the level of impact (e.g. minor, moderate, or major), consider mitigation, and determine the level of significance; whether significant or not. An environmental impact evaluation results in either the application of a Categorical Exclusion or documentation in the form of a final Environmental Assessment and Finding of No Significant Impact or a final Environmental Impact Statement. An environmental impact evaluation is a necessary and major part of the NEPA process (defined in 40 C.F.R. §1508.21) but normally not fully inclusive of the NEPA process. “Environmental impact evaluation” and “environmental analysis” as used in this Instruction Manual are synonymous.

***Environmental Impact Statement (EIS)***: As defined in 40 C.F.R. §1508.11, a detailed written statement as required by section 102(2)(C) of NEPA.

***Environmental Planning & Historic Preservation Decision Support System (EP&HP DSS)***: An automated system to standardize and improve the efficiency and effectiveness of NEPA analyses of proposed actions within DHS. The EP&HP DSS is owned and operated by OCRSO-SEP for Department-wide utilization.

***Environmental Planning Program Manager (EPPM)***: As designated in a Component’s approved Supplemental Instructions, the primary point of contact in a Component who is responsible for coordination with SEP on NEPA matters and who has the authority to oversee the implementation of DHS Directive 023-01 and this Instruction Manual in their respective organization. For Components that do not have an EPPM, Director SEP serves as their EPPM.

***Environmentally Sensitive Area***: An area designated by law, regulation, or executive order that merits special protection or stewardship because of its value as a natural, historic, or cultural resource. Examples include, but are not limited to: (1) proposed or designated critical habitat for threatened or endangered species; (2) properties listed or eligible for listing on the National Register of Historic Places; and (3) areas having special designation or recognition such as prime or unique agricultural lands, coastal

zones, designated wilderness or wilderness study areas, wild and scenic rivers, 100 year floodplains, wetlands, sole source aquifers, Marine Sanctuaries, National Wildlife Refuges, National Parks, National Monuments, essential fish habitat, etc.

***Extraordinary Circumstances***: When evaluating whether or not to apply a CATEX to a proposed action, these are circumstances associated with the proposed action that might give rise to significant environmental effects requiring further analysis and documentation in an EA or EIS.

***Finding of No Significant Impact (FONSI)***: As defined in 40 C.F.R. §1508.13, a document by a Federal agency briefly presenting the reasons why an action, not otherwise excluded (40 C.F.R. §1508.4), will not have a significant effect on the human environment and for which an environmental impact statement therefore will not be prepared.

***Human Environment***: As defined in 40 C.F.R. §1508.14, the natural and physical environment and the relationship of people with that environment.

***Impacts***: See effects.

***Indian Tribe or Native American Tribe or Tribe***: Any Indian tribe, band, nation, pueblo, or other organized group or community, including any Alaska native entity, which is Federally-recognized by the Secretary of the Interior through listing by the Bureau of Indian Affairs.

***Jurisdiction by Law***: As defined in 40 C.F.R. §1508.15, an agency's authority to approve, veto, or finance all or part of a proposal.

***Lead Agency***: As defined in 40 C.F.R. §1508.16, the agency or agencies preparing or having taken primary responsibility for preparing an EA or EIS.

***Major Federal Action***: As defined in 40 C.F.R. §1508.18, actions with effects that may be major and which are potentially subject to Federal control and responsibility. Major reinforces but does not have a meaning independent of significantly (40 C.F.R. §1508.27). Actions include the circumstance where the responsible officials fail to act and that failure to act is reviewable by courts or administrative tribunals under the Administrative Procedure Act or other applicable law as agency action. See 40 C.F.R. §1508.18 for the full definition.

***Mitigation***: An action or series of actions, which may be ongoing and sustained, to reduce the probability of, or lessen the impact of an adverse effect on the quality of the human environment. The following examples of ways to mitigate impacts to the human environment are provided in 40 C.F.R. §1508.20: (a) avoiding the impact altogether by not taking a certain action or parts of an action; (b) minimizing impacts by limiting the degree or magnitude of the action and its implementation; (c) rectifying the impact by repairing, rehabilitating, or restoring the affected environment; (d) reducing or eliminating the impact over time by preservation and maintenance operations during the life of the action; (e) compensating for the impact by replacing or providing substitute

resources or environments. Mitigation may also include the utilization of best management practices and adaptive management approaches.

***National Environmental Policy Act (NEPA)***: Public Law 91-190, as amended, declares a national policy which encourages productive and enjoyable harmony between humans and the environment. NEPA requires Federal officials to consider environmental values alongside technical and economic considerations in their decision-making.

***NEPA document***: A DHS REC, EA, SEA, PEA, FONSI, NOA, NOI, EIS, SEIS, PEIS, Legislative EIS, ROD, or any other document prepared pursuant to a requirement of NEPA, the CEQ Regulations, DHS Directive 023-01, or this Instruction Manual. This includes environmental documents as defined in 40 C.F.R. §1508.10.

***NEPA process***: The effort required to systematically address the environmental stewardship and compliance requirements set forth in NEPA during program and project planning, development, and design; and prior to execution of a proposed action for the purpose of protecting, sustaining, or restoring the quality of the human environment. This process consists wholly or in part of scoping, development, and consideration of the proposed action and alternatives, environmental impact evaluation, consideration of mitigation and monitoring its success, consultation, and public involvement. This includes the NEPA Process as defined in 40 C.F.R. §1508.21.

***Notice of Availability (NOA)***: A formal notice published in the Federal Register announcing the issuance and public availability of a draft or final EIS and ROD. The EPA published NOA is the official public notification of an EIS.

***Notice of Intent***: As defined in 40 C.F.R. §1508.22, a notice that an environmental impact statement will be prepared and considered.

***Office of the Chief Readiness Support Officer (OCRSO)***: Office that supports the Departmental CRSO, which is organizationally located in the Management Directorate at DHS Headquarters (HQ), as defined in DHS Directive 0100, Organization of the Office of the Under Secretary for Management, and DHS Directive 0004, Administrative Services Line of Business Integration and Management, and any successions to these Directives.

***Office of the General Counsel (OGC)***: Office that supports the General Counsel (defined in DHS Directive 252-01), who is the chief legal officer and the final legal authority within DHS, and has the authority to participate in and decide any legal matter within DHS (except for matters within the scope of the Inspector General's authorities). OGC includes DHS Headquarters attorneys together with the attorneys in all Component legal offices, whether denominated Office of Chief Counsel, Office of Principal Legal Advisor, Office of the Judge Advocate General or otherwise.

***Proponent***: A DHS Federal employee who is the identified program or project manager for a proposed action that is subject to NEPA review. The Proponent is also the

decision-maker for the proposed action. The Proponent is responsible for defining the reason why a proposed action is needed, and has the immediate authority to decide a course of action or has the authority to recommend a course of action, from among options, to the next higher organizational level (e.g., district to region, region to headquarters) for approval. The Proponent also normally has authority to establish the total estimate of resource requirements for the proposed action or, in the execution phase, has the authority to direct the use of resources. The Proponent does not have to personally perform the environmental impact evaluation or have NEPA expertise, but is responsible for ensuring NEPA compliance before committing DHS to a particular course of action; this includes responsibility (with support from their respective EPPM) for the completion of any appropriate NEPA documentation.

***Record of Decision (ROD)***: The concise public record described in 40 C.F.R. §1505.2 that is prepared to conclude the process of preparing an Environmental Impact Statement. A ROD (or Notice of its Availability) is published in the Federal Register. The ROD need not be a unique or separate document, when a formal public record of a decision is otherwise issued, as long as the formal public record meets the requirements of 40 C.F.R. §1505.2. For example, grant award documents or permits may suffice for a ROD if they meet the requirements of 40 C.F.R. §1505.2.

***Record of Environmental Consideration (REC)***: An internal DHS administrative document that records the application of a DHS CATEX (Appendix A, Table 1) to a specific proposal. A REC is required for the application of any CATEX identified with an asterisk in Appendix A, Table 1 of this Instruction Manual. RECs are normally prepared and maintained electronically in the EP&HP DSS.

***Secretary***: The Secretary of the Department of Homeland Security.

***Significantly***: As used in the NEPA process, an evaluation of significance requires consideration of both context and intensity. Context means that the significance of an action must be analyzed in several contexts such as society as a whole, the affected region, the affected interests, and the locality. Significance varies with the setting of the proposed action. Intensity refers to the severity of impact. See 40 C.F.R. §1508.27 for the full definition.

***Special expertise***: As defined in 40 C.F.R. §1508.26, an agency's statutory responsibility, mission, or related program experience.

***Sustainability and Environmental Programs (SEP)***: A program management area organizationally located in OCRSO, Management Directorate, DHS Headquarters. SEP is responsible for oversight of the implementation of NEPA across DHS.

## III. Introduction

This Department of Homeland Security (DHS) “Instruction Manual on Implementation of the National Environmental Policy Act (NEPA) (Instruction 023-01-001-01),” together with DHS Directive 023-01, “Implementation of the National Environmental Policy Act,” (hereafter Instruction Manual and Directive) establish the policy and procedures DHS follows to comply with the National Environmental Policy Act of 1969 (NEPA) (42 United States Code [U.S.C.] 4321 et seq.) and the Council on Environmental Quality (CEQ) Regulations for Implementing the Procedural Provisions of NEPA (40 C.F.R. Parts 1500-1508). This Instruction Manual serves as the DHS implementing procedures for NEPA (as required by 40 C.F.R. Parts 1505.1 and 1507.3) which supplement the CEQ regulations and therefore must be read in conjunction with them. The Directive and this Instruction Manual are available on the DHS website at www.dhs.gov/nepa. The NEPA statute and the CEQ regulations are available at https://ceq.doe.gov/index.html.

NEPA is the basic charter and foundation for stewardship of environmental resources in the United States. To implement the policies set forth in NEPA, Congress prescribed a procedure commonly referred to as the “NEPA process” for Federal agencies to follow. The NEPA process is a planning and decision-making tool that helps Federal agency decision-makers systematically identify and evaluate the potential environmental impacts of proposed actions prior to making decisions. The NEPA process encourages public involvement in decisions that would affect the quality of the human environment and includes the identification and evaluation of reasonable alternatives to proposed actions that would avoid or minimize adverse environmental impacts.

Generally, NEPA applies to Federal actions that affect the human environment. Within DHS, NEPA generally applies to actions to be undertaken, funded, permitted, or otherwise approved by DHS, including activities that may be wholly initiated within DHS, executed by DHS under the direction of Congress, or proposed by persons or organizations outside of DHS that require approval, funding, a license, or a permit from DHS.

The requirements of this Instruction Manual apply to the execution of all NEPA activities across DHS. Within Components, proponents of programs, projects, and activities implement the requirements of the Directive and this Instruction Manual in consultation with their respective Environmental Planning Program Manager (EPPM) (for a definition of EPPM, see Section II and Section IV, Part K) and Office of General Counsel (OGC), and the Director of Sustainability and Environmental Programs (SEP) when appropriate.

References to government organizations or regulations in this Instruction Manual include their succeeding organizations and requirements.

# IV. Managing NEPA Implementation

## A. Decision-Making and Integration of NEPA with DHS Missions

DHS follows the Directive and this Instruction Manual to ensure that decisions are made in accordance with the policies and procedures of NEPA. DHS integrates the NEPA process with other planning efforts at the earliest possible stage so that environmental factors are considered with sufficient time to have a practical influence on the decision-making process before decisions are made. Within Components, Proponents ensure that the appropriate NEPA analysis and documentation is completed before a decision is made that irretrievably commits resources or limits the choice of reasonable alternatives to satisfy an objective, fix a problem, address a weakness, or develop a program. DHS also integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment, and follows CEQ guidance on such integration. These other requirements include, but are not limited to, those listed in Appendix B. However, compliance with other requirements for the stewardship and protection of the human environment does not relieve DHS from completing the NEPA process and complying with NEPA; conversely, compliance with NEPA does not relieve DHS from complying with these other requirements.

Because of the diversity of DHS, it is not feasible to describe in this Instruction Manual the decision-making process for every DHS program. Proposals and actions may be initiated at any level of the DHS organization. Similarly, review and approval authority may be exercised at various levels depending on the nature of the action, source of funding, statutory authority, etc. In their respective decision-making processes, Components:

(1) Consider all relevant NEPA documents in evaluating proposals for action;

(2) Make relevant NEPA documents, comments, and responses part of the record in formal rulemaking or adjudicatory proceedings;

(3) As a proposal for action is being developed, ensure that relevant NEPA documents, comments, and responses accompany the proposal through the appropriate formal project approval and decision-making processes to ensure that the NEPA analysis is considered in making a decision; and

(4) As a proposal for action is being developed, ensure that the range of reasonable business and operational alternatives being considered are appropriately analyzed under NEPA and, when evaluating a proposal for action, that only those alternatives discussed in the relevant NEPA documents are considered in the evaluation, unless the environmental documents are appropriately supplemented to examine a newly developed alternative.

## B. Primary Point of Contact within Components

Each Component provides to Director SEP the name of a primary point of contact for coordination of NEPA matters. For Components that seek a delegation of authority as described in Section IV, Part K, this point of contact is referred to as the EPPM.

## C. Activities Requiring Notification to SEP

Components notify SEP in writing, unless otherwise specified, of NEPA activities that meet any of criteria listed below. This notification is made at the earliest possible stage to allow for substantive involvement from SEP and, where applicable, approval by Director SEP.

(1) NEPA activities for actions that are likely to receive high-level executive branch and/or national attention, including those that are likely to require the attention of either the Deputy Secretary or the Secretary. This includes situations where a Component intends to communicate with another Federal agency regarding the NEPA activities. SEP provides written notification to Components on its level of involvement within five (5) working days of notification, or as soon as possible for emergency actions.

(2) Emergency actions that would have significant environmental effects. Components notify SEP as soon as possible by any practical means, and SEP consults with CEQ as soon as possible to develop alternative arrangements for completing an Environmental Impact Statement (EIS). Also see Section VI.

(3) Emergency actions where there is the potential for significant environmental effects or where the effects are unknown and there is not sufficient time to prepare an Environmental Assessment (EA). Components notify SEP as soon as possible by any practical means, and SEP coordinates with CEQ as soon as possible regarding an alternative approach to completing an EA. Also see Section VI.

(4) NEPA disputes that cannot be resolved at the Component level. See the dispute resolution process in Section IV, Part E.

(5) Requests for DHS review and comment on NEPA documents originating from other agencies when the receiving Component has a mission-related interest in the proposal, so that SEP can coordinate the request among Components to determine whether others have a mission-related interest and need to be involved in preparing the comment. SEP acknowledges receipt and begins coordination with Components within five (5) working

days of notification, or as soon as possible for emergency actions. If more than one Component has a mission-related interest in the proposal, SEP normally prepares a single departmental response with input from the interested Components. If only one Component has a mission-related interest in the proposal, SEP normally tells the respective Component to respond directly to the requesting agency. Also see Section IV, Part J.

(6) Where a Component is the lead or joint-lead, the following are reviewed by SEP prior to public disclosure: all Notices of Intent (NOIs) to prepare an EIS and all associated draft, final, and supplemental EISs (SEISs), all Notices of Availability (NOAs), and all proposed notices for EAs to be published in the Federal Register. SEP provides written comments to the Component within ten (10) working days of notification for EISs and five (5) working days of notification for NOIs, NOAs, and Federal Register notices for EAs. Also see Section V, Parts C and D.

(7) When a Component has information to be posted on the DHS NEPA webpage. The information is provided to SEP for posting on the DHS NEPA webpage a minimum of seven (7) calendar days in advance of the date the Component seeks to make the information publicly available. Also see Section IV, Part G (2).

(8) New or revised Component Supplemental Instructions, including Component requests for a delegation of authority to approve NEPA documents. SEP reviews and approves new or substantively revised Component Supplemental Instructions following the process described in Section IV, Part K (2). Components provide SEP with copies of non-substantive changes to existing approved Supplemental Instructions, but no formal approval by SEP is required.

(9) All NEPA documents that require approval by Director SEP, unless otherwise delegated (see Section IV, Part K (3)). SEP provides written comments to Components within ten (10) working days of notification for EAs and EISs and five (5) working days of notification for Records of Environmental Consideration (RECs).

(10) Component proposals for changes to categorical exclusions (CATEXs), including a supporting Administrative Record for a new or substantively revised CATEX. For substantive revisions to, deletions of, or establishment of new CATEXs, SEP reviews and provides written comments to Components within ten (10) working days or begins coordination with CEQ, as appropriate. For non-substantive changes to CATEXs, SEP appropriately revises Appendix A, Table 1. Also see Section V, Part B (3).

(11) Existence of circumstances that may substantially impair a Component's ability to fulfill substantive requirements of the Directive and Instruction Manual, and Component Supplemental Instructions, if they exist (e.g., the departure of the Component's EPPM or a significant proportion of staff who perform environmental planning activities). Also see Section IV, Part K (3).

(12) Existence of a pattern of non-compliance in the Component with substantive requirements of the Directive and Instruction Manual, and Component Supplemental Instructions, if they exist. Also see Section IV, Part K (3).

**D. Collaboration**

Collaboration among DHS personnel regarding common NEPA issues helps promote effective and efficient environmental planning and NEPA compliance and fosters the growth of environmental planning expertise across DHS. To that end, SEP is responsible for facilitating collaborative efforts across DHS to promote effective implementation of NEPA. SEP uses various communication methods, including email distribution lists, committees, and work groups with Component representation. Through these channels, issues are surfaced, expertise from across DHS is used to develop solutions, and members are kept apprised of and given the opportunity to provide input into current NEPA initiatives – both those developed by DHS and those originating from outside DHS, such as from regulatory and oversight agencies (e.g., CEQ). The Environmental Planning and Historic Preservation Decision Support System (EP&HP DSS) (see Section IV, Part F) is also used for sharing knowledge and best practices across DHS.

Components coordinate among themselves to resolve project-specific issues, with conflicts resolved through the dispute resolution process described in Section IV, Part E. Components raise common issues to SEP for a determination as to whether a DHS-wide solution is needed.

**E. Dispute Resolution**

During the NEPA process, DHS and another Federal agency or Tribal, State or local government or the public may not agree on significant issues or aspects of the NEPA review process or the proposed action. In addition, disputes may arise within DHS on aspects of the NEPA process or the proposed action. When a significant dispute arises, Components keep a record of the positions and interests, as well as the eventual resolution of the dispute.

It is DHS policy to seek resolution of NEPA disputes at the lowest organizational level possible and to follow established organizational lines of authority for elevating and resolving the dispute. If a NEPA dispute cannot be resolved at the Component level, the Component requests the involvement of Director SEP for resolution.

When the issue(s) of conflict are beyond the authority of Director SEP to resolve, the dispute is elevated to higher levels of DHS for resolution, following established organizational lines of authority.

If an external dispute arises in the context of a memorandum of understanding or similar interagency agreement which includes a dispute resolution provision, the terms of that dispute resolution provision are ordinarily followed. The CEQ regulations provide a formal Referral Process that may be used for referring interagency disagreements to CEQ regarding proposed actions considered in an EIS that might cause unsatisfactory environmental effects (see 40 C.F.R. §1504). The CEQ Referral Process is only used after there have been concerted but unsuccessful attempts to resolve the differences between DHS and another Federal agency, including elevation of the dispute to Director SEP. When the CEQ referral process is used, the Component prepares the referral package according to the requirements in 40 C.F.R. §1504.3 and submits the package to Director SEP, and Director SEP submits the referral to CEQ. Alternative Dispute Resolution, using the Institute for Environmental Conflict Resolution (see http://www.ecr.gov/) or another mediation service, is another option that may be used for resolving interagency disputes. Additional information on environmental collaboration and conflict resolution is provided in the CEQ and OMB Memorandum on Environmental Collaboration and Conflict Resolution, 7 September 2012 (http://ceq.hss.doe.gov/ceq_regulations/guidance.html).

### F. EP&HP Decision Support System (EP&HP DSS)

The EP&HP DSS is an automated system designed to standardize and improve the efficiency and effectiveness of DHS reviews of proposed actions for compliance with NEPA requirements. The system is available to anyone with access to the DHS network. Questions on the review screens in the EP&HP DSS help users determine whether a proposed action may impact the quality of the human environment. This enables users to ensure that the appropriate level of NEPA documentation is prepared. The EP&HP DSS also enables knowledge sharing across DHS regarding environmental planning activities and requirements, is a repository for DHS NEPA documents, and is used to gather information necessary for meeting internal and external EP&HP reporting requirements, including NEPA reporting requirements. Reference to the EP&HP DSS in this Instruction Manual includes Version 2.0 and future versions of the system and any successors.

The EP&HP DSS is used for the following:

(1) To record the application of any CATEX listed in Appendix A, Table 1 that is denoted with an asterisk;

(2) To maintain electronic versions of final NEPA documents, such as: RECs, EAs, EISs, Findings of No Significant Impact (FONSIs), and Records of Decision (RODs), as well as associated documents, including but not

limited to Memoranda of Agreement, Programmatic Agreements, and Biological Assessments; and

(3) As determined by Components in their Supplemental Instructions.

In instances when the EP&HP DSS is not available (e.g., if the server is down), Components manually prepare a REC, using the template provided in Appendix C. Components may propose modifications to this template in their Supplemental Instructions, provided that the Component-specific template remains compatible with the EP&HP DSS. Components include in their Supplemental Instructions the REC template to be used to prepare a REC when the EP&HP DSS is not available. When the EP&HP DSS becomes available, Components upload the manually-completed REC (in PDF format) into the system; no additional review conducted in the EP&HP DSS is necessary.

Additional information and requirements on use of the system, such as user roles and workflow, is provided online within the EP&HP DSS.

## G. Public Involvement

Open communication, consistent with other Federal requirements, is DHS policy. Intergovernmental collaboration and public involvement improve the effectiveness of DHS missions and activities, as well as build trust between DHS and the communities it serves. In addition, collaboration with other Federal, Tribal, State, and local agencies, as well as non-governmental organizations and the general public is an effective way to identify environmental issues that need to be considered in DHS planning and decision-making. At DHS, public involvement is used in the NEPA process to help define the scope of issues and level of analysis.

During the NEPA process, information and documents are made available to the public in conformance with CEQ regulations at 40 C.F.R. §1506.6. Public involvement starts early and continues throughout the NEPA process. Components schedule sufficient time and make diligent efforts to ensure that potentially interested parties are identified and notified and have an opportunity to provide input in a manner that could have a practical influence on proposed DHS actions before decisions are made. Components make information on NEPA activities available to the public through a variety of notification methods including, but not limited to, the Federal Register, newspaper notices, website postings, and other media as appropriate. Specifically for a draft or final EIS, a “Notice of Availability” (NOA) is published in the Federal Register (see Section V, Part D (8)).

In general, collaboration and public involvement in NEPA activities include the following three key elements: (1) seeking information from outside parties to help identify relevant issues; (2) presenting the results of an environmental impact evaluation for public review or comment, including a description of how the

identified relevant issues were considered in the evaluation; and (3) providing a public notice of DHS's final decision, including consideration of relevant public comments.

**(1) Public Involvement Requirements**

When DHS is the lead agency for a proposed action, DHS is responsible for the nature and extent of the public involvement effort. Public involvement efforts are tailored to the nature of the proposed action, the environmental impact issues of concern, and the characteristics of the individuals and communities to be reached.

Special outreach efforts to reach affected minority populations and low-income populations are appropriate to ensure consideration of environmental justice pursuant to Executive Order (EO) 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations (http://www.gpo.gov/fdsys/pkg/FR-1994-02-16/html/94-3685.htm), the CEQ guidance for consideration of environmental justice under NEPA dated December 10, 1997, and the DHS Environmental Justice Strategy (http://www.dhs.gov/dhs-environmental-justice-strategy). Translation of NEPA documents is also appropriate to reach communities of limited-English speakers.

Coordination with affected Tribes and Native Hawaiian organizations is another requirement that can be met in conjunction with NEPA public involvement activities. Executive Order 13175, Consultation and Coordination with Indian Tribal Governments (http://www.gpo.gov/fdsys/pkg/FR-2000-11-09/pdf/00-29003.pdf), directs all Federal departments to "strengthen the United States government-to-government relationships with Indian tribes and establish regular and meaningful consultation and collaboration with tribal officials in the development of Federal policies that have tribal implications…"

Components consider the following factors to determine the appropriate nature and extent of public involvement efforts for proposed actions:

(a) The size and type of the proposed action.

(b) Whether the proposed action is of international, national, regional, or local interest.

(c) The potential environmental impacts of the proposed action.

(d) Extent of previous environmental analysis for the proposed action and/or the geographical location where the action would occur.

(e) Extent of anticipated controversy over the potential environmental effects of the proposed action, based on DHS experience with similar proposed actions.

(f) Urgency of the proposed action.

(g) National security classification of the proposed action.

(h) The presence of Tribal, minority, or low-income populations that may be impacted by the proposed action.

(i) Other laws and requirements to protect the environment that may require public review; for example, a determination of conformity with a state air quality implementation plan may require public review.

**(2) DHS NEPA webpage**

SEP maintains a DHS NEPA webpage at http://www.dhs.gov/nepa, in accordance with DHS Office of Public Affairs (OPA) requirements, as the central location for web posting of DHS NEPA documents. Components may either provide SEP with electronic files that meet OPA requirements for posting to the DHS NEPA webpage or with links to their respective Component webpages where NEPA documents are posted, if the Component maintains such a webpage. Where a Component uses websites of other Federal agencies to post its NEPA documents, links to those webpages are either provided to SEP for inclusion on the DHS NEPA webpage or the Component includes the links on its own NEPA webpage. SEP submits all content for inclusion on the DHS NEPA webpage to OPA for approval. SEP manages web content in accordance with the guidelines established by OPA at http://dhsconnect.dhs.gov/org/comp/opa/web/ Pages/default.aspx and the Office of Management and Budget's (OMB) Policies for Federal Agency Public Websites (OMB M-05-04) (http://www.whitehouse.gov/sites/default/files/omb/memoranda/ fy2005/m05-04.pdf).

Components that wish to develop and maintain their own webpages for posting NEPA content coordinate with their respective OPA, or equivalent. Components provide the web address for their NEPA pages to SEP, and SEP creates a hyperlink from the DHS NEPA webpage to the Component's webpage.

Components that wish to link to NEPA documents posted on websites outside the Federal government domain (.gov), including contractor websites, seek their respective OPA approval. OPA determines on a case-by-case basis whether or not is it allowable to link to a contractor-maintained website.

All EISs and RODs are either posted directly on or linked from the DHS NEPA webpage. In addition, all EAs and FONSIs for proposed actions determined to have effects of national concern are either posted directly on or linked from the DHS NEPA webpage. Use of the DHS NEPA webpage is optional for posting EAs and FONSIs for proposed actions with effects of regional or local concern, as long as another form of public notice is provided. Where a Component is a

joint lead agency, the joint lead agencies determine the appropriate host in the Federal government domain (.gov). The DHS NEPA webpage is not presently intended to be used for the deliberative exchange of information or comments that may be necessary in the development of NEPA documents; however, uses of the webpage may change as OPA allows.

For content submitted to SEP for posting on the DHS NEPA webpage, the following requirements apply:

(a) Documents meet OPA web publishing guidance and standards, DHS branding requirements, and Section 508 of the Rehabilitation Act requirements.

(b) Documents are in .pdf format, inclusive of figures, appendices, and documents or hyperlinks incorporated by reference.

(c) If applicable, Components include a point of contact, start and end dates of the public comment period, and information on where interested persons may submit comments.

(d) Components provide content to SEP a minimum of seven (7) calendar days in advance of the date they seek to make the information publicly available. For NEPA documents related to emergency actions, or in other time-sensitive situations as appropriate, SEP requests that OPA expedite the approval and posting of web content.

**(3) Federal NEPA Contact**

CEQ maintains a list of Federal NEPA contacts on its website at https://ceq.doe.gov/CEQPublic/ViewFedContacts.aspx. The Department's Federal NEPA contact is the Director SEP or his/her designee. Persons interested in the Department's NEPA activities may contact SEP by email at SEP-EPHP@hq.dhs.gov. This contact information is also available on the DHS NEPA webpage at www.dhs.gov/nepa.

**(4) Information Protected from Public Disclosure**

There is no national security or homeland security exemption from complying with NEPA. However, information used in a NEPA analysis is subject to compliance with other laws, including the Freedom of Information Act (FOIA) (5 U.S.C. sec. 552). FOIA encourages Government accountability through transparency. It provides that any person has a right, enforceable in court, to obtain access to Federal agency records, except to the extent that such records (or portions thereof) are protected from public disclosure by a FOIA exemption; these exemptions are designed to strike a "workable balance" between what citizens need to know and the Government's need to protect certain information. Information on FOIA, including the exemptions, is available

at http://www.foia.gov, and the Department's FOIA policy is provided in Directive 0460.1, Freedom of Information Act Compliance. DHS will not provide information to the public through the NEPA process that DHS otherwise would not publicly disclose under FOIA. During the NEPA process, DHS will not publically disclose information that may be sensitive for Native Americans or that may reveal the locations of archeological sites, when such information is not otherwise publicly available.

The fact that a proposed action itself or the environmental analysis for a proposed action contains information protected from public disclosure by a FOIA exemption does not relieve DHS of the requirement to assess and document the environmental effects of the proposed action as required by NEPA. If the existence of a proposed action cannot be made public by reason of any FOIA exception, then the environmental analysis also cannot be made public. In some circumstances the environmental analysis may not be subject to judicial review; nevertheless, an environmental analysis is required.

If the existence of a proposed action can be made public, but the environmental analysis would have to contain information that cannot be made public, then DHS segregates or redacts any information that is protected from public disclosure into an appendix sent to appropriately cleared reviewers and decision-makers, and allows public review of the rest of the document (see 40 C.F.R. §1507.3(c)). If segregation or redaction would leave essentially meaningless material, DHS may withhold the entire document from the public. However, DHS may share such protected NEPA documents with appropriately cleared officials in other agencies such as CEQ and EPA. In doing so, it is important to recognize and prepare for the situation that other agencies may not interpret FOIA in the same way that DHS does and may release material that DHS would not release, except that which is properly classified for the exception in subsection 552(b)(1).

If the existence of a proposed action must be protected from public disclosure or portions of an environmental analysis must be protected from public disclosure, Components consult with their respective EPPM and OGC at the earliest possible time to ensure that NEPA compliance efforts align with the project schedule to the extent practicable. To identify DHS and other Federal agency personnel, as well as Tribal, State, and local personnel, that have the appropriate clearance for reviewing classified information during a NEPA process for a proposed DHS action, Components consult with their respective Chief Security Officer and OGC, and follow DHS policy that addresses access to classified information, such as Instruction 121-01-001, Administrative Security Program, and Instruction 121-01-007, Personnel Suitability and Security Program.

CEQ's 2009 FOIA Handbook (http://www.whitehouse.gov/sites/default/files/microsites/ceq/foia_handbook_2-27-12.pdf) provides additional guidance on the appropriate treatment of information that is protected from public disclosure.

### H. Use of Contractors

NEPA decision-making is an inherently governmental function. DHS frequently uses contractors to perform activities during the NEPA process, such as developing documents, conducting analyses, and soliciting and collecting public comments. DHS may also allow its Federal assistance and permit applicants to use contractors to perform NEPA activities. However, DHS remains fully responsible for NEPA activities performed by contractors, and only a DHS employee can sign or otherwise approve NEPA documents prepared for proposed DHS actions.

In addition, the presence of contractor names and logos in documents prepared for DHS, including NEPA documents, should be minimized or avoided, unless otherwise specified in the terms of a particular contract. Proprietary information used by contractors in performance of NEPA activities is subject to public disclosure and should be avoided. If proprietary information must be included in a NEPA document, the proprietary information is not normally presented in the main body of the document, but is segregated in an appendix where its distribution may be more carefully controlled.

### I. Performance Metrics and Reporting Requirements

Performance metrics are important indicators of compliance with NEPA requirements and of implementation of the Directive and Instruction Manual throughout DHS. In addition, DHS responds to Congressional and Federal interagency NEPA reporting requirements (e.g., the annual CEQ Cooperating Agencies Report). SEP issues data calls to Components, when necessary, to obtain the information required by these external reporting requirements and ensures a consolidated response from DHS. SEP also uses the EP&HP DSS to obtain information on NEPA performance.

In addition, internal NEPA performance metrics, such as those on the DHS Office of the Chief Readiness Support Officer (OCRSO) Scorecard, are established by SEP with participation of Components through committees and work groups. Components complete and submit their NEPA performance information to Director SEP in accordance with established requirements and timeframes. Responses to such reporting requirements are evaluated by SEP.

### J. Review of Other Agency NEPA Documents

Components, when requested, review and comment on NEPA documents provided by non-DHS agencies (Federal, Tribal, State, or local) when the proposed action may impact DHS missions, operations, or facilities, or when DHS has subject matter

expertise or legal authorities relevant to the proposed action. When such requests are received, Components provide written notification to SEP prior to issuing any comments to the requesting agency.

Comments are confined to matters within the jurisdiction or expertise of DHS. These include, but are not limited to, homeland security, immigration, other law enforcement missions, and emergency management. Components normally do not comment on aspects of a NEPA document provided by a non-DHS agency other than what is needed to appropriately reflect DHS authorities or mission interests.

Components notify SEP of requests for comment on NEPA documents from non-DHS agencies that meet the criteria in Section IV, Part C.

Generally, DHS does not provide formal written comments for the public record. DHS communicates its interests to other Federal agencies using methods determined on a case-by-case basis that are appropriate for the nature and level of DHS interest in another agency's NEPA activity. If needed, Components follow the dispute resolution process described in Section IV, Part E.

### K. Component Supplemental Instructions and Delegation of Authority

Unless otherwise delegated, Director SEP approves NEPA documents prepared for proposed DHS actions. For any Component which does not have approved Supplemental Instructions and a delegation of authority as described below, Director SEP serves as the EPPM for that Component; Director SEP meets the EPPM criteria specified herein.

The most efficient and effective implementation of NEPA occurs when it is integrated early with other aspects of the planning, review, and development of DHS activities. This can best be achieved at the lowest appropriate level of the organization where these processes occur. Director SEP may delegate to Components the authority to approve NEPA documents to ensure the most efficient and effective NEPA compliance. Component requests for a delegation of authority and Supplemental Instructions may be evaluated concurrently or separately by SEP depending on a Component's needs. However, in order for a Component to receive a delegation of authority, a Supplemental Instruction approved by Director SEP is required.

#### (1) Component Supplemental Instructions

Components have the option of developing Supplemental Instructions for implementing NEPA within their respective organizations to fit their unique missions and needs. A Supplemental Instruction describes a Component's administrative processes for implementing the Directive and Instruction Manual. For Components that choose to develop Supplemental Instructions, the required criteria and content are provided below. Where these criteria are met through other existing policy or requirement documents, the Component may

provide a brief explanation of the relevance of the existing document(s) and provide a reference in its Supplemental Instruction. A Supplemental Instruction:

(a) Describes the manner in which the Directive and Instruction Manual are to be implemented, including at what organizational level(s) NEPA activities and approvals occur within the Component.

(b) Describes the internal processing requirements for the preparation and approval of NEPA documents within the Component, including the processes for quality assurance.

(c) Describes how the Component creates a record demonstrating that the Federal employee with decision-making authority for the proposed action (normally the Proponent) has considered the potential environmental impacts of the proposed action in the process of making their decision (this may be accomplished by a signature block) in order to fulfill the requirements of NEPA.

(d) Identifies a position in the Component with the authority to oversee the implementation of the Directive and Instruction Manual, to act as the EPPM, and to serve as the primary point of contact for coordination with SEP on NEPA matters. The EPPM or his/her staff must have an appropriate level of expertise necessary to provide technical assistance for NEPA compliance to the range of programs, offices, and activities in the Component. Additional criteria for the EPPM are as follows:

   i. Be in an appropriate position in the organization and have the technical authority to speak on NEPA matters on behalf of the Component;

   ii. Be in an appropriate position to oversee the implementation of the Directive and Instruction Manual in the Component; and

   iii. Have visibility on the planning, development, and implementation of actions in the Component that may require NEPA compliance.

(e) Includes procedures for re-delegation of authority within the Component for approving NEPA documents, as appropriate. Re-delegation procedures include requirements for:

   i. Quality assurance for the work products;

   ii. A process to grant the re-delegation and criteria to achieve the re-delegation;

iii. The identification of NEPA activities that call for the attention and approval of higher levels of the Component's organization, including the Component's management level, as well as SEP; and

iv. A process and criteria for suspension or revocation of the re-delegated authority.

(f) Identifies NEPA activities that call for the attention and approval of higher levels of the Component's organization, as well as SEP.

(g) Describes how the EP&HP DSS is used within the Component (e.g., the assignment of roles and reviewers and establishing workflow).

(h) Describes the process for monitoring and assessing compliance with the Directive and Instruction Manual, including reporting of NEPA performance to Director SEP.

(i) Describes the process for seeking resolution of NEPA-related disputes within the Component. For NEPA disputes that cannot be resolved at the Component level, provide for a process for elevating the dispute to Director SEP.

(j) If applicable, describes processes or requirements for the review of applications from persons or organizations seeking DHS approval of their proposed activities (e.g., Federal assistance, permits, and licenses) for ensuring NEPA compliance.

(k) In addition to the required content specified in (a) through (j) above, Components can include any additional information in their Supplemental Instructions they deem necessary for implementing NEPA within their organizations, including other areas identified in this Instruction Manual. However, Components propose new or substantively revised CATEXs separately from their Supplemental Instructions. CATEXs proposals are processed separately by SEP because of the CEQ review and public notification requirements (see Section V, Part B (3)).

**(2) Component Supplemental Instructions Review and Approval Process**

The following is the process for SEP's review and approval of Component Supplemental Instructions:

(a) Components submit to SEP draft Supplemental Instructions that meet the required content and criteria described above and that have been approved by the Component's appropriate approving official.

(b) Upon receipt of a Component's draft Supplemental Instruction, SEP completes its initial review and provides comments back to the Component within 15 working days. Issues that cannot be resolved

between SEP and the Component within 10 working days thereafter are elevated to the respective CRSOs (or equivalent) for resolution. If necessary, issues are further elevated to higher levels of DHS for resolution, following established organizational lines of authority.

(c) If SEP determines that a Component's draft Supplemental Instruction contains information requiring CEQ and public review, SEP coordinates these efforts.

(d) Director SEP notifies Components in writing when Supplemental Instructions have been approved. This written notification will include a delegation of authority, if a Component is seeking a delegation of authority in conjunction with its Supplemental Instruction.

(e) Components review their approved Component Supplemental Instructions and revise or update them as necessary, but at a minimum, whenever the Directive and Instruction Manual are revised.

**(3) Delegation of Authority**

Components that wish to obtain a delegation of authority for approving NEPA documents submit a written request, accompanied by their proposed or approved Component Supplemental Instructions, to Director SEP. In order for a Component to receive such a delegation, a Supplemental Instruction approved by Director SEP is required.

(a) Components request the level(s) of NEPA documentation (i.e., REC, EA, and/or EIS) for which they are seeking a delegation of authority. Director SEP remains the approval authority for any level(s) of NEPA documentation that are not included in the delegation.

(b) Approved delegations are in writing from Director SEP to the Component's EPPM. The EPPM can re-delegate his/her authority in accordance with the procedures established in their respective Component Supplemental Instruction.

(c) Components may request approval from Director SEP for substantive revisions to their Component Supplemental Instructions without seeking a new delegation of authority. However, to approve additional levels of NEPA documentation, Components request a new delegation of authority, with appropriately revised Component Supplemental Instructions.

(d) Director SEP may revoke a Component's delegation of authority upon finding a pattern of non-compliance with substantive requirements of the Directive and Instruction Manual, which may include repeated failure to follow the respective approved Component Supplemental Instruction.

(e) Director SEP may temporarily suspend a Component's delegation of authority for less significant reasons than those in paragraph (d) above that have an impact on the ability of the Component to effectively implement the substantive requirements of the Directive and Instruction Manual (e.g., the departure of qualified staff from the organization).

(f) A Component whose delegation of authority has been suspended or revoked must remedy the issue(s) of concern, demonstrate that it meets the requirements of Section IV, Part K, and make a written request to Director SEP to have its delegation of authority reinstated. Issues related to a suspension or revocation of a delegation of authority that cannot be resolved between SEP and a Component are elevated to higher levels of DHS for resolution, following established organizational lines of authority.

A Component may request an interim delegation of authority in situations where it has drafted its Supplemental Instruction but its respective directives approval process is not completed. Director SEP will grant an interim delegation of authority for up to six months if a Component provides a draft of its Supplemental Instruction that satisfactorily addresses the required criteria and content described above and that has, at a minimum, been entered into the Component's formal clearance process. Written requests for extensions of this interim delegation of authority will be granted by Director SEP, with evidence that the Component is proceeding in good faith to complete its respective directives approval process.

## L. Administrative Record Requirements

In complying with NEPA, government decision-makers cannot be arbitrary and capricious in their decisions. The Administrative Procedure Act (APA) provides the framework for judicial oversight of executive branch decision-making. The APA provides that a court will "review the whole record or those parts of it cited by a party…" Therefore, the administrative record is a compilation of all documents and materials that were examined in the NEPA process (even if examined and then not used) by a Federal agency decision-maker at the time their final decision on a proposed action was made; this includes documents and materials that support a contrary decision. It is important to note that information that is restricted from public disclosure under FOIA, but is examined in the NEPA process, may be appropriately a part of the administrative record. The completeness of the administrative record is crucial in litigation because the court needs to be able to see, from only those things included in the record, a rational process through which the agency came to its decision as reflected in the ROD. The court does not have to agree with the agency's decision, but it must find a rational basis in the record for that decision. If the court is not able to make this finding, the court will normally require that the

project be put on hold and the NEPA process redone, often under a very tight court directed time frame.

An administrative record includes public draft and final NEPA documents (see Section II for definition); communications with and comments from Federal, Tribal, State, and local agencies, Federal assistance applicants, and the public; and DHS responses to those comments. Materials such as data, reports, studies, computer modeling, maps, photographs, etc., considered by agency staff and found relevant to the decision (these can be especially broad with regard to the choice of alternatives and which alternatives were ruled out and which were considered for NEPA analysis) are also part of the record, whether or not they support the decision made in NEPA documents and whether or not they are generally available to the public. Internal memoranda regarding issues related to a NEPA analysis that were prepared prior to the Proponent's decision on a proposed action are also part of the record. Draft documents that merely clean up typographical errors do not need to be retained, but care must be taken to ensure that no documents which are necessary to the judicial review process are destroyed. Each document is subject to a legal relevance test and, while Components compile a thorough administrative record, Components obtain the advice of OGC regarding whether or not to leave something out of the administrative record.

Once an agency decision has been made, the "deliberative, pre-decisional" basis for keeping certain internal agency documents which are part of the administrative record protected from public release under FOIA disappears and these documents may, and generally do, become publically releasable. However, if there is another basis on which to prevent their release, they will remain entitled to protection from release, even though they are part of the record (see Section IV, Part G (3)). Components engage OGC in making decisions about what is releasable and what is protected under FOIA.

# V. Procedures for Implementing NEPA

## A. Overview of NEPA Requirements

The NEPA process helps DHS decision-makers systematically identify and evaluate the potential environmental effects of proposed actions and make informed decisions. Therefore, the NEPA process must be completed before DHS makes a final decision on a proposed action.

NEPA applies to the majority of DHS actions. If there is any doubt as to the applicability of NEPA, the Component, working with or through its respective EPPM, consults OGC to determine whether NEPA applies to a proposed action. Examples of situations in which NEPA is not triggered are very few and include cases of statutory exemption, executive branch waiver of compliance when such waiver authority has been granted by Congress and properly exercised, or when the action does not constitute a major Federal action significantly affecting the quality of the human environment as that term has been interpreted in regulations and court decisions.

When NEPA applies to a proposed action, one of three levels of evaluation (CATEX, EA, or EIS) is necessary. These levels correspond to the increasing potential for proposed actions to have significant environmental effects. NEPA documents such as EAs and EISs are not merely a summary of an environmental impact evaluation; they are also a way to communicate that information to DHS decision-makers and the public in an easily understandable form. The EPPM advises the respective Component on the appropriate level of NEPA analysis and documentation for proposed actions.

Evaluation and documentation requirements under NEPA are summarized in Figure 1 and described below:

(1) Components determine, in consultation with OGC and their respective EPPM, the appropriate analytical approach, including whether NEPA applies. Where NEPA does not apply, Components document the determination for future reference, ensure appropriate compliance with other requirements for stewardship and protection of the human environment, and proceed with the proposed action.

(2) If the proposed action is an emergency, Components follow the emergency provisions in Section VI.

(3) For all other proposed actions to which NEPA applies, Components review the list of DHS CATEXs (Appendix A, Table 1) and follow the CATEX application procedures in Section V, Part B to determine if one may apply.

(4) If the proposed action cannot be categorically excluded, Components normally begin the process to prepare an EA, following the EA procedures in Section V, Part C and associated CEQ guidance and requirements for EAs. However, in some circumstances it is appropriate to begin the process to prepare an EIS instead of an EA, as explained later in this Instruction. The EA process ends with either a FONSI or NOI to prepare an EIS. If the EA process is concluded by a FONSI, the action may proceed.

(5) If the proposed action clearly would have significant environmental impacts which cannot be mitigated to level of insignificance, or the EA process for the proposed action could not be concluded by a FONSI, Components prepare an EIS. Components follow CEQ requirements and the EIS procedures in Section V, Part D for preparing an EIS. The EIS process ends with a ROD. Until the Component issues its ROD, no action on the proposal can be taken that would have an adverse environmental impact or limit the choice of reasonable alternatives (40 C.F.R. §1506.1(a)). Once a ROD is issued, the action may proceed.

**Figure 1 - NEPA Flow Chart**



## B. Categorical Exclusions and Extraordinary Circumstances

### (1) DHS Categorical Exclusions

The CEQ regulations (40 C.F.R. §1508.4) enable Federal agencies to establish categories of actions that, based on experience, do not individually or cumulatively have a significant impact on the quality of the human environment and, therefore, do not require an EA or EIS. CATEXs enable DHS to avoid unnecessary efforts, paperwork, and delays and concentrate on those proposed actions having real potential for environmental impact. Components may otherwise decide to prepare an EA for any action at any time to assist in planning and decision-making (see 40 C.F.R. §1501.3 and §1508.9).

DHS CATEXs are specific to DHS as a whole, or to individual Components when so specified. DHS may not apply a CATEX established by another Federal agency to a proposed DHS action. However, DHS may justify its application of a DHS CATEX to a proposed DHS action when another Federal agency has applied a similar CATEX of its own to a similar activity.

DHS CATEXs are divided into the following functional groupings of DHS mission activities:

(a) Administrative and Regulatory Activities.

(b) Operational Activities.

(c) Real Estate and Personal Property Management Activities.

(d) Repair and Maintenance Activities.

(e) Construction, Installation, and Demolition Activities.

(f) Hazardous/Radioactive Materials Management and Operations.

(g) Training and Exercises.

(h) Federal Assistance Activities.

(i) Component-Specific Categorical Exclusions.

### (2) Applying Categorical Exclusions

DHS's list of CATEXs is provided in Appendix A, Table 1. When considering application of a CATEX to a proposed action, Components determine if there are any extraordinary circumstances present that may cause significant impacts preventing the application of the CATEX. For a proposed action to be categorically excluded, it must satisfy all three conditions described below. If the proposed action does not clearly meet all three conditions, the Component prepares an EA or EIS according to CEQ requirements and following the procedures provided in Section V, Parts C and D, respectively. Certain categories of proposed actions included in the CATEX list have a greater

potential to involve extraordinary circumstances and require the preparation of a REC to document the NEPA analysis, as described in Section V, Part B (4). A CATEX cannot be used for an action with significant impacts on the quality of the human environment, regardless of whether the impacts are beneficial or adverse. A CATEX may be applied to an entire program of DHS activities, if appropriate. Application of a CATEX to a proposed action presumes review and compliance under other relevant environmental planning and historic preservation laws, regulations, and Executive Orders (e.g., National Historic Preservation Act, Endangered Species Act) has occurred, and that a higher level of NEPA analysis is not warranted as a result of any identified impacts to resources protected under those other requirements.

Components consider the following when determining whether or not a proposed action is covered by a CATEX:

(a) **Clearly fits the category described in the CATEX**. The entire action clearly fits within one or more of the CATEXs in Appendix A, Table 1. Note that certain CATEXs are restricted to use by a single DHS Component. Where a CATEX is restricted for use to a particular DHS Component, no other Component may apply that CATEX to its proposed actions.

(b) **Is not a piece of a larger action**. It is not appropriate to segment a proposed action or connected actions by division into smaller parts in order to avoid a more extensive evaluation of the potential for environmental impacts under NEPA. For purposes of NEPA, actions must be considered in the same review if the actions are connected. Examples include actions that trigger or force other actions; and when one action depends on another (e.g., when one action is an interdependent part of a larger action, or when one action cannot proceed unless another action is taken).

(c) **No extraordinary circumstances exist**. The presence of one or more extraordinary circumstances precludes the application of a CATEX to a proposed action when the circumstance would have significant environmental impacts (i.e., EIS required), or presents the potential for significant environmental impacts (i.e., EA required), or that potential cannot be readily determined (i.e., EA required). A determination of whether an action that is normally excluded requires additional evaluation because of extraordinary circumstances focuses on the action’s potential effects and considers the environmental significance of those effects in terms of both context (i.e., local, state, regional, Tribal, national, or international) and intensity. Components consider whether the proposed action involves one or more of the following extraordinary circumstances:

i. A potentially significant effect on public health or safety.

ii. A potentially significant effect on species or habitats protected by the ESA, Marine Mammal Protection Act, Migratory Bird Treaty Act, Magnuson-Stevens Fishery Conservation and Management Act, or other law protecting a species or habitat.

iii. A potentially significant effect on historic properties (e.g., districts, sites, buildings, structures, or objects) that are listed in or eligible for listing in the National Register of Historic Places, affects traditional cultural properties or sacred sites, or leads to the loss or destruction of a significant scientific, cultural, or historical resource.

iv. A potentially significant effect on an environmentally sensitive area.

v. A potential or threatened violation of a Federal, State, or local law or requirement imposed to protect the environment. Some examples of other requirements to consider are: a local noise control ordinance; the requirement to conform to an applicable State Implementation Plan for air quality standards; Federal, Tribal, State, or local requirements to control hazardous or toxic substances; and environmental permits.

vi. An effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks. This also includes effects that may result from the use of new technology or unproven technology. Controversy over, including public opposition to, a proposed action absent any demonstrable potential for significant environmental impacts does not itself constitute an extraordinary circumstance.

vii. Extent to which a precedent is established for future actions with significant effects.

viii. Significantly greater scope or size than normally experienced for this particular category of action.

ix. Potential for significant degradation of already existing poor environmental conditions. Also, initiation of a potentially significant environmental degrading influence, activity, or effect in areas not already significantly modified from their natural condition.

x. Whether the action is related to other actions with individually insignificant, but cumulatively significant impacts.

**(3) Establishment, Revision, and Deletion of Categorical Exclusions**

Components forward proposals to substantively revise or establish new CATEXs (together with justification) to Director SEP for approval. Proposals to substantively revise or establish new CATEXs require an Administrative Record that meets CEQ standards and are subject to both CEQ review and public comment. SEP reviews such proposals to determine whether the CATEX is appropriate for inclusion in the DHS-wide list or a Component-specific list. SEP revises Appendix A, Table 1 to include approved new or substantially revised CATEXs. In addition, Components notify SEP of non-substantive revisions to or deletions of Component-specific CATEXs so that SEP can amend the table accordingly.

All CATEXs and the list of extraordinary circumstances in this Instruction Manual are reviewed by SEP in consultation with Component EPPMs at least every seven years to ensure they are still appropriate, and to identify any changes that may be needed in light of additional experience gained in applying the CATEXs to proposed DHS actions. A complete review is conducted in conjunction with any major revision to the Directive and Instruction Manual or when seven years have passed since the last major revision.

### (4) Record of Environmental Consideration

The application of a CATEX to a proposed action means that the proposed action is appropriately included in a category of actions that DHS has determined do not individually or cumulatively have a significant impact on the human environment and therefore neither the preparation of an EA or EIS is required. Certain CATEXs, identified by an asterisk in Appendix A, Table 1, include classes of actions that have a higher possibility of involving extraordinary circumstances that may preclude the use of a CATEX. A REC is required whenever a CATEX denoted by an asterisk is applied in order to document that potential impacts to the human environment have been appropriately considered and the determination that the proposed action is either appropriately categorically excluded or must be analyzed further through an EA or EIS process. In addition, there may be instances where a Component chooses to prepare a REC when it is not otherwise required.

RECs are normally prepared and maintained electronically in the EP&HP DSS. Completion of a REC involves a review and approval process to ensure the appropriate consideration of extraordinary circumstances, the quality of the NEPA analysis, and that the decision-maker has considered the impact of the proposal on the human environment, as required by NEPA, before making a decision. Director SEP signs all RECs as the approver of the NEPA analysis, unless otherwise delegated.

Component Supplemental Instructions may contain additional information on the administrative procedures and requirements to prepare a REC.

## C. Environmental Assessments

### (1) Purpose

An EA is a concise public document prepared for proposed actions that have the potential for significant impacts on the quality of the human environment (40 C.F.R. §1508.9). The EA process concludes with a Component's determination on the environmental impacts of the proposed action. A finding of no significant impact (FONSI) document is prepared if the Component concludes that the proposed action would not have significant environmental impacts. Components ensure FONSIs are publically available. Additional information and guidance can be found in the CEQ regulations and guidance, such as CEQ's Memorandum for Heads of Federal Departments and Agencies: Improving the Process for Preparing Efficient and Timely Environmental Reviews under the National Environmental Policy Act, 6 March, 2012 (http://ceq.hss.doe.gov/ceq_regulations/ guidance.html).

If during the preparation of an EA a Component determines that significant impacts would result from implementation of the proposed action, an EIS is required.

### (2) When to Prepare an EA

A Component prepares an EA under the following circumstances:

(a) When a proposed action is not in a category of actions described in an available DHS CATEX and there is not enough information to determine that the proposed action will have significant environmental impacts requiring an EIS. In this situation, an EA process is used to determine, through environmental impact evaluation and opportunity for public involvement, if the impacts on the quality of the human environment would be significant or not.

(b) For a proposed action that is included in a category of actions described in a DHS CATEX but extraordinary circumstances present the potential for significant environmental impacts and therefore preclude application of the CATEX, and there is not enough information to determine that the proposed action will have significant environmental impacts requiring an EIS.

(c) A Component can decide to prepare an EA as a best practice planning tool to inform decision-makers on the environmental impacts of its actions.

(d) Other situations conforming to the above circumstances, as described in Component Supplemental Instructions.

### (3) Actions Normally Requiring an EA or Programmatic EA

Examples of activities for which a Component normally prepares an EA or a Programmatic EA include but are not limited to the following:

(a) Proposed construction, land use, activity, or operation that has the potential to significantly affect environmentally sensitive areas.

(b) Projects impacting wetlands or waters of the U.S. that do not meet the criteria of the U.S. Army Corps of Engineers Nationwide Permit Program.

(c) New or revised regulations for activities that have the potential to significantly affect environmentally sensitive areas.

(d) Security measures that involve permanent closure or limitation of access to any area that was previously open to public use (e.g., roads and recreational areas) where there is a potential for significant environmental impacts.

(e) New law enforcement field operations for which the environmental impacts are unknown, for which or any potential significant environmental impacts could be mitigated to the level that they are no longer significant, or for which the potential for significant environmental controversy is likely.

### (4) Programmatic EAs

A Component may prepare a Programmatic EA (PEA) for a broad Federal action, such as a program, plan, or actions of a similar type or at multiple locations, following the criteria above for when to prepare an EA. A site- or activity-specific EA can be tiered from the PEA or a Supplemental EA (SEA) can be prepared and incorporate by reference the environmental impact evaluation contained in the PEA. In some cases a PEA is specific enough or contains sufficient information to require no or very little additional evaluation. The application of a DHS CATEX to a proposed action, following the procedures in Section V, Part B (2), can also be based upon the evaluation contained in a PEA.

### (5) Supplemental EAs

A Component may prepare an SEA at any time for a proposed action for which:

(a) A NEPA analysis was previously completed;

(b) A NEPA analysis is ongoing when there are substantial changes to the proposal that are relevant to environmental concerns; or

(c) If there are new circumstances or information relevant to environmental concerns and bearing on the proposal or its impacts.

An SEA only needs to focus on the issues that triggered the additional environmental impact evaluation, and the original analysis can be incorporated by reference in the SEA. If a final EA is supplemented after a FONSI has been completed, the Component completes a new FONSI.

Components have discretion regarding the type and level of public involvement in SEAs, using the factors listed in Section IV, Part G (1).

In cases where an action has not yet been implemented within one (1) budget cycle not to exceed three (3) years from the date of the FONSI, the Component considers whether the analysis in the EA remains valid for the current state of the proposed activity and whether a supplement is needed before proceeding with the action.

**(6) Adoption**

Reliance on or adoption of an existing EA improves efficiency in the NEPA process and avoids unnecessary use of time and resources.

Within DHS, any Component may use another Component's EA without a formal adoption process, provided it fully covers the scope of the Component's proposed action and alternatives and the environmental impacts. When relying on another Component's final EA and FONSI, the Component internally documents such reliance. When relying on another Component's draft EA or portion thereof, the Component completes its own final EA and FONSI.

A Component may adopt another Federal agency's draft or final EA or portion thereof, provided it fully covers the scope of the Component's proposed action and alternatives and environmental impacts (see 40 C.F.R. §1506.3). When adopting another Federal agency's draft or final EA or portion thereof, Components consider the factors in Section IV, Part G (1) to determine the appropriate additional public involvement needed.

When participating as a cooperating agency, Components may adopt the EA or portion thereof of a lead agency when, after an independent review of the document, the Component concludes that its comments and suggestions have been satisfied and the analysis includes the appropriate scope and level of environmental impact evaluation for the Component's proposed action and alternatives (see 40 C.F.R § 1506.3 (c)).

When adopting another Federal agency's final EA or portion thereof, the Component issues a FONSI acknowledging the adoption of the work of the

other Federal agency. When adopting another Federal agency's draft EA or portion thereof, the Component completes a final EA and FONSI.

**(7) Public Involvement Process Involving an EA**

The CEQ regulations and this Instruction Manual require public involvement in the NEPA process for proposed DHS actions. Public involvement requirements may be met during scoping at the start of an evaluation and/or by distributing a draft EA and draft FONSI for public review.

Where a diligent effort has been used to seek out and involve the public in the drafting of an EA and no significant impacts (including potential for an impact on the quality of the human environment that is highly controversial) have been identified, a Component can complete an EA and FONSI without circulating a draft document for public review. A diligent effort includes consideration of the extent of other related public involvement efforts, as well as consideration of the factors in Section IV, Part G (1). A public notice of the FONSI is made available to interested parties (see 40 C.F.R. §1506.6 for methods of providing public notice). After the notice of the FONSI, the Component can take immediate action, unless there is another environmental planning requirement that requires a waiting period before an action can proceed.

When an EA has been drafted without opportunity for public involvement or when public input received during EA development indicates the need for further public review of the environmental impact evaluation, Components normally, absent exigent circumstances, make the draft EA available to the public for review and comment for a minimum of 30 calendar days. If public comments reveal the potential for significant impact to the human environment, the Component determines whether it is appropriate to complete a FONSI, revise or supplement the EA, or prepare an EIS. If the Component decides a FONSI is appropriate, it modifies the EA to reflect the consideration of any public comments as appropriate, completes the FONSI, and makes the FONSI available to the public. A synopsis of the public comments received and how the Component addressed those comments, rather than a response to each individual comment, is normally prepared, and may be included as an appendix in the final EA. After the FONSI is made publicly available, the Component can take immediate action, unless there is another environmental planning requirement that requires a waiting period before an action can proceed.

If a proposed action is unprecedented or one that normally requires an EIS or is closely similar to one that normally requires an EIS (see Section V, Part D (3)), the Component should, whenever practicable, provide an opportunity for public involvement in the drafting of the EA and makes the draft EA and draft FONSI available for public review, as described in 40 C.F.R. §1501.4(e) (2).

For proposed actions with environmental effects of national concern (see Section II for definition), Components publish a public notice in the Federal Register as required by 40 C.F.R. §1506.6, and submit to SEP draft and final EAs and FONSIs, or a hyperlink to the documents posted on a Component webpage, for posting on the DHS NEPA webpage, in accordance with Section IV, Part G (2).

**(8) Minimum Required Content for an EA**

The minimum required content for an EA is outlined below.

(a) Title page;

(b) Purpose and need;

(c) Description of the proposed action and alternatives, including a description of alternatives considered but rejected;

(d) Description of the affected environment and environmental consequences, including conclusions regarding the significance of environmental impacts for the proposed action and alternatives and a consideration of cumulative impacts;

(e) Description of proposed mitigation and monitoring, if applicable;

(f) List of preparers;

(g) List of agencies and persons consulted or contacted; and

(h) References, if appropriate.

**(9) Finding of No Significant Impact**

A Component's final determination on the environmental impacts of a proposed action is required upon the completion of an EA. An EA process concludes with a FONSI when (1) the evaluation of the impacts of the proposed action on the human environment indicates that the environmental effects would not be significant, or (2) the Component commits to including measures in the proposed action that mitigate impacts to a level of insignificance (see Section V, Part E). A FONSI is a separate document from an EA, but may be integrated into any other appropriate decision-making document that can be made publicly available, provided it includes the minimum content requirements in Section V, Part C (10).

### (10) Minimum Required Content for a FONSI

A FONSI document is either attached to the EA or incorporates the EA by reference and consists of the following:

(a) The name and a brief description of the proposed action and alternatives.

(b) A summary of the results of the environmental impact evaluation.

(c) Identification of any mitigation commitments (including monitoring) that will be implemented as part of the proposed action and reduce otherwise significant impacts.

(d) A statement that the proposed action will not have a significant impact on the quality of the human environment.

(e) A statement of the final agency decision. The analysis that resulted in a FONSI must encompass this final decision.

(f) The date of issuance and a signature block for the staff member from the Component who has decision-making authority regarding the proposed action in order to demonstrate fulfillment of the NEPA requirement to consider the potential for impact to the human environment in the decision-making process.

(g) In Components that have not received a delegation of authority (See Section IV, Part K), a signature block for Director SEP.

(h) Normally be no more than five pages in length, and incorporate commitments as attachments if necessary, to avoid creating a lengthier FONSI document.

## D. Environmental Impact Statements

### (1) Purpose

An EIS is prepared for major Federal actions significantly affecting the quality of the human environment (see 40 C.F.R. §1502). Preparation of an EIS involves a more formal process to work collaboratively with other Federal, Tribal, State, local, and non-Federal interested parties, and provides a more formal opportunity for the public to understand the potential environmental impacts and to influence a Federal agency's decision. The environmental impact evaluation documented in an EIS may be more extensive than that in an EA to appropriately reflect an evaluation of significant impacts to the quality of the human environment. Detailed information on the requirements for an EIS is found in the CEQ regulations and guidance, such as CEQ's Memorandum for Heads of Federal Departments and Agencies: Improving the Process for Preparing Efficient and Timely Environmental Reviews under the National

Environmental Policy Act, 6 March, 2012 (http://ceq.hss.doe.gov/ceq_regulations/guidance.html). No alternative, in whole or in part, that is the subject of an EIS process will be taken that would limit the choice of reasonable alternatives, involve a conflict in the use of available resources, or have an adverse environmental impact until the ROD has been made publically available. A ROD (or Notice of its Availability) is published in the Federal Register.

**(2) When to Prepare an EIS**

A Component prepares an EIS when its proposed action and/or any reasonable alternative(s) would have significant environmental effects. This includes actions where an EA concluded that there would be significant impacts, and therefore preparation of an EIS was necessary. However, a Component has the option to prepare an EIS when there is good reason to do so for any activity at any time.

**(3) Actions Normally Requiring an EIS, Programmatic EIS, or Legislative EIS**

Examples of activities for which a Component normally prepares an EIS, a Programmatic EIS, or a Legislative EIS include but are not limited to the following:

(a) Activities where the effects on the human environment are likely to be highly controversial in terms of environmental impacts or involve unique or unknown environmental risks.

(b) Construction projects that would have a significant effect on environmentally sensitive areas.

(c) Major Federal actions occurring in the U.S. known to cause a significant environmental effect on the global commons, as this term is defined in E.O. 12114, “Environmental Effects Abroad of Major Federal Actions.”

(d) Change in area, scope, type, and/or tempo of operations that would result in significant environmental effects.

(e) When an action is required by statute or treaty to develop an EIS.

**(4) Programmatic EIS**

A Component may prepare a Programmatic EIS (PEIS) on a broad Federal action, such as a program, plan, or actions of a similar type or at multiple

locations, for which only very general environmental information is known. A site-specific EIS or EA can be tiered from the PEIS and incorporate by reference the environmental impact evaluation contained in the PEIS.

### (5) Legislative EIS

A Legislative EIS is prepared and circulated for any non-budgetary legislative proposal initiated by DHS without request for drafting assistance by any member of the legislative branch that would have significant impacts on the natural and human environment (40 C.F.R. §1506.8).

### (6) Supplemental EIS

A Component may prepare a supplemental EIS (SEIS) if there are substantial changes to the proposal that are relevant to environmental concerns or if there are significant new circumstances or information relevant to environmental concerns and bearing on the proposal or its impacts (40 C.F.R. §1502.9(c)(1)). A Component may also supplement a draft EIS (DEIS) or Final EIS (FEIS) at any time to further the evaluation presented in the original EIS.

Components prepare, circulate, and file a supplement to a DEIS or FEIS in the same manner as any other DEIS or FEIS, except that scoping is optional for an SEIS (40 C.F.R. §1502.9(c)(4)). Public notice methods are chosen that are appropriate for reaching persons who may be interested in or affected by the proposal. If an FEIS is supplemented after a ROD has been completed, the Component completes a new ROD and publishes it (or a Notice of its Availability) in the Federal Register.

In cases where an action has not yet been implemented within one (1) budget cycle not to exceed three (3) years from the date of the ROD, the Component considers whether the analysis in the EIS remains valid for the current state of the proposed activity and whether a supplement is needed before proceeding with the action.

### (7) Adoption

Reliance on or adoption of an existing EIS improves efficiency in the NEPA process and avoids unnecessary use of time and resources.

Within DHS, any Component may use another Component's EIS without a formal adoption process, provided it fully covers the scope of the Component's proposed action and alternatives and the environmental impacts. When relying on another Component's final EIS, the Component completes its own ROD and publishes it (or a Notice of its Availability) in the Federal Register. When relying on another Component's draft EIS or portion thereof, the Component completes its own final EIS which is filed with EPA, completes its own ROD, and publishes the ROD (or Notice of its Availability) in the Federal Register.

A Component may adopt another Federal agency's existing draft or final EIS or portion thereof, provided it fully covers the scope of the Component's proposed action and alternatives and environmental impacts (see 40 C.F.R. §1506.3). When adopting another Federal agency's draft or final EIS or portion thereof, Components consider the factors in Section IV, Part G (1) to determine the appropriate additional public involvement needed.

If the actions covered by the other Federal agency's EIS and the Component's proposed action are substantially the same, the Component normally recirculates the document as a final (i.e., files it with the EPA and makes it available to agencies and the public), and includes a statement describing its respective proposed action and acknowledging the adoption of the EIS (see 40 C.F.R. §1506.3 (b)). The Component completes its own ROD and publishes a NOA in the Federal Register.

When participating as a cooperating agency, a Component may adopt the lead agency's EIS or portion thereof without recirculation when, after its independent review of the document, the Component concludes that its comments have been satisfied and the analysis includes the appropriate scope and level of environmental impact evaluation for the Component's proposed action and alternatives (see 40 C.F.R. §1506.3 (c)). When adopting the lead Federal agency's final EIS or portion thereof, the Component completes its own ROD acknowledging the adoption of the work of the other Federal agency and publishes a NOA in the Federal Register. When adopting the lead Federal agency's draft EIS or portion thereof, the Component completes its own final EIS and ROD.

**(8) Approval and Filing of an EIS**

In accordance with a memorandum of agreement (MOA) between CEQ and EPA, EPA is responsible for the receipt and filing of EISs prepared by Federal agencies. Every week in the Federal Register, EPA publishes NOAs for all EISs filed during the previous week. DHS follows the steps for preparation and filing of an EIS as prescribed in the CEQ regulations (40 C.F.R. §1506.9 and 1506.10) and additional information provided in CEQ and EPA guidance (see EPA's Amended EIS Filing System Guidance, published in the Federal Register on January 11, 2011). Components also follow the requirements in Section IV, Part C regarding when to notify SEP and Section IV, Part G (1) regarding public involvement. The EPA published NOA is the official public notification of an EIS. Components may publish their own NOA to provide more information to the public, although it is not required.

### (9) Minimum Required Content for an EIS

The CEQ regulations at 40 C.F.R. §1502.10 provide an example format for an EIS, and 40 C.F.R. §1508.25 describes the scope, i.e., the range of actions, alternatives, and impacts to be considered in an EIS. There is no standard DHS format and Components can vary from the CEQ example, with compelling reason. The appropriate structure for an EIS is one that facilitates communication of the environmental impact evaluation and results in a manner that is concise, efficient, and most easily understood by Proponents and the general public. For example, sections on Affected Environment and Environmental Consequences are often combined to produce a document that is shorter in length and easier to read and understand.

The level of public involvement in the development of an EIS is determined through consideration of the factors in Section IV, Part G (1). The length of an EIS varies based on project type, project size, and potential environmental concerns.

The CEQ standard format for an EIS is outlined below.

(a) Cover sheet;

(b) Summary;

(c) Table of Contents;

(d) Purpose of and need for the action;

(e) Alternatives considered, including proposed action and no-action alternative;

(f) Affected environment (baseline conditions) that may be impacted;

(g) Environmental and socioeconomic consequences;

(h) List of preparers;

(i) Distribution list;

(j) Index; and

(k) Appendices (as appropriate).

A Component's use of errata sheets attached to a DEIS in-lieu of a traditional FEIS is allowed under 40 C.F.R. §1503.4(c)). Use of an errata sheet is appropriate when comments received on a DEIS are minor, and the Component's responses to those comments are limited to factual corrections or explanations of why the comments do not warrant further response. When applying this provision, the errata sheets and the information required in an FEIS (described below) are attached to the DEIS and the document is filed with EPA and provided to the public following the CEQ requirements for an FEIS.

When using errata sheets, they include at minimum the following information:

(a) A list of the factual corrections made to the DEIS with references to the relevant page numbers in the DEIS;

(b) A synopsis of the comments received on the DEIS and an explanation of why the comments do not warrant further response in the FEIS, citing the sources, authorities, or reasons that support the Component's position;

(c) If appropriate, an indication of the specific circumstances that would trigger reappraisal or further response, particularly information that could lead to a re-evaluation or an SEIS;

(d) Identification of the preferred alternative and a discussion of the reasons why it was selected;

(e) List of commitments for mitigation measures for the preferred alternative; and

(f) A copy or summary of comments received on the DEIS and responses, including any coordination activities since the DEIS.

**(10) Record of Decision**

When a Component decides whether or not to take action on a proposal covered by an EIS, a decision document known as a ROD is prepared. The content requirements for a ROD are found in 40 C.F.R. §1505.2. A ROD is a separate document from the EIS, and may be integrated into any other appropriate decision-making document that can be made publicly available provided that the content requirements are met.

A ROD is made publicly available by publishing it (or a Notice of its Availability) in the Federal Register (unless there are issues meeting one or more of the exemptions from information disclosure under FOIA), and presents all the factors an agency considered when it reached its decision on whether to, and if so how to, proceed with the proposed action. The ROD identifies mitigation measures (if any) which were important in supporting DHS decision-making, such as those measures which reduce otherwise significant impacts.

The Component submits the ROD or the hyperlink to the ROD on its own webpage to SEP for posting on the DHS NEPA webpage, in accordance with Section IV, Part G (2).

## E. Mitigation and Monitoring

Measures that reduce otherwise anticipated adverse impacts of a proposed action on the quality of the human environment are called mitigation measures. When a Component commits to mitigation measures to reduce or eliminate potential

adverse effects of an action, it is essential that the Component implements the measures and monitors their effectiveness. Components commit to appropriate, practical, and implementable mitigation measures identified in a FONSI or ROD that they have sufficient legal authority to implement or impose on applicants. Mitigation measures are practical and implementable, i.e., those that are reasonably expected to achieve their intended purpose. Implementable mitigation measures require not only that the Component have the appropriate legal authority, but also that it can reasonably foresee the availability of resources for performing the mitigation. Where the mitigation is being imposed on an applicant for DHS funding or approval to perform their proposed action, Components make the mitigation a condition of DHS approval of the applications from persons or organizations external to DHS (40 C.F.R. §1505.3).

Prior to commencement of or during implementation of an action, if a mitigation measure that a Component committed to cannot be implemented or conditions have changed such that the mitigation measure may no longer be appropriate, the Component determines if other practical mitigation measures can be implemented or are necessary, in coordination with Federal, Tribal, State, or local government agencies as appropriate. If the conclusion of the NEPA analysis was predicated in whole or in part on the mitigation in question, the Component considers whether the NEPA decision can be sustained without the identified mitigation. The Component then considers whether the NEPA document needs to be revised to reflect the new circumstances. If it does, the Component provides appropriate public notice of the revision. After that, the action may proceed.

Components monitor implemented actions for effectiveness of mitigation, following the guidance in CEQ's Memorandum for Heads of Federal Departments and Agencies: Appropriate Use of Mitigation and Monitoring and Appropriate Use of Mitigated Findings of No Significant Impact, 14 January, 2011 (http://ceq.hss.doe.gov/ceq_regulations/guidance.html). Components also respond to inquiries from the public or other agencies regarding the status of mitigation measures and the results of monitoring. If post-action monitoring finds that mitigation has been ineffective in mitigating the adverse impacts of the action, Components consult promptly with OGC and their respective EPPM to determine the necessary course of action, and follow Section IV, Part C for circumstances requiring notification to SEP.

Adequately documenting and monitoring mitigation advances NEPA's purpose of informed and transparent environmental decision-making. Failure to implement, document, and/or monitor mitigation may undermine the integrity of the NEPA analysis, and may compromise the adequacy of the NEPA compliance effort. Therefore, once a Component has committed to mitigation measures, all decisions to modify or suspend those measures are made in consultation with OGC and the Component's respective EPPM.

### F. Cooperating and Joint Lead Agency Relationships

The CEQ regulations (40 C.F.R. §1501.6) emphasize agency cooperation in the NEPA process. Sometimes, a proposed DHS action may impact or be impacted by the missions and activities of other agencies. In such situations, it may be necessary to establish a lead and cooperating agency relationship or a joint-lead agency relationship to minimize or avoid duplicative, redundant NEPA compliance efforts. Establishing this type of relationship may be appropriate when another Federal agency, Tribe, State, or local agency with a comparable NEPA requirement either proposes or is involved in the same action, or is involved in a group of actions directly related to each other because of their functional interdependence or geographical proximity (40 C.F.R. §1501.5). An interagency MOA is normally executed to identify the lead and cooperating agencies and to document their roles and responsibilities, establish timelines and milestones, etc. However exigencies may dictate another form of documenting the relationship, such as an exchange of written correspondence. Components follow the CEQ regulations and guidance on cooperating agencies in its Memorandum to Heads of Federal Agencies: Reporting Cooperating Agencies in Implementing the Procedural Requirements of the National Environmental Policy Act, 23 December 2004, and Memorandum for Heads of Federal Agencies: Cooperating Agencies in Implementing the Procedural Requirements of the National Environmental Policy Act, 30 January 2002 (http://ceq.hss.doe.gov/ceq_regulations/ guidance.html).

The benefits of cooperating agency participation in the preparation of NEPA documents include: 1) disclosing relevant information early in the NEPA process; 2) applying available expertise and staff support; 3) avoiding duplication with other Federal, Tribal, State, and local requirements; 4) establishing a mechanism for addressing intergovernmental issues; 5) fostering intra- and intergovernmental trust; and 6) enhancing agencies' ability to adopt environmental documents.

When a Component is a lead agency, it may invite other appropriate Federal agencies with jurisdiction by law (such as regulatory jurisdiction, authority to manage land or water where the Component proposes to locate an action, or related mission authorities, among other things) to be a cooperating agency in the Component's NEPA effort. In addition, a Component may invite other Federal agencies with special expertise on a particular environmental issue to be a cooperating agency. A Component may also invite Tribes and non-Federal agencies to be a cooperating or joint lead agency in order to eliminate duplication with Tribal, State, and local requirements that are comparable to NEPA.

A Component may become a cooperating agency in another Federal agency's NEPA effort at the request of that agency when the Component has jurisdiction by law over an aspect of the other federal agency's proposed activity that requires action or approval by the Component. A Component may also become a cooperating agency in another Federal agency's NEPA effort at the request of that

agency when the Component has special expertise by virtue of its statutory responsibility, mission, or related program experience that is relevant to the other Federal agency's proposal. A Component may also request a lead Federal agency to designate it as a cooperating agency.

If another agency requests that a Component be a cooperating agency in its NEPA effort and the Component declines to accept cooperating agency status, the Component responds to the requesting agency and provides a copy of its response to Director SEP and CEQ (40 C.F.R. §1501.6 (c)). The denial is not subject to oversight by Director SEP and is not subject to review under the Administrative Procedure Act, 5 U.S.C. 701 et seq. Director SEP reviews the request to determine whether another Component needs to consider cooperating agency status.

Components that prepare EAs and EISs annually report information on cooperating agency status to SEP for consolidated DHS reporting to CEQ.

### G. NEPA Analysis and Writing

Components emphasize quality analysis and documentation of potential environmental effects for reasonable alternatives that are economically and technically feasible and that meet mission needs, and of strategies to mitigate significant adverse effects. In order to improve quality, reduce paperwork, and control the length of NEPA documents, Components closely follow the requirements of 40 C.F.R. §1500.4 and the guidance issued by CEQ in its Memorandum for Heads of Federal Departments and Agencies: Improving the Process for Preparing Efficient and Timely Environmental Reviews under the National Environmental Policy Act, 6 March 2012 (http://ceq.hss.doe.gov/ceq_regulations/guidance.html).

The appropriate structure and format for an EA or EIS is one that facilitates written communication of the environmental impact evaluation and results in a manner that is concise, efficient, and most easily understood by the Proponent and the general public. The depth and scope of analysis and resulting volume of documentation in a NEPA process are to be relevant and proportionate to the complexity of the project and level of anticipated environmental effects. The depth and scope of the analysis is normally informed by the level of anticipated environmental effects. The objective in preparing an EA or EIS is to communicate quality analysis to support DHS decisions, not the production of lengthy documents.

The main body of an EA or an EIS is normally a presentation designed for the general public that is written in plain language (40 C.F.R. §1502.8). It generally summarizes the environmental impact evaluation for the relevant scope of issues and the development of appropriate mitigation strategies, with sufficient detail to meet CEQ requirements. Related and background information is included in appendices. The summary required for an EIS (40 C.F.R. §1502.12) and optional for an EA presents the results of the environmental impact evaluation, stressing the

major conclusions, areas of controversy, and the issues to be resolved, but is not a summary of the document.

The following are normally taken into consideration when approving a NEPA document prepared for proposed DHS actions: the scope, depth, and pertinence of the analysis relevant to the proposed action, alternatives, and anticipated environmental impacts; the scientific integrity of the analysis; conformance to requirements of CEQ and this Instruction Manual; and the general presentation and readability of the information.

# VI. Emergency Actions

DHS missions include ensuring resiliency to disasters and effective emergency response. Examples of emergencies that may require immediate DHS action include responses to hurricanes, earthquakes, pandemics, nuclear strike, imminent threat of terrorist activity, or release or imminent release of oil, hazardous, biological, or radiological substances. These incidents require DHS action to defend and protect public health and safety and/or to ensure continuity of government operations as soon as possible.

As DHS develops its response to situations involving immediate threats to human health or safety, or immediate threats to valuable natural resources, it considers whether there is sufficient time to follow the procedures established in the CEQ regulations, as further explained in CEQ's Memorandum for Heads of Federal Departments and Agencies: Emergencies and the National Environmental Policy Act, 12 May, 2010 (http://ceq.hss.doe.gov/ceq_regulations/guidance.html), and this Instruction Manual.

The following four phases apply when performing NEPA activities during an emergency. Components follow these general provisions for emergency actions in consultation with their respective EPPM and OGC, and SEP when appropriate, and in accordance with their Supplemental Instructions if emergency procedures are specified therein.

## A. Secure Lives and Protect Property

Do not delay immediate actions needed to secure lives and safety of employees and citizens, or to protect property. The Component considers the probable environmental consequences of proposed DHS actions and minimizes environmental damage to the maximum degree practical, consistent with protecting human life, property, and national security.

## B. Determine Applicability of NEPA

Components determine, upon the advice and counsel of OGC, if NEPA applies to the emergency action (see Section V, Part A).

## C. Notification to SEP

Components follow the criteria in Section IV, Part C, for when to notify or seek approval from Director SEP for NEPA activities during an emergency.

## D. Determine Level of NEPA Evaluation

When NEPA applies to a proposed DHS emergency action, Components determine the appropriate level of NEPA evaluation using the following criteria:

(1) If the proposed emergency action qualifies for a CATEX and no extraordinary circumstances exist that would preclude the use of the

CATEX, follow the procedures in Section V, Part B for completing a CATEX review.

(2) If the proposed emergency action does not qualify for a CATEX, consideration of the potential for environmental effects must be documented in the form of either an EA or EIS.

(a) Consider if the proposed emergency action is covered by an existing final EA and FONSI or EIS and ROD prepared by any DHS Component. If an existing final DHS EA and FONSI or EIS and ROD fully cover both the scope of the proposed activities and the environmental impacts and the environmental impact evaluation remains current, no further evaluation under NEPA is necessary. However, it is appropriate to internally record the use of another DHS Component's NEPA Document.

(b) If paragraph (a) above is not applicable, determine if the proposed emergency action is covered by an existing EA or EIS of another Federal agency. If an existing EA or EIS of another Federal agency fully covers both the scope of the proposed activities and the environmental impacts and the environmental impact evaluation remains current, then the Component may adopt the document. Adopting an existing analysis may require the Component to provide the opportunity for public comment. The Component prepares a separate FONSI or ROD for the proposed emergency when adopting an existing analysis.

(c) If paragraphs (a) and (b) above are not applicable, determine if an existing EA or EIS from another DHS Component or an EA or EIS adopted from another Federal agency can be supplemented to address the proposed emergency action. Supplementing an existing analysis may require the Component to provide the opportunity for public comment. The Component prepares a separate FONSI or ROD for the proposed emergency when supplementing an existing analysis.

(d) If paragraphs (a) through (c) above are not applicable and the expected environmental impacts are not considered to be significant, determine if sufficient time exists before starting the emergency action to complete a new EA.

i. When sufficient time exists, it is most appropriate for the Component to prepare a focused and concise EA, including consideration of the public involvement factors presented in Section IV, Part G (1). The EA may incorporate by reference any existing relevant non-Federal environmental impact evaluation, such as one prepared pursuant to a state agency's environmental planning

requirement. If the new EA supports a conclusion that the proposed emergency action will not have significant environmental effects, a FONSI is prepared and made available to interested parties.

ii. If sufficient time does not exist to complete an EA before starting the proposed emergency action, and the expected environmental impacts are not considered to be significant, the Component consults with Director SEP to develop an alternative approach to completing an EA that meets the requirements of the CEQ regulations and this Instruction Manual. To the maximum extent practicable, such approaches ensure public notification and involvement and focus on minimizing the adverse environmental consequences of the proposed emergency action. SEP informs CEQ of these alternatives to the preparation of an EA at the earliest opportunity.

(e) If, at any time during the emergency, including during preparation of an EA, the Component determines that the emergency action appears to be a major Federal action significantly affecting the quality of the human environment, the Component seeks the involvement of SEP. When another EIS is not available to adopt or supplement, or insufficient time is available to adopt or supplement an existing EIS, SEP notifies CEQ regarding the emergency and seeks alternative arrangements to comply with NEPA in accordance with 40 C.F.R. §1506.11. Alternative arrangements apply only to actions needed to control the immediate impacts of the emergency to prevent further harm to life or improved property. Other actions remain subject to NEPA analysis. Factors to address when crafting alternative arrangements include:

i. Nature and scope of the emergency;

ii. Actions needed to control the immediate impacts of the emergency;

iii. The potential adverse effects;

iv. Aspects of the NEPA process that can be followed and add value to the decision-making process (such as coordination with resource and regulatory agencies and the public);

v. Duration of the emergency; and

vi. Potential adverse impact mitigation measures.

# VII. Review of Applications from Persons or Organizations Outside of DHS

Components that process applications for permits, licenses (other than those for use of real property), Federal assistance (e.g., grants), or other forms of DHS funding or approval have a responsibility to integrate NEPA requirements early in the application process. In this context, an Applicant is a person or organization outside of DHS that seeks funding, or a permit, license, or other form of approval from DHS in order to carry out its desired action. Components consider the environmental effects of the Applicant's proposed action when deciding whether or not to provide funding, issue a permit or license, or otherwise approve an Applicant's proposal. Completion of the NEPA process occurs before making a decision to approve an Applicant's proposal.

Unless otherwise specified in law or regulation, Components that administer Federal assistance, permitting, licensing, or similar types of programs incorporate the applicable provisions below into their respective review and approval processes for applications under those programs. Components that regularly administer such programs describe in their Supplemental Instructions how these provisions are normally addressed. Components that do not regularly administer such programs may nevertheless elect to develop Supplemental Instructions (or to amend existing Supplemental Instructions) if they wish to seek delegation of NEPA authority for such programs. Where NEPA-related program-specific guidance, policy, etc., already exists, Components include an explanation of the relevant information and reference the document(s) in their Supplemental Instructions.

A. Coordination between the Component and the Applicant as early as possible so that the Applicant is aware of its responsibilities, if any, to assist the Component in fulfilling the NEPA process. This includes notification to the Applicant of the kinds of analyses or information that the Component requires the Applicant to provide or prepare, if any, that are deemed necessary and appropriate for an environmental impact evaluation. The Component establishes an internal process to ensure completion of an independent and objective evaluation of any such information provided by the Applicant. This may include notifying the Applicant of its role, if any, in supporting coordination and consultation efforts, scoping, and other public involvement activities, and its role, if any, in activities necessary to eliminate duplication with Tribal, State, local, or other Federal requirements.

B. Consideration of whether the Applicant's proposed action is a connected action (see 40 C.F.R. §1508.25) or, if the applicant is a non-Federal entity, is a piece of a larger action whereby the Component's involvement would federalize the entire action.

C. The process to identify and evaluate options to resolve potentially significant environmental impacts, including the Applicant's role in coordination and

consultation activities, if any. This includes development of measures to mitigate adverse impacts, if necessary.

D. Notification to the Applicant of how the costs of NEPA activities (e.g., preparation of an EA; mitigation measures) are to be paid for.

E. Notification to the Applicant of its responsibilities regarding emergency actions, if relevant.

F. Notification to the Component if the Applicant changes the scope of the proposed action. Scope changes require an evaluation by DHS to determine if the previous NEPA analysis is still relevant or if additional analysis is necessary.

G. Ensuring that required NEPA documents are completed prior to the Component's decision on the application or, in the case of certain Federal assistance programs, prior to the Component's approval for the applicant to draw funds to execute its proposed action.

H. Notification to the Applicant when the Component may deny an application if the proposed action's impacts, cost of the environmental impact evaluation, or costs of mitigation measures substantially outweigh the proposed action's costs or monetary and non-monetary benefits.

I. Ensuring mitigation committed to as part of the NEPA process, including appropriate monitoring of the implementation and success of the mitigation, is incorporated as conditions in the appropriate formal approval document that is issued to the Applicant by the Component.

J. Notification to the Applicant when the Component may deny an application, revoke an approval (e.g., de-obligate or recoup grant funding), or take other enforcement action if the Applicant does not comply with NEPA requirements or conditions of NEPA approval, or implements the proposed action prior to completion of the NEPA process.

K. Identification of decision points for when the NEPA analysis and approval occurs in the Component's overall application review and approval/award process.

L. Making contact information publically available for the DHS office and/or staff responsible for administering the Federal assistance, permitting, licensing, or similar type of program.

M. When actions are planned by non-Federal entities before DHS gets involved but DHS involvement is reasonably foreseeable, the following provisions also apply:

1) Ensure information and staff are available to advise potential applicants;

2) Consult early with Tribes, State and local agencies, and the public; and

3) Commence the NEPA process at the earliest possible time.

When a new Federal assistance, permitting, licensing, or similar type of program is created in DHS, the relevant Component, including the relevant individual program office(s), consults with its respective EPPM and OGC to determine the applicability of NEPA requirements under that new program. In some cases, the responsibility to administer the program may be transferred from one DHS Component to another DHS Component or from DHS to another Federal agency. In such situations, the parties may execute an agreement to ensure that NEPA requirements are met.

# Appendix A. DHS List of Categorical Exclusions

**Table 1 - List of DHS Categorical Exclusions**

| |
|---|
| **Note regarding the following table:** CATEX A8, CATEXs C6 through C10, and all the CATEXs in Sections M and N are new CATEXs. All others are existing CATEXs that DHS is retaining.<br>The CATEXs in Sections A through G and the CATEXs in Section N are available for use across the entire Department. The CATEXs in Sections H through M are available for use by only the Component specified in the section heading.<br>* Denotes classes of actions that have a higher possibility of involving extraordinary circumstances. A REC will be prepared to document consideration of extraordinary circumstances whenever a CATEX that is identified by an asterisk is used. |
| **ADMINISTRATIVE AND REGULATORY ACTIVITIES** |
| **A1** Personnel, fiscal, management, and administrative activities, such as recruiting, processing, paying, recordkeeping, resource management, budgeting, personnel actions, and travel. |
| **A2** Reductions, realignments, or relocation of personnel that do not result in exceeding the infrastructure capacity or changing the use of space. An example of a substantial change in use of the supporting infrastructure would be an increase in vehicular traffic beyond the capacity of the supporting road network to accommodate such an increase. |
| **A3** Promulgation of rules, issuance of rulings or interpretations, and the development and publication of policies, orders, directives, notices, procedures, manuals, advisory circulars, and other guidance documents of the following nature:<br>(a) Those of a strictly administrative or procedural nature;<br>(b) Those that implement, without substantive change, statutory or regulatory requirements;<br>(c) Those that implement, without substantive change, procedures, manuals, and other guidance documents;<br>(d) Those that interpret or amend an existing regulation without changing its environmental effect; |

(e) Technical guidance on safety and security matters; or

(f) Guidance for the preparation of security plans.

**A4** Information gathering, data analysis and processing, information dissemination, review, interpretation, and development of documents. If any of these activities result in proposals for further action, those proposals must be covered by an appropriate CATEX. Examples include but are not limited to:

(a) Document mailings, publication and distribution, training and information programs, historical and cultural demonstrations, and public affairs actions.

(b) Studies, reports, proposals, analyses, literature reviews; computer modeling; and non-intrusive intelligence gathering activities.

**A5** Awarding of contracts for technical support services, ongoing management and operation of government facilities, and professional services that do not involve unresolved conflicts concerning alternative uses of available resources.

**A6** Procurement of non-hazardous goods and services, and storage, recycling, and disposal of non-hazardous materials and wastes, that complies with applicable requirements and is in support of routine administrative, operational, or maintenance activities. Storage activities must occur on previously disturbed land or in existing facilities. Examples include but are not limited to:

(a) Office supplies,

(b) Equipment,

(c) Mobile assets,

(d) Utility services,

(e) Chemicals and low level radio nuclides for laboratory use,

(f) Deployable emergency response supplies and equipment, and

(g) Waste disposal and contracts for waste disposal in established permitted landfills and facilities.

**A7** The commitment of resources, personnel, and funding to conduct audits, surveys, and data collection of a minimally intrusive nature. If any of these commitments result in proposals for further action, those proposals must be covered by an appropriate CATEX. Examples include, but are not limited to:

| |
|---|
| (a) Activities designed to support the improvement or upgrade management of natural resources, such as surveys for threatened and endangered species, wildlife and wildlife habitat, historic properties, and archeological sites; wetland delineations; timber stand examination; minimal water, air, waste, material and soil sampling; audits, photography, and interpretation.<br>(b) Minimally-intrusive geological, geophysical, and geo-technical activities, including mapping and engineering surveys.<br>(c) Conducting Facility Audits, Environmental Site Assessments and Environmental Baseline Surveys, and<br>(d) Vulnerability, risk, and structural integrity assessments of infrastructure. |
| **A8 [new]** Review of and comment on documents that did not originate in DHS. |
| **OPERATIONAL ACTIVITIES** |
| **B1** Research, development, testing, and evaluation activities, or laboratory operations conducted within existing enclosed facilities consistent with previously established safety levels and in compliance with applicable Federal, Tribal, State, and local requirements to protect the environment when it will result in no, or *de minimus* change in the use of the facility. If the operation will substantially increase the extent of potential environmental impacts or is controversial, an EA (and possibly an EIS) is required. |
| **B2** Transportation of personnel, detainees, equipment, and evidentiary materials in wheeled vehicles over existing roads or jeep trails established by Federal, Tribal, State, or local governments, including access to permanent and temporary observation posts. |
| **B3** Proposed activities and operations to be conducted in an existing structure that would be compatible with and similar in scope to its ongoing functional uses and would be consistent with previously established safety levels and in compliance with applicable Federal, Tribal, State, or local requirements to protect the environment. |
| **B4** Provision of on-site technical assistance to non-DHS organizations to prepare plans, studies, or evaluations. Examples include, but are not limited to:<br>(a) General technical assistance to assist with development and enhancement of Weapons of Mass Destruction (WMD) response |

| |
|---|
| plans, exercise scenario development and evaluation, facilitation of working groups, etc.<br>(b) State strategy technical assistance to assist States in completing needs and threat assessments and in developing their domestic preparedness strategy. |
| **B5** Support for or participation in community projects that do not involve significant physical alteration of the environment. Examples include, but are not limited to:<br>(a) Earth Day activities,<br>(b) Adopting schools,<br>(c) Cleanup of rivers and parkways, and<br>(d) Repair and alteration of housing. |
| **B6** Approval of recreational or public activities or events at a location typically used for that type and scope (size and intensity) of activity that would not involve significant physical alteration of the environment. Examples include, but are not limited to:<br>(a) Picnics,<br>(b) Encampments, and<br>(c) Interpretive programs for historic and cultural resources, such as programs in conjunction with State and Tribal Historic Preservation Officers, or with local historic preservation or re-enactment groups. |
| **B7** Initial assignment or realignment of mobile assets, including vehicles, vessels and aircraft, to existing operational facilities that have the capacity to accommodate such assets or where supporting infrastructure changes will be minor in nature to perform as new homeports or for repair and overhaul. |
| ***B8** Acquisition, installation, maintenance, operation, or evaluation of security equipment to screen for or detect dangerous or illegal individuals or materials at existing facilities and the eventual removal and disposal of that equipment in compliance with applicable requirements to protect the environment. Examples of the equipment include, but are not limited to:<br>(a) Low-level x-ray devices,<br>(b) Cameras and biometric devices,<br>(c) Passive inspection devices,<br>(d) Detection or security systems for explosive, biological, or chemical |

| |
|---|
| substances, and<br>(e) Access controls, screening devices, and traffic management systems. |
| ***B9** Acquisition, installation, operation, or evaluation of physical security devices, or controls to enhance the physical security of existing critical assets and the eventual removal and disposal of that equipment in compliance with applicable requirements to protect the environment. Examples include, but are not limited to:<br>(a) Motion detection systems,<br>(b) Use of temporary barriers, fences, and jersey walls on or adjacent to existing facilities or on land that has already been disturbed or built upon,<br>(c) Impact resistant doors and gates,<br>(d) X-ray units,<br>(e) Remote video surveillance systems,<br>(f) Diver/swimmer detection systems, except sonar,<br>(g) Blast/shock impact-resistant systems for land based and waterfront facilities,<br>(h) Column and surface wraps, and<br>(i) Breakage/shatter-resistant glass. |
| **B10** Identifications, inspections, surveys, or sampling, testing, seizures, quarantines, removals, sanitization, and monitoring of imported products that cause little or no physical alteration of the environment. This CATEX would primarily encompass a variety of daily activities performed at the borders and ports of entry by various elements of the Customs and Border Protection and Transportation Security Administration. |
| **B11** Routine monitoring and surveillance activities that support law enforcement or homeland security and defense operations, such as patrols, investigations, and intelligence gathering, but not including any construction activities (construction activities are addressed in Subsection E of these CATEX). This CATEX would primarily encompass a variety of daily activities performed by the Components of U.S. Coast Guard, Immigration and Customs Enforcement, Customs and Border Protection, Transportation Security Administration, and the U.S. Secret Service. |
| **REAL ESTATE ACTIVITIES** |

| |
|---|
| **C1** Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property. |
| **C2** Lease extensions, renewals, or succeeding leases where there is no change in the facility's use and all environmental operating permits have been acquired and are current. |
| **C3** Reassignment of real property, including related personal property within the Department (e.g., from one Departmental element to another) that does not result in a change in the functional use of the property. |
| **C4** Transfer of administrative control over real property, including related personal property, between another Federal agency and the Department that does not result in a change in the functional use of the property. |
| **C5** Determination that real property is excess to the needs of the Department and, in the case of acquired real property, the subsequent reporting of such determination to the General Services Administration or, in the case of lands withdrawn or otherwise reserved from the public domain, the subsequent filing of a notice of intent to relinquish with the Bureau of Land Management, Department of Interior. |
| *__C6__ Congressionally-mandated conveyance of DHS controlled real property to a non-Federal entity. |
| ***C7 [new]** The initial lease of, or grant of an easement interest in, DHS-controlled real property to a non-Federal entity or the amendment, renewal, or termination of such lease or easement interest where the proposed type and intensity of real property use is similar to existing uses. |
| ***C8 [new]** The grant of a license to a non-Federal entity to perform specified acts upon DHS-controlled real property or the amendment, renewal, or termination of such license where the proposed type and intensity of real property use is similar to existing uses. |
| **C9 [new]** Allowing another Federal agency to use DHS-controlled real property under a permit, use agreement, or similar arrangement or the amendment, renewal, or termination of such permit or agreement where the proposed type and intensity of real property use is similar to existing uses. |
| **C10 [new]** Real property inspections to ensure compliance with deed or |

| |
|---|
| easement restrictions. |
| **REPAIR AND MAINTENANCE ACTIVITIES** |
| **D1** Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property (e.g. realigning interior spaces of an existing building, adding a small storage shed to an existing building, retrofitting for energy conservation, or installing a small antenna on an already existing antenna tower that does not cause the total height to exceed 200 feet and where the FCC would not require an EA or EIS for the installation). |
| **D2** Routine upgrade, repair, maintenance, or replacement of equipment and vehicles, such as aircraft, vessels, or airfield equipment that does not result in a change in the functional use of the property. |
| **D3** Repair and maintenance of Department-managed buildings, roads, airfields, grounds, equipment, and other facilities which do not result in a change in functional use or an impact on a historically significant element or setting (e.g. replacing a roof, painting a building, resurfacing a road or runway, pest control activities, restoration of trails and firebreaks, culvert maintenance, grounds maintenance, existing security systems, and maintenance of waterfront facilities that does not require individual regulatory permits). |
| ***D4** Reconstruction and/or repair by replacement of existing utilities or surveillance systems in an existing right-of-way or easement, upon agreement with the owner of the relevant property interest. |
| ***D5** Maintenance dredging activities within waterways, floodplains, and wetlands where no new depths are required, applicable permits are secured, and associated debris disposal is done at an approved disposal site. This CATEX encompasses activities required for the maintenance of waterfront facilities managed primarily within the U.S. Coast Guard and Customs and Border Protection. |
| **D6** Maintenance of aquatic and riparian habitat in streams and ponds, using native materials or best natural resource management practices. Examples include, but are not limited to:<br>(a) Installing or repairing gabions with stone from a nearby source,<br>(b) Adding brush for fish habitat,<br>(c) Stabilizing stream banks through bioengineering techniques, and |

(d) Removing and controlling exotic vegetation, not including the use of herbicides or non-native biological controls.

This CATEX would primarily involve property management activities at larger properties within the U.S. Coast Guard, Science and Technology Directorate, and the Federal Law Enforcement Training Center.

**CONSTRUCTION, INSTALLATION, AND DEMOLITION ACTIVITIES**

**E1** Construction, installation, operation, maintenance, and removal of utility and communication systems (such as mobile antennas, data processing cable, and similar electronic equipment) that use existing rights-of-way, easements, utility distribution systems, and/or facilities. This is limited to activities with towers where the resulting total height does not exceed 200 feet and where the FCC would not require an EA or EIS for the acquisition, installation, operation or maintenance.

***E2** New construction upon or improvement of land where all of the following conditions are met:

(a) The structure and proposed use are compatible with applicable Federal, Tribal, State, and local planning and zoning standards and consistent with Federally-approved State coastal management programs,

(b) The site is in a developed area and/or a previously-disturbed site,

(c) The proposed use will not substantially increase the number of motor vehicles at the facility or in the area,

(d) The site and scale of construction or improvement are consistent with those of existing, adjacent, or nearby buildings, and,

(e) The construction or improvement will not result in uses that exceed existing support infrastructure capacities (roads, sewer, water, parking, etc.).

***E3** Acquisition, installation, operation, and maintenance of equipment, devices, and/or controls necessary to mitigate effects of the Department's missions on health and the environment, including the execution of appropriate real estate agreements. Examples include but are not limited to:

(a) Pollution prevention and pollution control equipment required to meet applicable Federal, Tribal, State, or local requirements,

(b) Noise abatement measures, including construction of noise barriers, installation of noise control materials, or planting native trees and/or

| |
|---|
| native vegetation for use as a noise abatement measure, and,<br>(c) Devices to protect human or animal life, such as raptor electrocution prevention devices, fencing to restrict wildlife movement on to airfields, fencing and grating to prevent accidental entry to hazardous or restricted areas, and rescue beacons to protect human life. |
| ***E4** Removal or demolition, along with subsequent disposal of debris to permitted or authorized off-site locations, of non-historic buildings, structures, other improvements, and/or equipment in compliance with applicable environmental and safety requirements. |
| **E5** Natural resource management activities on Department-managed property to aid in the maintenance or restoration of native flora and fauna, including site preparation, landscaping, and control of non-indigenous species. This CATEX would encompass property management activities primarily at properties within the U.S. Coast Guard, Science and Technology Directorate, and the Federal Law Enforcement Training Center. |
| **E6** Reconstruction of roads on Departmental facilities, where runoff, erosion, and sedimentation issues are mitigated through implementation of best management practices. This CATEX would encompass property management activities primarily at properties within the U.S. Coast Guard, Science and Technology Directorate, and the Federal Law Enforcement Training Center. |
| **E7** Construction of physical fitness and training trails for non-motorized use on Department facilities in areas that are not environmentally sensitive, where run-off, erosion, and sedimentation are mitigated through implementation of best management practices. This CATEX would encompass property management activities primarily at properties within the U.S. Coast Guard, Science and Technology Directorate, and the Federal Law Enforcement Training Center. |
| ***E8** Construction of aquatic and riparian habitat in streams and ponds on Department-managed land, using native materials or best natural resource management practices. Examples include, but are not limited to:<br>(a) Installing or repairing gabions with stone from a nearby source,<br>(b) Adding brush for fish habitat,<br>(c) Stabilizing stream banks through bioengineering techniques, and,<br>(d) Removing and controlling exotic vegetation, not including the use of herbicides or non-native biological controls. |

| |
|---|
| This CATEX would encompass property management activities primarily at properties within the U.S. Coast Guard, Science and Technology Directorate, and the Federal Law Enforcement Training Center. |
| **HAZARDOUS/RADIOACTIVE MATERIALS MANAGEMENT AND OPERATIONS** |
| **F1** Routine procurement, transportation, distribution, use, and storage of hazardous materials that comply with all applicable requirements, such as Occupational Safety and Health Act (OSHA) and National Fire Protection Association (NFPA). |
| **F2** Reuse, recycling, and disposal of solid, medical, radiological, and hazardous waste generated incidental to Department activities that comply with applicable requirements such as Resource Conservation and Recovery Act (RCRA), Occupational Safety and Health Act (OSHA), and State hazardous waste management practices. Examples include but are not limited to:<br>(a) Appropriate treatment and disposal of medical waste conducted in accordance with all Federal, Tribal, State, and local laws and regulations,<br>(b) Temporary storage and disposal solid waste, conducted in accordance with all Federal, Tribal, State, and local laws and regulations,<br>(c) Disposal of radiological waste through manufacturer return and recycling programs, and<br>(d) Hazardous waste minimization activities. |
| **F3** Use (that may include the processes of installation, maintenance, non-destructive testing, and calibration), transport, and storage of hand-held, mobile or stationary instruments, containing sealed radiological and radioactive materials, to screen for or detect dangerous or illegal individuals or materials in compliance with commercial manufacturers' specifications, as well as applicable Federal requirements to protect the human environment. Examples of such instruments include but are not limited to:<br>(a) Gauging devices, tracers, and other analytical instruments,<br>(b) Instruments used in industrial radiography,<br>(c) Systems used in medical and veterinary practices; and<br>(d) Nuclear Regulatory Commission (NRC) approved, sealed, small source radiation devices for scanning vehicles and packages where |

radiation exposure to employees or the public does not exceed 0.1 rem per year and where systems are maintained within the NRC license parameters at existing facilities.

**TRAINING AND EXERCISES**

**G1** Training of homeland security personnel, including international, Tribal, State, and local agency representatives using existing facilities where the training occurs in accordance with applicable permits and other requirements for the protection of the environment. This exclusion does not apply to training that involves the use of live chemical, biological, or radiological agents except when conducted at a location designed and constructed to contain the materials used for that training. Examples include but are not limited to:

(a) Administrative or classroom training,

(b) Tactical training, including but not limited to training in explosives and incendiary devices, arson investigation and firefighting, and emergency preparedness and response,

(c) Vehicle and small boat operation training,

(d) Small arms and less-than-lethal weapons training,

(e) Security specialties and terrorist response training,

(f) Crowd control training, including gas range training,

(g) Enforcement response, self-defense, and interdiction techniques training, and

(h) Techniques for use in fingerprinting and drug analysis.

**G2** Projects, grants, cooperative agreements, contracts, or activities to design, develop, and conduct national, State, local, or international exercises to test the readiness of the nation to prevent or respond to a terrorist attack or a natural or manmade disaster and where conducted in accordance with existing facility or land use designations. This exclusion does not apply to exercises that involve the use of chemical, biological, radiological, nuclear, or explosive agents/devices (other than small devices such as practice grenades/flash bang devices used to simulate an attack during exercise play).

**UNIQUE CATEGORICAL EXCLUSIONS FOR THE TRANSPORTATION SECURITY ADMINISTRATION (TSA)**

**H1** Approval or disapproval of security plans required under legislative or

| |
|---|
| regulatory mandates unless such plans would have a significant effect on the environment. |
| **H2** Issuance or revocation of certificates or other approvals, including but not limited to:<br>(a) Airmen certificates,<br>(b) Security procedures at general aviation airports, and<br>(c) Airport security plans. |
| **[Section I of this table has been deleted; CATEX I1 is now K3]** |
| **UNIQUE CATEGORICAL EXCLUSIONS FOR THE FEDERAL LAW ENFORCEMENT TRAINING CENTER (FLETC)** |
| ***J1** Prescribed burning, wildlife habitat improvement thinning, and brush removal for southern yellow pine at the FLETC facility in Glynco, Georgia. No more than 200 acres will be treated in any single year. These activities may include up to 0.5 mile of low-standard, temporary road construction to support these operations. |
| **J2** Harvest of live trees on Federal Law Enforcement Training Center facilities not to exceed 70 acres, requiring no more than ½ mile of temporary road construction. Do not use this category for even-aged regeneration harvest or vegetation type conversion. The proposed action may include incidental removal of trees for landings, skid trails, and road clearing. Examples include but are not limited to:<br>(a) Removal of individual trees for saw logs, specialty products, or fuel wood, and<br>(b) Commercial thinning of overstocked stands to achieve the desired stocking level to increase health and vigor. |
| **J3** Salvage of dead and/or dying trees on Federal Law Enforcement Training Center facilities not to exceed 250 acres, requiring no more than ½ mile of temporary road construction. The proposed action may include incidental removal of live or dead trees for landings, skid trails, and road clearing. Examples include but are not limited to:<br>(a) Harvest of a portion of a stand damaged by a wind or ice event and construction of a short temporary road to access the damaged trees,<br>(b) Harvest of fire damaged trees, and |

| |
|---|
| (c) Harvest of insect or disease damaged trees. |
| **UNIQUE CATEGORICAL EXCLUSIONS FOR CUSTOMS AND BORDER PROTECTION (CBP)** |
| **K1** Road dragging of existing roads and trails established by Federal, Tribal, State, or local governments to maintain a clearly delineated right-of-way, to provide evidence of foot traffic and that will not expand the width, length, or footprint of the road or trail. |
| **K2** Repair and maintenance of existing border fences that do not involve expansion in width or length of the project, and will not encroach on adjacent habitat. |
| ***K3 [formerly I1]** A portable or relocatable facility or structure used to collect traveler data at or adjacent to an existing port of entry where the placement or use of the facility does not significantly disturb land, air, or water resources and does not individually or cumulatively have a significant environmental effect. The building footprint of the facility must be less than 5,000 square feet and the facility or structure must not foreclose future land use alternatives. |
| **UNIQUE CATEGORICAL EXCLUSIONS FOR THE U.S. COAST GUARD (USCG)** |
| ***L1** Personnel and other administrative actions associated with consolidations, reorganizations, or reductions in force resulting from identified inefficiencies, reduced personnel or funding levels, skill imbalances, or other similar causes. |
| **L2** Routine procurement activities and actions for goods and services, including office supplies, equipment, mobile assets, and utility services for routine administration, operation, and maintenance. |
| **L3** Routine personnel, fiscal, and administrative activities, actions, procedures, and policies which clearly do not have any environmental impacts, such as military and civilian personnel recruiting, processing, paying, and record keeping. |
| **L4** Review of documents, such as studies, reports, and analyses, prepared for legislative proposals that did not originate in DHS and that relate to matters that are not the primary responsibility of the USCG. |
| **L5** Preparation of guidance documents that implement, without substantive |

| |
|---|
| change, the applicable Commandant Instruction or other Federal agency regulations, procedures, manuals, and other guidance documents. |
| **L6** Approval of recreational activities or events (such as a Coast Guard Unit picnic) at a location developed or created for that type of activity. |
| ***L7** The initial lease of, or grant of, an easement interest in, Coast Guard-controlled real property to a non-Federal party or the amendment, renewal, or termination of such lease or easement interest where the reasonably foreseeable real property use will not change significantly and is similar to existing uses. |
| ***L8** The grant of a license to a non-Federal party to perform specified acts upon Coast Guard-controlled real property or the amendment, renewal, or termination of such license where the proposed real property use is similar to existing uses. |
| ***L9** Allowing another Federal agency to use Coast Guard-controlled real property under a permit, use agreement, or similar arrangement or the amendment, renewal, or termination of such permit or agreement where the real property use is similar to existing uses. |
| ***L10** The lease of a Coast Guard controlled historic lighthouse property to a non-Federal party as outlined in the Programmatic Memorandum of Agreement between the Coast Guard, Advisory Council on Historic Preservation, and the National Conference of State Historic Preservation Officers. |
| ***L11** Acquisition of real property (including fee simple estates, leaseholds, and easements) improved or unimproved, and related personal property from a non-Federal party by purchase, lease, donation, or exchange where the proposed real property use is similar to existing uses for the foreseeable future (acquisition through condemnation not covered). |
| ***L12** Acquisition of real property and related personal property through transfer of administrative control from another DHS component or another Federal agency to the Coast Guard where title to the property remains with the United States including transfers made pursuant to the defense Base Closure and Realignment Act of 1990, Pub. L. 101-510, as amended, (10 U.S.C. 2687 note) and where the proposed Coast Guard real property uses is similar to existing uses. |
| ***L13** Coast Guard use of real property under the administrative control of another DHS component or another Federal agency through a permit, use |

| |
|---|
| agreement, or similar arrangement where the proposed real property use is similar to existing uses. |
| ***L14** Coast Guard new construction upon, or improvement of, land where all of the following conditions are met :<br>(a) The structure and proposed use are substantially in compliance with prevailing local planning and zoning standards.<br>(b) The site is on heavily developed property and/or located on a previously disturbed site in a developed area.<br>(c) The proposed use will not substantially increase the number of motor vehicles at the facility.<br>(d) The site and scale of construction are consistent with those of existing, adjacent, or nearby buildings. |
| **L15** Real property inspections for compliance with deed or easement restrictions. |
| ***L16** Transfer of administrative control over real property from the Coast Guard to another DHS component or another Federal agency (title to the property remains with the United States) that results in no immediate change in use of the property. |
| ***L17** Determination by the Coast Guard that real property is excess to its needs, pursuant to the Federal Property and Administrative Services Act of 1949 (40 U.S.C. 471 et seq.), and the subsequent reporting of such determination to the Administrator of the General Services Administration or the subsequent filing of a notice of intent to relinquish lands withdrawn or reserved from the public domain with the Bureau of Land Management, Department of Interior, in accordance with 43 CFR part 2370. |
| ***L18** Congressionally mandated conveyance of Coast Guard controlled real property to another Federal agency or non-Federal entity. |
| **L19** Relocation of Coast Guard personnel into existing Federally owned or leased space where use does not change substantially and any attendant modifications to the facility would be minor. |
| ***L20** Decisions to temporarily or permanently decommission, disestablish, or close Coast Guard shore facilities including any follow-on connected protection and maintenance needed to maintain the property until it is no longer under Coast Guard control. |

| |
|---|
| ***L21** Demolition of buildings, structures, or fixtures and disposal of subsequent building, structure, or fixture waste materials. |
| ***L22** Determination by the Coast Guard that Coast Guard controlled personal property, including vessels and aircraft, is “excess property”, as that term is defined in the Federal Property and Administrative Services Act of 1949 (40 U.S.C. 472(e)), and any subsequent transfer of such property to another Federal agency’s administrative control or conveyance of the United States’ title in such property to a non-Federal entity. |
| **L23** Decisions to decommission equipment or temporarily discontinue use of facilities or equipment. This does not preclude the need to review decommissioning under section 106 of the National Historic Preservation Act. (REC required for vessels and aircraft.) |
| ***L24** Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in functional use of the real property (e.g. realigning interior spaces of an existing building, extending an existing roadway in a developed area a short distance, installing a small antenna on an already existing antenna tower, adding a small storage shed to an existing building, etc.). |
| ***L25** Installation of devices to protect human or animal life, such as raptor electrocution prevention devices, fencing to restrict wildlife movement on to airfields, and fencing and grating to prevent accidental entry to hazardous areas. |
| ***L26** Maintenance dredging and debris disposal where no new depths are required, applicable permits are secured, and disposal will be at an existing approved disposal site. |
| **L27** Routine repair, renovation, and maintenance actions on aircraft and vessels. |
| **L28** Routine repair and maintenance of buildings, roads, airfields, grounds, equipment, and other facilities which do not result in a change in functional use, or an impact on a historically significant element or setting. |
| **L29** Routine repair and maintenance to waterfront facilities, including mooring piles, fixed floating piers, existing piers, and unburied power cables. |
| ***L30** Minor renovations and additions to waterfront facilities, including mooring piles, fixed floating piers, existing piers, and unburied power cables, |

| |
|---|
| which do not require special, site-specific regulatory permits. |
| **L31** Routine grounds maintenance and activities at units and facilities. Examples include localized pest management actions and actions to maintain improved grounds (such as landscaping, lawn care and minor erosion control measures) that are conducted in accordance with applicable Federal, state, and local directives. |
| ***L32** Defense preparedness training and exercises conducted on Coast Guard controlled property that do not involve undeveloped property or increased noise levels over adjacent property and that involve a limited number of personnel, such as exercises involving primarily electronic simulation or command post personnel. |
| **L33** Defense preparedness training and exercises conducted on other than USCG property, where the lead agency or department is not USCG or DHS and the lead agency or department has completed its NEPA analysis and documentation requirements. |
| **L34** Simulated exercises, including tactical and logistical exercises that involve small numbers of personnel. |
| **L35** Training of an administrative or classroom nature. |
| ***L36** Realignment or initial homeporting of mobile assets, including vessels and aircraft, to existing operational facilities that have the capacity to accommodate such assets or where supporting infrastructure changes will be minor in nature to perform as new homeports or for repair and overhaul. Note. If the realignment or homeporting would result in more than a one for one replacement of assets at an existing facility, then the checklist required for this CE must specifically address whether such an increase in assets could trigger the potential for significant impacts to protected species or habitats before use of the CE can be approved. |
| **L37** Operations to carry out maritime safety, maritime law enforcement, search and rescue, domestic ice breaking, and oil or hazardous substance removal programs. |
| **L38** Actions performed as a part of USCG operations and the Aids to Navigation Program to carry out statutory authority in the area of establishment of floating and minor fixed aids to navigation, except electronic sound signals. |
| **L39** USCG participation in disaster relief efforts under the guidance or |

| |
|---|
| leadership of another Federal agency that has taken responsibility for NEPA compliance. |
| **L40** Routine movement of personnel and equipment, and the routine movement, handling, and distribution of non-hazardous and hazardous materials and wastes in accordance with applicable regulations. |
| ***L41** Contracts for activities conducted at established laboratories and facilities, to include contractor-operated laboratories and facilities, on USCG-owned property where all airborne emissions, waterborne effluents, external radiation levels, outdoor noise, and solid and bulk waste disposal practices are in compliance with existing applicable Federal, state, and local laws and regulations. |
| **L42** Environmental site characterization studies and environmental monitoring including: Siting, constructing, operating, and dismantling or closing of characterization and monitoring devices. Such activities include but are not limited to the following:<br>(a) Conducting geological, geophysical, geochemical, and engineering surveys and mapping, including the establishment of survey marks.<br>(b) Installing and operating field instruments, such as stream-gauging stations or flow-measuring devices, telemetry systems, geochemical monitoring tools, and geophysical exploration tools.<br>(c) Drilling wells for sampling or monitoring of groundwater, well logging, and installation of water-level recording devices in wells.<br>(d) Conducting aquifer response testing.<br>(e) Installing and operating ambient air monitoring equipment.<br>(f) Sampling and characterizing water, soil, rock, or contaminants.<br>(g) Sampling and characterizing water effluents, air emissions, or solid waste streams.<br>(h) Sampling flora or fauna.<br>(i) Conducting archeological, historic, and cultural resource identification and evaluation studies in compliance with 36 CFR part 800 and 43 CFR part 7.<br>(j) Gathering data and information and conducting studies that involve no physical change to the environment. Examples include topographic surveys, bird counts, wetland mapping, and other inventories. |
| **L43** Natural and cultural resource management and research activities that |

| |
|---|
| are in accordance with inter-agency agreements and which are designed to improve or upgrade the USCG's ability to manage those resources. |
| **L44** Planning and technical studies which do not contain recommendations for authorization or funding for future construction, but may recommend further study. This includes engineering efforts or environmental studies undertaken to define the elements of a proposal or alternatives sufficiently so that the environmental effects may be assessed and does not exclude consideration of environmental matters in the studies. |
| **L45** Modification or replacement of an existing bridge on essentially the same alignment or location. Excluded are bridges proving access to undeveloped barrier islands and beaches. |
| **L46** Construction of pipeline bridges for transporting potable water. |
| **L47** Construction of pedestrian, bicycle, or equestrian bridges and stream gauging cableways used to transport people. |
| **L48** Temporary replacement of a bridge immediately after a natural disaster or a catastrophic failure for reasons of public safety, health, or welfare. |
| **L49** Promulgation of operating regulations or procedures for drawbridges. |
| **L50** Identification of advance approval waterways under 33 CFR 115.70. |
| **L51** Any Bridge Program action which is classified as a CE by another Federal agency acting as lead agency for such an action. |
| **L52** Regulations concerning vessel operation safety standards (e.g., regulations requiring: certain boaters to use approved equipment which is required to be installed such as an ignition cut-off switch, or carried on board, such as personal flotation devices (PFDS), and/or stricter blood alcohol concentration (BAC) standards for recreational boaters, etc.), equipment approval, and/or equipment carriage requirements (e.g. personal flotation devices (PFDs) and visual distress signals (VDS's)). |
| ***L53** Congressionally mandated regulations designed to improve or protect the environment (e.g., regulations implementing the requirements of the Oil Pollution Act of 1990, such as those requiring vessels to have the capability to transmit and receive on radio channels that would allow them to receive critical safety and navigation warnings in U.S. waters, regulations to increase civil penalties against persons responsible for the discharge of oil or |

| |
|---|
| hazardous substances into U.S. waters, etc.). |
| **L54** Regulations which are editorial or procedural, such as those updating addresses or establishing application procedures. |
| **L55** Regulations concerning internal agency functions or organization or personnel administration, such as funding, establishing Captain of the Port boundaries, or delegating authority. |
| **L56** Regulations concerning the training, qualifying, licensing, and disciplining of maritime personnel. |
| **L57** Regulations concerning manning, documentation, admeasurement, inspection, and equipping of vessels. |
| **L58** Regulations concerning equipment approval and carriage requirements. |
| **L59** Regulations establishing, disestablishing, or changing the size of Special Anchorage Areas or anchorage grounds. (REC not required for actions that disestablish or reduce the size of the Area or grounds). |
| **L60** Regulations establishing, disestablishing, or changing Regulated Navigation Areas and security or safety zones. (REC not required for actions that disestablish or reduce the size of the area or zone. For temporary areas and zones that are established to deal with emergency situations and that are less than one week in duration, a REC is not required. For temporary areas and zones that are established to deal with emergency situations and that are one week or longer in duration, a REC will be prepared and submitted after issuance or publication.) |
| **L61** Special local regulations issued in conjunction with a regatta or marine parade; provided that, if a permit is required, the environmental analysis conducted for the permit included an analysis of the impact of the regulations. (REC not required.) |
| **L62** Regulations in aid of navigation, such as those concerning rules of the road, International Regulations for the Prevention of Collisions at Sea (COLREGS), bridge-to-bridge communications, vessel traffic services, and marking of navigation systems. |
| ***L63** Approvals of regatta and marine parade event permits for the following events:<br>(a) Events that are not located in, proximate to, or above an area |

designated environmentally sensitive by an environmental agency of the Federal, state, or local government. For example, environmentally sensitive areas may include such areas as critical habitats or migration routes for endangered or threatened species or important fish or shellfish nursery areas.

(b) Events that are located in, proximate to, or above an area designated as environmentally sensitive by an environmental agency of the Federal, state, or local government and for which the USCG determines, based on consultation with the Governmental agency, that the event will not significantly affect the environmentally sensitive area.

***L64** Disposal of real property (including facilities) by the USCG where the reasonably foreseeable use will not change significantly or where the reasonably foreseeable use is similar to existing surrounding properties (e.g. commercial store in a commercial strip, warehouse in an urban complex, office building in downtown area, row house or vacant lot in an urban area).

**UNIQUE CATEGORICAL EXCLUSIONS FOR THE FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA)**

***Note:*** *All categories of actions in Section M below are new CATEXs. These CATEXs will be available for use only by FEMA.*

**M1** The following activities in support of FEMA's administration of the National Flood Insurance Program (NFIP):

(a) Review of information, provision of technical assistance, and classification for individual communities under the Community Rating System (CRS);
(b) Approvals and issuance of Letters of Map Change, including Agency comments;
(c) *Creation of new flood zones, except establishing new flood zones for areas protected by structural flood control structures or systems or dams;
(d) Revisions to Standard Flood Insurance Policy and Group Flood Insurance Policy;
(e) Actions associated with inspections and monitoring, and enforcement of Federal, State, Tribal, or local floodplain management codes, standards, or regulations, except for the suspension of communities from the NFIP;
(f) *Development and adoption of CRS activities; and
(g) Revisions to flood insurance rates and premium schedules.

| |
|---|
| **M2** Transportation and prepositioning of assets in preparation for national emergencies and disasters. |
| **M3** Urban Search and Rescue (USR) activities, including deployment of USR teams. |
| **M4** Emergency Communications (Stafford Act §418) |
| **M5** Emergency Public Transportation (Stafford Act §419) |
| **M6** Lease of pre-existing structures and facilities for disaster operations (e.g. Joint Field Offices, Area Field Offices, Disaster Recovery Centers) located out of floodplains, historic properties, or contaminated sites. |
| ***M7** Lease of pre-existing structures and facilities for disaster operations (e.g., Joint Field Offices, Area Field Offices, Disaster Recovery Centers) located within floodplains, historic properties, or contaminated sites. |
| ***M8** Development of temporary shelter or housing for first responders and Federal disaster personnel involving less than 10 acres of ground disturbance in previously developed or disturbed areas and that follow best management practices for pollution control. |
| ***M9** Storage of assets immediately after a disaster, including development of temporary staging areas involving less than 10 acres of ground disturbance in previously developed or disturbed areas and that follow best management practices for pollution control. |
| **M10** Activation of response and recovery frameworks and operations (e.g. National Response Framework, National Disaster Recovery Framework, National Response Coordination Center, Regional Response Coordination Center, Emergency Response Teams, Incident Management Assistance Teams, Emergency Support Functions, Recovery Support Functions). |
| **M11** Information and data gathering and reporting in support of emergency and disaster response and recovery activities, including ground and aerial reconnaissance and structure inspection. |
| **M12** Development of plans by FEMA for the purpose of preparing for disasters, recovering from disasters, and identifying opportunities for mitigating the effects of future disasters; and the issuance of national frameworks, doctrines, guidance, standard operating procedures, and handbooks for the coordination of Federal, State, local, and private disaster |

| |
|---|
| response, recovery, and hazard mitigation. This CATEX is not applicable to subsequent decisions on specific situations or projects that are reasonably foreseeable in order to implement the plan. |
| ***M13** Construction or installation of structures, facilities, or equipment for the purpose of ensuring the continuity of operations during incidents such as emergencies, disasters, flooding, and power outages involving less than one acre of ground disturbance. Examples include the installation of generators, installation of storage tanks of up to 10,000 gallons, installation of pumps, construction of structures to house emergency equipment, and utility line installation. This CATEX covers associated ground disturbing activities, such as trenching, excavation, and vegetation removal of less than once acre, as well as modification of existing structures. |
| **FEDERAL ASSISTANCE ACTIVITIES**<br>***Note:** All categories of actions in Section N below are new CATEXs. These CATEXs will be available for use by any DHS Component providing Federal assistance, e.g., grants.* |
| **N1 Administrative Actions Associated with Grants Management**. Actions related to grant administration performed at any stage during the grants lifecycle, such as the development and issuance of grant guidance; announcements of availability of funds; project reviews for program eligibility; provision of technical assistance; conducting inspections, financial audits, and monitoring activities; development of information technology systems for grants management; grant close-out activities; and actions taken in situations where a grantee or subgrantee is in non-conformance with grant program requirements, such as disallowances, recoupment of funds, and debarment. |
| ***N2 Federal Assistance for Facility Repair**. Federal assistance for the repair of structures and facilities in a manner that conforms to pre-existing design, function, location, and land use. This CATEX does not apply to work within or affecting the following: streams; stream banks; seaward of the limit of moderate wave action (LiMWA) (a line mapped to delineate the inland extent of wave heights of 1.5 feet); or the V zone (areas expected to be affected by wave impact of 3 feet or more in height, in a 100-year flood event) if the LiMWA has not been identified. This CATEX covers the temporary staging and use of equipment and vehicles to carry out the proposed repair actions as long as best management practices are put in place to control noise, water, and air pollution. |
| ***N3 Federal Assistance for Property Acquisition and Demolition**. Federal assistance for the acquisition of properties and the associated |

| |
|---|
| demolition and removal when the acquisition is from a willing seller, the assistance is solely for the purposes of financial compensation for the acquisition, and the land is deed restricted to open space, recreational, wildlife habitat, or wetland uses in perpetuity. This CATEX covers actions associated with the determination of program eligibility. This CATEX does not cover Federal assistance actions that involve acquisition for the purpose of construction or development at a site in the acquired property. The use of eminent domain is explicitly excluded from the CATEX. |
| ***N4 Federal Assistance for Actions Involving Stream Work and Modification and Floodways**. Federal assistance for repair and restoration actions, hazard mitigation actions other than flood control, or the new construction of facilities that are functionally dependent or facilitate open space use, when the actions are within or affect regulatory floodways, streams, and stream banks and that<br>(a) Involve ground disturbance of less than ½ acre,<br>(b) Involve stream bank work or alteration of less than 300 linear feet,<br>(c) Do not involve hardening or armoring of the stream banks unless the project uses stream or stream bank bioengineering techniques and improve fish passage or habitat,<br>(d) Do not result in adverse flood risk effects to downstream communities,<br>(e) Do not result in any increase of flood levels within the community during the occurrence of the base flood discharge if the action takes place within the regulatory floodway, and<br>(f) Where the effect of the proposed project when combined with other existing or reasonably foreseeable development will not increase water surface elevation of the base flood more than one foot at any point within the community if it the action takes place in a floodplain with no regulatory floodway. |
| ***N5 Federal Assistance for Actions in Coastal Areas Subject to Moderate Wave Action or V Zones**. Federal assistance for repair, hazard mitigation, new construction, or restoration actions of less than one-half acre within the following areas: areas seaward of the limit of moderate wave action (LiMWA) (a line mapped to delineate the inland extent of wave heights of 1.5 feet) during the base flood (an area that has at least a one-percent chance of being flooded in any given year); or areas within the V zone (a coastal area where there is a velocity hazard due to wave action) if the LiMWA has not been established. The actions must meet the following criteria: |

(a) They are consistent with the State or Tribe enforceable policies of approved coastal management programs,

(b) They are not within or affect a Coastal Barrier Resource System unit,

(c) They do not result in man-made alterations of sand dunes,

(d) They do not result in the permanent removal of vegetation (including mangrove stands, wetlands, and dune vegetation),

(e) Applicable Federal requirements and local codes and standards are followed, and

(f) They involve substantial improvement or new construction of structures, the structure is elevated in open works (e.g. piles and columns) as opposed to fill in a manner that the bottom lowest horizontal structural member is at or above the base flood level, the foundation is anchored to resist flotation, collapse, and lateral movement due to the effects of wind and water loads, and the siting of the project conforms to applicable State, Tribe, or local setback requirements.

Examples of activities covered by this CATEX include but are not limited to: the repair and elevation of structures; repair and new construction of jetties and groins; the repair, hazard mitigation, and new construction of functionally dependent facilities such as piers, marinas, boat ramps, bathrooms, and port facility structures; and beach restoration projects except projects that result in the man-made alteration of dunes and wetlands such as beach nourishment projects.

***N6 Federal Assistance for Relocation/Realignment of Structures and Facilities**. Federal assistance for the relocation of structures and facilities, including the realignment of linear facilities that are part of a bigger system, when they do not involve ground disturbance of more than one acre. This category does not apply to the following: actions that involve hardening or armoring of stream banks, unless they use stream or stream bank bioengineering techniques; realignment actions affecting a regulatory floodway if they result in any increase in flood levels during the base flood discharge; or actions occurring seaward of the limit of moderate wave action (or V zone when the limit of moderate wave action has not been identified).

***N7 Federal Assistance for Structure and Facility Upgrades**. Federal assistance for the reconstruction, elevation, retrofitting, upgrading to current codes and standards, and improvements of pre-existing facilities in existing developed areas with substantially completed infrastructure, when the immediate project area has already been disturbed, and when those actions

do not alter basic functions, do not exceed capacity of other system components, or modify intended land use. This category does not include actions within or affecting streams or stream banks or actions seaward of the limit of moderate wave action (or V zone when the limit of moderate wave action has not been identified).

***N8 Federal Assistance for New Construction Activities of Less Than One Acre in Undisturbed or Undeveloped Areas**. Federal assistance for new construction and associated site preparation activities in undisturbed or undeveloped areas when the activities comprise less than one acre and follow best management practices to control noise, water, and air pollution. This category does not apply to new construction in undisturbed or undeveloped floodplains, wetlands, or seaward of the limit of moderate wave action (or V zone when the limit of moderate wave action has not been identified). This CATEX covers the range of activities typically necessary for new construction, including field work (e.g. borings, site inspection) and temporary staging and use of construction equipment and vehicles.

***N9 Federal Assistance for Flood Hazard Reduction Actions**. Federal assistance for drainage, berm, water crossing, and detention, retention, or sediment pond projects which have the primary purpose of addressing flood hazards and:

(a) Do not affect more than 25 acres,

(b) Do not result in adverse flood risk effects to downstream communities,

(c) Do not result in any increase of flood levels within the community during the occurrence of the base flood discharge if the action takes place within the regulatory floodway, and

(d) Where the effect of the proposed project when combined with other existing or reasonably foreseeable development will not increase water surface elevation of the base flood more than one foot at any point within the community if it the action takes place in a floodplain with no regulatory floodway.

This CATEX covers minor flood control actions as identified in Sections 1366 and 1361 of the National Flood Insurance Act (NFIA). Actions that are not covered in Sections 1366 and 1361 of the NFIA, such as dikes, levees, seawalls, groins, and jetties, are excluded from this CATEX.

***N10 Federal Assistance for Communication Towers of Less than 400 Feet**. Federal assistance for the construction of communication towers when all of the following are met:

(a) The total height is less than 400 feet above ground level,

(b) The tower construction project has been reviewed by the Federal Communications Commission (FCC) and has been documented as meeting FCC environmental planning and historic preservation procedures,

(c) The project is located farther than 660 feet from a Bald Eagle's nest or 0.6 mile from a Golden Eagle nest,

(d) The tower is not located on ridgelines or in coastal zones, bird staging areas, colonial nesting sites, 100- or 500-year floodplains, or wetlands, and

(e) The lighting scheme meets all applicable US Fish and Wildlife Service guidelines for reducing potential impacts to night-migrating birds.

This CATEX covers associated activities such as installation of fuel storage tanks, equipment buildings, security fencing and lighting, and access roads, and land disturbance activities typically associated with construction such as clearing, fill, and grading.

***N11 Federal Assistance for Wildfire Hazard Mitigation Actions**. Federal assistance for wildfire hazard mitigation actions involving the creation of defensible space or hazardous fuel reduction for up to 100 feet of at-risk structures which includes the selective removal of vegetation less than 12 inches in diameter through thinning, pruning, limbing, sawing, or brush cutting; removal of downed, dead, or dry vegetation material as part of the overall action.

The actions must be limited to less than 100 acres of vegetation removal either individually or when combined with other reasonably foreseeable private or public actions and follow appropriate best management practices.

***N12** Federal assistance for planting of indigenous vegetation.

**N13** Provision of the Following Forms of Federal Assistance Under the Stafford Act:

(a) Unemployment Assistance (§410);

(b) Individuals and Households Programs (§408), except for grants that will be used for restoring, repairing or building private bridges, or purchasing mobile homes or other readily fabricated dwellings;

(c) Food Coupons and Distribution (§412);

(d) Food Commodities (§413);

| |
|---|
| (e) Legal Services (§415);<br>(f) Crisis Counseling Assistance and Training (§416);<br>(g) Community Disaster Loans (§417);<br>(h) Emergency Communications (§418);<br>(i) Emergency Public Transportation (§419);<br>(j) Fire Management Assistance (§420) |
| **N14** Federal assistance for Urban Search and Rescue (USR) activities, including deployment of USR teams. |
| ***N15 Federal Assistance for Disaster Temporary Individual Housing in Private and Commercial Sites**. Federally funded action or federal assistance for the development, installation and/or removal of individual housing units in pre-existing private or commercial sites that are not located on contaminated sites for individual temporary housing units. |
| ***N16 Federal Assistance for Disaster Temporary Group Housing of Less than Five (5) Acres**. Federal assistance for the placement of disaster temporary group housing, including associated temporary facilities and the tie-in or installation of necessary utilities to service the housing units (such as electricity, potable water, and wastewater infrastructure), that involves less than five (5) acres of ground disturbance on sites that are zoned for housing and that follow best management practices for pollution control. This CATEX also covers the conversion of such temporary housing to permanent housing when these criteria are met. |
| **N17 Federal Assistance for Development of Plans in Support of Response, Recovery, and Hazard Mitigation Activities**. Federal assistance for the development of plans for the purpose of preparing for disasters, recovering from disasters, and identifying opportunities for mitigating the effects of future disasters. This includes but is not limited to State, Tribal, and local hazard mitigation plans, debris management plans, long-term recovery plans, and disaster housing plans. This CATEX is not applicable to plans associated with specific projects that are reasonably foreseeable to occur and that are not otherwise covered by another CATEX. |
| ***N18 Federal Assistance for Construction or Installation of Structures, Facilities, or Equipment to Ensure Continuity of Operations**. Federal assistance for the construction or installation of measures for the purpose of ensuring the continuity of operations during incidents such as emergencies, disasters, flooding, and power outages involving less than one acre of |

| |
|---|
| ground disturbance. Examples include the installation of generators, installation of storage tanks of up to 10,000 gallons, installation of pumps, construction of structures to house emergency equipment, and utility line installation. This CATEX covers associated ground disturbing activities, such as trenching, excavation, and vegetation removal of less than once acre, as well as modification of existing structures. |
| ***N19 Federal Assistance for Clean-up and Other Actions to Restore Environmental Resources**. Federal assistance for clean-up and other actions to restore environmental resources to pre-existing conditions when resource contamination or damage results from a disaster event and when the clean- up and associated actions are not exempt from NEPA. Examples include the clean-up of underground storage tank releases and above ground releases that affect nearby water bodies or wetlands. |

# Appendix B. List of Environmental Planning Requirements other than NEPA

DHS integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment. These other environmental planning requirements include, but are not limited to, the following:

A. Clean Air Act (16 U.S.C. §470 et seq.).

B. Clean Water Act 33 (U.S.C. §1251 et seq.).

C. Coastal Barrier Resources Act (16 U.S.C. §3501 et seq.).

D. Coastal Zone Management Act (16 U.S.C. §1451 et seq.).

E. Endangered Species Act (16 U.S.C. §1531 et seq.).

F. Farmland Protection Policy Act (7 U.S.C. §4201 et seq.).

G. Marine Mammal Protection Act (16 U.S.C. §1361 et seq.).

H. Migratory Bird Treaty Act (16 U.S.C. §703-712).

I. National Historic Preservation Act (16 U.S.C. §470 et seq.).

J. National Marine Sanctuaries Act (16 U.S.C. §1431 et seq.).

K. Executive Order 11988, Floodplain Management, dated May 24, 1977.

L. Executive Order 11990, Protection of Wetlands, dated May 24, 1977.

M. Executive Order 12114, Environmental Effects Abroad of Major Federal Actions, dated January 4, 1979.

N. Executive Order 12898, Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations, dated February 11, 1994.

O. Executive Order 13423, Strengthening Federal Environmental, Energy, and Transportation Management, dated January 24, 2007.

P. Executive Order 13514, Federal Leadership in Environmental, Energy, and Economic Performance, dated October 5, 2009.

# Appendix C. Record of Environmental Consideration (REC) Template for Categorically Excluded Actions

| INTRODUCTION |
|---|
| The purpose of this Record of Environmental Consideration (REC) is to provide a record that the potential for impacts to the quality of the human environment has been considered in the decision to implement the Proposed Action described below, in accordance with the National Environmental Policy Act of 1969 (NEPA) and DHS Directive 023-01 and Instruction Manual 023-01-001-01 on implementation of NEPA. DHS integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment, as reflected in Section II (8) of this REC. Signature of the DHS Proponent on this REC demonstrates that they have considered the potential for impacts to the human environment in their decision to implement the Proposed Action as required by NEPA, and are committing to any conditions listed in Section IV of this REC that may be required for implementation of the project. |
| Instructions: Information to complete this form is needed from both the proponent office and environmental planning specialists. The environmental impact evaluation documented in this REC must include the full life-cycle of the Proposed Action, to the extent that the stages of that life-cycle are reasonably foreseeable and sufficiently developed to make an environmental analysis possible at this time. Any connected or related activities that are needed for the Proposed Action to be effective, or that need this Proposed Action to be effective, must also be included in the environmental impact evaluation. Provide quantitative information where appropriate; discuss alternatives, if appropriate; and attach relevant supporting documents (e.g., maps, photographs, correspondence, reports, etc.). When completed, the form is to be signed by the Preparer, the Environmental Approver, and the Action Proponent. The completed REC becomes a part of the administrative record for the Proposed Action. |
| SECTION I – Description of Proposed Action |
| 1. Name of Component and Program/Office Authorizing the Proposed Action: |
| 2. Title of Proposed Action: |
| 3. Identifying Number of Proposed Action (if available): |
| 4. Estimated Start Date and Useful Life of Proposed Action: |
| 5. Location of Proposed Action (e.g., Nationwide, Regional, Site-Specific. If site-specific, provide City, County, State, and street address and/or latitude-longitude coordinates): |
| 6. Description of Proposed Action, including its purpose and need and any related or connected actions. You may include as attachments maps, photographs, diagrams, or other information that may assist with the description. |
| SECTION II – Analysis of Extraordinary Circumstances |
| 7. ☐ Proposed Action is not a piece of a larger action<br>☐ Proposed Action is a piece of a larger action<br>Remarks: |

| 8. For A through K, check the appropriate box and provide an explanation when appropriate. Include a summary of any coordination or consultation that occurred with a resource or regulatory agency, if relevant. | | |
|---|---|---|
| ☐ Yes | ☐ No | A. Will the Proposed Action have a potentially significant effect on public health or safety? |
| Remarks: | | |
| ☐ Yes | ☐ No | B. Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act? |
| Remarks: | | |
| ☐ Yes | ☐ No | C. Will the Proposed Action have a potentially significant effect on a district, highway, structure, or object that is listed or eligible for listing on the National Register of Historic Places (NRHP)? Will the Proposed Action have a potentially significant effect on a historic or cultural resource, traditional or sacred site, or result in the destruction of a significant scientific, cultural, or historic resource? |
| Remarks: | | |
| ☐ Yes | ☐ No | D. Will the Proposed Action have a potentially significant effect on an environmentally sensitive area? |
| Remarks: | | |
| ☐ Yes | ☐ No | E. Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment? |
| Remarks: | | |
| ☐ Yes | ☐ No | F. Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks? |
| Remarks: | | |
| ☐ Yes | ☐ No | G. Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity? |
| Remarks: | | |
| ☐ Yes | ☐ No | H. Will the Proposed Action establish a precedent for future actions that have significant effects? |
| Remarks: | | |

| | | |
|---|---|---|
| ☐ Yes ☐ No<br>Remarks: | | I. Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action? |
| ☐ Yes ☐ No<br>Remarks: | | J. Does the Proposed Action have the potential to result in significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not significantly modified from their natural condition? |
| ☐ Yes ☐ No<br>Remarks: | | K. Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts? |

SECTION III – Categorical Exclusion (CATEX) Determination

9. If one or more DHS CATEX applies to the proposed action, indicate which DHS CATEX(s) applies (see Appendix A, Table 1, DHS Instruction Manual 023-01-001-01 for the list of DHS CATEXs). The entire proposed action must clearly fit within one or more DHS CATEX(s). Note: The presence of an extraordinary circumstance (Section II above) precludes the application of a CATEX when the circumstance would have significant environmental impacts (i.e., Environmental Impact Statement required), or presents the potential for significant environmental impacts (i.e., Environmental Assessment (EA) required), or that potential cannot be readily determined without further analysis (i.e., EA required).

SECTION IV – Conditions

10. The following conditions are required to implement the Proposed Action:

- Any change to the Proposed Action requires re-evaluation for compliance with NEPA before the action can proceed.
- This review addresses NEPA and requirements under other environmental planning requirements that are integrated into the NEPA process. This review may identify the need for additional Federal, State, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate Federal, State, and/or local permits, approvals, etc. have been obtained.
- [Add action-specific conditions as necessary, e.g.: If ground disturbing activities occur during action implementation, the Proponent will monitor ground disturbance and if any potential archeological resources or human remains are discovered, will immediately cease work in that area and notify _______.]

| SECTION V – Signatures | | |
| --- | --- | --- |
| 11a. Preparer of this REC | | |
| Name, Office, and Title: | Signature: | Date: |
| 11b. Environmental Approver of this REC | | |
| Name, Office, and Title: | Signature: | Date: |
| 11c. Office of General Counsel Reviewer of this REC (if required by Component) | | |
| Name, Office, and Title: | Signature: | Date: |
| 11d. Action Proponent | | |
| Name, Office, and Title: | Signature: | Date: |

# EXHIBIT #8

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 8**

2014 JUN 24 AM 9: 17

| | | |
|---|---|---|
| IN THE MATTER OF:<br><br>The GEO Group, Inc.<br>One Park Place, Suite 700<br>Boca Raton, FL 33487<br><br>Hudson Correctional Facility<br><br>Respondent. | ) | Docket No. **CWA-08-2014-0025**<br><br>EPA REGION VIII<br>**COMBINED COMPLAINT AND**<br>**CONSENT AGREEMENT** |

The United States Environmental Protection Agency Region 8 (Complainant or EPA) and The GEO Group, Inc., (Respondent) hereby consent and agree as follows:

**AUTHORITY**

1. This proceeding is subject to the EPA's "Consolidated Rules of Practice Governing the Administrative Assessment of Civil Penalties and the Revocation or Suspension of Permits," 40 C.F.R. part 22. This Combined Complaint and Consent Agreement (Consent Agreement) is entered into by the parties for the purpose of simultaneously commencing and concluding this matter, as authorized by 40 C.F.R. § 22.13(b) and executed pursuant to 40 C.F.R. § 22.18(b)(2) and (3).

2. Complainant has jurisdiction over this matter pursuant to section 309(g) of the Clean Water Act (Act), 33 U.S.C. § 1319(g), which authorizes the EPA Administrator to make findings and assess civil penalties for violations of sections 301, 302, 306, 307, 308, 318, and 405 of the Act, 33 U.S.C. §§ 1311, 1312, 1316, 1317, 1318, 1328, or 1345, or any permit condition or limitation implementing any such sections of the Act in a permit issued by the Administrator or by a state under section 402 of the Act.

## STATUTORY BACKGROUND

3. Section 301(a) of the Act, 33 U.S.C. § 1311(a), prohibits the discharge of pollutants into waters of the United States by any person except in accordance with certain provisions, including section 402 of the Act, 33 U.S.C. § 1342.

4. Section 307(d) of the Act, 33 U.S.C. § 1317(d), prohibits the owner or operator of any indirect source from discharging pollutants or otherwise operating in violation of any applicable pretreatment standards or prohibition as set forth in section 307 of the Act, 33 U.S.C. § 1317, and the implementing regulations.

5. As required by section 307(b)(1) of the Act, 33 U.S.C. § 1317 (b)(1), the EPA established pretreatment standards for existing and new sources of pollution set forth in 40 C.F.R. Part 403. These requirements prohibit a user from introducing into a publicly owned treatment works (POTW) any pollutant(s) which causes pass through or interference. 40 C.F.R. § 403.5(a)(1).

6. 40 C.F.R. § 403.3(q) defines "POTW" as a treatment works as defined by section 212 of the Act, which is owned by a state or municipality and includes, but is not limited to, the collection system and the wastewater treatment plant.

7. 40 C.F.R. § 403.3(k) defines "interference" as a discharge of pollutants which, alone or in conjunction with a discharge or discharges from other sources, causes both (1) an inhibition or disruption at the POTW (including any treatment processes or operations, or its sludge processes, use or disposal); and (2) therefore causes a violation of any requirement of the POTW's National Pollutant Discharge Elimination System (NPDES) permit.

8. Section 402 of the Act, 33 U.S.C. § 1342, establishes a NPDES program under which the EPA or EPA-approved state may issue permits authorizing discharges into navigable waters,

subject to specific terms and conditions.

9. Colorado is a "NPDES State," because the EPA has approved Colorado's NPDES program pursuant to § 402(b) of the Act, 42 U.S.C. § 1342(b).

10. Colorado has not received EPA approval of its Pretreatment Program. Therefore, at all times relevant to this Consent Agreement, the EPA is the "Approval Authority" within the meaning of 40 C.F.R. § 403.3(c).

11. The Town of Hudson (Town) has not been required to develop an approved pretreatment program pursuant to 40 C.F.R. § 403.8(a). Therefore, at all times relevant to this Consent Agreement, the EPA is also the "Control Authority" within the meaning of 40 C.F.R. § 403.3(f).

## ALLEGATIONS

12. The Respondent, a corporation, is a "person" within the meaning of section 502(5) of the Act, 33 U.S.C. § 1362(5).

13. The Respondent has leased and/or operated the Hudson Correctional Facility (Facility) in Hudson, Colorado, since August 12, 2010. The Facility is a correctional facility with an inmate capacity of 1,250.

14. The Respondent discharges sanitary and non-domestic pollutants from the Facility to the POTW.

15. Because the Respondent discharges non-domestic pollutants from the Facility to the POTW, the Respondent is a source of "indirect discharge" as defined at 40 C.F.R. § 403.3(i) to the Town's POTW and an "industrial user" or "user" as defined at 40 C.F.R. § 403.3(j).

16. The Town is authorized by the State of Colorado pursuant to NPDES Permit Number COG589104 (Permit) to discharge pollutants into a navigable water from the POTW treatment plant in accordance with section 402 of the Act, 33 U.S.C. § 1342.

17. The Facility's discharge contains oil and grease, pollutants within the meaning of section 502(6) of the Act, 33 U.S.C. § 1362(6).

18. The Facility's discharge of oil and grease resulted in inhibition of/disruption of the treatment processes at the POTW treatment plant. The Town incurred costs totaling $65,008 for extraordinary direct expenses in managing the grease discharges as a result of the excess grease entering the POTW from the Respondent's Facility.

19. The Permit's total suspended solids (TSS) % removal requirement is greater than or equal to 85%. The Permit's daily TSS limit is 30 milligrams per liter (mg/L). The Permit's monthly average for ammonia (also referred to as nitrogen) is 3.7 mg/L for November; 5.1 mg/L for January; 4.7 mg/L for February; 3.2 mg/L for March; and 1.9 mg/L for April.

20. The Town exceeded its Permit limits for TSS % removal, TSS daily and ammonia (nitrogen) monthly average during the months of October 2010 and January through April 2011 as a result of interference at the POTW treatment plant caused by the oil and grease in the Facility's discharge.

21. The Respondent began implementing a "Grease Discharge Plan of Action" (Plan) in May 2011 that includes, but is not limited to, reconditioning the grease trap, installing a larger grease trap and installing additional equipment to help control oil and grease.

22. On or around May 1, 2011, the Facility was no longer the single user of and wastewater contributor to the POTW.

23. The Town had no Permit effluent violations for the month of May 2011.

24. The Respondent's excess discharge of oil and grease from the Facility causing interference at the POTW treatment plant during the months of October 2010 and January through April 2011 constitutes a violation of 40 C.F.R. § 403.5(a)(1) and section 307(b)(1) of the Act, 33 U.S.C. § 1317(b)(1).

## TERMS OF SETTLEMENT

25. The Respondent admits the jurisdictional allegations of the Consent Agreement and neither admits nor denies the specific factual allegations of the Consent Agreement.

26. The Respondent waives its rights to contest the allegations in the Consent Agreement and appeal the Final Order issued by the Regional Judicial Officer approving this Consent Agreement.

27. This Consent Agreement, upon incorporation into a Final Order, applies to and is binding upon the EPA and upon the Respondent and the Respondent's successors and assigns. Any change in the Respondent's ownership or operation of the Facility, including, but not limited to, any transfer of assets or real or personal property, shall not alter the Respondent's responsibilities under this Consent Agreement. This Consent Agreement contains all terms of the settlement agreed to by the parties.

28. Section 309(g)(2)(A) of the Act, 33 U.S.C. § 1319(g)(2)(A), authorizes the assessment of a Class I civil penalty of up to $16,000 per violation of section 301 of the Act, 33 U.S.C. § 1311, up to a maximum of $37,500 for violations occurring after January 12, 2009. These amounts have been adjusted for inflation by 40 C.F.R. part 19. For purposes of determining the amount of any civil penalty to be assessed, section 309(g)(3) of the Act, 33 U.S.C. § 1319(g)(3), requires the EPA to take into account the following factors: the nature, circumstances, extent and gravity of

the violation(s) and, with respect to the violator, ability to pay, any prior history of such violations, degree of culpability, economic benefit or savings gained from the violation, and such other factors that justice may require.

29. Based on the factors listed above in paragraph 28, the EPA proposes a civil penalty of Six Thousand Two Hundred Fifty Dollars ($6,250) to settle this action.

**CIVIL PENALTY**

30. The Respondent consents and agrees to pay a civil administrative penalty in the amount of Six Thousand Two Hundred Fifty Dollars ($6,250), in the manner described below:

a. Payment shall be in a single payment of $6,250, due no later than 30 calendar days from the date of the Final Order issued by the Regional Judicial Officer that adopts this Consent Agreement. If the due date falls on a weekend or federal holiday, then the due for the payment is the next business day. The date the payment is made is considered to be the date processed by U.S. Bank described below. Payment must be received by 11:00 AM Eastern Standard Time to be considered as received that day.

b. The payment shall be made by remitting a cashier's or certified check, or making a wire or on-line payment. The check or other payment shall designate the name and docket number of this case, and be payable to "**Treasurer, United States of America.**" It shall be sent as follows:

| | |
|---|---|
| **If by regular mail:** | US EPA Fines and Penalties<br>Cincinnati Finance Center<br>PO Box 979077<br>St. Louis, MO 63197-9000 |
| **If sent by any overnight commercial carrier**: | U.S. Bank<br>1005 Convention Plaza<br>Mail Station SL-MO-C2GL<br>St. Louis, MO 63101 |
| **If sent by wire transfer:** | Any wire transfer must be sent directly to the Federal Reserve Bank in New York City with the following information:<br>ABA: 021030004<br>Account Number: 68010727 |

**If made on-line:** WWW.PAY.GOV

A copy of the check (or notification of wire transfer or on-line payment) shall be sent simultaneously to:

Stephanie Gieck
U.S. EPA Region 8 (8ENF-W-NP)
1595 Wynkoop Street
Denver, CO 80202-1129

and

Tina Artemis, Regional Hearing Clerk
U.S. EPA Region 8 (8RC)
1595 Wynkoop Street
Denver, CO 80202-1129

c. If the payment is not received by the specified due date, interest accrues from the date of the Final Order, not the due date, at a rate established by the Secretary of the Treasury pursuant to 31 U.S.C. § 3717, and will continue to accrue until payment in full is received (e.g., on the 1st late day, 30 days of interest will have accrued).

d. In addition, a handling charge of fifteen dollars ($15) shall be assessed the 31st day from the date of the Final Order, and for each subsequent 30-day period that the debt, or any portion thereof, remains unpaid. In addition, a 6% per annum penalty shall be assessed on any unpaid principal amount if payment is not received within 30 days of the due date. Payments are first applied to outstanding handling charges, 6% penalty interest, and late interest. The remainder is then applied to the outstanding principal amount.

e. The Respondent agrees that the penalty shall never be claimed as a federal or other tax deduction or credit.

## SUPPLEMENTAL ENVIRONMENTAL PROJECT

31. For settlement purposes only, the Respondent shall undertake the performance of a Supplemental Environmental Project (SEP) as described below, which the parties agree is a pollution reduction project to reduce the Town's use of chemicals and discharges of TSS, biological oxygen demand (BOD) and E. coli.

32. The Respondent agrees as a SEP to provide a submersible sludge pump and hoses to the Town's POTW treatment plant at a minimum cost of $18,822.55. The purchase of a submersible pump will allow the Town to pump smaller quantities of sludge more frequently. The Town currently rents a heavy diesel powered pump and has to hire a hauling company every three months to bring it out on a trailer each time it needs to pump sludge. By owning its own pump and hydraulic drive, the Town will run the POTW treatment plant at more consistent concentrations of biosolids, which will improve the quality of water discharged. By operating the POTW in this manner the Town can reduce discharges of TSS, BOD and E. coli. The Town will also reduce its use of chemicals. The GEO Group will provide the following equipment to the WWTP which is estimated to cost the following amounts:

| | |
|---|---|
| Hydraulic Power Unit (1) | $7,505.00 |
| Rubber Suction Hose (8) | $2,549.00 |
| Hydraulic Trash Pump (1) | $3,124.15 |
| Freight | $611.00 |
| Gates Black-Gold Power Braid (275 ft) | $3,258.75 |
| Megacrimp Coupling (12) | $291.96 |
| 1" ISO-FF nip 1" NPTF Nipple, 1" Steel (6) | $570.00 |
| 1" ISO-FF CPLR, 1" NPTF, Coupler, 1" Steel (6)Discharge Hoses | $912.00 |
| | $18,822.55 |

33. This SEP has been reviewed by the EPA's legal counsel for legal sufficiency and conformance with the 1988 SEP Policy (SEP Policy). The SEP is within the EPA's legal authority to include in the Consent Agreement.

34. The Respondent agrees to purchase the equipment upon issuance of the Final Order by the Regional Judicial Officer and ensure that it is installed at the POTW within 6 months.

35. The Respondent shall conduct the SEP according to all applicable federal and state work practice and notification requirements.

36. With regard to the SEP, the Respondent certifies the truth and accuracy of each of the following:

a. that, as of the date of executing this Consent Agreement, the Respondent is not required to perform or develop the SEP by any federal, state, or local law or regulation and is not required to perform or develop the SEP by agreement, grant, or as injunctive relief awarded in any other action in any forum;

b. that the SEP is not a project that the Respondent was planning or intending to construct, perform, or implement other than in settlement of the claims resolved in this Agreement;

c. that the Respondent has not received and will not receive credit for the SEP in any other enforcement action; and

d. that the Respondent will not receive any reimbursement for any portion of the SEP from any other person; and

e. that the Respondent is not a party to any open federal financial assistance transaction that is funding or could be used to fund the same activity as the SEP. The Respondent further certifies that, to the best of its knowledge and belief after reasonable inquiry, there is no such open federal financial transaction that is funding or could be used to fund the same activity as the SEP, nor has the same activity been described in an unsuccessful federal financial assistance transaction proposal submitted to the EPA within two years of the date of this settlement (unless the project was barred from funding as statutorily ineligible). For the purposes of this certification, the term "open federal financial assistance transaction" refers to a grant, cooperative agreement, loan, federally-guaranteed loan guarantee or other mechanism for providing federal financial assistance whose performance period has not yet expired.

37. Within 30 days after the date of completion of the SEP, the Respondent shall submit a SEP Completion Report to the EPA. The SEP Completion Report shall contain the following information:

a. a detailed description of the SEP as implemented;

b. a description of any problems encountered in completing the SEP and the solutions thereto;

c. an itemized list of all eligible SEP actual expenditures;

d. certification that the SEP has been fully implemented pursuant to the provisions of this Consent Agreement; and

e. a description of the environmental and public health benefits resulting from implementation of the SEP (with a quantification of the benefits and pollutant reductions, if feasible).

f. The EPA may, in its sole discretion, require information in addition to that described in the preceding Paragraph, in order to evaluate the Respondent's completion report.

g. After receiving the SEP Completion Report, the EPA shall notify the Respondent whether or not it has satisfactorily completed the SEP.

38. Any public statement, oral or written, in print, film, or other media, made by the Respondent making reference to the SEP under this Decree shall include the following language: "This project was undertaken in connection with the settlement of an enforcement action taken by the United States Environmental Protection Agency under the Clean Water Act."

39. For federal income tax purposes, the Respondent agrees that it will neither capitalize into inventory or basis nor deduct any costs or expenditures incurred in performing the SEP.

**GENERAL PROVISIONS**

40. Nothing in this Consent Agreement shall relieve the Respondent of the duty to comply with the Act and its implementing regulations.

41. Any failure by the Respondent to comply with any of the terms of this Consent Agreement shall constitute a breach of this Consent Agreement and may result in referral of the matter to the Department of Justice for enforcement of this Consent Agreement and for such other relief as may be appropriate.

42. Nothing in this Consent Agreement shall be construed as a waiver by the EPA or any other federal entity of its authority to seek costs or any appropriate penalty associated with any collection action instituted as a result of any failure by the Respondent to meet its obligations under this Consent Agreement.

43. The undersigned individual certifies that [he/she] is fully authorized to enter into the terms and conditions of this Consent Agreement and to bind the Respondent to the terms and conditions of this Consent Agreement.

44. The parties agree to submit this Consent Agreement to the Regional Judicial Officer, with a request that it be incorporated into a Final Order.

45. Each party shall bear its own costs and attorney's fees in this matter.

46. This Consent Agreement, upon incorporation into a Final Order by the Regional Judicial Officer and full satisfaction by the parties, shall be a full settlement of the United States' claims for civil penalties against the Respondent for the specific violations alleged in the Complaint.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, REGION 8**
Complainant.

Date: 6/23/14

James H. Eppers, REU Supervisory Attorney
Legal Enforcement Program
Office of Enforcement, Compliance and Environmental Justice

Date: 06/23/14

Gwenette C. Campbell, Unit Chief
NPDES Enforcement Program
Office of Enforcement, Compliance and Environmental Justice

**THE GEO GROUP, INC.**
Respondent.

Date: 06.20.14

Louis V. Carrillo
Vice President, Corporate Counsel

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY REGION 8**
**1595 Wynkoop Street, Denver, CO 80202-1129**

# PUBLIC NOTICE
# OPPORTUNITY FOR PUBLIC COMMENT ON A COMBINED COMPLAINT AND CONSENT AGREEMENT BETWEEN THE GEO GROUP INC AND THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY TO RESOLVE ALLEGED VIOLATIONS OF THE CLEAN WATER ACT

## PURPOSE OF PUBLIC NOTICE

The purpose of this notice is to solicit written comments on the Combined Complaint and Consent Agreement (CCCA) between the Geo Group, Inc who operates the Hudson Correctional Facility in Hudson, CO (Respondent), and the United States Environmental Protection Agency (EPA), bearing Docket # CWA-08-2014-0025
EPA alleged that the Respondent violated the requirements of the Clean Water Act (CWA) by failing to follow applicable pretreatment regulations. The CCCA is entered into by the parties for the purpose of simultaneously commencing and concluding this matter, as authorized by Title 40 of the Code of Federal Regulations (40 C.F.R.), Section 22.13(b) and executed pursuant to 40 C.F.R. § 22.18(b)(2) and (3). In the CCCA, Respondent agrees to pay a penalty of $6,250 and complete a supplemental environmental project (SEP) valued at $18,822.55. The CCCA is issued under the National Pollutant Discharge Elimination System (NPDES) provisions of the CWA. These regulations govern the discharge of wastewater to "Waters of the United States". The addresses of EPA and respondent are listed here.

> Respondent: The Geo Group, Inc One Park Place, Suite 700, Boca Raton, FL 33487
>
> EPA: Assistant Regional Administrator, Office of Enforcement, Compliance & Environmental Justice, EPA Region 8, 1595 Wynkoop Street, Denver, Colorado 80202-1129.

EPA desires to receive written comments from any interested party having knowledge of the alleged violations or who can provide any information useful to ensure that any penalty assessed is appropriate.

## PUBLIC COMMENTS

Written comments on the CCCA are encouraged and will be accepted at the address listed below for a period of forty (40) days after the publication of this notice. Written comments submitted by the public as well as information submitted by Respondent will be available for public review, subject to the provisions of law restricting the disclosure of confidential information. Any person submitting written comments has a right to participate in a hearing, if one is held. The

complaint is available for review between 9:00 a.m. and 4:00 p.m. at the address listed below and on the internet at: http://yosemite.epa.gov/oa/rhc/epaadmin.nsf by searching for the company name or Docket #.

Please submit written comments to:

Tina Artemis (8RC)
Regional Hearing Clerk
U.S. EPA, Region 8
1595 Wynkoop Street
Denver, Colorado 80202-1129.
Telephone: (303) 312-6765

**FOR FURTHER INFORMATION**: Persons wishing to receive a copy of other documents in this proceeding (such as the regulations in 40 C.F.R. part 22, which establish procedures for the hearing), or to comment upon the proposed penalty assessment or upon any other aspect of the matter, should contact the Regional Hearing Clerk identified above. No action will be taken by EPA to finalize a settlement in this matter until 40 days after this public notice.

# EXHIBIT #9

# SOLICITATION, OFFER, AND AWARD

1. This Contract is a Rated Order under the Defense Priorities and Allocations System (DPAS) - Code of Federal Regulations - at 15 CFR 700.

RATING:

PAGE 1 OF 2 PAGES

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | 70CDCR26R00000026 | ☐ SEALED BID (IFB) INVITATION FOR BID<br>☒ NEGOTIATED (RFP) REQUEST FOR PROPOSAL | 08/28/2026 | |

7. ISSUED BY CODE 70CDCR
DETENTION COMPLIANCE AND REMOVALS
ICE Office of Acquisition Management
500 12th St SW
WASHINGTON DC 20024

8. ADDRESS OFFER TO *(If other than item 7)*
Shane Crowl; Shane.Crowl@ice.dhs.gov AND oaqdcr@ice.dhs.gov

**NOTE**: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishings the supplies or services in the Schedule will be received at the place specified in item 8, or if hand carried, in the depository located in ______ until 1700 ES *(Hour)* local time 09/11/2026 *(Date)*

**CAUTION** - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision Number 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (NO COLLECT CALLS) AREA CODE | NUMBER | EXTENSION | C. EMAIL ADDRESS |
|---|---|---|---|---|---|
| | SHANE CROWL | | | | shane.crowl@ice.dhs.gov |

11. TABLE OF CONTENTS


| (X) | SECTION | DESCRIPTION | PAGE(S) | (X) | SECTION | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | *PART I - THE SCHEDULE* | | | | *PART II - CONTRACT CLAUSES* | |
| | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 29-75 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 1-2 | | | *PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS* | |
| X | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | 3 | X | J | LIST OF ATTACHMENTS | 76-77 |
| X | D | PACKAGING AND MARKING | 4 | | | *PART IV - REPRESENTATIONS AND INSTRUCTIONS* | |
| X | E | INSPECTION AND ACCEPTANCE | 5-6 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 78-112 |
| X | F | DELIVERIES OR PERFORMANCE | 7-8 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 9 | X | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | 113-123 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 10-28 | X | M | EVALUATION FACTORS FOR AWARD | 124-132 |


## OFFER *(Must be fully completed by offeror)*

**NOTE**: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within 0 calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause Number 52.232-8)* | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|
| | | | | |

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NUMBER | DATE | AMENDMENT NUMBER | DATE |
|---|---|---|---|---|
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE ______ FACILITY ______

16. NAME AND THE TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER — AREA CODE | NUMBER | EXTENSION

☐ 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.

17. SIGNATURE

18. OFFER DATE

## AWARD *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL OPEN COMPETITION UNDER THE UNITED STATES CODE AT:
☐ 10 U.S.C. 3204(a) ( ) ☐ 41 U.S.C. 3304(a) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*

27. UNITED STATES OF AMERICA

*(Signature of Contracting Officer)*

28. AWARD DATE

**IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.**

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGES |
|---|---|
| 70CDCR26R00000026 | PAGE 2 OF 2 |

NAME OF OFFEROR OR CONTRACTOR

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Solicitation for Multi Turn-Key Detention Centers in accordance with sections A-M of this Request for Proposal (RFP), including Attachments (See Section J). | | | | |

## SECTION B: SUPPLIES OR SERVICES AND PRICES/COSTS

### B.1. GENERAL

The contractor shall provide all management, supervision, labor, and materials necessary to perform the services identified in the Performance Work Statement (PWS).

### B.2. CONTRACT PRICING

Attachment 14– Detention Services Cost Statement (DSCS)
Attachment 15- Turn-key Pricing Spreadsheet

Each requirement (facility) is anticipated to have a standalone Contract Line Item Number (CLIN) structure. This structure is necessary because each facility may have unique requirements, services, operational responsibilities, and tier-based pricing considerations.

Offerors shall submit a pricing buildup using Attachment 14, Detention Services Cost Spreadsheet (DSCS). The DSCS will be used to assist in the establishment of the resultant CLIN structure and to incorporate the offeror's proposed tier-based bed-day rates. Attachment 15, Pricing Spreadsheet, provides the anticipated CLIN structure for each requirement (facility), including pricing structures for contractor-owned and contractor-operated facilities, as well as government-owned, contractor-operated and maintained facilities.

The final CLIN structure included in any resultant award will be based on the specific requirements applicable to each facility and the pricing proposed in the DSCS. The Government reserves the right to negotiate the final CLIN structure with the apparent successful offeror immediately prior to award.

Offerors are responsible for carefully reviewing Attachment 02, DSCS, and Attachment 03, Pricing Spreadsheet, to ensure their proposed pricing aligns with the anticipated CLIN structure for each requirement (facility).

### B.3. MINUMUM AND MAXIMUM QUANTITIES

In accordance with Revolutionary Federal Acquisition Regulation Overhaul (RFO) 16.504, the minimum and maximum quantity that the Government will acquire under each contract is as follows:

**Minimum:** $5,000,000 during the ordering period of the resultant IDIQ.

**Maximum:** The maximum for each IDIQ will be the calculated total value of the resultant IDIQ including the entire ordering period multiplied by 20%. This amount will be stated in each IDIQ award.

## B.4. FUNDING

Funds for services will be obligated at the task order level as they become available. Any excess funds may be de-obligated at the task order level through a unilateral task order modification issued by the Government.

**[END OF SECTION B]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION C:
# DESCRIPTION/SPECIFICATIONS

## C.1. PERFORMANCE WORK STATEMENT (PWS)

The PWS is attached to this solicitation:

1. Attachment 01- Performance Work Statement (Non-IHSC) **(Requirements A-Denver, B -Miami and C- Philadelphia)**;
2. Attachment 01a- Facility-Specific Requirements **(Requirement A, Denver)**
3. Attachment 01b- Facility-Specific Requirements **(Requirement B, Miami)**
4. Attachment 01c- Facility-Specific Requirements **(Requirement C, Philadelphia)**
5. Attachment 02 – Turnkey Facility PWS (IHSC) **(Requirement D, Seattle)**;
6. Attachment 02a- Facility-Specific Requirements (**Requirement D, Seattle);**
7. Attachment 02b- Stationary Guards **(Requirement D, Seattle)**

**[END OF SECTION C]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

## SECTION D:
## PACKING AND MARKING

### D.1. PACKING AND MARKING

No packing or marking requirements are applicable to this requirement.

**[END OF SECTION D]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION E:
# INSPECTION AND ACCEPTANCE

## E.1. CLAUSES AND/OR PROVISIONS INCORPORATED BY REFERENCE

The following clauses are incorporated by reference:

| Number | Title | Date |
|---|---|---|
| 52.246-4 | Inspection of Services—Fixed-Price | Aug 1996 |

## E.2. INSPECTION AND ACCEPTANCE

The government will conduct inspection and acceptance for all rendered services including deliverables in accordance with FAR 52.212-4 (DEVIATION 25-21). See:

i. *Attachment 01 - Turnkey Facility PWS (Non-IHSC) (Requirements A-Denver, B -Miami and C- Philadelphia)*
ii. *Attachment 01a - Facility-Specific Requirements (Requirement A, Denver)*
iii. *Attachment 01b - Facility-Specific Requirements (Requirement B, Miami)*
iv. *Attachment 01c - Facility-Specific Requirements (Requirement C, Philadelphia)*
v. *Attachment 02 - Turnkey Facility PWS (IHSC) (Requirement D-Seattle)*
vi. *Attachment 02a - Facility-Specific Requirements (Requirement D - Seattle)*
vii. *Attachment 02b - Stationary Guards (Requirement D- Seattle)*
viii. *Attachment 03 - QASP_PRS_NDS 2026_2026AUG*
ix. *Attachment 03 - QASP_PRS_PBNDS_2026AUG*

Review of Deliverables:

a. The COR will provide written acceptance, comments and/or change requests, if any, within 30 business days from receipt by the Government of the initial deliverable.

b. Upon receipt of the Government comments, the Contractor shall have 15 business days to incorporate the Government's comments and/or change requests and to resubmit the deliverable in its final form.

c. If written acceptance, comments and/or change requests are not issued by the Government within 30 calendar days of submission, the draft deliverable shall be deemed acceptable as written and the Contractor may proceed with the submission of the final deliverable product. The Contractor shall provide all deliverables to the COR in Microsoft Excel, PowerPoint or Word format.

## E.3. CONTRACTOR PERFORMANCE ASSESSMENT REPORTING SYSTEM (CPARS)

In accordance with Federal Acquisition Regulation (FAR) Subpart 42.15, it is anticipated that past performance evaluations will be entered into CPARS, the governmentwide evaluation reporting tool for all past performance reports on contracts and orders. For more information regarding CPARS, please visit http://www.cpars.gov/.

## E.4. QUALITY ASSURANCE SURVEILLANCE PLAN (QASP)

Services will be evaluated in accordance with the metrics outlined in the QASP and Performance Requirements Summary (Attachment 03 - QASP_PRS_NDS 2026_2026AUG and Attachment 03a - QASP_PRS_PBNDS_2026AUG)

**[END OF SECTION E]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION F:
# DELIVERIES OR PERFORMANCE

## F.1. CLAUSES AND/OR PROVISIONS INCORPORATED BY REFERENCE

The following clauses are incorporated by reference:

| Number | Title | Date |
|---|---|---|
| 52.242-15 | Stop-Work Order | Aug 1989 |
| 52.242-17 | Government Delay of Work | Apr 1984 |

## F.2. PERIOD OF PERFORMANCE

Each contract, when awarded, has an anticipated period of performance inclusive of a 120 month ordering period in accordance with FAR 17.2. Included in the ordering period will be a sixty (60) day transition period. The option to extend services for up to six (6) months, in accordance with FAR 52.217-8, is being evaluated but will not be listed as a separate CLIN. The associated cost will not be included in the overall price of the contract:

The anticipated period of performance for each requirement is as follows:

**Requirement A, B, C and D:**

| Period of Performance | Dates |
|---|---|
| Ordering Period | 120 Months |

Note: Actual dates will be incorporated once an award date is finalized.

## F.3. PLACE OF PERFORMANCE

*Addresses of the place of performance for each location will be filled in after award.*

See PWS Addendums for each location requirements (A, B, C, and D)

## F.4. LIST OF DELIVERABLES

For a complete list of deliverables see:

Attachment 01 - Turnkey Facility PWS (Non-IHSC) (Requirements A- Denver, B -Miami and C- Philadelphia)
Attachment 01a - Facility-Specific Requirements (Requirement A, Denver)
Attachment 01b - Facility-Specific Requirements (Requirement B, Miami)

Attachment 01c - Facility-Specific Requirements (Requirement C, Philadelphia)
Attachment 02 - Turnkey Facility PWS (IHSC) (Requirement D-Seattle)
Attachment 02a - Facility-Specific Requirements (Requirement D - Seattle)
Attachment 02b - Stationary Guards (Requirement D- Seattle)

**[END OF SECTION F]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION G:
# CONTRACT ADMINISTRATION DATA

## G.1. CONTRACT ADMINISTRATION

Notwithstanding the contractor's responsibility for management of daily operations of the facility during the contract performance, the administration of the contract will require coordination between ICE and the contractor.

## G.2. CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The following individual(s) is(are) designated as the COR for this requirement and is authorized by the contracting officer (CO) to perform specific contract administration functions such as inspection and acceptance of services and other functions of a technical nature:

Requirement A: Robert Hobart
Requirement B: Derrick Barber
Requirement C: Shaun Moss
Requirement D: Derrick Barber

The CORs will represent the CO in the administration of technical details within the scope of the Contract. The CORs are also responsible for the final inspection and acceptance of all Contract deliverables and reports. The CORs are not otherwise authorized to make any representations or commitments of any kind on behalf of the CO or the Government. The CORs do not have authority to alter the contractor's obligations or to change the contract specifications, price, terms or conditions. If, as a result of technical discussions, it is desirable to modify contract obligations or the specification, changes will be issued in writing and signed by the CO.

## G.3. INVOICE INSTRUCTIONS

Invoicing instructions will be provided within the award.

**[END OF SECTION G]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION H:
# SPECIAL CONTRACT REQUIREMENTS

## H.1. PERFORMANCE-BASED SERVICES CONTRACTING (PBSC)

Through the direction of the Office of Management and Budget (OMB), Office of Federal Procurement Policy (OFPP), performance-based contracting techniques will be applied to this contract to the "maximum extent practicable." For information about PBSC, refer to RFO 37.101.

*Performance-based contracts for service must include:*

a) Performance requirements that define the work in measurable, mission-related terms;
b) Performance standards (i.e., quality, quantity, timeliness) tied to the performance requirements; and
c) A Government QASP or other suitable plan that describes how the contractor's performance will be measured against the performance standards or service level agreements (SLAs).

## H.2. DISCLOSURE OF INFORMATION – OFFICIAL USE ONLY

Each officer or employee of the contractor or subcontractor at any tier to whom "Official Use Only" information may be made available or disclosed, shall be notified in writing by the contractor that "Official Use Only" information disclosed to that individual can be used only for a purpose, and to the extent authorized herein, and that further disclosure of any such "Official Use Only" information, by any means, for a purpose or to an extent unauthorized herein, may subject the offender to criminal sanctions imposed by 18 U.S.C. Sections 641 and 3571. Section 641 of 18 U.S.C. provides, in pertinent part, that whoever knowingly converts to his use or the use of another, or without authority sells, conveys, or disposes of any record of the United States or whoever receives the same with the intent to convert it to his use or gain, knowing it to have been converted, shall be guilty of a crime punishable by a fine or imprisoned up to 10 years, or both.

## H.3. CONTRACTOR'S INSURANCE AND FAR 52.228-10

The contractor shall maintain insurance in an amount not less than $3,000,000 to protect the contractor from claims under workman compensation acts and from any other claims for damages for personal injury, including death which may arise from operations under this contract whether such operations by the contractor itself or by any subcontractor or anyone directly or indirectly employed by either business entity. The contractor shall maintain general liability insurance: bodily injury liability coverage written on a comprehensive form of policy of at least $500,000 per occurrence is required.

Additionally, an automobile liability insurance policy providing for bodily injury and property damage liability covering automobiles operated in the United States (U.S.) shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily

injury and $20,000 per occurrence for property coverage. Certificates of such insurance shall be subject to the approval of the CO for adequacy of protection. All insurance certificates required under this contract shall provide 30 days' notice to the government of any contemplated cancellation. The contractor shall ensure that all staff having access to alien monies and valuables are bonded in an amount sufficient to ensure reimbursement to the alien by the contractor in case of loss.

## H.4. ICE INFORMATION GOVERNANCE AND PRIVACY REQUIREMENTS (JUL 2017)

In addition to FAR 52.224-1 Privacy Act Notification (APR 1984), 52.224-2 Privacy Act (APR 1984), 52.224-3 Privacy Training – Alternate I (DEVIATION), and HSAR Clauses, the following instructions must be included in their entirety in all contracts.

**Limiting Access to Privacy Act and Other Sensitive Information**
In accordance with FAR 52.224-1 Privacy Act Notification (APR 1984), and FAR 52.224-2 Privacy Act (APR 1984), if this contract requires contractor personnel to have access to information protected by the Privacy Act of 1974, the contractor is advised that the relevant DHS system of records notices (SORNs) applicable to this Privacy Act information may be found at https://www.dhs.gov/system-records-notices-sorns. Applicable SORNS of other agencies may be accessed through the agencies' websites or by searching GovInfo, available at https://www.govinfo.gov that replaced the FDsys website in December 2018. SORNs may be updated at any time.

**Prohibition on Performing Work Outside a Government Facility/Network/Equipment**
The contractor shall perform all tasks on authorized Government networks, using Government-furnished IT and other equipment and/or Workplace as a Service (WaaS) if WaaS is authorized by the Performance Work Statement, Government information shall remain within the confines of authorized Government networks at all times. Except where telework is specifically authorized within this contract, the contractor shall perform all tasks described in this document at authorized Government facilities; the contractor is prohibited from performing these tasks at or removing Government-furnished information to any other facility; and Government information shall remain within the confines of authorized Government facilities at all times. Contractors may only access classified materials on government furnished equipment in authorized government owned facilities regardless of telework authorizations.

**Prior Approval Required to Hire Subcontractors**
The Contractor is required to obtain the CO's approval prior to engaging in any contractual relationship (subcontractor) in support of this contract requiring the disclosure of information, documentary material and/or records generated under or relating to this contract. The Contractor (and any Subcontractor) is required to abide by Government and Agency guidance for protecting sensitive and proprietary information.

**Separation Checklist for Contractor Employees**

Contractor shall complete a separation checklist before any employee or subcontractor employee terminates working on the contract. The separation checklist must verify: (1) return of any Government-furnished equipment; (2) return or proper disposal of sensitive personally identifiable information (PII), in paper or electronic form, in the custody of the employee or Subcontractor employee including the sanitization of data on any computer systems or media as appropriate; and (3) termination of any technological access to the contractor's facilities or systems that would permit the terminated employee's access to sensitive PII.

In the event of adverse job actions resulting in the dismissal of an employee or subcontractor employee, the contractor shall notify the Contracting Officer's Representative (COR) within 24 hours. For normal separations, the Contractor shall submit the checklist on the last day of employment or work on the contract.

As requested, contractors shall assist the ICE Point of Contact (ICE/POC), CO, or COR with completing ICE Form 50-005/Contractor Employee Separation Clearance Checklist by returning all Government-furnished property including but not limited to computer equipment, media, credentials and passports, smart cards, mobile devices, PIV cards, calling cards, and keys and terminating access to all user accounts and systems.

**Contractor's Commercial License Agreement and Government Electronic Information Rights**

Except as stated in the PWS and, where applicable, the Contractor's Commercial License Agreement, the Government Agency owns the rights to all electronic information (electronic data, electronic information systems or electronic databases) and all supporting documentation and associated metadata created as part of this contract. All deliverables (including all data and records) under the contract are the property of the U.S. Government and are considered federal records, for which the Agency shall have unlimited rights to use, dispose of, or disclose such data contained therein. The contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.

**Privacy Lead Requirements**

If the contract involves an IT system build or substantial development or changes to an IT system that may require privacy documentation, the contractor shall assign or procure a privacy lead, to be listed under the PWS's required contractor personnel section. The privacy lead shall be responsible for providing adequate support to DHS to ensure DHS can complete any required PTA, PIA, SORN, or other supporting documentation to support privacy compliance. The Privacy Lead shall work with personnel from the program office, the ICE Privacy Unit, the Office of the Chief Information Officer, and the Records and Data Management Unit to ensure that the privacy documentation is kept on schedule, that the answers to questions in the PIA are thorough and complete, and that questions asked by the ICE Privacy Unit and other offices are answered in a timely fashion.

The Privacy Lead:

- Must have excellent writing skills, the ability to explain technology clearly for a non-technical audience, and the ability to synthesize information from a variety of sources.
- Must have excellent verbal communication and organizational skills.
- Must have experience writing PIAs. Ideally the candidate would have experience writing PIAs for DHS.
- Must be knowledgeable about the Privacy Act of 1974 and the E-Government Act of 2002.
- Must be able to work well with others.

If a Privacy Lead is already in place with the program office and the contract involves IT system builds or substantial changes that may require privacy documentation, the requirement for a separate Private Lead specifically assigned under this contract may be waived provided the contractor agrees to have the existing Privacy Lead coordinate with and support the ICE Privacy POC to ensure privacy concerns are proactively reviewed and so ICE can complete any required PTA, PIA, SORN, or other supporting documentation to support privacy compliance if required. The contractor shall work with personnel from the program office, the ICE Office of Information Governance and Privacy, and the Office of the Chief Information Officer to ensure that the privacy documentation is kept on schedule, that the answers to questions in any privacy documents are thorough and complete, that all records management requirements are met, and that questions asked by the ICE Privacy Unit and other offices are answered in a timely fashion.

## H.5. COMPLIANCE WITH DHS SECURITY POLICY TERMS AND CONDITIONS

All hardware, software, and services provided under this task order must be compliant with *DHS National Security Systems Policy Directive 4300B, Version 10.1, November 21, 2018' for NSS Collateral (Unclass, Secret or Top Secret Collateral)*.

## H.6. ENCRYPTION COMPLIANCE TERMS AND CONDITIONS

If encryption is required, the following methods are acceptable for encrypting sensitive information:

a) FIPS 197 (Advanced Encryption Standard (AES)) 256 algorithm and cryptographic modules that have been validated under FIPS 140-2.
b) National Security Agency (NSA) Type 2 or Type 1 encryption.
c) Public Key Infrastructure (PKI) (see paragraph 5.5.2.1 of the *Department of Homeland Security (DHS) IT Security Program Handbook (DHS Management Directive (MD) 4300A) for Sensitive Systems*).

## H.7. SECURITY REVIEW TERMS AND CONDITIONS

The Government may elect to conduct periodic reviews to ensure that the security requirements contained in this contract are being implemented and enforced. The

contractor shall afford ICE, including the organization of ICE Office of the Chief Information Officer, the Office of the Inspector General, authorized Contracting Officer Representative (COR), and other government oversight organizations, access to the contractor's facilities, installations, operations, documentation, databases and personnel used in the performance of this contract. The contractor will contact ICE Chief Information Security Officer to coordinate and participate in the review and inspection activity of government oversight organizations external to ICE. Access shall be provided to the extent necessary for the government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of ICE data or the function of computer system operated on behalf of ICE, and to preserve evidence of computer crime.

## H.8. INTERCONNECTION SECURITY AGREEMENT (ISA) TERMS AND CONDITIONS

Interconnections between DHS/ICE and non-DHS/ICE IT systems shall be established only through controlled interfaces and via approved service providers. The controlled interfaces shall be authorized at the highest security level of information on the network. Connections with other Federal agencies shall be documented based on interagency agreements, memoranda of understanding, service level agreements or interconnection security agreements.

## H.9. PERSONAL IDENTIFICATION VERIFICATION (PIV) CREDENTIAL COMPLIANCE TERMS AND CONDITIONS

a) Procurements for products, systems, services, hardware, or software involving controlled facility or information system shall be PIV-enabled by accepting HSPD-12 PIV credentials as a method of identity verification and authentication.

b) Procurements for software products or software developments shall be compliant by accepting PIV credentials as the common means of authentication for access for federal employees and contractors.

c) PIV-enabled information systems must demonstrate that they can correctly work with PIV credentials by responding to the cryptographic challenge in the authentication protocol before granting access.

d) If a system is identified to be non-compliant with HSPD-12 for PIV credential enablement, a remediation plan for achieving HSPD-12 compliance shall be required for review, evaluation, and approval by the CISO.

## H.10. IN ACCORDANCE WITH FEDRAMP

1) **FedRAMP IT Systems Security Requirements**

a) The Federal agency will determine the security category for the cloud system in accordance with Federal Information Processing Standard 199; then, the contractor/Cloud Service Provider (CSP) shall apply the appropriate set of impact baseline controls as required in the FedRAMP Cloud Computing Security Requirements Baseline document to ensure compliance to security standards. The FedRAMP baseline controls are based on the National Institute of Standards and Technology (NIST) Special Publication (SP) 800-53, Revision 4, Security and Privacy Controls for Federal Information Systems and Organizations (as amended), and also includes a set of additional controls for use within systems providing cloud services to the federal government.
b) The CSP shall maintain a security management continuous monitoring environment that meets or exceeds the requirements outlined in the latest edition of FedRAMP Cloud Computing Security Requirements Baseline and FedRAMP Continuous Monitoring Requirements.

2) **FedRAMP Privacy Requirements**

Contractor shall be responsible for the following privacy and security safeguards:

a) To the extent required to carry out the FedRAMP assessment and authorization process and FedRAMP continuous monitoring, to safeguard against threats and hazards to the security, integrity, and confidentiality of any non-public Government data collected and stored by the contractor, the contractor shall afford the Government access to the contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases.
b) If new or unanticipated threats or hazards are discovered by either the Government or the contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.
c) The contractor shall also comply with any additional FedRAMP privacy requirements.
d) The Government has the right to perform manual or automated audits, scans, reviews, or other inspections of the vendor's IT environment being used to provide or facilitate services for the Government. In accordance with the Federal Acquisitions Regulations (FAR) clause 52.239-1, contractor shall be responsible for the following privacy and security safeguards:
   i. The contractor shall not publish or disclose in any manner, without the CO's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government. Exception—Disclosure to a Consumer Agency for purposes of C&A verification.
   ii. To the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the contractor shall afford the

Government access to the contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases within 72 hours. The program of inspection shall include, but is not limited to: Authenticated and unauthenticated operating system/network vulnerability scans Authenticated and unauthenticated we b application vulnerability scans Authenticated and unauthenticated database application vulnerability scans Automated scans can be performed by Government personnel, or agents acting on behalf of the Government, using Government operated equipment, and Government specified tools.

iii. If new or unanticipated threats or hazards are discovered by either the Government or the contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

iv. If the vendor chooses to run its own automated scans or audits, results from these scans may, at the Government's discretion, be accepted in lieu of Government performed vulnerability scans. In these cases, scanning tools and their configuration shall be approved by the Government. In addition, the results of vendor-conducted scans shall be provided, in full, to the Government.

**3) Sensitive Information Storage**

Controlled Unclassified information (CUI), data, and/or equipment will only be disclosed to authorize personnel on a need-to-know basis. The contractor shall ensure that appropriate administrative, technical, and physical safeguards are established to ensure the security and confidentiality of this information, data, and/or equipment is properly protected. When no longer required, this information, data, and/or equipment will be returned to Government control, destroyed, or held until otherwise directed. Destruction of items shall be accomplished by following NIST SP 800-88, Guidelines for Media Sanitization.

The disposition of all data will be at the written direction of the COR; this may include documents returned to Government control; destroyed; or held as specified until otherwise directed. Items returned to the Government shall be hand carried or sent by certified mail to the COR.

**4) Protection of Information**

The contractor shall be responsible for properly protecting all information used, gathered, or developed because of work under this contract. The contractor shall also protect all Government data, equipment, etc. by treating the information as sensitive. All information about the systems gathered or created under this contract should be considered as CUI information. It is anticipated that this information will be gathered, created, and stored within the primary work location. If contractor personnel must

remove any information from the primary work area, they should protect it to the same extent they would their proprietary data and/or company trade secrets. The use of any information that is subject to the Privacy Act will be utilized in full accordance with all rules of conduct as applicable to Privacy Act Information.

The government will retain unrestricted rights to government data. The government retains ownership of any user created/loaded data and applications hosted on vendor's infrastructure, as well as maintains the right to request full copies of these at any time.

The data that is processed and stored by the various applications within the network infrastructure contains financial data as well as personally identifiable information (PII). This data and PII shall be protected against unauthorized access, disclosure or modification, theft, or destruction. The contractor shall ensure that the facilities that house the network infrastructure are physically secure.

The government-owned data must be available to the Government upon request within one business day or within the timeframe specified otherwise and shall not be used for any other purpose other than that specified herein. The contractor shall provide requested data at no additional cost to the government.

No data shall be released by the contractor without the consent of the Government in writing. All requests for release must be submitted in writing to the COR/CO.

**5) Security Classification**

The preparation of the deliverables in this contract will be completed at a Sensitive but Unclassified level unless a higher level is specified.

**6) Confidentiality and Nondisclosure**

The preliminary and final deliverables and all associated working papers and other material deemed relevant by the agency that have been generated by the contractor in the performance of this contract, are the property of the U.S. Government, and must be submitted to the COR at the conclusion of the contract. The U.S. Government has unlimited data rights to all deliverables and associated working papers and materials in accordance with FAR 52.227-1, 52.227-2, 52.227-3, 52.227-11, 52.227-14, 52.227-16.

All documents produced for this project are the property of the U.S. Government and cannot be reproduced or retained by the contractor. All appropriate project documentation will be given to the agency during and at the end of this contract. The contractor shall not release any information without the written consent of the CO.

Personnel working on any of the tasks described may, at Government request, be required to sign formal non-disclosure and/or conflict of interest agreements to guarantee the protection and integrity of Government information and documents.

7) **Disclosure of Information**

Any information made available to the contractor by the Government shall be used only for carrying out the provisions of this contract and shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of the contract. In performance of this contract, the contractor assumes responsibility for protection of the confidentiality of Government records and shall ensure that all work performed by its subcontractors shall be under the supervision of the contractor or the contractor's responsible employees. Each officer or employee of the contractor or any of its subcontractors to whom any Government record may be made available or disclosed shall be notified in writing by the contractor that information disclosed to such officer or employee can be used only for that purpose and to the extent authorized herein. Further disclosure of any such information, by any means, for a purpose or to an extent unauthorized herein, may subject the offender to criminal sanctions imposed by 18 U.S.C. §§ 1030.

8) **FedRAMP Security Requirements Overview:**

a) The minimum requirements for low and moderate impact cloud systems are contained within the FedRAMP Cloud Computing Security Requirements Baseline. The contractor and Federal Government Agency share responsibility to ensure compliance with security requirements.
b) The implementation of a new Federal Government cloud system requires a formal process, known as Assessment and Authorization, which provides guidelines for performing the assessment.
c) FedRAMP requires cloud service providers to utilize a Third-Party Assessment Organization (3PAO) to perform an assessment of the cloud service provider's security controls to determine the extent to which security controls are implemented correctly, operate as intended, and produce the desired outcome with respect to meeting security requirements.
d) The FedRAMP PMO security staff will be available for consultation during the process. Both the FedRAMP PMO staff and JAB will review the results before issuing a Provisional Authorization decision. The Government reserves the right to verify the infrastructure and security test results before issuing an Authorization decision.
e) Federal agencies will be able to leverage the provisional Authorization granted by FedRAMP and any documentation prepared by the contractor to issue their own authority to operate.
f) The vendor is advised to review the FedRAMP guidance documents (see References below) to determine the level of effort that will be necessary to complete the requirements. All FedRAMP documents and templates are available at http://FedRAMP.gov.

9) **FedRAMP Security Compliance Requirements**

The contractor shall implement the controls contained within the FedRAMP Cloud Computing Security Requirements Baseline and FedRAMP Continuous Monitoring Requirements for low and moderate impact system (as defined in FIPS 199). These documents define requirements for compliance to meet minimum Federal information security and privacy requirements for both low and moderate impact systems. While the FedRAMP baseline controls are based on NIST SP 800-53, Revision 4. The contractor shall generally, substantially, and in good faith follow FedRAMP guidelines and Security guidance. In situations where there are no procedural guides, the contractor shall use generally accepted industry best practices for IT security.

**10) Required FedRAMP Policies and Regulations**

The contractor shall comply with FedRAMP Security Assessment Framework – describing a general security Assessment Framework for the Federal Risk and Authorization Management Program (FedRAMP). This document details the security assessment process which must be used to achieve FedRAMP compliance. Download here:

https://www.fedramp.gov/assets/resources/documents/FedRAMP_Security_Assessment_Framework.pdf

**11) Assessment and Authorization**

DHS/ICE may choose to cancel the contract/award and terminate any outstanding orders if the contractor has its provisional authorization revoked and the deficiencies are greater than agency risk tolerance thresholds.

**12) Assessment of the System**

a) The contractor shall comply with FedRAMP requirements as mandated by Federal laws and policies, including making available any documentation, physical access, and logical access needed to support this requirement. The Level of Effort for the A&A is based on the System's NIST Federal Information Processing Standard (FIPS) Publication 199 categorization. The contractor shall create, maintain and update the following documentation using FedRAMP requirements and templates, which are available at http://FedRAMP.gov :

- Privacy Impact Assessment (PIA)
- FedRAMP Test Procedures and Results
- Security Assessment Report (SAR)
- System Security Plan (SSP)
- IT System Contingency Plan (CP)
- IT System Contingency Plan (CP) Test Results
- POA&M Continuous Monitoring Plan (CMP)
- FedRAMP Control Tailoring Workbook

- Control Implementation Summary Table
- Results of Penetration Testing
- Software Code Review
- Interconnection Agreements/Service Level Agreements/Memorandum of Agreements.

b) Information systems must be assessed by an accredited 3PAO whenever there is a significant change to the system's security posture in accordance with the FedRAMP Continuous Monitoring Plan.

c) The Government reserves the right to perform penetration testing. If the Government exercises this right, the contractor shall allow Government employees (or designated third parties) to conduct security assessment activities to include control reviews in accordance with FedRAMP requirements (https://www.fedramp.gov/assets/resources/documents/CSP_Penetration_Test_Guidance.pdf). Review activities include but are not limited to scanning operating systems, web applications, wireless scanning; network device scanning to include routers, switches, and firewall, and IDS/IPS; databases and other applicable systems, including general support structure, that support the processing, transportation, storage, or security of Government information for vulnerabilities.

d) Identified gaps between required FedRAMP Security Control Baselines and Continuous Monitoring controls and the contractor's implementation as documented in the Security Assessment Report shall be tracked by the contractor for mitigation in a POA&M document. Depending on the severity of the gaps, the Government may require them to be remediated before provisional authorization is issued.

e) The contractor is responsible for mitigating all security risks found during A&A and continuous monitoring activities. All high-risk vulnerabilities must be mitigated within 30 days, and all moderate risk vulnerabilities must be mitigated within 30 days from the date vulnerabilities are formally identified. The Government will determine the risk rating of vulnerabilities.

**13) Authorization of System**

The contractor shall provide access to the Federal Government, or their designee acting as their agent, when requested, in order to verify compliance with the requirements for an Information Technology security program. The Government reserves the right to conduct onsite inspections. The contractor shall make appropriate personnel available for interviews and provide all necessary documentation during this review.

**14) Reporting and Continuous Monitoring**

Maintenance of the FedRAMP Provisional Authorization will be through continuous monitoring and periodic audit of the operational controls within a contractor's system,

environment, and processes to determine if the security controls in the information system continue to be effective over time in light of changes that occur in the system and environment. Through continuous monitoring, security controls and supporting deliverables are updated and submitted to the FedRAMP PMO as required by FedRAMP Requirements. The submitted deliverables (or lack thereof) provide a current understanding of the security state and risk posture of the information systems. The deliverables will allow the FedRAMP JAB to make credible risk-based decisions regarding the continued operations of the information systems and initiate appropriate responses as needed when changes occur. Contractors will be required to provide updated deliverables and automated data feeds as defined in the FedRAMP Continuous Monitoring Plan.

All deliverables shall be labeled appropriately (such as "Controlled Unclassified Information" (CUI)). External transmission/dissemination of labeled deliverables to or from a Government computer must be encrypted. Certified encryption modules must be used in accordance with FIPS PUB 140 (as amended), "Security requirements for Cryptographic Modules."

**15) Non-Repudiation**

The Cloud Service Provider vendor shall provide a system that is capable of implementing NIST SP 800-53 Control AU-10 approved controls, which provides for origin authentication, data integrity, and signer non-repudiation. This binds the identity of the information producer with the information to and provides the means for authorized individuals to determine the identity of the producer of the information.

**16) Identification and Authentication (Organizational Users)**

The vendor shall support a secure, multi-factor method of remote authentication and authorization to identified Government Administrators that will allow Government designated personnel the ability to perform management duties on the system.

The vendor shall support multi-factor authentication including user ID and Password, digital certificate, PIV or smart card, PIN, tokens, etc.

**17) Identification and Authentication (Non-Organizational Users)**

The vendor shall support a secure, dual factor method of remote authentication and authorization to identified Vendor Administrators that will allow vendor-designated personnel the ability to perform management duties on the system.

**18) Incident Reporting Timeframes**

Cloud Service Providers are required to report all computer security incidents to the United States Computer Emergency Readiness Team (U.S.-CERT) in accordance

with U.S.-CERT "Incident Categories and Reporting Timeframes" in, Appendix J, Table J-1 of NIST SP 800-61 (as amended), "Computer Security Incident Handling Guide." Any Category (CAT) 1, CAT 2, or CAT 3 incident must be reported immediately to their Information Systems Security Officer (ISSO) and the Senior Agency Information Security Officer (SAISO). Any incident that involves compromised Personally Identifiable Information (PII) must be reported to U.S.-CERT within 1 hour of detection regardless of the incident category reporting timeframe.

**19) Media Transport**

The vendor shall document activities associated with the transport of Federal agency information stored on digital and non-digital media and employ cryptographic mechanisms to protect the confidentiality and integrity of this information during transport outside of controlled areas.

Digital media, containing Federal agency information, that is transported outside of controlled areas must be encrypted using an approved encryption mode; non-digital media including but not limited to CD-ROM, floppy disks, etc., must be secured using the same policies and procedures as paper.

Media, containing Federal Agency information that is transported outside of controlled areas must ensure accountability. This can be accomplished through appropriate actions such as logging and a documented chain of custody form.

Federal Agency data that resides on mobile/portable devices (e.g., USB flash drives, external hard 12 drives, and SD cards) must be encrypted using an approved encryption mode. All Federal Agency data residing on laptop computing devices must be protected with approved encryption software.

**20) Boundary Protection**

The CSP/Reseller shall route all external connections through a Trusted Internet Connection (TIC).

**21) Protection of Information At Rest**

The CSP shall provide security mechanisms for handling data at rest and in transit in accordance with FIPS 140-2.

**22) Security Alerts, Advisories, and Directives**

The CSP/Reseller shall provide a list of their personnel, identified by name and role, with system 1 administration, monitoring, and/or security responsibilities that are to receive security alerts, two advisories, and directives. This list shall include ICE SOC.

## H.11. PRIVACY EXPECTATIONS

Government contractor employees do not have a right, nor should they have an expectation of privacy while using Government provided devices at any time, including accessing the Internet and using e-mail and voice communications. To the extent that employees wish that their private activities remain private, they should avoid using the Government provided device for limited personal use. By acceptance of the government provided device, employees imply their consent to disclosing and/or monitoring of device usage, including the contents of any files or information maintained or passed -through that device.

## H.12. CONTRACTOR IT SECURITY ACCREDITATION

Within 6 months after contract, the contractor shall submit written proof of IT Security accreditation to DHS for approval by DHS CO. Accreditation will proceed according to the criteria of DHS Sensitive System Policy Publication, 4300A (most current version) or any replacement publication, which the CO will provide upon request. This accreditation will include a final security plan, risk assessment, security test and evaluation, and disaster recovery plan/continuity of operations plan. This accreditation, when accepted by the CO, shall be incorporated into the contract as a compliance document. The contractor shall comply with the approved accreditation documentation.

## H.13. SUPPLY CHAIN RISK MANAGEMENT TERMS AND CONDITIONS

The contractors supplying the Government hardware and software shall provide the manufacturer's name, address, state and/or domain of registration, and the Data Universal Numbering System (DUNS) number for all components comprising the hardware and software. If subcontractors or subcomponents are used, the name, address, state, and/or domain of registration and DUNs number of those suppliers must also be provided.

Subcontractors are subject to the same general requirements and standards as prime contractors. Contractors employing subcontractors shall perform due diligence to ensure that these standards are met.

The Government shall be notified when a new contractor/subcontractor/service provider is introduced to the supply chain, or when suppliers of parts or subcomponents are changed.

Contractors shall provide, implement, and maintain a Supply Chain Risk Management Plan that addresses internal and external practices and controls employed to minimize the risk posed by counterfeits and vulnerabilities in systems, components, and software.

The Plan shall describe the processes and procedures that will be followed to ensure appropriate supply chain protection of information system resources developed, processed, or used under this contract.

The Supply Chain Risk Management Plan shall address the following elements:

(i) How risks from the supply chain will be identified;
(ii) What processes and security measures will be adopted to manage these risks to the system or system components; and
(iii) How the risks and associated security measures will be updated and monitored.

The Supply Chain Risk Management Plan shall remain current through the life of the contract or period of performance. The Supply Chain Risk Management Plan shall be provided to the Contracting Officer Representative (COR/CO) 30 days post award.

The contractor acknowledges the Government's requirement to assess the Contractors Supply Chain Risk posture. The Contractor understands and agrees that the Government retains the right to cancel or terminate the contract, if the Government determines that continuing the contract presents a risk to national security.

The contractor shall disclose, and the Government will consider relevant industry standard certifications, recognitions and awards, and acknowledgments.

The contractor shall provide only new equipment unless otherwise expressly approved, in writing, by the CO. Contractors shall provide only Original Equipment Manufacturer (OEM) parts to the Government. In the event that a shipped OEM part fails, all replacement parts must be OEM parts.

The contractor shall be excused from using new OEM (i.e., "grey market, "previously used) components only with formal Government approval. Such components shall be procured from their original source and have them shipped only from manufacturers authorized shipment points.

For software products, the contractor shall provide all OEM software updates to correct defects for the life of the product (i.e., until the “end of life"). Software updates and patches must be made available to the government for all products procured under this contract.

Contractors shall employ formal and accountable transit, storage, and delivery procedures (i.e., the possession of the component is documented at all times from initial shipping point to final destination, and every transfer of the component from one custodian to another is fully documented and accountable) for all shipments to fulfill contract obligations with the Government.

All records pertaining to the transit, storage, and delivery will be maintained and available for inspection for the lessor of the term of the contract, the period of performance, or one calendar year from the date the activity occurred.

These records must be readily available for inspection by any agent designated by the U.S. Government as having the authority to examine them.

This transit process shall minimize the number of times en route components undergo a change of custody and make use of tamper-proof or tamper-evident packaging for all shipments. The supplier, at the Government's request, shall be able to provide shipping status at any time during transit.

The contractor is fully liable for all damage, deterioration, or losses incurred during shipping and handling, unless the damage, deterioration, or loss is due to the Government. The contractor shall provide a packing slip which shall accompany each container or package with the information identifying the contract number, the order number, a description of the hardware/software enclosed (Manufacturer name, model number, serial number), and the customer point of contact. The contractor shall send a shipping notification to the intended government recipient or contracting officer. This shipping notification shall be sent electronically and will state the contract number, the order number, a description of the hardware/software being ship (manufacturer name, model number, serial number), initial shipper, shipping date and identifying (tracking) number.

**H.14. REQUIRED PROTECTIONS FOR DHS/ICE SYSTEMS HOSTED IN NON-DHS/ICE DATA CENTERS**

1) **Security Authorization Terms and Conditions**
A Security Authorization of any infrastructure directly in support of DHS/ICE information system shall be performed as a general support system (GSS) prior to DHS/ICE occupancy to characterize the network, identify threats, identify vulnerabilities, analyze existing and planned security controls, determine likelihood of threat, analyze impact, determine risk, recommend controls, perform remediation on identified deficiencies, and document the results. The Security Authorization (SA) shall be performed in accordance with DHS/ICE Security Policy and the controls provided by the hosting provider shall be equal to or stronger than the FIPS 199 security categorization of DHS/ICE information system.

At the beginning of the contract, and upon request thereafter (generally at the deployment of a new system or renewal of a System Authority to Operate), the contractor/Cloud Service Provider (CSP) shall provide the results of an independent assessment and verification of security controls. The independent assessment and verification shall apply the same standards that DHS/ICE applies in the SA process of its information systems. Any deficiencies noted during this assessment shall be provided to the COR for entry into DHS/ICE POA&M

Management Process. ICE shall use DHS' POA&M process to document planned remedial actions to address any deficiencies in information security policies, procedures, and practices, and the completion of those activities. Security deficiencies shall be corrected within the timeframes dictated by DHS/ICE POA&M Management Process. CSP procedures shall be subject to periodic, unannounced assessments by DHS/ICE officials. The documented physical aspects associated with CSP activities shall also be subject to such assessments. Inspections of CSP physical facilities will be scheduled in advance and coordinated with the provider in accordance with their facility procedures. On a periodic basis, DHS and its Components, including DHS Office of Inspector General, may choose to evaluate any or all of the security controls implemented by the contractor under these clauses. Evaluation could include, but is not limited to vulnerability scanning. The DHS and its Components reserve the right to conduct audits at their discretion. With ten working days' notice, at the request of the Government, the CSP and reseller shall fully cooperate and facilitate in a Government-sponsored security control assessment at each location wherein DHS/ICE information is processed or stored, or information systems are developed, operated, maintained, or used on behalf of DHS/ICE, including those initiated by the Office of the Inspector General. The government may conduct a security control assessment on shorter notice (to include unannounced assessments) determined by DHS/ICE in the event of a security incident.

2) **Enterprise Security Architecture Terms and Conditions**
The CSP shall utilize and adhere to DHS/ICE Enterprise Security Architecture in accordance with applicable laws and DHS/ICE policies to the satisfaction of DHS/ICE COR.

3) **Continuous Monitoring Terms and Conditions**
The CSP shall participate in the DHS/ICE Continuous Monitoring methodologies and, shall provide Continuous Monitoring capability over their resources as required by FedRAMP. The DHS Chief Information Security Officer (CISO) issues annual updates to its Continuous Monitoring requirements via the Annual Information Security Performance Plan. At a minimum, the CSP shall adhere to all ITAR and FedRAMP continuous monitoring requirements and ensure that DHS/ICE can implement and integrate the following processes:

a) Asset Management
b) Vulnerability Management
c) Configuration Management
d) Malware Management
e) Log Integration
f) Security Information Event Management (SIEM) Integration
g) Patch Management
h) Providing near-real-time security status information to DHS/ICE SOC Specific Protections Terms and Conditions

i) Specific protections that shall be provided by the CSP include, but are not limited to the following:

<u>Specific Operations Terms and Conditions</u>
The contractor shall operate a SOC to provide security for the below mentioned services. The CSP shall support regular reviews with DHS/ICE Information Security Office to coordinate and synchronize the security posture of the CSP hosting facility with that of DHS Data Centers. The SOC personnel shall provide 24x7x365 staff to monitor the network and all of its devices. The CSP staff shall also analyze the information generated by the devices for security events, respond to real-time events, correlate security device events, and perform continuous monitoring. It is recommended that the CSP staff shall also maintain a trouble ticket system in which incidents and outages are recorded. In the event of an incident, the CSP facility SOC shall adhere to the incident response plan.

4) **Computer Incident Response Services Terms and Conditions**
The CSP shall provide Computer Incident Response Team (CIRT) services. The CSP shall adhere to the standard Incident Reporting process as determined by the Component and is defined by a DHS/ICE-specific incident response plan that adheres to DHS/ICE policy and procedure for reporting incidents. The CSP shall conduct Incident Response Exercises to ensure all personnel are familiar with the plan. The CSP shall notify DHS/ICE SOC of any incident in accordance with the Incident Response Plan and work with DHS/ICE throughout the incident duration.

5) **Network Intrusion Detection Systems (NIDS) and Monitoring Terms and Conditions**
The contractor shall provide the design, configuration, implementation, and maintenance of the sensors and hardware that are required to support the NIDS solution. The contractor is responsible for creating and maintaining the NIDS rule sets for their facility(s). The NIDS solution should provide real-time alerts. These alerts and other relevant information shall be located in a central repository. The NIDS shall operate 24x7x365. A summary of alerts shall be made available to DHS/ICE upon request. If an abnormality or anomaly is identified, the contractor shall notify the appropriate DHS/ICE point of contact in accordance with the incident response plan.

6) **Physical and Information Security and Monitoring Terms and Conditions**
The CSP shall provide a facility using appropriate protective measures to provide for physical security. All facilities will be located within the United States. The CSP shall maintain a process to control physical access to all DHS/ICE IT assets. DHS/ICE IT Assets shall be monitored 24x7x365. A summary of unauthorized access attempts shall be reported to the appropriate DHS/ICE security office upon request.

7) **Vulnerability Assessments Terms and Conditions**
The CSP and reseller shall provide all information from any managed device to

DHS/ICE, as requested, and shall assist, as needed, to perform periodic vulnerability assessments of the network, operating systems, and applications to identify vulnerabilities and propose mitigations. Vulnerability assessments shall be included as part of compliance with the continuous monitoring of the system.

8) **Anti-malware (e.g., virus, spam) Terms and Conditions**
The CSP shall design, implement, monitor, and manage to provide comprehensive anti-malware service. The CSP shall provide all maintenance for the system providing the anti-malware capabilities to include configuration, definition updates, when changes are required. A summary of alerts shall be reported to DHS/ICE SOC in weekly status report. If an abnormality or anomaly is identified, the CSP shall notify the appropriate DHS/ICE point of contact in accordance with the incident response plan.

9) **Log** Retention **Terms and Conditions**
Log files for all infrastructure devices, physical access, and anti-malware should be retained online for 180 days and offline for three years.

## H.15. PATCH MANAGEMENT TERMS AND CONDITIONS

The CSP, or software vendor (for certain Software-as-a-Service (SaaS) offerings), shall perform patch management services to all Platform-as-a-Service (PaaS) and SaaS offerings managed by the CSP, or in cases where the SaaS offering is hosted by an independent third party, the third party will be responsible for providing the patch management services. The CSP shall push patches that are required by vendors and DHS/ICE system owner. This is to ensure that the infrastructure and applications that directly support DHS/ICE information system are current in their release and that all security patches are applied. The CSP and software vendor shall be informed by DHS/ICE which patches are required by DHS/ICE through the Information Security Vulnerability Management bulletins and advisories. Core applications, the ones DHS/ICE utilizes to fulfill their mission, shall be tested by DHS/ICE. However, the CSP and software vendor(s) shall be responsible for deploying patches to their products as directed by DHS/ICE. It is recommended that all other applications (host-based intrusion detection system (HIDS), network intrusion detection system (NIDS), Anti-malware, and Firewall) shall be tested by the CSP prior to deployment in a test environment.

**[END OF SECTION H]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION I:
# CONTRACT CLAUSES

## I.1. FAR CLAUSES AND/OR PROVISIONS INCORPORATED BY REFERENCE

**Notice:**
System updates may lag policy updates. The System for Award Management (SAM) may continue to require entities to complete representations based on provisions that are not included in agency solicitations. Examples include 52.222-25, Affirmative Action Compliance, and paragraph (d) of 52.212-3, 52.223-22, Public Disclosure of Greenhouse Gas Emissions and Reduction Goals—Representation, and Offeror Representations and Certifications—Commercial Products and Commercial Services, including paragraph (t). Additional examples include 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services, and 52.213-4, Terms and Conditions—Simplified Acquisitions (Other Than Commercial Products and Commercial Services).

Contracting officers will **not** consider the following representations when making award decisions or enforcing requirements:

- Paragraph (d) and (t) of 52.212-3, Offeror Representations and Certifications—Commercial Products and Commercial Services

- Paragraphs (b)(33), (b)(34), (e)(1)(ix), and (e)(1)(x) of 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services. Additionally, per this deviation, in paragraph (b)(46), E.O. 14057 does not apply;

- Paragraphs (e)(1)(ii)(I) and (e)(1)(ii)(J) of Alternate II of 52.212-5, Contract Terms and Conditions Required To Implement Statutes or Executive Orders—Commercial Products and Commercial Services

- Paragraphs (a)(1)(vii) and (a)(1)(viii) of 52.213-4, Terms and Conditions—Simplified Acquisitions (Other Than Commercial Products and Commercial Services). Additionally, per this deviation, in paragraph (b)(1)(xvii), E.O. 14057 does not apply.

  Entities are not required to update their entity registration to remove these representations in SAM.

The following clauses and/or provisions are incorporated by reference.

| Number | Title | Date |
|---|---|---|
| 52.202-1 | Definitions | Jun 2020 |
| 52.203-12 | Limitation on Payments to Influence Certain Federal Transactions | Jun 2020 |
| 52.203-13 | Contractor Code of Business Ethics and Conduct | Nov 2021 |

| | | |
|---|---|---|
| 52.203-17 | Contractor Employee Whistleblower Rights | Nov 2023 |
| 52.203-19 | Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements | Jan 2017 |
| 52.204-9 | Personal Identity Verification of Contractor Personnel | Jan 2011 |
| 52.204-10 | Reporting Executive Compensation and First-Tier Subcontract Awards (DEVIATION 25-19) | Aug 2025 |
| 52.204-13 | System for Award Management Maintenance (DEVIATION 25-19) | Aug 2025 |
| 52.204-14 | Service Contract Reporting Requirements (DEVIATION 25-19) | Aug 2025 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications | Dec 2014 |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply or Services (DEVIATION 25-20) | Aug 2025 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, Proposed for Debarment, or Voluntarily Excluded (DEVIATION 25-27) | Nov 2025 |
| 52.209-9 | Updates of Publicly Available Information Regarding Responsibility Matters (DEVIATION 25-27) | Nov 2025 |
| 52.209-10 | Prohibition on Contracting with Inverted Domestic Corporations (DEVIATION 25-27) | Nov 2025 |
| 52.212-4 | Contract Terms and Conditions—Commercial Products and Commercial Services - (DEVIATION 25-21) | Aug 2025 |
| 52.216-26 | Payments of Allowable Costs Before Definitization | Dec 2002 |
| 52.219-8 | Utilization of Small Business Concerns (DEVIATION 26-03) | Oct 2025 |
| 52.219-14 | Limitations on Subcontracting (DEVIATION 26-03) | Oct 2025 |
| 52.219-28 | Postaward Small Business Program Rerepresentation (DEVIATION 26-03) | Oct 2025 |
| 52.222-35 | Equal Opportunity for Veterans (DEVIATION 26-10) | Oct 2025 |
| 52.222-36 | Equal Opportunity for Workers with Disabilities (DEVIATION 26-10) | Oct 2025 |
| 52.222-37 | Employment Reports on Veterans (DEVIATION 26-10) | Oct 2025 |
| 52.222-40 | Notification of Employee Rights Under the National Labor Relations Act. | Dec 2010 |
| 52.222-41 | Service Contract Labor Standards. | Aug 2018 |
| 52.222-42 | Statement of Equivalent Rates for Federal Hires. | May 2014 |
| 52.222-43 | Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts). | Aug 2018 |
| 52.222-50 | Combating Trafficking in Persons | Nov 2021 |
| 52.222-54 | Employment Eligibility Verification (DEVIATION 26-10) | Oct 2025 |
| 52.222-55 | Minimum Wages for Contractor Workers Under Executive Order 14026. | Jan 2022 |
| 52.222-62 | Paid Sick Leave Under Executive Order 13706. | Jan 2022 |

| | | |
|---|---|---|
| 52.223-3 | Hazardous Material Identification and Material Safety Data – Alt I (DEVIATION 26-12) | Oct 2025<br>Alt I Oct 2025 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | May 2024 |
| 52.223-23 | Sustainable Products and Services (DEVIATION 26-12) | Oct 2025 |
| 52.224-1 | Privacy Act Notification | Apr 1984 |
| 52.224-2 | Privacy Act | Apr 1984 |
| 52.224-3 | Privacy Training – Alternate I* | Jan 2017<br>Alt I Jan 2017 |
| 52.226-7 | Drug-Free Workplace | May 2024 |
| 52.226-8 | Encouraging Contractor Policies to Ban Text Messaging While Driving | May 2024 |
| 52.227-14 | Rights in Data—General | May 2014 |
| 52.227-17 | Rights in Data-Special Works | Dec 2007 |
| 52.229-3 | Federal, State, and Local Taxes | Feb 2013 |
| 52.229-12 | Tax on Certain Foreign Procurements | Feb 2021 |
| 52.232-1 | Payments | Apr 1984 |
| 52.232-11 | Extras | Apr 1984 |
| 52.232-17 | Interest | May 2014 |
| 52.232-33 | Payment by Electronic Funds Transfer-System for Award Management | Oct 2018 |
| 52.232-39 | Unenforceability of Unauthorized Obligations | Jun 2013 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | Mar 2023 |
| 52.233-3 | Protest after Award (DEVIATION 25-25) | Aug 2025 |
| 52.233-4 | Applicable Law for Breach of Contract Claim (DEVIATION 25-25) | Aug 2025 |
| 52.236-2 | Differing Site Conditions (DEVIATION 25-15) | Aug 2025 |
| 52.236-3 | Site Investigation and Conditions Affecting the Work (DEVIATION 25-15) | Aug 2025 |
| 52.236-5 | Material and Workmanship (DEVIATION 25-15) | Aug 2025 |
| 52.236-7 | Permits and Responsibilities (DEVIATION 25-15) | Aug 2025 |
| 52.236-8 | Other Contracts (DEVIATION 25-15) | Aug 2025 |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements (DEVIATION 25-15) | Aug 2025 |
| 52.236-10 | Operations and Storage Areas (DEVIATION 25-15) | Aug 2025 |
| 52.236-12 | Cleaning Up (DEVIATION 25-15) | Aug 2025 |
| 52.236-13 | Accident Prevention (DEVIATION 25-15) | Aug 2025 |
| 52.237-2 | Protection of Government Buildings, Equipment, and Vegetation | Apr 1984 |
| 52.237-3 | Continuity of Services | Jan 1991 |
| 52.242-13 | Bankruptcy | Jul 1995 |

## I.2. FAR CLAUSES AND/OR PROVISIONS INCORPORATED BY FULL TEXT

The following clauses and/or provisions are incorporated by full text.

**52.216-18 Ordering (Oct 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from [will be filled-in after award, however it will not exceed a period of 5 years from award date].

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of Clause)

**52.216-19 Ordering Limitations (Oct 1995)**

(a) *Minimum order.* When the Government requires supplies or services covered by this contract in an amount of less than:

Requirement A: [vendor proposed, to be filled in after award]

Requirement B: [vendor proposed, to be filled in after award]

Requirement C: [vendor proposed, to be filled in after award]

Requirement D: [vendor proposed, to be filled in after award]

(b) *Maximum order.* The Contractor is not obligated to honor –

(1) Any order for a single item in excess of [requirement/location specific - will be filled-in after award] Bed Days;

(2) Any order for a combination of items in excess of [requirement/location specific - will be filled-in after award] Bed Days; or

(3) A series of orders from the same ordering office within 365 days that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this

section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216- 21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 5 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of Clause)

**52.216-22 Indefinite Quantity (Oct 1995)**

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum." The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum."

(c) Except for any limitations on quantities in the Delivery-Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contact after the period of performance end date of the IDIQ.

(End of Clause)

**52.217-8 Option to Extend Services (Nov 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 1 day of contract expiration.

(End of clause)

**52.224-3 Privacy Training – Alternate I (DEVIATION)**

(a) Definition. As used in this clause, personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A–130, Managing Federal Information as a Strategic Resource).

(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who—

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or

(3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).

(c) The contracting agency will provide initial privacy training, and annual privacy training thereafter, to Contractor employees for the duration of this contract. Contractor employees shall satisfy this requirement by completing Privacy at DHS: Protecting Personal Information accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. Training shall be completed within 30 days of contract award and be completed on an annual basis thereafter not later than October 31st of each year.

(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will—

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or

(3) Design, develop, maintain, or operate a system of records.

(End of clause)

**52.240-91 Security Prohibitions and Exclusions (Aug 2025) (DEVIATION 25-23)**

(a) *Definitions.* As used in this clause—
*American Security Drone Act-covered foreign entity* means an entity included on a list that the Federal Acquisition Security Council (FASC) develops and maintains and publishes in the System for Award Management (SAM) at https://www.sam.gov (section 1822 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.).
*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (e.g., connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (e.g., fiber optic, coaxial cable, Ethernet).
*Covered application* means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.
*Covered article*, as defined in 41 U.S.C. 4713(k), means:
(1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;
(2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);
(3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or
(4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.
*Covered foreign country* means The People's Republic of China.
*Covered telecommunications equipment or services* means—
(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or
(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.
*Critical technology* means—
(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;
(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled—
(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or
(ii) For reasons relating to regional stability or surreptitious listening;
(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);
(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);
(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or
(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).
*FASC-prohibited unmanned aircraft system* means an unmanned aircraft system manufactured or assembled by an American Security Drone Act—covered foreign entity.
*FASCSA order* means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring removing covered articles from executive agency information systems or excluding one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):
(1) The Secretary of Homeland Security may issue FASCSA orders that apply to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.
(2) The Secretary of Defense may issue FASCSA orders that apply to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.
(3) The Director of National Intelligence (DNI) may issue FASCSA orders that apply to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may

be referred to as a DNI FASCSA order.
*Information technology*, as defined in 40 U.S.C. 11101(6)—
(1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use—
(i) Of that equipment; or
(ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;
(2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but
(3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.
*Intelligence community*, as defined by 50 U.S.C. 3003(4), means the following—
(1) The Office of the Director of National Intelligence;
(2) The Central Intelligence Agency;
(3) The National Security Agency;
(4) The Defense Intelligence Agency;
(5) The National Geospatial-Intelligence Agency;
(6) The National Reconnaissance Office;
(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;
(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;
(9) The Bureau of Intelligence and Research of the Department of State;
(10) The Office of Intelligence and Analysis of the Department of the Treasury;
(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or
(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.
*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (e.g., connecting a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.
*Kaspersky Lab-covered article* means any hardware, software, or service that—
(1) Is developed or provided by a Kaspersky Lab-covered entity;
(2) Includes any hardware, software, or service developed or provided in whole or in part by a Kaspersky Lab-covered entity; or
(3) Contains components using any hardware or software developed in whole or in part

by a Kaspersky Lab-covered entity.
*Kaspersky Lab-covered entity* means—
(1) Kaspersky Lab;
(2) Any successor entity to Kaspersky Lab, including any change in name, e.g., "Kaspersky";
(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or
(4) Any entity of which Kaspersky Lab has a majority ownership.
*National security system*, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency—
(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business applications (including payroll, finance, logistics, and personnel management applications); or
(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.
*Roaming* means cellular communications services (e.g., voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.
*Sensitive compartmented information* means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.
*Sensitive compartmented information system* means a national security system authorized to process or store sensitive compartmented information.
*Source* means a non-Federal supplier, or potential supplier, of products or services, at any tier.
*Subsidiary* means an entity in which more than 50 percent of the entity is owned directly by a parent corporation or through another subsidiary of a parent corporation.
*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.
*Unmanned aircraft* means an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft (49 U.S.C. 44801(11)).
*Unmanned aircraft system* means an unmanned aircraft and associated elements (including communication links and the components that control the unmanned aircraft) that are required for the operator to operate safely and efficiently in the national airspace system (49 U.S.C. 44801(12)).
(b) *Prohibitions on providing or using specific products or services in performance of contract*. Unless a waiver or exception applies, the Contractor is prohibited from providing any products or services to the Government or using in the performance of the contract any of the following:

(1) A covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees (section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328));
(2) A Kaspersky Lab-covered article (Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91));
(3) Covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system (paragraphs (a)(1)(A) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)). This does not prohibit contractors from providing—
(i) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or
(ii) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.
(c) Prohibition on unmanned aircraft systems manufactured or assembled by American Security Drone Act—covered foreign entities.
(1) Prohibition. The Contractor is prohibited from—
(i) Delivering any FASC-prohibited unmanned aircraft system, which includes unmanned aircraft (i.e., drones) and associated elements (sections 1823 and 1826 of American Security Drone Act of 2023, within the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31, Div. A, Title XVIII, Subtitle B, 41 U.S.C. 3901 note prec.);
(ii) On or after December 22, 2025, operating a FASC-prohibited unmanned aircraft system in the performance of the contract (section 1824 of Pub. L. 118-31); and
(iii) On or after December 22, 2025, using Federal funds to procure or operate a FASC-prohibited unmanned aircraft system (section 1825 of Pub. L. 118-31).
(2) *Procedures*. The Contractor shall search SAM for the FASC-maintained list of American Security Drone Act—covered foreign entities before proposing, or using in performance of the contract, any unmanned aircraft system. Also, the Contractor shall ensure any effort or expenditure associated with a FASC-prohibited unmanned aircraft system is consistent with a corresponding exemption, exception, or waiver determination expressly stated in the contract.
(3) *Exemptions, exceptions, and waivers*. The prohibitions in paragraph (c) of this clause do not apply where the agency has determined an exemption, exception, or waiver applies, and the contract indicates that such a determination has been made. See sections 1823 through 1825 and 1832 of Public Law 118-31 for statutory requirements pertaining to exemptions, exceptions, and waivers.
(d) *Prohibition on using or providing specific products or services or conducting certain transactions regardless of connection to contract*.
(1) *Certain telecommunications and video surveillance equipment, systems, or services*.
(i) Unless an applicable waiver has been issued by the Government, the Contractor cannot use any equipment, systems, or services that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as

critical technology as part of any system (paragraph (a)(1)(B) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)).
(ii) This prohibition applies to using covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. This does not prohibit the contractor from using—
(A) A service that connects to the facilities of a third party, such as backhaul, roaming, or interconnection arrangements; or
(B) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.
(2) *Office of Foreign Assets Control Restrictions*.
(i) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.
(ii) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas.
(A) For lists of entities and individuals subject to economic sanctions, see OFAC's List of Specially Designated Nationals and Blocked Persons at https://home.treasury.gov/policy-issues/financial-sanctions/specially-designated-nationals-and-blocked-persons-list-sdn-human-readable-lists.
(B) For more information about these restrictions, as well as updates, see OFAC's regulations at 31 CFR chapter V and at https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information.
(C) To conduct electronic screens of potential parties to regulated transactions, see the consolidated screening list at https://www.trade.gov/consolidated-screening-list, which consolidates multiple export screening lists of the Departments of Commerce, State, and the Treasury.
(3) *Sudan prohibition*. The Contractor is prohibited from conducting any restricted business operations in Sudan in accordance with Accountability and Divestment Act of 2007 (Pub. L. 110-174).
(4) *Iran prohibitions*.
(i) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, the contractor shall not engage in certain activities or transactions relating to Iran (section 6(b)(1)(A) of Iran Sanctions Act (50 U.S.C. 1701 note).
(ii) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, contractor shall not export certain sensitive technology to Iran, as determined by the President, and has an active exclusion in SAM (22 U.S.C. 8515).
(iii) The prohibition in paragraphs (d)(4)(i) and (d)(4)(ii) do not apply if the acquisition is subject to trade agreements and the offeror certifies that all the offered products are designated country end products or designated country construction material (see part 25).
(iv) Unless an exception applies or the Government grants a waiver, contractors are

prohibited from knowingly engaging in any significant transaction (i.e., over $15,000) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked according to the International Emergency Economic Powers Act (section 6(b)(1)(B) of Iran Sanctions Act (50 U.S.C. 1701 note)).

(e) *Governmentwide exclusion and removal orders*.

(1) Unless the Government has issued an applicable waiver, contractors shall not provide or use as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order as follows:

(i) For solicitations and contracts awarded by a Department of Defense contracting office, DoD FASCSA orders apply.

(ii) For all other solicitations and contracts, DHS FASCSA orders apply.

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders.

(3) The Government may identify in the solicitation other FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resulting contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 40.204-1(c)).

(f) *Reasonable inquiry*. The contractor shall conduct a reasonable inquiry to determine if there are any prohibited products or services. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(g) *Removal of prohibited products and services*. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that this clause prohibits.

(h) *General report*.

(1) If the Contractor identifies or is notified by any source, (including a subcontractor at any tier), that any product or service provided or used (or to be provided or used) during contract performance does not comply with any prohibition in this clause, then the Contractor shall report the following information, or as much information is known, in writing to the contracting office as identified in paragraph (h)(2) within 72 hours:

(i) Contract number and order number, if applicable;

(ii) The specific prohibition the product or service is not complying with;

(iii) A description of the products or services that the Contractor identifies or has reason to suspect is prohibited (include brand; model number, such as the original equipment manufacturer (OEM) number, manufacturer part number, or wholesaler number; and item description, as applicable);

(iv) The entity that produced the product or service (include entity name, unique entity identifier, Contractor and Government Entity (CAGE) code, facilities responsible for design, fabrication, assembly, packaging, and test of the product, and whether the entity was the OEM or a distributor (provide manufacturer codes and distributor codes used for the product));

(v) Description of the functionality of the product or service and how that functionality impacts the risk to the product or service;
(vi) An explanation of any factors relevant to determining if the product or service should be permitted by an applicable exception, exemption, or waiver (if the contractor would like the Government to consider a waiver, and asks for such a waiver);
(vii) Whether alternative products or services are available that would comply with the prohibition;
(viii) If the product or service is related to item maintenance, include the following information on the item being maintained:
(A) Brand;
(B) Model number, OEM number, manufacturer part number, or wholesaler number; and
(C) Item description, as applicable.
(ix) Any readily available information about mitigation actions implemented or recommended.
(2) If a report must be submitted to a contracting office, the Contractor shall submit the report as follows:
(i) If a Department of Defense contracting office, the Contractor shall report to the website at https://dibnet.dod.mil.
(ii) For all other contracting offices, the Contractor shall report to the Contracting Officer.
(iii) For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.
(3) If the report provided does not contain any of the information required by paragraph (h)(1) of this clause, and the contractor later discovers new information that is required by paragraph (h)(1) of this clause, then the contractor shall submit a subsequent report within 72 hours of discovering the new information.
(4) The contractor shall also report the information in paragraph (h)(1) if the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification.
(i) *New FASCSA orders report.*
(1) During contract performance, the Contractor shall review SAM at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (e) of this clause.
(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.
(3) The Contractor shall submit a report to the contracting office identified in paragraph (h)(2) of this clause if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract

performance and is subject to a FASCSA order(s). For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order. The Contractor shall report the following information within 72 hours for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order:
(i) Contract number and order number, if applicable;
(ii) Name of the covered article or source subject to a FASCSA order;
(iii) The specific FASCSA order the product or service does not comply with;
(iv) The elements of (h)(1)(iii) through (ix) of this clause.
(j) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (j) but excluding subparagraphs (d)(1) and (i)(1), in all subcontracts and other contractual instruments, including subcontracts for acquiring commercial products or commercial services.

(End of clause)

**52.252-2 Clauses Incorporated by Reference (Feb 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this address: https://www.acquisition.gov.

(End of clause)

**52.252-6 Authorized Deviations In Clauses (NOV 2020)**

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any FAR clause or Homeland Security Acquisition Regulation (48 CFR Chapter 30) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

## I.3. HSAR CLAUSES AND/OR PROVISIONS INCORPORATED BY REFERENCE

**3052.212-70 Contract Terms and Conditions Applicable to DHS Acquisition of Commercial Items (July 2023)**

The Contractor agrees to comply with any provision or clause that is incorporated herein

by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference:

(a) *Provisions.*

(b) *Clauses.*

3052.203-70, Instructions for Contractor Disclosure of Violations

3052.204-71 Contractor Employee Access—Alternate II

3052.204-72 Safeguarding of Controlled Unclassified Information – Alternate I

3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents

3052.205-70 Advertisement, Publicizing Awards, and Releases

3052.215-70 Key Personnel or Facilities

3052.228-70 Insurance

3052.242-72 Contracting Officer's Representative

(End of clause)

**HSAR 3052.219-71 DHS Mentor-Protégé Program (DEVIATION) (Apr 2024)**

(a) Large businesses are encouraged to participate in the DHS Mentor-Protégé program for the purpose of providing developmental assistance to eligible protégé entities to enhance their capabilities and increase their participation in DHS contracts.

(b) The program consists of:

(1) Mentor firms, which are large prime contractors capable of providing developmental assistance;

(2) Protégé firms, are small businesses, veteran-owned small businesses, service-disabled veteran-owned small businesses, HUBZone small businesses, small-disadvantaged businesses, and women-owned small business concerns, Historically Black Colleges and Universities, and Minority Serving Institutions; and

(3) Mentor-Protégé agreements, approved by the DHS Office of Small and Disadvantaged Business Utilization (OSDBU).

(c) Mentor participation in the program means providing business developmental assistance to aid protégés in developing the requisite expertise to effectively compete for and successfully perform DHS contracts and subcontracts.

(d) Large business prime contractors serving as mentors in the DHS Mentor-Protégé program are eligible for a post-award incentive for subcontracting plan credit. The mentor may receive small business subcontracting credit for costs it incurs to provide assistance to a protégé. The mentor may use this additional credit towards attaining its subcontracting plan participation goal under the same or another DHS contract. The amount of credit given to a mentor firm for these protégé developmental assistance costs shall be calculated on a dollar-for-dollar basis and reported in the Summary Subcontract Report via the Electronic Subcontracting Reporting System (eSRS) at www.esrs.gov. For example, a mentor/large business prime contractor would report a $10,000 subcontract to the protégé subcontractor and $5,000 of developmental assistance to the protégé as $15,000. The Mentor and Protégé will submit a signed joint statement agreeing on the dollar value of the developmental assistance and the Summary Subcontract Report.

(e) Contractors interested in participating in the program are encouraged to contact the DHS OSDBU for more information.

(End of clause)

## I.4. HSAR CLAUSES AND/OR PROVISIONS INCORPORATED BY FULL TEXT

**3052.204-72 Safeguarding of Controlled Unclassified Information (July 2023)**

(a) Definitions. As used in this clause—

Adequate Security means security protections commensurate with the risk resulting from the unauthorized access, use, disclosure, disruption, modification, or destruction of information. This includes ensuring that information hosted on behalf of an agency and information systems and applications used by the agency operate effectively and provide appropriate confidentiality, integrity, and availability protections through the application of cost-effective security controls.

Controlled Unclassified Information (CUI) is any information the Government creates or possesses, or an entity creates or possesses for or on behalf of the Government (other than classified information) that a law, regulation, or Governmentwide policy requires or permits an agency to handle using safeguarding or dissemination controls. This definition includes the following CUI categories and subcategories of information:

(1) Chemical-terrorism Vulnerability Information (CVI) as defined in 6 CFR part 27, "Chemical Facility Anti-Terrorism Standards," and as further described in supplementary guidance issued by an authorized official of the Department of Homeland Security (including the Revised Procedural Manual "Safeguarding Information Designated as

Chemical-Terrorism Vulnerability Information" dated September 2008);

(2) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (title XXII, subtitle B of the Homeland Security Act of 2002 as amended through Pub. L. 116–283), PCII's implementing regulations (6 CFR part 29), the PCII Program Procedures Manual, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security, the PCII Program Manager, or a PCII Program Manager Designee;

(3) Sensitive Security Information (SSI) as defined in 49 CFR part 1520, "Protection of Sensitive Security Information," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or designee), including Department of Homeland Security MD 11056.1, "Sensitive Security Information (SSI)" and, within the Transportation Security Administration, TSA MD 2810.1, "SSI Program";

(4) Homeland Security Agreement Information means information the Department of Homeland Security receives pursuant to an agreement with State, local, Tribal, territorial, or private sector partners that is required to be protected by that agreement. The Department receives this information in furtherance of the missions of the Department, including, but not limited to, support of the Fusion Center Initiative and activities for cyber information sharing consistent with the Cybersecurity Information Sharing Act of 2015;

(5) Homeland Security Enforcement Information means unclassified information of a sensitive nature lawfully created, possessed, or transmitted by the Department of Homeland Security in furtherance of its immigration, customs, and other civil and criminal enforcement missions, the unauthorized disclosure of which could adversely impact the mission of the Department;

(6) International Agreement Information means information the Department of Homeland Security receives that is required to be protected by an information sharing agreement or arrangement with a foreign government, an international organization of governments or any element thereof, an international or foreign public or judicial body, or an international or foreign private or non-governmental organization;

(7) Information Systems Vulnerability Information (ISVI) means:

(i) Department of Homeland Security information technology (IT) systems data revealing infrastructure used for servers, desktops, and networks; applications name, version, and release; switching, router, and gateway information; interconnections and access methods; and mission or business use/need. Examples of ISVI are systems inventories and enterprise architecture models. Information pertaining to national security systems and eligible for classification under Executive Order 13526 will be classified as appropriate; and/or

(ii) Information regarding developing or current technology, the release of which could hinder the objectives of the Department, compromise a technological advantage or countermeasure, cause a denial of service, or provide an adversary with sufficient information to clone, counterfeit, or circumvent a process or system;

(8) Operations Security Information means Department of Homeland Security information that could be collected, analyzed, and exploited by a foreign adversary to identify intentions, capabilities, operations, and vulnerabilities that threaten operational security for the missions of the Department;

(9) Personnel Security Information means information that could result in physical risk to Department of Homeland Security personnel or other individuals whom the Department is responsible for protecting;

(10) Physical Security Information means reviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities related to the protection of Federal buildings, grounds, or property. For example, threat assessments, system security plans, contingency plans, risk management plans, business impact analysis studies, and certification and accreditation documentation;

(11) Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(i) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(ii) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(A) Truncated SSN (such as last 4 digits);
(B) Date of birth (month, day, and year);
(C) Citizenship or immigration status;

(D) Ethnic or religious affiliation;
(E) Sexual orientation;
(F) Criminal history;
(G) Medical information; and
(H) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(iii) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

Federal information means information created, collected, processed, maintained, disseminated, disclosed, or disposed of by or for the Federal Government, in any medium or form.
Federal information system means an information system used or operated by an agency or by a Contractor of an agency or by another organization on behalf of an agency.

Handling means any use of controlled unclassified information, including but not limited to marking, safeguarding, transporting, disseminating, re-using, storing, capturing, and disposing of the information.

Incident means an occurrence that—

(1) Actually or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or

(2) Constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.

Information Resources means information and related resources, such as personnel, equipment, funds, and information technology.

Information Security means protecting information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide—

(1) Integrity, which means guarding against improper information modification or destruction, and includes ensuring information nonrepudiation and authenticity;

(2) Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and

(3) Availability, which means ensuring timely and reliable access to and use of

information.

Information System means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

(b) Handling of Controlled Unclassified Information.

(1) Contractors and subcontractors must provide adequate security to protect CUI from unauthorized access and disclosure. Adequate security includes compliance with DHS policies and procedures in effect at the time of contract award. These policies and procedures are accessible at https://www.dhs.gov/dhs-security-and-training-requirements-contractors.

(2) The Contractor shall not use or redistribute any CUI handled, collected, processed, stored, or transmitted by the Contractor except as specified in the contract.

(3) The Contractor shall not maintain SPII in its invoicing, billing, and other recordkeeping systems maintained to support financial or other administrative functions. It is acceptable to maintain in these systems the names, titles, and contact information for the Contracting Officer's Representative (COR) or other government personnel associated with the administration of the contract, as needed.

(4) Any government data provided, developed, or obtained under the contract, or otherwise under the control of the Contractor, shall not become part of the bankruptcy estate in the event a Contractor and/or subcontractor enters bankruptcy proceedings.

(c) Incident Reporting Requirements.

(1) Contractors and subcontractors shall report all known or suspected incidents to the Component Security Operations Center (SOC) in accordance with Attachment F, Incident Response, to DHS Policy Directive 4300A Information Technology System Security Program, Sensitive Systems. If the Component SOC is not available, the Contractor shall report to the DHS Enterprise SOC. Contact information for the DHS Enterprise SOC is accessible at https://www.dhs.gov/dhs-security-and-training-requirements-contractors. Subcontractors are required to notify the prime Contractor that it has reported a known or suspected incident to the Department. Lower tier subcontractors are required to likewise notify their higher tier subcontractor, until the prime contractor is reached. The Contractor shall also notify the Contracting Officer and COR using the contact information identified in the contract. If the report is made by phone, or the email address for the Contracting Officer or COR is not immediately available, the Contractor shall contact the Contracting Officer and COR immediately after reporting to the Component or DHS Enterprise SOC.

(2) All known or suspected incidents involving PII or SPII shall be reported within 1 hour of discovery. All other incidents shall be reported within 8 hours of discovery.

(3) CUI transmitted via email shall be protected by encryption or transmitted within secure communications systems. CUI shall be transmitted using a FIPS 140-2/140-3 Security Requirements for Cryptographic Modules validated cryptographic module identified on https://csrc.nist.gov/projects/cryptographic-module-validation-program/validated-modules. When this is impractical or unavailable, for Federal information systems only, CUI may be transmitted over regular email channels. When using regular email channels, Contractors and subcontractors shall not include any CUI in the subject or body of any email. The CUI shall be included as a password-protected attachment with the password provided under separate cover, including as a separate email. Recipients of CUI information will comply with any email restrictions imposed by the originator.

(4) An incident shall not, by itself, be interpreted as evidence that the Contractor or Subcontractor has failed to provide adequate information security safeguards for CUI or has otherwise failed to meet the requirements of the contract.

(5) If an incident involves PII or SPII, in addition to the incident reporting guidelines in Attachment F, Incident Response, to DHS Policy Directive 4300A Information Technology System Security Program, Sensitive Systems, Contractors shall also provide as many of the following data elements that are available at the time the incident is reported, with any remaining data elements provided within 24 hours of submission of the initial incident report:

(i) Unique Entity Identifier (UEI);
(ii) Contract numbers affected unless all contracts by the company are affected;
(iii) Facility CAGE code if the location of the event is different than the prime Contractor location;
(iv) Point of contact (POC) if different than the POC recorded in the System for Award Management (address, position, telephone, and email);
(v) Contracting Officer POC (address, telephone, and email);
(vi) Contract clearance level;
(vii) Name of subcontractor and CAGE code if this was an incident on a subcontractor network;
(viii) Government programs, platforms, or systems involved;
(ix) Location(s) of incident;
(x) Date and time the incident was discovered;
(xi) Server names where CUI resided at the time of the incident, both at the Contractor and subcontractor level;
(xii) Description of the government PII or SPII contained within the system; and
(xiii) Any additional information relevant to the incident.

(d) Incident Response Requirements.

(1) All determinations by the Department related to incidents, including response activities, will be made in writing by the Contracting Officer.

(2) The Contractor shall provide full access and cooperation for all activities determined

by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of incidents.

(3) Incident response activities determined to be required by the Government may include, but are not limited to, the following:

(i) Inspections;
(ii) Investigations;
(iii) Forensic reviews;
(iv) Data analyses and processing; and
(v) Revocation of the Authority to Operate (ATO), if applicable.

(4) The Contractor shall immediately preserve and protect images of known affected information systems and all available monitoring/packet capture data. The monitoring/packet capture data shall be retained for at least 180 days from submission of the incident report to allow DHS to request the media or decline interest.

(5) The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in incident response activities.

(e) Certificate of Sanitization of Government and Government-Activity-Related Files and Information. Upon the conclusion of the contract by expiration, termination, cancellation, or as otherwise indicated in the contract, the Contractor shall return all CUI to DHS and/or destroy it physically and/or logically as identified in the contract unless the contract states that return and/or destruction of CUI is not required. Destruction shall conform to the guidelines for media sanitization contained in NIST SP 800–88, Guidelines for Media Sanitization. The Contractor shall certify and confirm the sanitization of all government and government-activity related files and information. The Contractor shall submit the certification to the COR and Contracting Officer following the template provided in NIST SP 800–88, Guidelines for Media Sanitization, Appendix G.

(f) Other Reporting Requirements. Incident reporting required by this clause in no way rescinds the Contractor's responsibility for other incident reporting pertaining to its unclassified information systems under other clauses that may apply to its contract(s), or as a result of other applicable statutory or regulatory requirements, or other U.S. Government requirements.

(g) Subcontracts. The Contractor shall insert this clause in all subcontracts and require subcontractors to include this clause in all lower tier subcontracts when subcontractor employees will have access to CUI; CUI will be collected or maintained on behalf of the agency by a subcontractor; or a subcontractor information system(s) will be used to process, store, or transmit CUI.
(End of clause)

ALTERNATE I (JULY 2023)

When Federal information systems, which include Contractor information systems operated on behalf of the agency, are used to collect, process, store, or transmit CUI, add the following paragraphs:

(h) Authority to Operate. The Contractor shall not collect, process, store, or transmit CUI within a Federal information system until an ATO has been granted by the Component or Headquarters CIO, or designee. Once the ATO has been granted by the Government, the Contracting Officer shall incorporate the ATO into the contract as a compliance document. Unless otherwise specified in the ATO letter, the ATO is valid for 3 years. An ATO is granted at the sole discretion of the Government and can be revoked at any time. Contractor receipt of an ATO does not create any contractual right of access or entitlement. The Government's grant of an ATO does not alleviate the Contractor's responsibility to ensure the information system controls are implemented and operating effectively.

(1) Complete the Security Authorization process. The Security Authorization (SA) process shall proceed according to DHS Policy Directive 4300A Information Technology System Security Program, Sensitive Systems (Version 13.3, February 13, 2023), or any successor publication; and the Security Authorization Process Guide, including templates. These policies and templates are accessible at https://www.dhs.gov/dhs-security-and-training-requirements-contractors.

(i) Security Authorization Package. The SA package shall be developed using the government-provided Security Requirements Traceability Matrix and SA templates. The SA package consists of the following: Security Plan, Contingency Plan, Contingency Plan Test Results, Configuration Management Plan, Security Assessment Plan, Security Assessment Report, and Authorization to Operate Letter. Additional documents that may be required include a Plan(s) of Action and Milestones and Interconnection Security Agreement(s). The Contractor shall submit a signed copy of the SA package, validated by an independent third party, to the COR for review and approval by the Component or Headquarters CIO, or designee, at least 30 days prior to the date of operation of the information system. The Government is the final authority on the compliance of the SA package and may limit the number of resubmissions of modified documents.

(ii) Independent Assessment. Contractors shall have an independent third party validate the security and privacy controls in place for the information system(s). The independent third party shall review and analyze the SA package, and report on technical, operational, and management level deficiencies as outlined in NIST SP 800–53, Security and Privacy Controls for Information Systems and Organizations, or successor publication, accessible at https://csrc.nist.gov/publications/sp. The Contractor shall address all deficiencies before submitting the SA package to the COR for review.

(2) Renewal of ATO. Unless otherwise specified in the ATO letter, the Contractor shall renew the ATO every 3 years. The Contractor is required to update its SA package as part of the ATO renewal process for review and verification of security controls. Review and

verification of security controls is independent of the system production date and may include onsite visits that involve physical or logical inspection of the Contractor environment to ensure controls are in place. The updated SA package shall be submitted for review and approval by the Component or Headquarters CIO, or designee, at least 90 days before the ATO expiration date. The Contractor shall update its SA package by one of the following methods:

(i) Updating the SA package in the DHS Information Assurance Compliance System; or

(ii) Submitting the updated SA package directly to the COR.

(3) Security Review. The Government may elect to conduct periodic reviews to ensure that the security requirements contained in the contract are being implemented and enforced. The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in security review activities. The Contractor shall afford DHS, the Office of the Inspector General, other government organizations, and Contractors working in support of the Government access to the Contractor's facilities, installations, operations, documentation, databases, networks, systems, and personnel used in the performance of this contract. The Contractor shall, through the Contracting Officer and COR, contact the Component or Headquarters CIO, or designee, to coordinate and participate in review and inspection activity by government organizations external to DHS. Access shall be provided, to the extent necessary as determined by the Government (including providing all requested images), for the Government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of government data or the function of computer systems used in performance of this contract and to preserve evidence of computer crime.

(4) Federal Reporting and Continuous Monitoring Requirements. Contractors operating information systems on behalf of the Government shall comply with Federal reporting and information system continuous monitoring requirements. Reporting requirements are determined by the Government and are defined in the Fiscal Year 2015 DHS Information Security Performance Plan, or successor publication, accessible at https://www.dhs.gov/dhs-security-and-training-requirements-contractors. The plan is updated on an annual basis. Annual, quarterly, and monthly data collection will be coordinated by the Government. The Contractor shall provide the Government with all information to fully satisfy Federal reporting requirements for information systems. The Contractor shall provide the COR with requested information within 3 business days of receipt of the request. Unless otherwise specified in the contract, monthly continuous monitoring data shall be stored at the Contractor's location for a period not less than 1 year from the date the data are created. The Government may elect to perform information system continuous monitoring and IT security scanning of information systems from government tools and infrastructure.

(End of clause)

**3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents (July 2023)**

(a) *Definitions.* Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(1) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(2) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(i) Truncated SSN (such as last 4 digits);
(ii) Date of birth (month, day, and year);
(iii) Citizenship or immigration status;
(iv) Ethnic or religious affiliation;
(v) Sexual orientation;
(vi) Criminal history;
(vii) Medical information; and
(viii) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(3) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

(b) *PII and SPII Notification Requirements.*

(1) No later than 5 business days after being directed by the Contracting Officer, or as

otherwise required by applicable law, the Contractor shall notify any individual whose PII or SPII was either under the control of the Contractor or resided in an information system under control of the Contractor at the time the incident occurred. The method and content of any notification by the Contractor shall be coordinated with, and subject to prior written approval by, the Contracting Officer. The Contractor shall not proceed with notification unless directed in writing by the Contracting Officer.

(2) All determinations by the Department related to notifications to affected individuals and/or Federal agencies and related services (e.g., credit monitoring) will be made in writing by the Contracting Officer.

(3) Subject to government analysis of the incident and direction to the Contractor regarding any resulting notification, the notification method may consist of letters to affected individuals sent by first-class mail, electronic means, or general public notice, as approved by the Government. Notification may require the Contractor's use of address verification and/or address location services. At a minimum, the notification shall include:

(i) A brief description of the incident;
(ii) A description of the types of PII or SPII involved;
(iii) A statement as to whether the PII or SPII was encrypted or protected by other means;
(iv) Steps individuals may take to protect themselves;
(v) What the Contractor and/or the Government are doing to investigate the incident, mitigate the incident, and protect against any future incidents; and
(vi) Information identifying who individuals may contact for additional information.

(c) *Credit Monitoring Requirements.* The Contracting Officer may direct the Contractor to:

(1) Provide notification to affected individuals as described in paragraph (b).

(2) Provide credit monitoring services to individuals whose PII or SPII was under the control of the Contractor or resided in the information system at the time of the incident for a period beginning the date of the incident and extending not less than 18 months from the date the individual is notified. Credit monitoring services shall be provided from a company with which the Contractor has no affiliation. At a minimum, credit monitoring services shall include:

(i) Triple credit bureau monitoring;
(ii) Daily customer service;
(iii) Alerts provided to the individual for changes and fraud; and
(iv) Assistance to the individual with enrollment in the services and the use of fraud alerts.

(3) Establish a dedicated call center. Call center services shall include:

(i) A dedicated telephone number to contact customer service within a fixed period;
(ii) Information necessary for registrants/enrollees to access credit reports and credit scores;
(iii) Weekly reports on call center volume, issue escalation (i.e., those calls that cannot be handled by call center staff and must be resolved by call center management or DHS, as appropriate), and other key metrics;
(iv) Escalation of calls that cannot be handled by call center staff to call center management or DHS, as appropriate;
(v) Customized Frequently Asked Questions, approved in writing by the Contracting Officer in coordination with the Component or Headquarters Privacy Officer; and
(vi) Information for registrants to contact customer service representatives and fraud resolution representatives for credit monitoring assistance.

(End of clause)

**3052.209-70 Prohibition on Contracts with Corporate Expatriates (Jun 2006)**

(a) Prohibitions.
Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this clause, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.
(b) Definitions. As used in this clause:
Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.
Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.
Inverted Domestic Corporation means a foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—
(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;
(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—
(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic

corporation; or
(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and
(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.
Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and
(5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.
(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.
(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:
(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or
(ii) Stock of such entity which is sold in a public offering related to an acquisition described in section 835(b)(1) of the Homeland Security Act, 6 U.S.C. 395(b)(1).
(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.
(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.
(d) Special rule for related partnerships. For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.
(e) Treatment of Certain Rights.
(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:
(i) warrants;
(ii) options;
(iii) contracts to acquire stock;
(iv) convertible debt instruments; and
(v) other similar interests.
(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.
(f) Disclosure. The Offeror under this solicitation represents that [Check one]:
it is not a foreign incorporated entity that should be treated as an inverted domestic

corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003;

it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it has submitted a request for waiver pursuant to 3009.108-7004, which has not been denied; or

it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.108-7003, but it plans to submit a request for waiver pursuant to 3009.108-7004.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

(End of Clause)

**3052.215-70 Key personnel or facilities (Dec 2003)**

(a) The personnel or facilities specified below are considered essential to the work being performed under this contract and may, with the consent of the contracting parties, be changed from time to time during the course of the contract by adding or deleting personnel or facilities, as appropriate. (b) Before removing or replacing any of the specified individuals or facilities, the Contractor shall notify the Contracting Officer, in writing, before the change becomes effective. The Contractor shall submit sufficient information to support the proposed action and to enable the Contracting Officer to evaluate the potential impact of the change on this contract. The Contractor shall not remove or replace personnel or facilities until the Contracting Officer approves the change.

The Key Personnel or Facilities under this Contract:

a) Warden/Facility Director
b) Assistant Warden/Assistant Facility Director
c) Health Services Administrator
d) Clinical Director
e) Nurse Manager

(End of clause)

**52.240-90 Security Prohibitions and Exclusions Representations and Certifications. (DEVIATION 20-05) (NOV 2025)**

(a) *Definitions.* As used in this provision-—
*Backhaul, covered article, covered telecommunications equipment or services, critical technology, FASCSA order, Intelligence community, interconnection arrangements, national security system, roaming, sensitive compartmented information, sensitive*

*compartmented information system, source, and substantial or essential component* have the meanings provided in the clause 52.240-91, Security Prohibitions and Exclusions.
*Business operations* means engaging in commerce in any form, including by acquiring, developing, maintaining, owning, selling, possessing, leasing, or operating equipment, facilities, personnel, products, services, personal property, real property, or any other apparatus of business or commerce.
*Marginalized populations of Sudan* means—

(1) Adversely affected groups in regions authorized to receive assistance under section 8(c) of the Darfur Peace and Accountability Act (Pub. L. 109-344) (50 U.S.C. 1701 note); and

(2) Marginalized areas in Northern Sudan described in section 4(9) of such Act.
*Restricted business operations* means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate—

(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;

(2) Are conducted under specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;

(4) Consist of providing goods or services to an internationally recognized peacekeeping force or

(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended.
*Sensitive technology*—

(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically—

(i) To restrict the free flow of unbiased information in Iran; or

(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and

(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3) of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

(b) *Procedures*.

(1) *Covered telecommunications and video surveillance*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) at https://www.sam.gov for entities excluded from receiving federal awards for "covered telecommunications equipment or services."

(2) *FASCSA Orders*.

(i) The Offeror shall search in SAM for the phrase "FASCSA order" for any covered article, or any products or services produced or provided by a source, if there is an applicable FASCSA order described in paragraph (e) of FAR 52.240-91, Security Prohibitions and Exclusions.

(ii) The Offeror shall review the solicitation for any FASCSA orders that are not in SAM but are effective and apply to the solicitation and resultant contract (see FAR 40.204-1(c)(2)).

(iii) FASCSA orders issued after the date of solicitation do not apply unless added by an amendment to the solicitation.
(c) *Covered telecommunications equipment or services representations*. By submission of its offer, the Offeror represents that, after conducting a reasonable inquiry (that looks at any information in the Offeror's possession but does not need to include an internal or third-party audit)—

(1) It will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument Attachment 1 FAR Class Deviation
resulting from this solicitation, except as waived by the solicitation, or as disclosed in paragraph (g); and
(2) It does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services, except as waived by the solicitation, or as disclosed in paragraph (g).

(d) *FASCSA Representation*. By submission of this offer, the offeror represents that it has conducted a reasonable inquiry, and that the offeror does not propose to provide or use in response to this solicitation any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order in effect on the date the solicitation was issued, except as waived by the solicitation, or as disclosed in paragraph (g). A reasonable inquiry will look at any information in the offeror's possession but does not need to include an internal or third-party audit.

(e) *Sudan certification*. By submission of its offer, the offeror certifies, after conducting a reasonable inquiry (that looks at any information in the offeror's possession but does not need to include an internal or third-party audit), that the offeror does not conduct any restricted business operations in Sudan.

(f) *Iran Representation and Certifications*.

(1) Except as provided in paragraph (f)(2) of this provision or if a waiver has been granted in accordance with FAR 40.203-3, the offeror, after conducting a reasonable inquiry (that looks at any information in the offeror's possession but does not need to include an internal or third-party audit), by submission of its offer—

(i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;

(ii) Certifies that the offeror, or any person (as defined at section 15 of the Iran Sanctions Act of 1996, Pub. L. 104-172, 50 U.S.C. 1701 note) owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Act. These sanctioned activities are in the areas of development of the petroleum resources of Iran, production of refined petroleum products in Iran, sale and provision of refined petroleum products to Iran, and contributing to Iran's ability to acquire or develop certain weapons or technologies; and

(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds $10,000 with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (see OFAC's Specially
Designated Nationals and Blocked Persons List at

(2) Exception for trade agreements. The representation and certification requirements of paragraph (f)(1) of this provision do not apply if—

(i) This solicitation includes a trade agreements notice or certification (e.g., 52.225- 6, Trade Agreements Certificate); and

(ii) The offeror has certified that all the offered products to be supplied are designated country end products or designated country construction material.

(iii) The offeror shall email questions concerning sensitive technology to the Department of State at CISADA106@state.gov.

(g) *Disclosure*.

(1) If the Offeror is not able to represent compliance with the prohibitions in paragraphs (c) or (d), then the Offeror shall disclose to the contracting office identified in paragraph (g)(2) the following information for each product or service not compliant:

(i) Contract number and order number, if applicable;

(ii) Identification of whether this disclosure relates to paragraph (c) on covered telecommunication equipment or services, or to paragraph (d) on FASCSA orders;

(iii) A description of the products or services that the Contractor identifies or has reason to suspect is prohibited (include brand; model number, such as the original equipment manufacturer (OEM) number, manufacturer part number, or wholesaler number; and item description, as applicable);

(iv) The entity that produced the product or service (include entity name, unique entity identifier, Contractor and Government Entity (CAGE) code, facilities responsible for design, fabrication, assembly, packaging, and test of the product, and whether the entity was the OEM or a distributor (provide manufacturer codes and distributor codes used for the product));

(v) Description of the functionality of the product or service and how that functionality impacts the risk to the product or service;

(vi) An explanation of any factors relevant to determining if the product or service should be permitted by an applicable exception, exemption, or waiver (if the offeror would like the Government to consider a waiver);

(vii) Whether alternative products or services are available that would be compliant with the prohibition;
https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx

(viii) If the product or service is related to item maintenance, include the following information on the item being maintained:

(A) Brand;

(B) Model number, OEM number, manufacturer part number, or wholesaler number; and

(C) Item description, as applicable.

(ix) Any readily available information about mitigation actions undertaken or recommended.

(2) If a disclosure is required to be submitted to a contracting office, the offeror shall submit the
disclosure as follows:

(i) In the event the Contractor identifies covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report, in writing, via email, to the Contracting Officer, Contracting Officer's Representative, and the Enterprise Security Operations Center (SOC) at NDAA_Incidents@hq.dhs.gov, with required information in the body of the email. In the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Enterprise SOC, Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) and Contracting Officer's Representative(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(ii) For all other contracting offices, the Offeror shall submit the disclosure to the Contracting Officer.

(3) If the disclosure provided does not contain any of the information required by paragraph (1), and the Offeror later discovers new information that is required by paragraph (1), then the Offeror shall submit a subsequent disclosure within 72 hours of discovering the new information.

(h) *Executive agency review of disclosures*. The Contracting Officer will review disclosures provided in paragraph (g) to determine if any applicable waiver may be sought. The Contracting Officer may choose not to pursue a waiver and may instead make an award to an Offeror that does not require a waiver.

(End of provision)

**52.240-91 Security Prohibitions and Exclusions. (DEVIATION 20-05) (NOV 2025)**

(a) *Definitions.* As used in this clause—

*American Security Drone Act-covered foreign entity* means an entity included on a list that the Federal Acquisition Security Council (FASC) develops and maintains and publishes in the System for Award Management (SAM) at https://www.sam.gov (section 1822 of Pub. L. 118-31, 41 U.S.C. 3901 note prec.).

*Backhaul* means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (e.g., connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (e.g., fiber optic, coaxial cable, Ethernet).

*Covered application* means the social networking service TikTok or any successor application or service developed or provided by ByteDance Limited or an entity owned by ByteDance Limited.

*Covered article*, as defined in 41 U.S.C. 4713(k), means:
(1) Information technology, as defined in 40 U.S.C. 11101, including cloud computing services of all types;
(2) Telecommunications equipment or telecommunications service, as those terms are defined in section 3 of the Communications Act of 1934 (47 U.S.C. 153);
(3) The processing of information on a Federal or non-Federal information system, subject to the requirements of the Controlled Unclassified Information program (see 32 CFR part 2002); or
(4) Hardware, systems, devices, software, or services that include embedded or incidental information technology.

*Covered foreign country* means The People's Republic of China.

*Covered telecommunications equipment or services* means—
(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);
(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);
(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or
(4) Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

*Critical technology* means—
(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;
(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled—
(i) Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or
(ii) For reasons relating to regional stability or surreptitious listening;
(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);
(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or
(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

*FASC-prohibited unmanned aircraft system* means an unmanned aircraft system manufactured or assembled by an American Security Drone Act—covered foreign entity.

*FASCSA order* means any of the following orders issued under the Federal Acquisition Supply Chain Security Act (FASCSA) requiring removing covered articles from executive agency information systems or excluding one or more named sources or named covered articles from executive agency procurement actions, as described in 41 CFR 201-1.303(d) and (e):
(1) The Secretary of Homeland Security may issue FASCSA orders that apply to civilian agencies, to the extent not covered by paragraph (2) or (3) of this definition. This type of FASCSA order may be referred to as a Department of Homeland Security (DHS) FASCSA order.
(2) The Secretary of Defense may issue FASCSA orders that apply to the Department of Defense (DoD) and national security systems other than sensitive compartmented information systems. This type of FASCSA order may be referred to as a DoD FASCSA order.
(3) The Director of National Intelligence (DNI) may issue FASCSA orders that apply to the intelligence community and sensitive compartmented information systems, to the extent not covered by paragraph (2) of this definition. This type of FASCSA order may be referred to as a DNI FASCSA order.

*Information technology*, as defined in 40 U.S.C. 11101(6)—
(1) Means any equipment or interconnected system or subsystem of equipment, used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the executive agency, if the equipment is used by the executive agency directly or is used by a contractor under a contract with the executive agency that requires the use—
(i) Of that equipment; or
(ii) Of that equipment to a significant extent in the performance of a service or the furnishing of a product;
(2) Includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including support services), and related resources; but
(3) Does not include any equipment acquired by a Federal contractor incidental to a Federal contract.

*Intelligence community*, as defined by 50 U.S.C. 3003(4), means the following—
(1) The Office of the Director of National Intelligence;

(2) The Central Intelligence Agency;
(3) The National Security Agency;
(4) The Defense Intelligence Agency;
(5) The National Geospatial-Intelligence Agency;
(6) The National Reconnaissance Office;
(7) Other offices within the Department of Defense for the collection of specialized national intelligence through reconnaissance programs;
(8) The intelligence elements of the Army, the Navy, the Air Force, the Marine Corps, the Coast Guard, the Federal Bureau of Investigation, the Drug Enforcement Administration, and the Department of Energy;
(9) The Bureau of Intelligence and Research of the Department of State;
(10) The Office of Intelligence and Analysis of the Department of the Treasury;
(11) The Office of Intelligence and Analysis of the Department of Homeland Security; or
(12) Such other elements of any department or agency as may be designated by the President, or designated jointly by the Director of National Intelligence and the head of the department or agency concerned, as an element of the intelligence community.

*Interconnection arrangements* means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (e.g., connecting a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

*Kaspersky Lab-covered article* means any hardware, software, or service that—
(1) Is developed or provided by a Kaspersky Lab-covered entity;
(2) Includes any hardware, software, or service developed or provided in whole or in part by a Kaspersky Lab-covered entity; or
(3) Contains components using any hardware or software developed in whole or in part by a Kaspersky Lab-covered entity.
*Kaspersky Lab-covered entity* means—
Attachment 1 FAR Class Deviation 2020-05, Revision 4
FAR Deviation 20-05, Rev 4 Page 10 of 17
(1) Kaspersky Lab;
(2) Any successor entity to Kaspersky Lab, including any change in name, e.g., "Kaspersky";
(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or
(4) Any entity of which Kaspersky Lab has a majority ownership.

*National security system*, as defined in 44 U.S.C. 3552, means any information system (including any telecommunications system) used or operated by an agency or by a contractor of an agency, or other organization on behalf of an agency—
(1) The function, operation, or use of which involves intelligence activities; involves cryptologic activities related to national security; involves command and control of military forces; involves equipment that is an integral part of a weapon or weapons system; or is critical to the direct fulfillment of military or intelligence missions, but does not include a system that is to be used for routine administrative and business

applications (including payroll, finance, logistics, and personnel management applications); or
(2) Is protected at all times by procedures established for information that have been specifically authorized under criteria established by an Executive order or an Act of Congress to be kept classified in the interest of national defense or foreign policy.

*Roaming* means cellular communications services (e.g., voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

*Sensitive compartmented information* means classified information concerning or derived from intelligence sources, methods, or analytical processes, which is required to be handled within formal access control systems established by the Director of National Intelligence.

*Sensitive compartmented information system* means a national security system authorized to process or store sensitive compartmented information.

*Source* means a non-Federal supplier, or potential supplier, of products or services, at any tier.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned directly by a parent corporation or through another subsidiary of a parent corporation.

*Substantial or essential component* means any component necessary for the proper function or performance of a piece of equipment, system, or service.

*Unmanned aircraft* means an aircraft that is operated without the possibility of direct human intervention from within or on the aircraft (49 U.S.C. 44801(11)).
Attachment 1 FAR Class Deviation 2020-05, Revision 4
FAR Deviation 20-05, Rev 4 Page 11 of 17

*Unmanned aircraft system* means an unmanned aircraft and associated elements (including communication links and the components that control the unmanned aircraft) that are required for the operator to operate safely and efficiently in the national airspace system (49 U.S.C. 44801(12)).

(b) *Prohibitions on providing or using specific products or services in performance of contract*. Unless a waiver or exception applies, the Contractor is prohibited from providing any products or services to the Government or using in the performance of the contract any of the following:

(1) A covered application on any information technology owned or managed by the Government, or on any information technology used or provided by the Contractor under this contract, including equipment provided by the Contractor's employees (section 102 of Division R of the Consolidated Appropriations Act, 2023 (Pub. L. 117-328));

(2) A Kaspersky Lab-covered article (Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91));

(3) Covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system (paragraphs (a)(1)(A) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)). This does not prohibit contractors from providing—

(i) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or
(ii) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) Prohibition on unmanned aircraft systems manufactured or assembled by American Security Drone Act—covered foreign entities.

(1) Prohibition. The Contractor is prohibited from—

(i) Delivering any FASC-prohibited unmanned aircraft system, which includes unmanned aircraft (i.e., drones) and associated elements (sections 1823 and 1826 of American Security Drone Act of 2023, within the National Defense Authorization Act for Fiscal Year 2024, Pub. L. 118-31, Div. A, Title XVIII, Subtitle B, 41 U.S.C. 3901 note prec.);

(ii) On or after December 22, 2025, operating a FASC-prohibited unmanned aircraft system in the performance of the contract (section 1824 of Pub. L. 118-31); and
Attachment 1 FAR Class Deviation 2020-05, Revision 4
FAR Deviation 20-05, Rev 4 Page 12 of 17

(iii) On or after December 22, 2025, using Federal funds to procure or operate a FASC-prohibited unmanned aircraft system (section 1825 of Pub. L. 118-31).

(2) *Procedures*. The Contractor shall search SAM for the FASC-maintained list of American Security Drone Act—covered foreign entities before proposing, or using in performance of the contract, any unmanned aircraft system. Also, the Contractor shall ensure any effort or expenditure associated with a FASC-prohibited unmanned aircraft system is consistent with a corresponding exemption, exception, or waiver determination expressly stated in the contract.

(3) *Exemptions, exceptions, and waivers*. The prohibitions in paragraph (c) of this clause do not apply where the agency has determined an exemption, exception, or waiver applies, and the contract indicates that such a determination has been made. See sections 1823 through 1825 and 1832 of Public Law 118-31 for statutory requirements pertaining to exemptions, exceptions, and waivers.

(d) *Prohibition on using or providing specific products or services or conducting certain transactions regardless of connection to contract.*

(1) *Certain telecommunications and video surveillance equipment, systems, or services.*
(i) Unless an applicable waiver has been issued by the Government, the Contractor cannot use any equipment, systems, or services that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system (paragraph (a)(1)(B) of section 889 of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232)).

(ii) This prohibition applies to using covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. This does not prohibit the contractor from using—

(A) A service that connects to the facilities of a third party, such as backhaul, roaming, or interconnection arrangements; or

(B) Telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) *Office of Foreign Assets Control Restrictions*.

(i) Except as authorized by the Office of Foreign Assets Control (OFAC) in the Department of the Treasury, the Contractor shall not acquire, for use in the performance of this contract, any supplies or services if any proclamation, Executive order, or statute administered by OFAC, or if OFAC's implementing regulations at 31 CFR chapter V, would prohibit such a transaction by a person subject to the jurisdiction of the United States.

(ii) Except as authorized by OFAC, most transactions involving Cuba, Iran, and Sudan are prohibited, as are most imports from Burma or North Korea, into the United States or its outlying areas.

(A) For lists of entities and individuals subject to economic sanctions, see OFAC's List of Specially Designated Nationals and Blocked Persons at https://home.treasury.gov/policy-issues/financial-sanctions/specially-designated-nationals-and-blocked-persons-list-sdn-human-readable-lists.

(B) For more information about these restrictions, as well as updates, see OFAC's regulations at 31 CFR chapter V and at https://home.treasury.gov/policy-issues/office-of-foreign-assets-control-sanctions-programs-and-information.

(C) To conduct electronic screens of potential parties to regulated transactions, see the consolidated screening list at https://www.trade.gov/consolidated-screening-list, which consolidates multiple export screening lists of the Departments of Commerce, State, and

the Treasury.

(3) *Sudan prohibition*. The Contractor is prohibited from conducting any restricted business operations in Sudan in accordance with Accountability and Divestment Act of 2007 (Pub. L. 110-174).

(4) *Iran prohibitions*.

(i) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, the contractor shall not engage in certain activities or transactions relating to Iran (section 6(b)(1)(A) of Iran Sanctions Act (50 U.S.C. 1701 note).

(ii) Unless an exception applies according to paragraph (d)(4)(iii) or the Government grants a waiver, contractor shall not export certain sensitive technology to Iran, as determined by the President, and has an active exclusion in SAM (22 U.S.C. 8515).

(iii) The prohibition in paragraphs (d)(4)(i) and (d)(4)(ii) do not apply if the acquisition is subject to trade agreements and the offeror certifies that all the offered products are designated country end products or designated country construction material (see part 25).

(iv) Unless an exception applies or the Government grants a waiver, contractors are prohibited from knowingly engaging in any significant transaction (i.e., over $10,000) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked according to the International Emergency Economic Powers Act (section 6(b)(1)(B) of Iran Sanctions Act (50 U.S.C. 1701 note)).

(e) *Governmentwide exclusion and removal orders*.

(1) Unless the Government has issued an applicable waiver, contractors shall not provide or use as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by an applicable FASCSA order as follows:

(i) For solicitations and contracts awarded by a Department of Defense contracting office, DoD FASCSA orders apply.

(ii) For all other solicitations and contracts, DHS FASCSA orders apply.

(2) The Contractor shall search for the phrase "FASCSA order" in the System for Award Management (SAM) at https://www.sam.gov to locate applicable FASCSA orders.

(3) The Government may identify in the solicitation other FASCSA orders that are not in SAM, which are effective and apply to the solicitation and resulting contract.

(4) A FASCSA order issued after the date of solicitation applies to this contract only if added by an amendment to the solicitation or modification to the contract (see FAR 40.204-1(c)).

(f) *Reasonable inquiry*. The contractor shall conduct a reasonable inquiry to determine if there are any prohibited products or services. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(g) *Removal of prohibited products and services*. For Federal Supply Schedules, Governmentwide acquisition contracts, multi-agency contracts or any other procurement instrument intended for use by multiple agencies, upon notification from the Contracting Officer, during the performance of the contract, the Contractor shall promptly make any necessary changes or modifications to remove any product or service produced or provided by a source that this clause prohibits.

(h) *General report*.

(1) If the Contractor identifies or is notified by any source, (including a subcontractor at any tier), that any product or service provided or used (or to be provided or used) during contract performance does not comply with any prohibition in this clause, then the Contractor shall report the following information, or as much information is known, in writing to the contracting office as identified in paragraph (h)(2) within 72 hours:
(i) Contract number and order number, if applicable;

(ii) The specific prohibition the product or service is not complying with;

(iii) A description of the products or services that the Contractor identifies or has reason to suspect is prohibited (include brand; model number, such as the original equipment manufacturer (OEM) number, manufacturer part number, or wholesaler number; and item description, as applicable);

(iv) The entity that produced the product or service (include entity name, unique entity identifier, Contractor and Government Entity (CAGE) code, facilities responsible for design, fabrication, assembly, packaging, and test of the product, and whether the entity was the OEM or a distributor (provide manufacturer codes and distributor codes used for the product));

(v) Description of the functionality of the product or service and how that functionality impacts the risk to the product or service;

(vi) An explanation of any factors relevant to determining if the product or service should be permitted by an applicable exception, exemption, or waiver (if the contractor would like the Government to consider a waiver, and asks for such a waiver);

(vii) Whether alternative products or services are available that would comply with the prohibition;

(viii) If the product or service is related to item maintenance, include the following information on the item being maintained:

(A) Brand;

(B) Model number, OEM number, manufacturer part number, or wholesaler number; and

(C) Item description, as applicable.

(ix) Any readily available information about mitigation actions implemented or recommended.

(2) If a report must be submitted to a contracting office, the Contractor shall submit the report as follows:

(i) In the event the Contractor identifies covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report, in writing, via email, to the Contracting Officer, Contracting Officer's Representative, and the Enterprise Security Operations Center (SOC) at NDAA_Incidents@hq.dhs.gov, with required information in the body of the email. In the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Enterprise SOC, Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) and Contracting Officer's Representative(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(ii) For all other contracting offices, the Contractor shall report to the Contracting Officer.

(iii) For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order.

(3) If the report provided does not contain any of the information required by paragraph (h)(1) of this clause, and the contractor later discovers new information that is required by paragraph (h)(1) of this clause, then the contractor shall submit a subsequent report within 72 hours of discovering the new information.

(4) The contractor shall also report the information in paragraph (h)(1) if the contractor wishes to ask for a waiver of the requirements of a new FASCSA order being applied through modification.

(i) *New FASCSA orders report*.

(1) During contract performance, the Contractor shall review SAM at least once every three months, or as advised by the Contracting Officer, to check for covered articles subject to FASCSA order(s), or for products or services produced by a source subject to FASCSA order(s) not currently identified under paragraph (e) of this clause.

(2) If the Contractor identifies a new FASCSA order(s) that could impact their supply chain, then the Contractor shall conduct a reasonable inquiry to identify whether a covered article or product or service produced or provided by a source subject to the FASCSA order(s) was provided to the Government or used during contract performance. The inquiry will look at any information in the entity's possession but does not need to include an internal or third-party audit.

(3) The Contractor shall submit a report to the contracting office identified in paragraph (h)(2) of this clause if the Contractor identifies, including through any notification by a subcontractor at any tier, that a covered article or product or service produced or provided by a source was provided to the Government or used during contract performance and is subject to a FASCSA order(s). For indefinite delivery contracts, the Contractor shall report to both the contracting office for the indefinite delivery contract and the contracting office for any affected order. The Contractor shall report the following information within 72 hours for each covered article or each product or service produced or provided by a source, where the covered article or source is subject to a FASCSA order:

(i) Contract number and order number, if applicable;

(ii) Name of the covered article or source subject to a FASCSA order;

(iii) The specific FASCSA order the product or service does not comply with;

(iv) The elements of (h)(1)(iii) through (ix) of this clause.

(j) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (j) but excluding subparagraphs (d)(1) and (i)(1), in all subcontracts and other contractual instruments, including subcontracts for acquiring commercial products or commercial services.

(End of clause)

*Alternate I*. As prescribed in 40.205(b), substitute the following paragraph (e)(1) for paragraph (e)(1) of the basic clause:

(e) *Governmentwide exclusion and removal orders*.

(1) Contractors are prohibited from providing or using as part of the performance of the contract any covered article, or any products or services produced or provided by a source, if the covered article or the source is prohibited by any applicable FASCSA orders identified by the checkbox(es) in this paragraph (e)(1). [*Contracting Officer must*

*select either "yes" or "no" for each of the following types of FASCSA orders*:]

Yes □ No □ DHS FASCSA Order
Yes □ No □ DoD FASCSA Order
Yes □ No □ DNI FASCSA Order

**SPECIAL CLAUSE INFORMATION TECHNOLOGY SECURITY AWARENESS TRAINING (JULY 2023)**

(a) Applicability. This clause applies to the Contractor, its subcontractors, and Contractor employees (hereafter referred to collectively as "Contractor"). The Contractor shall insert the substance of this clause in all subcontracts.

(b) Security Training Requirements.

(1) All users of Federal information systems are required by Title 5, Code of Federal Regulations, Part 930.301, Subpart C, as amended, to be exposed to security awareness materials annually or whenever system security changes occur, or when the user's responsibilities change. The Department of Homeland Security (DHS) requires that Contractor employees take an annual Information Technology Security Awareness Training course before accessing sensitive information under the contract. Unless otherwise specified, the training shall be completed within thirty (30) days of contract award and be completed on an annual basis thereafter not later than October 31st of each year. Any new Contractor employees assigned to the contract shall complete the training before accessing sensitive information under the contract. The training is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. The Contractor shall maintain copies of training certificates for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, initial training certificates for each Contractor and subcontractor employee shall be provided to the Contracting Officer's Representative (COR) not later than thirty (30) days after contract award. Subsequent training certificates to satisfy the annual training requirement shall be submitted to the COR via e-mail notification not later than October 31st of each year. The e-mail notification shall state the required training has been completed for all Contractor and subcontractor employees.

(2) The DHS Rules of Behavior apply to every DHS employee, Contractor and subcontractor that will have access to DHS systems and sensitive information. The DHS Rules of Behavior shall be signed before accessing DHS systems and sensitive information. The DHS Rules of Behavior is a document that informs users of their responsibilities when accessing DHS systems and holds users accountable for actions taken while accessing DHS systems and using DHS Information Technology resources capable of inputting, storing, processing, outputting, and/or transmitting sensitive information. The DHS Rules of Behavior is accessible at http://www.dhs.gov/dhs-

security-and-training-requirements-contractors. Unless otherwise specified, the DHS Rules of Behavior shall be signed within thirty (30) days of contract award. Any new Contractor employees assigned to the contract shall also sign the DHS Rules of Behavior before accessing DHS systems and sensitive information. The Contractor shall maintain signed copies of the DHS Rules of Behavior for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, the Contractor shall e-mail copies of the signed DHS Rules of Behavior to the COR not later than thirty (30) days after contract award for each employee. The DHS Rules of Behavior will be reviewed annually, and the COR will provide notification when a review is required.

**[END OF SECTION I]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# SECTION J:
# LIST OF ATTACHMENTS

## J.1. LIST OF ATTACHMENTS

- Attachment 01 - Turnkey Facility PWS (Non-IHSC) (Requirements A- Denver, B - Miami and C- Philadelphia)
- Attachment 01a - Facility-Specific Requirements (Requirement A, Denver)
- Attachment 01b - Facility-Specific Requirements (Requirement B, Miami)
- Attachment 01c - Facility-Specific Requirements (Requirement C, Philadelphia)
- Attachment 02 - Turnkey Facility PWS (IHSC) (Requirement D-Seattle)
- Attachment 02a - Facility-Specific Requirements (Requirement D - Seattle)
- Attachment 02b - Stationary Guards (Requirement D- Seattle)
- Attachment 03 - QASP_PRS_NDS 2026_2026AUG
- Attachment 03a - QASP_PRS_PBNDS_2026AUG
- Attachment 03b - Contract Discrepancy Report Template_2026AUG
- Attachment 04 - Solicitation Question Template
- Attachment 05 - PREA Regulations_2026AUG_
- Attachment 06 - Detention-Transportation Template_2026AUG
- Attachment 07 - Combating Trafficking in Persons_2026AUG
- Attachment 08 - Privacy Rec Mgmt Safeguarding Info_2026AUG
- Attachment 09 - Physical Plant Requirements_2026AUG
- Attachment 10 - Transportation Requirements_2026AUG
- Attachment 10a - Anticipated Transportation Routes Requirement A (Denver)
- Attachment 10b - Anticipated Transportation Routes Requirement B (Miami)
- Attachment 10c - Anticipated Transportation Routes Estimate Requirement C (Philadelphia)
- Attachment 10c1 - Enhanced Transport Requirements Requirement C (Philadelphia)
- Attachment 10d - Anticipated Transportation Routes Requirement D (Seattle)
- Attachment 11 - Virtual Attorney Visitation_2026AUG
- Attachment 12 - Medical Services for Non-IHSC Facilities 2026_7.16.26
- Attachment 13 - Title 29 Labor Standards_2026AUG
- Attachment 14 DSCS __ 20JAN2026 (v. 4.2)
- Attachment 14a DSCS __ 20JAN2026 (v. 4.2)_Example
- Attachment 14b DSCS Handbook 2025 (v. 4.2)
- Attachment 15 Turn-key pricing Spreadsheet
- Attachment 16 - Procedural Guidance for Complying with NEPA

.

**[END OF SECTION J]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# PART IV – REPRESENTATIONS AND INSTRUCTIONS

## SECTION K:
REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS OR RESPONDENTS

### K1. PROVISIONS INCORPORATED BY REFERENCE

| Number | Title | Date |
|---|---|---|
| 52.203-11 | Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions | Sep 2007 |
| 52.203-18 | Prohibition on Contracting with Entities that Require Certain Internal Confidentiality Agreements or Statements—Representation | Jan 2017 |
| 52.204-17 | Ownership or Control of Offeror | Aug 2020 |
| 52.225-25 | Prohibition on Contracting with Entities Engaging in Certain Activities or Transactions Relating to Iran—Representation and Certifications | Jun 2020 |

### K2. PROVISIONS INCORPORATED IN FULL TEXT

**52.203-2 Certificate of Independent Price Determination (Apr 1985)**

(a) The offeror certifies that-

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to-

(i) Those prices;

(ii) The intention to submit an offer; or

(iii) The methods or factors used to calculate the prices offered.

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory-

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to paragraphs (a)(1) through (a)(3) of this provision ____________ [insert full name of person(s) in the offeror's organization responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization];

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) of this provision have not participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to paragraphs (a)(1) through (a)(3) of this provision.

(c) If the offeror deletes or modifies paragraph (a)(2) of this provision, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the dis-closure.

**52.204-20 Predecessor of Offeror (Aug 2020)**

(a) Definitions. As used in this provision–

Commercial and Government Entity (CAGE) code means–

(1) An identifier assigned to entities located in the United States or its outlying areas by the Defense Logistics Agency (DLA) Commercial and Government Entity (CAGE) Branch to identify a commercial or government entity by unique location; or

(2) An identifier assigned by a member of the North Atlantic Treaty Organization (NATO) or by the NATO Support and Procurement Agency (NSPA) to entities located outside the United States and its outlying areas that the DLA Commercial and Government Entity (CAGE) Branch records and maintains in the CAGE master file. This type of code is known as a NATO CAGE (NCAGE) code.

Predecessor means an entity that is replaced by a successor and includes any predecessors of the predecessor.

Successor means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

(b) The Offeror represents that it ☐ is or ☐ is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(c) If the Offeror has indicated "is" in paragraph (b) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code:____________ (or mark "Unknown").

Predecessor legal name: ____________.

(Do not use a "doing business as" name).

**52.204-24 Representation Regarding Certain Telecommunications and Video Surveillance Services or Equipment (Nov 2021)**

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it "does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument" in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services—Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications-Commercial Products or Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it "does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services" in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) Definitions. As used in this provision—

Backhaul, covered telecommunications equipment or services, critical technology, interconnection arrangements, reasonable inquiry, roaming, and substantial or essential component have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) Prohibition. (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to—
(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to—

(i) Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii) Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) Procedures. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(d) Representation. The Offeror represents that—

(1) It ☐ will, ☐ will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds "will" in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that—

It ☐ does, ☐ does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds "does" in paragraph (d)(2) of this section.

(e) Disclosures. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded "will" in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:
(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded "does" in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment—

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services—

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model

number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

**52.204-26 Covered Telecommunications Equipment or Services-Representation (Oct 2020)**

(a) Definitions. As used in this provision, "covered telecommunications equipment or services" and "reasonable inquiry" have the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b) Procedures. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(c) (1) Representation. The Offeror represents that it ☐ does, ☐ does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.
(2) After conducting a reasonable inquiry for purposes of this representation, the offeror represents that it ☐ does, ☐ does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

**52.209-2 Prohibition on Contracting with Inverted Domestic Corporations-Representation (Nov 2015)**

(a) Definitions. "Inverted domestic corporation" and "subsidiary" have the meaning given in the clause of this contract entitled Prohibition on Contracting with Inverted Domestic Corporations (52.209-10).

(b) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.

(c) Representation. The Offeror represents that-

(1) It ☐ is, ☐ is not an inverted domestic corporation; and

(2) It ☐ is, ☐ is not a subsidiary of an inverted domestic corporation.

**52.209-5 Certification Regarding Responsibility Matters (Aug 2020)**

(a) (1) The Offeror certifies, to the best of its knowledge and belief, that—
(i) The Offeror and/or any of its Principals–

(A) Are ☐ are not ☐ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ☐ have not ☐, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, State, or local) contract or subcontract; violation of Federal or State antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property (if offeror checks "have", the offeror shall also see 52.209-7, if included in this solicitation);

(C) Are ☐ are not ☐ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision;

(D) Have ☐, have not ☐, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104-5(a)(2) for which the liability remains unsatisfied.

(1) Federal taxes are considered delinquent if both of the following criteria apply:

(i) The tax liability is finally determined. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(ii) The taxpayer is delinquent in making payment. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(2) Examples.

(i) The taxpayer has received a statutory notice of deficiency, under I.R.C. § 6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer

seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(ii) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. § 6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(iii) The taxpayer has entered into an installment agreement pursuant to I.R.C. § 6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

(iv) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. 362 (the Bankruptcy Code).

(ii) The Offeror has ☐ has not ☐, within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principal," for the purposes of this certification, means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror non-responsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**52.209-7 Information Regarding Responsibility Matters (Oct 2018)**

(a) Definitions. As used in this provision—

Administrative proceeding means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

Federal contracts and grants with total value greater than $10,000,000 means—

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite- delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

Principal means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror ☐ has ☐ does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current,

accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in–

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management, which can be accessed via https://www.sam.gov (see 52.204-7).

**52.209-11 Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law (Feb 2016)**

(a) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, the Government will not enter into a contract with any corporation that–

(1) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is

aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(2) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(b) The Offeror represents that–

(1) It is ☐ is not ☐ a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and

(2) It is ☐ is not ☐ a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

**52.212-3 Offeror Representations and Certifications—Commercial Products and Commercial Services (May 2024)**

The Offeror shall complete only paragraph (b) of this provision if the Offeror has completed the annual representations and certification electronically in the System for Award Management (SAM) accessed through https://www.sam.gov. If the Offeror has not completed the annual representations and certifications electronically, the Offeror shall complete only paragraphs (c) through (v) of this provision.
(a) *Definitions*. As used in this provision—
*Covered telecommunications equipment or services* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.
*Economically disadvantaged women-owned small business (EDWOSB) concern* means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300. It automatically qualifies as a women-owned small business eligible under the WOSB Program.
*Forced or indentured child labor* means all work or service—
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
*Highest-level owner* means the entity that owns or controls an immediate owner of the

offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.
*Immediate owner* means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.
*Inverted domestic corporation*, means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).
*Manufactured end product* means any end product in product and service codes (PSCs) 1000-9999, except—
(1) PSC 5510, Lumber and Related Basic Wood Materials;
(2) Product or Service Group (PSG) 87, Agricultural Supplies;
(3) PSG 88, Live Animals;
(4) PSG 89, Subsistence;
(5) PSC 9410, Crude Grades of Plant Materials;
(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) PSC 9610, Ores;
(9) PSC 9620, Minerals, Natural and Synthetic; and
(10) PSC 9630, Additive Metal Materials.
*Place of manufacture* means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.
*Predecessor* means an entity that is replaced by a successor and includes any predecessors of the predecessor.
*Reasonable inquiry* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.
*Restricted business operations* means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan Accountability and Divestment Act of 2007) conducting the business can demonstrate—
(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;
(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5) Consist of providing goods or services that are used only to promote health or education; or

(6) Have been voluntarily suspended. "Sensitive technology"—
*Sensitive technology*—
(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used specifically—
(i) To restrict the free flow of unbiased information in Iran; or
(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3)of the International Emergency Economic Powers Act ( 50 U.S.C. 1702(b)(3)).
*Service-disabled veteran-owned small business (SDVOSB) concern* means a small business concern—
(1)
(i) Not less than 51 percent of which is owned and controlled by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran; or
(2) A small business concern eligible under the SDVOSB Program in accordance with 13 CFR part 128 (see subpart 19.14).
(3) *Service-disabled veteran*, as used in this definition, means a veteran as defined in 38 U.S.C. 101(2), with a disability that is service connected, as defined in 38 U.S.C. 101(16), and who is registered in the Beneficiary Identification and Records Locator Subsystem, or successor system that is maintained by the Department of Veterans Affairs' Veterans Benefits Administration, as a service-disabled veteran.
*Service-disabled veteran-owned small business (SDVOSB) concern eligible under the SDVOSB Program* means an SDVOSB concern that—
(1) Effective January 1, 2024, is designated in the System for Award Management (SAM) as certified by the Small Business Administration (SBA) in accordance with 13 CFR 128.300; or
(2) Has represented that it is an SDVOSB concern in SAM and submitted a complete application for certification to SBA on or before December 31, 2023.
*Service-disabled veteran-owned small business (SDVOSB) Program* means a program that authorizes contracting officers to limit competition, including award on a sole-source basis, to SDVOSB concerns eligible under the SDVOSB Program.
*Small business concern*—
(1) Means a concern, including its affiliates, that is independently owned and operated, not dominant in its field of operation, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
(2) *Affiliates*, as used in this definition, means business concerns, one of whom directly or indirectly controls or has the power to control the others, or a third party or parties control or have the power to control the others. In determining whether affiliation exists, consideration is given to all appropriate factors including common ownership, common management, and contractual relationships. SBA determines affiliation based on the factors set forth at 13 CFR 121.103.
*Small disadvantaged business concern*, consistent with 13 CFR 124.1001, means a small

business concern under the size standard applicable to the acquisition, that—
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by—
(i) One or more socially disadvantaged (as defined at13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding the threshold at 13 CFR 124.104(c)(2) after taking into account the applicable exclusions set forth at 13 CFR124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.
*Subsidiary* means an entity in which more than 50 percent of the entity is owned—
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation
*Successor* means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.
*Veteran-owned small business concern* means a small business concern—
(1) Not less than 51 percent of which is owned and controlled by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.
*Women-owned business concern* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women
*Women-owned small business concern* means a small business concern—
(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.
*Women-owned small business (WOSB) concern eligible under the WOSB Program* (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300.
(b)
(1) *Annual Representations and Certifications*. Any changes provided by the Offeror in paragraph (b)(2) of this provision do not automatically change the representations and

certifications in SAM.
(2) The offeror has completed the annual representations and certifications electronically in SAM accessed through http://www.sam.gov. After reviewing SAM information, the Offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard(s) applicable to the NAICS code(s) referenced for this solicitation), at the time this offer is submitted and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs __.
[*Offeror to identify the applicable paragraphs at (c) through (v) of this provision that the offeror has completed for the purposes of this solicitation only, if any.*
*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*
*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.*]
(c) Offerors must complete the following representations when the resulting contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii). Check all that apply.
(1) *Small business concern*. The offeror represents as part of its offer that—
(i) It □ is, □ is not a small business concern; or
(ii) It □ is, □ is not a small business joint venture that complies with the requirements of 13 CFR 121.103(h) and 13 CFR 125.8(a) and (b). [ *The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ____________.]
(2) *Veteran-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents as part of its offer that it □ is, □ is not a veteran-owned small business concern.
(3) *SDVOSB concern.* [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents that it □ is, □ is not an SDVOSB concern.
(4) *SDVOSB concern joint venture eligible under the SDVOSB Program*. The offeror represents that it □ is, □ is not an SDVOSB joint venture eligible under the SDVOSB Program that complies with the requirements of 13 CFR 128.402. [*Complete only if the offeror represented itself as an SDVOSB concern in paragraph (c)(3) of this provision.*] [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ____________.]
(5) *Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents that it □ is, □ is not a small disadvantaged business concern as defined in 13 CFR 124.1001.
(6) *Women-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents that it □ is, □ is not a women-owned small business concern.

(7) *WOSB joint venture eligible under the WOSB Program.* The offeror represents that it □ is, □ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [ *The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ____________.]
(8) *Economically disadvantaged women-owned small business (EDWOSB) joint venture.* The offeror represents that it □ is, □ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ____________.]
**Note to paragraphs (c)(9) and (10):** Complete paragraphs (c)(9) and (10) only if this solicitation is expected to exceed the simplified acquisition threshold.
(9) *Women-owned business concern (other than small business concern*). [*Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents that it □ is a women-owned business concern.
(10) *Tie bid priority for labor surplus area concerns*. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:____________
(11) *HUBZone small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents, as part of its offer, that–
(i) It □ is, □ is not a HUBZone small business concern listed, on the date of this representation, as having been certified by SBA as a HUBZone small business concern in the Dynamic Small Business Search and SAM, and will attempt to maintain an employment rate of HUBZone residents of 35 percent of its employees during performance of a HUBZone contract (see 13 CFR 126.200(e)(1)); and
(ii) It □ is, □ is not a HUBZone joint venture that complies with the requirements of 13 CFR 126.616(a) through (c). [*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* ______.] Each HUBZone small business concern participating in the HUBZone joint venture shall provide representation of its HUBZone status.
(d) Representations required to implement provisions of Executive Order11246-

(1) Previous contracts and compliance. The offeror represents that-
(i) It □ has, □ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It □ has, □ has not filed all required compliance reports.
(2) *Affirmative Action Compliance*. The offeror represents that-
(i) It □ has developed and has on file, □ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or
(ii) It □ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.
(e) *Certification Regarding Payments to Influence Federal Transactions (31 http://uscode.house.gov/ U.S.C. 1352)*. (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its

knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) *Buy American Certificate*. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American-Supplies, is included in this solicitation.)

(1)

(i) The Offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that each domestic end product listed in paragraph (f)(3) of this provision contains a critical component.

(ii) The Offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".

(iii) The Offeror shall separately list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).

(iv) The terms "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2) Foreign End Products:

| **Line Item No.** | **Country of Origin** | **Exceeds 55% domestic content (** |
|---|---|---|
| ______ | ______ | ______ |
| ______ | ______ | ______ |
| ______ | ______ | ______ |

[*List as necessary*]

(3) Domestic end products containing a critical component:

Line Item No. ___

[*List as necessary*]

(4) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(g)

(1) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate*. (Applies only if

the clause at FAR 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)
(i)
(A) The Offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (iii) of this provision, is a domestic end product and that each domestic end product listed in paragraph (g)(1)(iv) of this provision contains a critical component.
(B) The terms "Bahraini, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."
(ii) The Offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."
Free Trade Agreement Country End Products (Other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian End Products) or *Israeli End Products*:

| **Line Item No.** | **Country of Origin** |
|---|---|
| ______________ | ________________ |
| ______________ | ________________ |
| ______________ | ________________ |

[*List as necessary*]
(iii) The Offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The Offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select “no”.
*Other Foreign End Products*:

| **Line Item No.** | **Country of Origin** | **Exceeds 55% domestic content (yes/no)** |
|---|---|---|
| ______________ | ______________ | ______________ |

| Line Item No. | Country of Origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| ______________ | ______________ | ______________ |
| ______________ | ______________ | ______________ |

[List as necessary]
(iv) The Offeror shall list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).
Line Item No. ___
[List as necessary]
(v) The Government will evaluate *offers* in accordance with the policies and procedures of FAR part 25.
(2) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:
(g)(1)(ii) The offeror certifies that the following supplies are Israeli end products as defined in the clause of this solicitation entitled "Buy American—Free Trade Agreements—Israeli Trade Act":
*Israeli End Products*:

| Line Item No. |
|---|
| ____________ |
| ______________ |
| ______________ |

[*List as necessary*]
(3) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III*. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraphs (g)(1)(i)(B) and (g)(1)(ii) for paragraphs (g)(1)(i)(B) and (g)(1)(ii) of the basic provision:
(g)(1)(i)(B) The terms "Korean end product", "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American—Free Trade Agreements—Israeli Trade Act."
(g)(1)(ii) The Offeror certifies that the following supplies are Korean end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American—Free Trade Agreements—Israeli Trade Act":

Korean End Products or Israeli End Products:

| **Line Item No.** | **Country of Origin** |
|---|---|
| ____________________ | ____________________ |
| ____________________ | ____________________ |
| ____________________ | ____________________ |

[*List as necessary*]
(4) *Trade Agreements Certificate*. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)
(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."
(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.
*Other End Products*:

| **Line Item No.** | **Country of Origin** |
|---|---|
| ____________________ | ____________________ |
| ____________________ | ____________________ |
| ____________________ | ____________________ |

[*List as necessary*]
(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.
(h) *Certification Regarding Responsibility Matters (Executive Order 12689)*. (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals–
(1) □ Are, □ are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;
(2) □ Have, □ have not, within a three-year period preceding this offer, been convicted of

or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property;
(3) □ Are, □ are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and
(4) □ Have, □ have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104-5(a)(2) for which the liability remains unsatisfied.
(i) Taxes are considered delinquent if both of the following criteria apply:
(A) *The tax liability is finally determined*. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.
(B) *The taxpayer is delinquent in making payment*. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.
(ii) *Examples*.

(A) The taxpayer has received a statutory notice of deficiency, under I.R.C. §6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. §6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.
(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. §6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.
(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. §362 (the Bankruptcy Code).
(i) *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless*

*excluded at 22.1503(b).]*
(1) *Listed end products.*

| **Listed End Product** | **Listed Countries of Origin** |
| --- | --- |
| ____________________ | ____________________ |
| ____________________ | ____________________ |

(2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*
☐ (i) *The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.*
☐ (ii) *The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.*
(j) *Place of manufacture.* (Does not apply unless the solicitation is predominantly for the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-
(1) □ In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or
(2) □ Outside the United States.
(k) *Certificates regarding exemptions from the application of the Service Contract Labor Standards* (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [*The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.*]
☐ (1) *Maintenance, calibration, or repair of certain equipment as described in FAR* 22.1003-4(c)(1). The offeror □ does □ does not certify that–
(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;
(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and
(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees

and equivalent employees servicing the same equipment of commercial customers.
☐ (2) *Certain services as described in FAR* 22.1003-4(d)(1). The offeror □ does □ does not certify that-
(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial quantities in the course of normal business operations;
(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));
(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and
(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.
(3) If paragraph (k)(1) or (k)(2) of this clause applies–
(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and
(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.
(l) *Taxpayer Identification Number (TIN) (* 26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM to be eligible for award.)
(1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).
(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government ( 31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.
(3) *Taxpayer Identification Number (TIN)*.

☐TIN: ______________________________.

☐TIN has been applied for.

☐TIN is not required because:

☐Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐Offeror is an agency or instrumentality of a foreign government;

☐Offeror is an agency or instrumentality of the Federal Government.
(4) *Type of organization*.
☐Sole proprietorship;
☐Partnership;
☐Corporate entity (not tax-exempt);
☐Corporate entity (tax-exempt);
☐Government entity (Federal, State, or local);
☐Foreign government;
☐International organization per 26 CFR1.6049-4;
☐Other ________________________________.
(5) *Common parent*.
☐Offeror is not owned or controlled by a common parent;
☐Name and TIN of common parent:
Name ________________________________.
TIN _________________________________.
(m) *Restricted business operations in Sudan*. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.
(n) Prohibition on Contracting with Inverted Domestic Corporations.

(1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.
(2) *Representation*. The Offeror represents that–
(i) It □ is, □ is not an inverted domestic corporation; and
(ii) It □ is, □ is not a subsidiary of an inverted domestic corporation.
(o) Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.

(1) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.
(2) *Representation and Certifications*. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-
(i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;
(ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and
(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds the threshold at FAR 25.703-2(a)(2) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at https://www.treasury.gov/resource-center/sanctions/SDN-

List/Pages/default.aspx).
(3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-
(i) This solicitation includes a trade agreements certification (*e.g.*, 52.212-3(g) or a comparable agency provision); and
(ii) The offeror has certified that all the offered products to be supplied are designated country end products.
(p) *Ownership or Control of Offeror*. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a unique entity identifier in the solicitation).
(1) The Offeror represents that it □ has or □ does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (2) and if applicable, paragraph (3) of this provision for each participant in the joint venture.
(2) If the Offeror indicates "has" in paragraph (p)(1) of this provision, enter the following information:
Immediate owner CAGE code: ____________________.
Immediate owner legal name: ____________________.
(Do not use a "doing business as" name)
Is the immediate owner owned or controlled by another entity: □ Yes or □ No.
(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:
Highest-level owner CAGE code: ____________________.
Highest-level owner legal name: ____________________.
(*Do not use a "doing business as" name*)
(q) *Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.*
(1) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, The Government will not enter into a contract with any corporation that–
(i) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or
(ii) Was convicted of a felony criminal violation under any Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.
(2) The Offeror represents that–
(i) It is □ is not □ a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have

lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and
(ii) It is □ is not □ a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.
(r) *Predecessor of Offeror.* (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)
(1) The Offeror represents that it □ is or □ is not a successor to a predecessor that held a Federal contract or grant within the last three years.
(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):
Predecessor CAGE code: (or mark "Unknown").
Predecessor legal name:_____.
(*Do not use a "doing business as" name*).
(s) [Reserved].
(t) *Public Disclosure of Greenhouse Gas Emissions and Reduction Goals*. Applies in all solicitations that require offerors to register in SAM ( 12.301(d)(1)).
(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.
(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].

(i) The Offeror (itself or through its immediate owner or highest-level owner) □ does, □ does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible website the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.
(ii) The Offeror (itself or through its immediate owner or highest-level owner) □ does, □ does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible website a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.
(iii) A publicly accessible website includes the Offeror's own website or a recognized, third-party greenhouse gas emissions reporting program.
(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible website(s) where greenhouse gas emissions and/or reduction goals are reported:_____________.
(u)
(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated

investigative or law enforcement representative of a Federal department or agency authorized to receive such information.
(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.
(3) *Representation*. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.*, agency Office of the Inspector General).
(v) *Covered Telecommunications Equipment or Services-Representation.* Section 889(a)(1)(A) and section 889 (a)(1)(B) of Public Law 115-232.
(1) The Offeror shall review the list of excluded parties in the System for Award Management (SAM) ( https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".
(2) The Offeror represents that–
(i) It □ does, □ does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.
(ii) After conducting a reasonable inquiry for purposes of this representation, that it □ does, □ does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of Provision)

**52.215-6 Place of Performance (Oct 1997)**

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ☐ intends, ☐ does not intend [check applicable block] to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks "intends" in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of Performance (Street Address, City, State, County, ZIP Code) | Name and Address of Owner and Operator of the Plant or Facility if Other than Offeror or Respondent |
|---|---|
| - | - |
| - | - |

**52.219-1 Small Business Program Representations (Feb 2024)**

(a) Definitions. As used in this provision-

Economically disadvantaged women-owned small business (EDWOSB) concern means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300. It automatically qualifies as a women-owned small business concern eligible under the WOSB Program.

Service-disabled veteran-owned small business (SDVOSB) concern means a small business concern-

(1) (i) Not less than 51 percent of which is owned and controlled by one or more service- disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran or;

(2) A small business concern eligible under the SDVOSB Program in accordance with 13 CFR part 128 (see subpart 19.14).

(3) Service-disabled veteran, as used in this definition, means a veteran as defined in 38 U.S.C.101(2), with a disability that is service-connected, as defined in 38 U.S.C.101(16), with a disability that is service-connected, as defined in 38 U.S.C. 101(16), and who is registered in the Beneficiary Identification and Records Locator Subsystem, or successor system that is maintained by the Department of Veterans Affairs' Veterans Benefits Administration, as a service-disabled veteran.

Service-disabled veteran-owned small business (SDVOSB) concern eligible under the SDVOSB Program means an SDVOSB concern that—

(1) Effective January 1, 2024, is designated in the System for Award Management (SAM) as certified by the Small Business Administration (SBA) in accordance with 13 CFR 128.300; or

(2) Has represented that it is an SDVOSB concern in SAM and submitted a complete application for certification to SBA on or before December 31, 2023.

Service-disabled veteran-owned small business (SDVOSB) Program means a program

that authorizes contracting officers to limit competition, including award on a sole-source basis, to SDVOSB concerns eligible under the SDVOSB Program.

Small business concern—

(1) Means a concern, including its affiliates, that is independently owned and operated, not dominant in its field of operation, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (b) of this provision.

(2) Affiliates, as used in this definition, means business concerns, one of whom directly or indirectly controls or has the power to control the others, or a third party or parties control or have the power to control the others. In determining whether affiliation exists, consideration is given to all appropriate factors including common ownership, common management, and contractual relationships. SBA determines affiliation based on the factors set forth at 13 CFR 121.103.

Small-disadvantaged business concern, consistent with 13 CFR 124.1001, means a small business concern under the size standard applicable to the acquisition, that-

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by-

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States, and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding the threshold at 13 CFR 124.104(c)(2) after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(2) The management and daily business operations of which are controlled (as defined at 13 CFR 124.106) by individuals who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

Veteran-owned small business concern means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C.101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

Women-owned small business concern means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

Women-owned small business (WOSB) concern eligible under the WOSB Program (in accordance with 13 CFR part 127) means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300.

(b) (1) The North American Industry Classification System (NAICS) code for this acquisition is 561612

(2) The small business size standard is 17M.

(3) The small business size standard for a concern that submits an offer, other than on a construction or service acquisition, but proposes to furnish an end item that it did not itself manufacture, process, or produce (i.e., nonmanufacturer), is 500 employees, or 150 employees for information technology value-added resellers under NAICS code 541519, if the acquisition—

(i) Is set aside for small business and has a value above the simplified acquisition threshold;

(ii) Uses the HUBZone price evaluation preference regardless of dollar value, unless the offeror waives the price evaluation preference; or

(iii) Is an 8(a), HUBZone, service-disabled veteran-owned, economically disadvantaged women-owned, or women-owned small business set-aside or sole-source award regardless of dollar value.

(c) Representations. (1) The offeror represents as part of its offer that—
(i) it ☐ is, ☐ is not a small business concern; or

(ii) It ☐ is, ☐ is not a small business joint venture that complies with the requirements of 13 CFR 121.103(h) and 13 CFR 125.8(a) and (b). [ The offeror shall enter the name and unique entity identifier of each party to the joint venture: .]

(2) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it ☐ is, ☐ is not, a small-disadvantaged business concern as defined in 13 CFR 124.1001.

(3) [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it ☐ is, ☐ is not a women-owned small business concern.

(4) Women-owned small business (WOSB) joint venture eligible under the WOSB Program. The offeror represents as part of its offer that it ☐ is, ☐ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [ The offeror shall enter the name and unique entity identifier of each party to the joint venture: __.]

(5) Economically disadvantaged women-owned small business (EDWOSB) joint venture. The offeror represents as part of its offer that it □ is, □ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [ The offeror shall enter the name and unique entity identifier of each party to the joint venture: .]

(6) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it ☐ is, ☐ is not a veteran-owned small business concern.

(7) SDVOSB concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(6) of this provision.] The offeror represents as part of its offer that it ☐ is, ☐ is not an SDVOSB concern.

(8) SDVOSB joint venture eligible under the SDVOSB Program. [Complete only if the offeror represented itself as a SDVOSB concern in paragraph (c)(7) of this provision]. The offeror represents as part of its offer that it ☐ is, ☐ is not a SDVOSB joint venture eligible under the SDVOSB Program that complies with the requirements of 13 CFR 128.402. [ The offeror shall enter the name and unique entity identifier of each party to the joint venture: __.]

(9) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that—

(i) It ☐ is, ☐ is not a HUBZone small business concern listed, on the date of this representation, as having been certified by SBA as a HUBZone small business concern in the Dynamic Small Business Search and SAM, and will attempt to maintain an employment rate of HUBZone residents of 35 percent of its employees during performance of a HUBZone contract (see 13 CFR 126.200(e)(1)); and

(ii) It ☐ is, ☐ is not a HUBZone joint venture that complies with the requirements of 13 CFR 126.616(a) through (c). [ The offeror shall enter the name and unique entity identifier of each party to the joint venture: __.] Each HUBZone small business concern participating in the HUBZone joint venture shall provide

representation of its HUBZone status.

(d) Notice. Under 15 U.S.C.645(d), any person who misrepresents a firm's status as a business concern that is small, HUBZone small, small disadvantaged, service-disabled veteran-owned small, economically disadvantaged women-owned small, or women-owned small eligible under the WOSB Program in order to obtain a contract to be awarded under the preference programs established pursuant to section 8, 9, 15, 31, and 36 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall-

(1) Be punished by imposition of fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Act.

**52.223-22 Public Disclosure of Greenhouse Gas Emissions and Reduction Goals-Representation (DEC 2016)**

(a)This representation shall be completed if the Offeror received $7.5 million or more in Federal contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(a) Representation. [Offeror is to check applicable blocks in paragraphs (1) and (2).]

(1) The Offeror (itself or through its immediate owner or highest-level owner) ☐ does, ☐ does not publicly disclose greenhouse gas emissions, i.e., make available on a publicly accessible website the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(2) The Offeror (itself or through its immediate owner or highest-level owner) ☐ does, ☐ does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly available website a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(3) A publicly accessible website includes the Offeror's own website or a recognized, third- party greenhouse gas emissions reporting program.

(b) If the Offeror checked "does" in paragraphs (b)(1) or (b)(2) of this provision, respectively, the Offeror shall provide the publicly accessible website(s) where greenhouse gas emissions and/or reduction goals are reported: _.

**3052.209-70 - Prohibition on Contracts with Corporate Expatriates (Jun 2006)**

(a) Prohibitions.

Section 835 of the Homeland Security Act, 6 U.S.C. 395, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity which is treated as an inverted domestic corporation as defined in this provision, or with any subsidiary of such an entity. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of national security.

(b) Definitions.

As used in this provision: Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, 6 U.S.C. 395, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—

(1) The entity completes the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity
is created or organized when compared to the total business activities of such expanded affiliated group.

*Person, domestic, and foreign* have the meanings given such terms by paragraphs (1), (4),

and
(5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) Stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) Stock of such entity which is sold in a public offering related to an acquisition described in section 835(b)(1) of the Homeland Security Act, 6 U.S.C. 395(b)(1).

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) *Certain transfers disregarded*. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) *Special rule for related partnerships*. For purposes of applying section 835(b) of the Homeland Security Act, 6 U.S.C. 395(b) to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i) warrants;
(ii) options;
(iii) contracts to acquire stock;
(iv) convertible debt instruments; and
(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard

transactions whose recognition would defeat the purpose of Section 835.

(f) *Disclosure*. The offeror under this solicitation represents that [Check one]:

☐ it is not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.1087003; '

☐ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.1087003, but it has submitted a request for waiver pursuant to 3009.108-7004, which has not been denied; or

☐ it is a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of (HSAR) 48 CFR 3009.108-7001 through 3009.1087003, but it plans to submit a request for waiver pursuant to 3009.108-7004.

(g) A copy of the approved waiver, if a waiver has already been granted, or the waiver request, if a waiver has been applied for, shall be attached to the bid or proposal.

**[END OF SECTION K]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

## SECTION L:
## INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS OR RESPONDENTS

### L.1 PROVISIONS INCORPORATED BY REFERENCE

| Number | Title | Date |
|---|---|---|
| 52.204-7 | System for Award Management (DEVIATION 25-19) | Aug 2025 |
| 52.212-1 | Instructions to Offerors-Commercial Products and Commercial Services (DEVIATION 25-21) | Aug 2025 |

### L.2 PROVISIONS INCORPORATED BY FULL TEXT

The following provisions include areas that must be completed by the offeror and submitted with its proposal.

**52.216-1 Type of Contract (Apr 1984)**

The Government contemplates award of a **Hybrid Firm-Fixed-Price (FFP) and Labor Hour (LH) Indefinite Delivery Indefinite Quantity (IDIQ)** contract for each requirement as a result of this solicitation.

**52.233-2 Service of Protest (Sept 2006)**

(a) Protests, as defined in Part 33.104 of the Revolutionary FAR Overhaul (RFO), that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer by obtaining written and dated acknowledgment of receipt from Shane Crowl at Shane.Crowl@ice.dhs.gov.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

**52.252-1 Solicitation Provisions Incorporated by Reference (Feb 1998)**

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this address: https://www.acquisition.gov.

### L.3 PROPOSAL INSTRUCTIONS

Offerors shall submit a proposal meeting the instructions below.

***Note:*** *This solicitation does not commit the government to pay any cost incurred in the submission of the offer or in making necessary studies or designs for the preparation thereof, nor to contract for services.*

### L.3.1 PROPOSAL VOLUMES AND PHASES

Offerors shall submit written proposals in the format and by the due date specified in this solicitation. Proposals that do not comply with these instructions may be considered non-responsive and will be evaluated at a competitive disadvantage or removed from competition.

The proposal shall consist of four separate volumes:

- i. Phase 1:
  1. Volume I – Administration
  2. Volume II - Readiness Screening
- ii. Phase 2:
  1. Volume III – Technical Proposal
     - a. Part 1: Factor 1: Technical and Management Approach
     - b. Part 2: Factor 2: Corporate Experience
  2. Volume IV - Price Proposal (Factor 3 Price)

An offeror may propose for one, more than one, or all four requirements/facilities. Offerors submitting proposals for multiple facilities shall provide separately identifiable proposal content for each facility. Information submitted for one facility will not be assumed to apply to another facility unless expressly cross-referenced and demonstrated to be applicable.

Each standalone proposal submission shall be clearly labeled by requirement/facility, volume, and factor, as applicable. For example: "Req A: Volume I – Administration," "Req B: Volume I – Administration," and so forth.

Each volume shall be complete and self-contained so the Government can evaluate the applicable phase, volume, or factor independently. Information required for a particular volume or factor that is not included in that volume may be treated as omitted.

Offerors shall clearly identify proprietary information. The Government will handle proposal information in accordance with applicable laws and regulations.

The Government intends to evaluate proposals and may award based on initial proposals without negotiations. Offerors are urged to submit their best technical and price terms in their initial proposal.

### L.3.2 PROPOSAL AND QUESTION SUBMISSION TIMES/DATES

The government intends to conduct this procurement through a multi- phased proposal submission and evaluation. Proposal and question submission times and dates are provided in the table below:

| Event | Required Submission Date/Time |
|---|---|
| Solicitation Questions | 09/04/2026 / 2 p.m. Eastern |
| Phase 1 Proposal – Volume I (Administration) and II (Readiness Screening) | 09/11/2026 / 5 p.m. Eastern |
| Phase 2- Volume III (Technical Evaluation) and IV (Price) | Estimated 09/18/2026 5 p.m. Eastern (Date will be established within Phase 2 invitations) |

***Note:*** *The dates above are subject to change. The Government may consider extending the Phase 1 and Phase 2 submission deadlines based on responses to offeror questions.*

### L.3.3 PROPOSAL AND QUESTION SUBMISSION INSTRUCTIONS

1) **Questions:** All questions related to this solicitation shall be submitted by the date and time specified in Section L.3.2. Questions shall be submitted using Attachment 04 – Solicitation Question Template and in accordance with the instructions therein. Questions submitted without the required attachment may not be considered.

2) **Timely Submission:** Timely receipt of questions and proposals by the specified closing date and time is the sole responsibility of the offeror. Questions and proposals received after the applicable date and time specified in this solicitation will be considered late and may be eliminated from further consideration, at the discretion of the Contracting Officer.

   ICE shall not be responsible for late delivery, non-delivery, or delayed receipt of offeror questions or proposals due to information technology problems, server issues, or other technical issues. To ensure timely receipt, offerors should not wait until the last moment to submit questions or proposals electronically.

   Questions and proposals submitted by facsimile or by any means not authorized in this solicitation will not be accepted.

3) **Submission Email Addresses:** Questions and proposals shall be submitted by email to both of the following addresses:

   1) Shane Crowl; Shane.Crowl@ice.dhs.gov
   2) oaqdcr@ice.dhs.gov

***Note:*** *Proposal and question submission emails must reference the solicitation number in its subject line as noted above.*

### L.4. PROPOSAL CONTENT

This section provides instructions for proposal content. It will be advantageous for offerors to present proposal elements in a clear, concise manner and in terms understandable to those who may be unfamiliar with the offeror's intentions and reasoning process. Responses should follow the PWS (including location specific addendums) to the extent practicable. It should be noted that all

elements of the offeror's submitted proposal that are accepted in response to this solicitation may be incorporated directly into the contract.

Note that this Section L supplements RFO 52.212-1, Instructions to Offerors-Commercial Products and Commercial Services (Aug 2025) (DEVIATION 25-21). If this Section L conflicts with RFO 52.212-1, this Section L controls to the extent of the conflict.

Proposal elements must be sufficiently detailed and complete to demonstrate an understanding of an ability to comply with the requirements of this solicitation. The proposal shall demonstrate such understanding and ability and should not contain superfluous material that is not related directly to this acquisition. General statements such as the offeror "can comply" or "will comply" with the requirements, that "standard procedures will be used", "well known techniques will be used", or that paraphrase the PWS in whole or part WILL NOT constitute compliance with the requirements of this solicitation. Offerors must demonstrate capability of performing all tasks outlined in this solicitation, including the PWS and attachments.

Each proposal shall: (1) be specific and complete; (2) conform to all solicitation provisions, clauses, and other requirements; (3) be logically assembled, practical, legible, clear, concise, coherent, and indexed; and (4) contain appropriately numbered pages for each volume or part. Cross-referencing within a volume is permitted when it conserves space without impairing clarity.

### L.4.1 VOLUME I – ADMINISTRATION

Volume I shall contain the following:

- A legal offer letter referencing the solicitation number, acknowledging that it transmits an offer in response to the solicitation, identifying all proposal enclosures, and stating that the proposal remains valid for at least 120 calendar days from the proposal due date.
- Offeror's name, address, Unique Entity Identifier (UEI), CAGE code, and the name, title, phone number, and email address of the Offeror's point of contact and name of individual authorized to negotiate and bind the offeror.
- Identification of each facility, facilities, as applicable, for which the offeror is proposing and the legal entity proposed as the prime contractor for each facility.
- Acknowledgment of all solicitation amendments, including signed amendment acknowledgments where required.
- The offeror shall confirm that its SAM.gov registration is active and current as of proposal submission.
- Identification of subcontractors, teaming partners, joint-venture members, affiliates, facility owners/lessors, and other entities whose resources, experience, or performance are relied upon, including each entity's proposed role.
- A consolidated list of assumptions, exceptions, requested deviations, and conditions. An exception to a material solicitation requirement may make the proposal ineligible for award.

No evaluation rating is assigned to Volume I; this section will be used as part of the source selection responsibility determination. Omission of required administrative information may prevent an affirmative responsibility determination and make the proposal ineligible for award.

### L.4.2 VOLUME II - PHASE 1 READINESS SCREENING

Volume II shall provide a separately tabbed readiness submission for each proposed facility clearly identified. Phase 1 is a limited pass/fail screening intended to determine whether the offeror has demonstrated a realistic ability to make the proposed facility operational by the required start date. Offerors must pass every criterion for a facility to advance to Phase 2 for that facility.

**Page limitation:** No narrative page limit per facility, excluding the required compliance matrix and the documentary evidence specifically identified below.

The first section shall contain a Phase 1 compliance matrix identifying each criterion, a concise basis for a Pass determination, and the exact file name, section, and page of supporting evidence.

**ENVIRONMENTAL / NEPA INFORMATION (FACTOR 1)**

There are no page limitations for narrative pages per facility, excluding Government-required environmental forms, maps, reports, permits, studies, and appendices expressly authorized by the solicitation.

- Provide complete, accurate, organized, and internally consistent environmental and site information responsive to Attachment 16 - Procedural Guidance for Complying with NEPA.
- Distinguish existing conditions from proposed construction, renovation, expansion, conversion, and operational changes. Identify permits, approvals, surveys, consultations, mitigation, avoidance measures, data gaps, unresolved issues, responsible parties, and completion dates.
- Provide sufficient factual support for ICE to conduct its independent NEPA review and evaluate whether a categorical exclusion may be appropriate. The offeror shall not represent that the proposed action qualifies for a categorical exclusion or that ICE has completed its review.
- Explain how environmental and site constraints are integrated into the mobilization schedule and how the offeror will avoid delays to the required operational date.

The following table identifies the Phase 1 readiness screening criteria, required proposal content, and pass standards.

| Phase 1 Criterion | Required Proposal Content |
|---|---|
| 1. Legal Control of Proposed Facility | Identify the proposed facility, owner, and operator. Provide a recorded deed, executed long-term lease, option coupled with enforceable control rights, or other legally binding instrument demonstrating the offeror’s right to make the facility available to ICE for the contemplated performance period. Disclose financing contingencies, landlord approvals, liens, pending transfers, third-party consents, and other conditions. |

| Phase 1 Criterion | Required Proposal Content |
| --- | --- |
| 2. Minimum Beds and Required Configuration | Provide a bed inventory, scaled floor plans, housing-unit configuration, classification/separation capability, and a schedule for any construction, renovation, conversion, or activation. Address intake/release, medical, segregation/restrictive housing, recreation, visitation, food service, laundry, property, and support areas required by the PWS. |
| 3. Building, Fire, Life Safety, and Occupancy | Provide certificates of occupancy, fire marshal documentation, code reports, inspection records, and other approvals. For pending items, identify the issuing authority, remaining actions, inspection dates, corrective actions, critical-path schedule, and responsible party. |
| 4. Zoning, Licensing, and Local Approvals | Identify all zoning, land-use, detention/correctional, health, food-service, transportation, business, and other local or state approvals required. Provide current approvals or documented evidence of the remaining approval process, milestones, responsible authorities, and schedule. |
| 5. Staffing Pipeline and Training Readiness | Provide a position-by-position staffing ramp, recruitment sources, applicant pipeline, hiring assumptions, suitability/background schedule, relief factors, training capacity, instructor plan, training calendar, and contingency actions. Distinguish incumbent capture from new hiring and disclose material dependencies. |
| 6. Key Leadership and Core Security/Control Systems | Identify proposed facility leadership, availability, commitment status, minimum qualifications, and planned start dates. Describe the availability and implementation schedule for perimeter security, access control, detainee accountability, communications, video surveillance, control-room systems, emergency systems, and other critical controls. |
| 7. Transportation Assets and Equipment | Provide the transportation fleet plan, vehicle types and quantities, ownership/lease status, drivers, maintenance support, secure equipment, communications, restraints, accessibility capability, contingency vehicles, and activation schedule required by the PWS. |
| 8. Environmental and Site Information | Submit the environmental and site information required by Attachment 16, including existing conditions, proposed construction or renovation, prior site uses, permits, utilities, hazardous materials, floodplains, wetlands, protected resources, historic properties, traffic, noise, and known data gaps. Identify any required surveys, consultations, mitigation, or permits. |

***Note:*** *An offeror shall not assume that the Government will permit an offeror missing Phase 1 evidence to be supplied after proposal submission closing date/time. The Government may seek clarifications that do not permit proposal revision but is not required to do so.*

## L.4.3 VOLUME III - PHASE 2 TECHNICAL PROPOSAL INSTRUCTIONS

The government will evaluate Volume III and IV only for a facility that receives a Phase 1 Pass. Volume III shall contain the following two parts for each facility proposed.

### *L.4.3.1 PART 1 – TECHNICAL AND MANAGEMENT APPROACH (FACTOR 2)*

**Page limitation:** 30 narrative pages per requirement (facility), excluding expressly authorized appendices.

The offeror shall describe a complete, realistic, and integrated approach to provide, mobilize, manage, staff, and continuously operate the proposed Contract Detention Facility in accordance with the PWS. The proposal shall address:

- Proposed facility capability and operational suitability, including facility location, current condition, configuration and layout, rated capacity, proposed operating capacity, housing areas, intake and release areas, medical areas, food service areas, visitation areas, recreation areas, administrative and staff areas, transportation access, sally port areas, security and control features, perimeter security, electronic security systems, life-safety systems, utilities, communications systems, and any facility limitations, deficiencies, dependencies, or planned changes that may affect performance.
- Whether the proposed facility is existing, substantially complete, or dependent on new construction, major renovation, expansion, or conversion. If construction, renovation, expansion, or conversion is required, describe the required work, current status, remaining activities, responsible parties, required permits, inspections, approvals, schedule dependencies, and expected completion dates.
- Organizational structure, lines of authority, corporate support, decision rights, subcontractor integration, and accountability for performance.
- Staffing plan by labor category, post, shift, relief factor, supervision level, occupancy level, credentials, suitability requirements, and required coverage; recruitment, hiring, retention, absenteeism, turnover, overtime controls, and contingency staffing.
- A detailed mobilization and transition schedule from award through full operational readiness, including critical-path activities, milestones, dependencies, responsible officials, schedule recovery, and coordination with ICE.
- Initial and recurring training, instructor capacity, qualification verification, on-the-job training, legal and policy training, safety, emergency response, use-of-force, medical and mental-health interfaces, language access, transportation, and scenario-based training.
- Management controls, quality control, performance monitoring, incident reporting and escalation, corrective action, records, reporting, subcontractor oversight, and continuous improvement.
- Security and control operations, detainee accountability, emergency response, contraband control, perimeter and electronic systems, continuity of operations, and surge capability.
- Transportation management, dispatch, vehicle and driver readiness, maintenance, routing, secure movement, surge response, and coordination with ICE.
- **Multiple Facilities**: Capacity to perform all facilities proposed simultaneously, including identification of shared personnel, systems, equipment, to include vehicles, financing, subcontractors, and other constrained resources, with a realistic allocation plan.

***Note:*** *Due to mission needs and the required operational timeline, the Government prefers existing or substantially complete facilities that can be made operational by the required start date with limited construction, renovation, permitting, approval, NEPA, or activation risk. The Government will consider proposals involving new construction, major renovation, expansion, or conversion; however, such proposals must include detailed, credible, and verifiable evidence demonstrating that the facility can be completed, approved, staffed, equipped, and made fully operational by the required start date. Proposals involving new construction, major renovation, expansion, or conversion may be evaluated as presenting increased schedule, performance, permitting, environmental, or operational-readiness risk where unresolved contingencies, incomplete approvals, unsupported assumptions, or schedule dependencies create uncertainty regarding timely readiness.*

### *L.4.3.2 PART 2 – CORPORATE EXPERIENCE (FACTOR 3)*

**Page Limit:** No more than two pages per example, six pages maximum in total.

Offerors shall provide no more than three corporate experience examples demonstrating recent and relevant experience performing work similar in size, scope, and complexity to this requirement. “Recent” work is considered performed within that period if any portion of the period of performance occurred within five years of the solicitation closing date.

**Format:** For each corporate experience example, provide the following:

- Customer name, contract number, contract type, contract value, period of performance, and place of performance.
- Role of the offeror, such as prime contractor, major subcontractor, or joint venture member.
- Description of the work performed, including the size, scope, complexity, facility type, population or capacity supported, and operational environment.
- Explanation of why the experience is relevant to this requirement, including, as applicable, experience with facility operations, custody care, detention standards compliance, intake and release, food service, medical care coordination, transportation, emergency response, and incident management.
- Identification of the specific work performed by the offeror, including any functions performed by subcontractors or teaming partners.
- Customer point of contact, including name, phone number, and email address, for verification of the experience described.

If subcontractors will perform major or critical aspects of the requirement, the offeror may provide up to one recent and relevant corporate experience example for each such subcontractor. Each subcontractor example will count toward the three-example maximum.

It is not sufficient to merely state that prior or ongoing work is similar to the requirements of this solicitation. Offerors shall provide a clear rationale demonstrating how each example is similar in size, scope, and complexity to the requirement. The offeror is responsible for ensuring that all information submitted in support of its corporate experience is complete, accurate, current, and

sufficiently detailed. The Government will not make assumptions or draw inferences regarding missing or incomplete information.

Corporate experience will be evaluated based on the relevance of the work performed and the extent to which the experience demonstrates the offeror's capability to perform the requirements of this solicitation. Corporate experience is distinct from past performance. The Government will not evaluate the quality of prior performance, customer satisfaction, or past performance ratings under this factor.

***Note:*** *Offerors are reminded of the penalties for making false statements prescribed by 18 U.S.C. § 1001.*

### *L.4.4 VOLUME IV - PRICE PROPOSAL (FACTOR 4)*

**Page limitation for pricing narrative:** None.

**Format:** Government-furnished pricing workbooks in native Microsoft Excel format, with supporting narrative in Microsoft Word or searchable PDF.

#### *Pricing Template and Narrative*

- Complete every required field in Attachment 14 DSCS , **and** Attachment 15 Turn-Key Price Spreadsheet, for **each** requirement (facility) proposed, including all years for the 10 year ordering period, all CLINs, fixed hourly rates, estimated quantities or hours used for evaluation, and any other price elements required by the solicitation.
- Because the Government may consider future acquisition of one of more awarded sites, offerors shall submit pricing for each proposed requirement (facility) under both of the following operating models:
  - Contracted Detention Facility (CDF) model, under which the contractor provides and operates the facility; and
  - Government-owned, contractor-operated/maintained model (SPC), under which the Government owns the facility and the contractor operates and maintains it.
- Submit a price narrative and Basis of Estimate (BOE) explaining staffing, productive hours, relief factors, labor mix, wage assumptions, escalation, fringe benefits, overtime, shift differentials, training, mobilization, facility, equipment, vehicles, fuel, maintenance, subcontracting, materials, indirect costs, profit, operations and maintenance (O&M), and other significant assumptions used to develop pricing for each pricing model (CDF and SPC).
- Proposed prices shall include all costs necessary to perform unless the solicitation expressly identifies an item as Government-furnished or separately reimbursable.
- Prices shall not be conditional on award of another facility. Any discount for multiple awards shall be separately stated and shall not replace a complete stand-alone price for each facility.

#### *Service Contract Labor Standards Pricing*

The minimum wage rates and fringe benefits applicable to contract performance are identified in the Department of Labor wage determinations included in Attachment 15 – Consolidated Wage Determinations. Offerors shall use the applicable Service Contract Labor Standards wage determination rates and fringe benefits in Attachment 15 as the pricing baseline for covered labor categories, subject to the escalation instructions in the Price Workbook. The applicable job

classification under the area-wide wage determination is anticipated to be Detention Officer, as applicable to the proposed labor category and work performed. This pricing assumption does not alter the labor standards, wage determination, or price-adjustment clauses that will apply to contract performance.

***Additional Items Required with the Price Proposal***

1. Small Business Individual Subcontracting Plan. An offeror that is other than a small business shall submit an individual subcontracting plan containing all information required by the applicable RFO FAR 52.219-9 clause and the solicitation. The proposed small business subcontracting plan must meet the below small business subcontracting goals: (see table below for agency small business goals)

| **Small Business Subcontracting Goals** | |
|---|---|
| **Concern Type** | **Goal (Percentage)** |
| Small Business | 38.6% |
| Small Disadvantaged Business | 5% |
| Historically Underutilized Business Zone Small Business | 3% |
| Service-Disabled Veteran-Owned Small Business | 5% |
| Women-Owned Small Business | 5% |

2. Teaming or Joint-Venture Documents. Provide the executed agreement or other documentation describing the structure, roles, responsibilities, workshare, management, and liability of the arrangement.
3. Provision and Clause Fill-ins. Complete each provision or clause requiring offeror input in Sections I and K and include the required representations not completed in SAM.gov.
4. Terms and Conditions Statement. Include one of the two statements below, completed and signed by an authorized representative.

   *"The terms and conditions included in this solicitation are acceptable to be included in the award document without modification, deletion, or addition."*

   **OR**

   *"The terms and conditions included in this solicitation are acceptable to be included in the award document with the exception, deletion, or addition of the following: [offeror shall list exception(s) and rationale for the exception(s)]."*

   *Note 1: Taking an exception to a term or condition may render the proposal unacceptable. In addition, any exception taken to any other requirement in this solicitation is invalid and will not be considered.*

   *Note 2: Any proprietary data included in this volume shall be clearly identified. Each page that contains proprietary data shall be marked CONTRACTOR PROPRIETARY at the top and bottom of the page.*

*Note 3: Contingency Pricing-*

1. *Offerors shall not include contingency allowances for cost increases that are subject to adjustment under applicable contract clauses (e.g., Service Contract Labor Standards price adjustments).*

    i. *Offerors shall not include contingency allowances to cover increased costs for which adjustments are provided under the RFO Clause 52.222-44 – Fair Labor Standards Act and Service Contract Labor Standards – Price Adjustment (Aug 2018).*

    ii. *In addition to increases to wages and fringe benefits prescribed by a revised wage determination, including bona fide fringe benefits specifically called out in a collective bargaining agreement, ICE may consider increases to other direct costs brought about by the contractor's cost of compliance with the terms of a revised wage determination (e.g. state gross receipts tax). Any price adjustment request associated with such other direct cost(s) shall be supported by documentation demonstrating that a contingency covering an increase to the subject cost(s) was not included in the contractor's price proposal accepted by the Government at time of award.*

## L.5 CLARIFICATIONS, VERIFICATION, AND PROPOSAL REVISIONS

The Government may verify proposal information through site visits, record reviews, public records, reference checks, interviews, and other lawful sources. The Government may request clarifications consistent with RFO 15.202. Clarifications do not permit proposal revision and cannot be used to cure a deficiency or material omission. Proposal revisions may be submitted only when requested or allowed by the Contracting Officer.

**[END OF SECTION L]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

## SECTION M:
EVALUATION FACTORS FOR AWARD

### M.1 CLAUSES INCORPORATED BY REFERENCE (RESERVED)

### M.2 PROVISIONS INCORPORATED BY FULL TEXT

52.212-2 Evaluation-Commercial Products and Commercial Services (Aug 2025) (DEVIATION 25-21)

(a) Evaluation factors. The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The factors and their relative importance are stated in M.6 and M.9.

(b) Ordering Period. The Government will evaluate offers for award purposes by calculating the total evaluated price for the entire 10-year ordering period, including all evaluated CLINs and quantities identified in the pricing workbooks. The Government may determine that an offer is unacceptable if ordering period prices are significantly unbalanced.

(c) Notice of award. A written notice of award or acceptance furnished to the successful offeror within the time for acceptance specified in the offer will result in a binding contract without further action by either party. Before the offer's expiration, the Government may accept an offer, or part of an offer, whether or not negotiations occur after receipt, unless a written notice of withdrawal is received before award.

### M.3 GENERAL

Proposals shall conform to the solicitation and be specific, complete, logically assembled, practical, legible, clear, concise, coherent, indexed, and appropriately paginated. Proposals shall demonstrate how the offeror intends to accomplish the solicitation requirements and shall include convincing rationale and substantiation for material claims. Offerors shall assume the Government has no prior knowledge of their organization, resources, experience, or intentions and will base its evaluation on the proposal and information properly obtained by the Government.

Proposals shall be submitted in accordance with Section L. A proposal may be rejected if it fails to comply with material solicitation instructions or requirements. In addition, the government may: (1) reject the submittal if such action is in the public interest; (2) accept other than the lowest price submittal; and/or (3) waive informalities and minor irregularities in offers received.

### M.4 BASIS FOR AWARD

M.4.1 For each requirement (facility), the Government intends to award a single-award IDIQ contract to the responsible offeror whose conforming proposal provides the best value to the Government, considering price and non-price factors. The Government may select a proposal other than the lowest-priced proposal when the evaluated benefits merit the additional price.

M.4.2 The acquisition uses the tradeoff approach described in RFO 15.103-1. It is not a Lowest Price Technically Acceptable acquisition.

M.4.3 The Government will make a separate and independent award for **Requirement A (Denver AOR)**, **Requirement B (Miami AOR)**, **Requirement C (Philadelphia AOR** , and **Requirement D (Seattle AOR)**. An evaluation or award decision for each requirement (facility) will not control the decision for another requirement (facility).

M.4.4 An offeror may receive more than one award. When an offeror is in line for multiple awards, the Government may evaluate whether the offeror has demonstrated sufficient aggregate resources and capacity to perform all contemplated awards simultaneously as part of its responsibility determination.

## M.5 AWARD SELECTION - BEST VALUE TRADEOFF

The Government intends to award to the responsible offeror(s) whose proposal conforms to the solicitation and represents the overall best value to ICE for the applicable facility AORs. The tradeoff approach permits the Government to consider awards to other than the lowest-priced offeror or other than the highest technically rated offeror. Any anticipated benefits associated with a higher-priced proposal must merit the additional price.

The Government intends to evaluate initial proposals and may award without negotiations. Initial proposals should contain the offeror's best terms. The Government reserves the right to conduct clarifications, establish a competitive range, conduct negotiations, and request final proposal revisions in accordance with RFO Part 15. If negotiations are conducted, each offeror remaining in the competitive range will be provided an opportunity to submit a final proposal revision.

The Source Selection Authority's (SSA) decision will be based on a comparative assessment of proposals against the solicitation's evaluation criteria. The source selection decision will represent the Source Selection Authority's independent judgment.

## M.6 EVALUATION PHASES AND FACTORS

The Government will evaluate each facility proposal in two sequential phases. Factors in Phase 1 will not be part of the tradeoff. Factor 2 will be evaluated on a pass/fail basis and will not assessed a confidence rating. Only proposals that receive a "pass" will advance to Phase 2 for that facility.

### M.6.1 FACTOR 1 – ENVIRONMENTAL/ NEPA INFORMATION

The Government will evaluate evidence on a Pass/Fail against the following criteria:

| Criterion | Evaluation Focus |
|---|---|
| Legal Control of Proposed Facility | Whether the offeror has legally enforceable control, or a credible enforceable path to control, sufficient to make the facility available by the required date. |

| Criterion | Evaluation Focus |
|---|---|
| Minimum Beds and Required Configuration | Whether the minimum bed capacity and required housing, support, and separation configurations will be available by the required date. |
| Building, Fire, Life Safety, and Occupancy | Whether applicable building, fire, life-safety, and occupancy requirements are satisfied or supported by a credible completion plan. |
| Zoning, Licensing, and Local Approvals | Whether required zoning, licensing, and other approvals are in place or can credibly be obtained on time. |
| Staffing Pipeline and Training Readiness | Whether the recruiting, hiring, suitability, staffing, and training plan is realistic and sufficient for safe operation at the minimum required capacity. |
| Key Leadership and Core Security/Control Systems | Whether essential leadership and operational security/control systems will be available and functioning by the required date. |
| Transportation Assets and Equipment | Whether adequate transportation assets, drivers, and required secure-transportation equipment will be available by the required date. |
| Environmental and Site Information | Whether the submission is sufficiently complete and credible to support the Government's NEPA review and schedule. The Government will evaluate the completeness, quality, accuracy, organization, internal consistency, and usefulness of the environmental and site information provided to support DHS NEPA compliance. The evaluation will consider whether the offeror identifies existing conditions, proposed changes, potential effects, permits, constraints, data gaps, surveys, consultations, mitigation or avoidance measures, responsible parties, and realistic completion dates. |

For the Environmental and Site Information criterion, a Pass requires sufficient, credible, organized, and internally consistent information to support the Government's NEPA review. A Pass does not constitute a Government NEPA determination.

**Pass.** The proposal provides sufficient, credible, and internally consistent evidence demonstrating that the criterion can be met by the required date without a material unresolved dependency that makes timely readiness unrealistic.

**Fail.** The proposal omits material evidence, contains a material inconsistency, relies on an unsupported or unrealistic contingency, or otherwise fails to demonstrate that the criterion can be met by the required date.

An offeror must receive a Pass for every criterion for a facility to advance to Phase 2 for that facility. The Government will not trade strengths in one Phase 1 criterion against a failure in another criterion. Phase II proposal submissions will not be accepted or evaluated from Offerors that were eliminated from consideration for award during Phase I.

**PHASE 1 DETERMINATION AND NOTICE**

The Government will review in Phase 1, evaluate Factor 1 – Environmental/NEPA Information as detailed in above. After review and evaluation of Phase 1, the Government will provide written notice of the Phase 1 result for each facility. A Phase 1 Pass notice permits the proposal to advance to the Phase 2 evaluation for the identified requirement. A Phase 1 Pass notice is not an award, a competitive-range determination, an affirmative responsibility determination, or approval of the proposed facility. Offerors that do not receive a Phase 1 Pass notice will be notified after Phase 1 that they are removed from the competition and will not proceed to Phase 2 or be considered for award.

**M.6.2 PHASE 2 – EVALUATION**

The Government will evaluate the following Phase 2 factors, which will be used in the best value tradeoff by the SSA:

**FACTOR 2 – TECHNICAL AND MANAGEMENT APPROACH**

The Government will evaluate the extent to which the offeror proposes a complete, realistic, feasible, and integrated approach to provide, mobilize, manage, staff, and continuously operate the proposed Contract Detention Facility in accordance with the PWS.

The Government will evaluate the offeror's proposed approach in the following areas:

- **Facility capability and operational suitability**, including the facility's location, current condition, configuration and layout, rated capacity, proposed operating capacity, housing areas, intake and release areas, medical areas, food service areas, visitation areas, recreation areas, administrative and staff areas, transportation access, sally port areas, security and control features, perimeter security, electronic security systems, life-safety systems, utilities, communications systems, and any facility limitations, deficiencies, dependencies, or planned changes that may affect performance.
- **Facility readiness and completion status**, including whether the facility exists, is substantially complete, or is dependent on new construction, major renovation, expansion, or conversion. If construction, renovation, expansion, or conversion is required, the evaluation will consider the scope of required work, current status, remaining activities, responsible parties, required permits, inspections, approvals, schedule dependencies, and expected completion dates.
- **Organizational structure and accountability**, including lines of authority, corporate support, decision rights, subcontractor integration, and accountability for performance.
- **Staffing plan and workforce management**, including staffing by labor category, post, shift, relief factor, supervision level, occupancy level, credentials, suitability requirements, and required coverage, as well as recruitment, hiring, retention, absenteeism, turnover, overtime

controls, and contingency staffing.

- **Mobilization and transition planning**, including the schedule from award through full operational readiness, critical-path activities, milestones, dependencies, responsible officials, schedule recovery methods, and coordination with ICE.
- **Training and qualification management**, including initial and recurring training, instructor capacity, qualification verification, on-the-job training, legal and policy training, safety, emergency response, use-of-force, medical and mental-health interfaces, language access, transportation, and scenario-based training.
- **Management controls and performance oversight**, including quality control, performance monitoring, incident reporting and escalation, corrective action, records, reporting, subcontractor oversight, and continuous improvement.
- **Security and control operations**, including detainee accountability, emergency response, contraband control, perimeter and electronic systems, continuity of operations, and surge capability.
- **Transportation management**, including dispatch, vehicle and driver readiness, maintenance, routing, secure movement, surge response, and coordination with ICE.
- **Capacity to perform multiple facilities simultaneously**, including identification of shared personnel, systems, equipment, financing, subcontractors, and other constrained resources, with a realistic allocation plan.

Existing or substantially complete facilities with credible activation plans may be evaluated more favorably than proposals requiring new construction, major renovation, expansion, or conversion where the latter presents greater schedule, performance, permitting, approval, NEPA, or operational-readiness risk.

**FACTOR 2 – CORPORATE EXPERIENCE**

The Government will evaluate the Offeror's corporate experience to determine the extent to which the submitted experience examples demonstrate recent and relevant experience performing work similar in size, scope, and complexity to this requirement.

The Government will evaluate corporate experience based on the information submitted in accordance with Section L. The Government may contact the identified customer points of contact only to verify the corporate experience information submitted by the Offeror.

**Recency:** An experience example is recent if the work was performed within five years of the solicitation closing date. Work is considered performed within that period if any portion of the period of performance occurred within five years of the solicitation closing date.

**Note:** Experience examples that are not recent will not be evaluated for relevance.

**Relevance:** The Government will evaluate the relevance of each recent corporate experience example by assessing the similarity of the work performed to this requirement in the following areas:

1. **Size**, as demonstrated by:

- contract value;
- facility size;
- population or capacity supported; and
- period of performance.

2. **Scope**, as demonstrated by performance of the following functional areas:
   - facility operations;
   - custody care;
   - detention standards compliance;
   - intake and release;
   - food service;
   - medical care coordination;
   - transportation;
   - emergency response; and
   - incident management.
3. **Complexity**, as demonstrated by:
   - facility type;
   - operational environment;
   - detention standards compliance requirements;
   - coordination of multiple service functions; and
   - emergency response and incident management requirements.

**FACTOR 3 - PRICE**

The Government will evaluate price to determine the total cost to the Government if the proposal is selected for award. Price will not be assigned a confidence rating.

The Government will evaluate the offeror's total evaluated price for reasonableness. The reasonableness analysis may include comparison of proposed prices received in response to the solicitation, comparison to the independent Government estimate, comparison to historical prices, and other price analysis techniques permitted by RFO 15.404-1.

The Government will evaluate whether the offeror submitted the required price proposal items, including the legal offer letter, small business subcontracting plan, provision and clause fill-ins, and any required supporting price information. Failure to submit required price proposal items may make the offeror ineligible for award.

The Government may conduct a price realism analysis. If performed, the price realism analysis will include, but not be limited to, assessing whether the proposed prices are consistent with the offeror's technical, management, staffing, and operational approaches. The Government will not adjust an offeror's proposed prices as a result of the price realism analysis.

The Government may evaluate proposals for unbalanced pricing. A proposal may be rejected if the Government determines that materially unbalanced pricing poses an unacceptable risk to the Government.

Offerors shall not include contingency allowances for cost increases that are subject to adjustment

under applicable contract clauses. Inclusion of contingency pricing may make the proposal ineligible for award.

The Government will review Basis of Estimate (BOE) information to determine whether the proposed prices are based on assumptions consistent with the offeror's technical, management, staffing, and operational approaches. Significant omissions or inconsistencies between the BOE and other proposal volumes may adversely affect the evaluation under this factor and may inform the Government's assessment under other evaluation factors.

For evaluation of any potential extension under RFO Clause 52.217-8, the Government will add 50 percent of the final year pricing to the total evaluated price. Offerors shall not separately price any extension under RFO 52.217-8.

The Government will review the small business subcontracting plan of the apparent successful offeror. The small business subcontracting plan must be finalized before award and will be incorporated into any resulting contract. Failure to submit or finalize an acceptable small business subcontracting plan will make the offeror ineligible for award.

The Government will review submitted evidence of an established DHS Mentor-Protégé Program agreement, if applicable.

## M.7 CONFIDENCE RATINGS AND EVALUATION TERMS

The government will assign a Pass/Fail to Factor 2:

**Pass.** The proposal provides sufficient, credible, and internally consistent evidence demonstrating that the criterion can be met by the required date without a material unresolved dependency that makes timely readiness unrealistic.

**Fail.** The proposal omits material evidence, contains a material inconsistency, relies on an unsupported or unrealistic contingency, or otherwise fails to demonstrate that the criterion can be met by the required date.

The Government will assign the following overall confidence ratings to Factor 3:

| Rating | Definition |
|---|---|
| **High Confidence** | The Government has high confidence that the offeror will successfully perform the applicable requirements with little or no Government intervention. |
| **Some Confidence** | The Government has some confidence that the offeror will successfully perform the applicable requirements, but some Government intervention may be necessary. |
| **Low Confidence** | The Government has low confidence that the offeror will successfully perform the applicable requirements, even with Government intervention. |

The Government will assign the following overall confidence ratings to Factor 4:

| Rating | Definition |
|---|---|
| **High Confidence** | Based on the Offeror's recent and relevant corporate experience examples, the Government has a high expectation that the Offeror will successfully perform the requirement. |
| **Some Confidence** | Based on the Offeror's recent and relevant corporate experience examples, the Government has some expectation that the Offeror will successfully perform the requirement. |
| **Low Confidence** | Based on the Offeror's recent and relevant corporate experience examples, the Government has low expectation that the Offeror will successfully perform the requirement. |

The Government will consider strengths, weaknesses, significant weaknesses, deficiencies, and the totality of information associated with each factor using the definitions below:

| Term | Definition |
|---|---|
| **Strength** | A material aspect of the proposal that increases the Government's confidence in successful contract performance. |
| **Weakness** | A flaw in the proposal that increases the risk of unsuccessful contract performance. |
| **Significant Weakness** | A flaw in the proposal that appreciably increases the risk of unsuccessful contract performance. |
| **Deficiency** | Is any part of an offer that does not conform to a material requirement of the RFP. A material requirement is one that affects price, quantity, quality, or delivery, or that the RFP requires to be met at the time of proposal submission. |

## M.8 METHODOLOGY OF EVALUATION

Each proposal will be evaluated based on the solicitation criteria, including effectiveness, feasibility, expected outcomes, sound business practices, demonstrated understanding, performance risk, and fair and reasonable pricing. The Government will evaluate proposals solely against the factors and significant subfactors stated in the solicitation.

A proposal that fails Phase 1, contains a deficiency, fails to conform to a material solicitation requirement, or does not demonstrate a sufficient understanding of the requirement may be excluded from further consideration. The Source Selection Authority may determine that a superior proposal merits a higher price and represents the best value to the Government. The evaluation will document relative strengths, weaknesses, significant weaknesses, and deficiencies in the Government's overall assessment of offeror's proposals.

## M.9 RELATIVE IMPORTANCE OF FACTORS

The following factors will be used in the Source Selection: Factor 2: Technical and Management Approach, Factor 3, Corporate Experience, and Factor 4: Priced. Factor 2 (Technical and Management Approach) is more important than Factor 3 (Corporate Experience). Factors 2 and 3, when combined, are more important than Factor 4 (Price).

As differences among non-price proposals narrow, price will become more important in the tradeoff decision. The Government will not pay a significantly higher overall price to obtain only a slight non-price advantage. Conversely, the Government may select a higher-priced proposal when its evaluated benefits are judged to merit the additional price.

## M.10 RESPONSIBLE PROSPECTIVE CONTRACTORS

Before award, the Contracting Officer will determine whether the apparent successful offeror is responsible in accordance with RFO Subpart 9.1. A Phase 1 Pass does not constitute an affirmative responsibility determination. Responsibility will be determined for the apparent successful offeror before award.

**[END OF SECTION M]**

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]**

# EXHIBIT #10

# Attachment 16

# PROCEDURAL GUIDANCE FOR COMPLYING WITH NATIONAL ENVIRONMENTAL POLICY ACT REQUIREMENTS – PROPOSED CONTRACT DETENTION FACILITY (CDF)

## 1.0) INTRODUCTION

The National Environmental Policy Act (NEPA) of 1970 (Pub. Law 90-190; 42 U.S.C. § 4331 et seq) establishes a national goal of protecting the environment. NEPA requirements apply to any Federal project, decision, or action that might have a significant impact on the quality of the human environment. Prospective contractors (hereinafter "Offerors") responding to this solicitation must assist ICE in complying with NEPA requirements. In addition to NEPA, Offerors must consider other environmental statutes including but not limited to: Clean Air Act of 1974; Safe Drinking Water Act of 1974; Endangered Species Act of 1973; National Historic Preservation Act of 1966; the Farmland Protection Policy Act, Fish and Wildlife Coordination Act, and others. Offerors must also consider applicable Executive Orders (EOs), such as EO 11988, 11990, and 12898. An example Final Environmental Assessment, produced by ICE, is available for review as a general reference at https://www.dhs.gov/publication/final-environmental-assessment-and-finding-no-significant-impact-ice-contract-detention.

### A) Project Planning and Identification of Proposed Sites

During the planning phase of the project, the Offeror identifies a proposed site for contract performance and any construction, renovation or expansion activities that may be necessary. In order to identify possible environmental concerns and impacts to the environment, the Offeror should involve others at this stage through formal and/or informal meetings and consultations by making affected or interested parties aware of the proposed action and potential environmental impacts, and provide an opportunity to express comments or concerns. **Offeror's shall not represent ICE or the Federal Government in any way or present themselves as agents of the Federal Government.** The Offeror should make a record of any consultations, teleconferences, and/or meetings, and summarize any comments.

### B) Preparation of an Environmental Assessment (EA)

ICE will be reviewing and compiling information submitted by Offerors in order to create a Final EA for ICE's proposed contract action. This Final EA will be drafted by ICE using information obtained directly from the Offerors' submissions. Offeror's submissions should not include Offeror-identifying information or graphics on any submitted map or photos. ICE will evaluate each submission and determine if the level of NEPA analysis is sufficient to warrant including it as a viable alternative for a siting location of the facility. In order to facilitate ICE's NEPA compliance, each Offeror shall submit its own EA to ICE in accordance with the outline below. The Offeror may prepare its EA or contract for the preparation of all or parts of its EA. In order to adequately assess all of the potential environmental impacts, the

environmental analysis requires a multi-disciplinary approach. Each Offeror's EA shall contain the following:

Proposed Action and Purpose and Need:

The Proposed Action shall be as follows: "The proposed action is to evaluate the potential for impacts to the quality of the human environment for awarding a contract for the construction, renovation, and/or operation of a Contract Detention Facility (CDF) with an operational capacity of [See PWS Addendum] beds to support ICE administration, processing, and court rooms on a parcel of land located within [See PWS Addendum] mile radius of the [See PWS Addendum]. Under the proposed action, the contractor selected would be responsible for ensuring that the facility is operated in a manner consistent with the mission of ICE and state and federal laws and regulations. This Environmental Assessment (EA) serves to evaluate the potential impacts of the proposed action and alternatives, including the No Action Alternative, as stipulated by the National Environmental Policy Act of 1969."

The Purpose and Need shall be as follows: "the purpose of the Proposed Action is to provide a CDF with sufficient detention services, armed transportation services, on-call guard services, administrative and office space services, and parking spaces at the CDF to effectively and efficiently carry-out ICE's mission of fulfilling orders for the securing and departure activities of detainees who are designated in removal proceedings and for arranging the detention of detainees when such becomes necessary and prescribed by law. The CDF is required because the capacity to support the effective detention of persons in the area has been reached." The purpose and need will further describe the components of ICE's need for the CDF (as outlined in the RFP) and the EA will evaluate the proposed action and the environmental impacts of the proposed action. The following is a brief list of evaluations and analyses required to be included in the EA. Please see Section 2.0 below for a more detailed discussion of the resource categories to be evaluated and discussed. The EA will include:

- An analysis of the "No Action Alternative."
- Mitigation – if the EA requires mitigation in order to make a Finding of No Significant Impact (FONSI), a detailed description of mitigation that will be performed prior to, during, or after contract performance.
- A listing of the documents and persons consulted in the preparation of the EA, those responsible for preparation of the EA, as well as a list of proposed recipients of the EA.
- Any other document or information (other than a discussion of the "No Action Alternative") as may be necessary and as described in Section 2.0.

The environmental impacts of the proposed action should be presented in a manner that defines the issues and provides a clear basis for choice among options by ICE. If the EA indicates significant effects, which could be reduced to insignificant levels with mitigation measures, the EA should describe the mitigating measures, how the Offeror proposes to implement them and the proposed timeline for implementation. The successful offeror will be contractually bound to execute the necessary mitigation actions. The Offeror will submit its completed draft EA to ICE for review, verification,

and comment prior to ICE incorporating the information into its own EA for the proposed action.

**C) Review of the Offeror's EA**

ICE OAQ and other Agency technical experts will review the Offeror's EA based on the following over-arching criteria:

- Has the Proposed Action been adequately described?
- Have the relevant areas of potential environmental impact been properly identified and assessed?
- Have reasonable mitigation measures been identified, considered and described in an implementation plan where possible?
- Has a convincing case been made that the project as presently conceived will have only insignificant impacts on each of the identified areas of environmental concern?
- Have other agencies, local officials, and stakeholders with an interest or potential interest been consulted?

**D) Required Letters from Key Local Officials**

The Offeror must prepare, submit, and obtain responses, as applicable from key local officials and regulatory stakeholders commenting on the environmental impacts of the proposal and submit them with the offer.

**E) Review Comments and Modify Proposal, as Appropriate**

The Offeror should review any comments received and incorporate them in its proposal, if appropriate. The comments, response to these comments, and any revisions to the proposed project must be submitted to ICE as part of the environmental analysis accompanying its proposal. If late comments are received, the Offeror shall consider whether they have any impact to its proposal, and forward both the comments and its assessment to ICE for Agency evaluation.

**F) Final ICE EA**

The information provided by an Offeror in its EA may be included, in whole or in part, in a publicly available EA prepared by ICE for the proposed contract action. If ICE's EA is insufficient to support a FONSI or mitigated FONSI, then the Offeror may be required to provide additional documentation or information for consideration in its environmental documents. The requirement for additional documentation or information could be substantial.

## 2.0) CONTENT OF THE ENVIRONMENTAL ASSESSMENT (EA)

An EA is a concise public document that provides sufficient evidence and analysis for determining whether to prepare an Environmental Impact Statement (EIS) or issue a FONSI as a result of completing an EA. It is designed to help public officials make

decisions that are based on an understanding of the human and physical environmental consequences of the proposed project and take actions, in the location and design of the project that protect, restore and enhance the environment.

In preparing an EA, it is important to understand the need for documented consideration of alternatives and the comprehensive nature of the impacts which must be analyzed. Consideration must be given to all potential impacts associated with the construction activity (if applicable), project operation and maintenance, and the attainment of the project's major objectives. This would include an analysis of the environmental impacts of the activities to be conducted by the Offeror. For example, if siting of the CDF would be located on undisturbed lands, the impacts to land use and soils would require an in-depth analysis in the appropriate sections of the EA.

The amount of analysis and material that must be provided will depend upon the nature and scale of the proposal, the environment in which it is located, and the range and complexity of the potential impacts. The amount of analysis and detail provided, therefore, must be commensurate with the magnitude of the expected impact. The document should be comprehensive, but analytic rather than encyclopedic. The analysis of each environmental factor (i.e., biological resources) must be taken to the point that a conclusion can be reached and supported concerning the degree of the expected impact with respect to that factor. Generally, an EA can be completed in 25-50 pages in length, except in unusual cases where a proposal is so complex that a concise document may not be sufficient or where it is extremely difficult to determine whether the proposal could have significant environmental effects. A lengthy EA might indicate that an EIS is needed.

The following describes the required sections of the Offeror's EA and what should be included in each section. Not every issue or potential impact will be relevant to each proposed project location. However, each environmental factor listed should be addressed with a brief explanation of the impact or why it is not relevant. Please note, submitted documents should include a site plan that is able to be reasonably evaluated. Submitted documentation must provide a sufficient level of design and detail to effectively evaluate impacts and facilitate ICE's consultation with regulatory agencies is necessary.

**A) <u>Executive Summary</u>**

The EA should contain an Abstract to include:

- A listing of the Project Sponsor(s);
- Contact Person(s);
- A brief description of the proposed action;
- A brief description of the location of the proposed action;
- A summary of the EA's findings; and

**B) <u>Introduction</u>**

This section should briefly describe the regulatory framework and action that constitutes the preparation of an EA.

**C) <u>Project Background</u>**

This section should include a detailed description of the existing conditions and the projects' location.

**D) <u>Purpose and Need</u>**

This section should describe the purpose of the EA and the need for the proposed action as outlined in Section 1.B above. The description should include the scope and content of the analysis, the decision to be made, and a discussion of how the approach for public participation was developed.

**E) <u>Proposed Action and Alternatives</u>**

An important element of the process of preparing the EA is the investigation and evaluation of alternatives to the proposed action. This section should describe the proposed action and "No Action" alternative as mandated by NEPA and provide a basis for comparison. The evaluation should also include a summary of the "alternatives considered but eliminated."

**F) <u>Affected Environmental and Consequences</u>**

This section provides the technical basis for decision making and the comparison of alternatives. It should include an evaluation of the extent of the impacts of the project (and associated surrounding lands), to include the activities to be conducted by the participants as well as any related projects. For example, a related project would be a necessary extension or expansion of a water or sewer system or new road construction for access purposes. The environmental impacts of these related activities must also be assessed within the EA. Unique or sensitive areas must be noted including, but not limited to: residential areas, schools, hospitals, recreational areas, historical sites, lakes, rivers, parks, floodplains, wetlands, natural landmarks, steep slopes, important farmlands and forest lands, endangered species habitats, or other unique or sensitive features.

The EA should include location maps of the project area as well as: a U.S. Geological Survey "15 minute" ("7½ minute", if available), quadrangle map which clearly delineates the area and the location of the project site; FEMA Flood Insurance and National Wetland Inventory maps for the project area; site photos; information from a soil survey for the project; and if available, an aerial photograph of the site. When necessary for descriptive purposes or environmental analysis, include maps and other similar graphic information. All graphic materials should be of high quality resolution. The EA should include at least a review and discussion of the following resource categories:

- <u>Geology/Soils, Topography, and Seismicity</u>: Indicate topographic conditions including areas of steep slope. Indicate geologic and soil features and

characteristics including features that may influence planning, design, construction and/or operation of the proposed facility. Indicate whether the project will either directly or indirectly convert an important farmland identified in the Farmland Protection Policy Act as further defined by the U.S. Department of Agriculture in 7 CFR Part 658. If a conversion may result, determine if there is a practicable alternative to avoiding it. If there is no such alternative, determine whether all practical mitigation measures are included in the project.

- Hydrology and Water Resources: Discuss, in terms of amounts and types of effluents, all direct and indirect aspects of the project which will affect hydrologic resources (i.e., surface and groundwater). Evaluate the impacts of the facility on existing water quantity and quality of such resources. Indicate whether the facility is either located within a 100-year and/or 500-year floodplain or a wetland or will impact a floodplain or wetland. If so, determine if there is a practicable alternative project location. If there is no such alternative, determine whether all practicable mitigation measures are included as part of the project and document as an attachment with these determinations.
- Biological Resources: Indicate all aspects of the project including construction, and known direct and indirect effects which will affect the natural environment including wildlife, their habitats, and unique natural features. Indicate whether the project will either affect a federal or state listed endangered or threatened species or critical habitat, or adversely affect a proposed critical habitat for endangered or threatened species, or jeopardize the continued existence of a proposed endangered or threatened species. This analysis should be conducted in consultation with the U.S. Fish and Wildlife Service and the State Park and Wildlife Department when appropriate. The results of any required coordination will be described along with any completed biological opinion and mitigation measures required for the project.
- Cultural Resources and Historic Properties: The Offeror shall detail the steps taken to comply with the Advisory Council on Historic Preservation's (ACHP) Regulations. First, indicate that the National Register of Historic Places has been consulted and whether there are any listed properties located within the area to be affected by the project. Second, indicate the steps taken, such as historical/archeological surveys, to determine if there are any properties eligible for listing located within the affected area as applicable. Summarize any information received from the State Historic Preservation Officer (SHPO) and attach appropriate documentation of the SHPO's views. Based upon this process and the views of the SHPO, state whether or not an eligible or listed property will be affected. If there will be an effect, discuss those steps and protective measures taken to comply with the Advisory Council's regulations. Describe the affected property and the nature of the effect. Note that the Offeror cannot consult with the SHPO on behalf of ICE, but ICE will use the Offeror-provided information to consult with the SHPO.

- Aesthetics/Visual Impacts: Indicate any sensitive or unique views, vistas or adjacent land uses which could be adversely impacted by the proposed project. Use photographs to support this section where applicable.
- Hazardous Materials and Waste: Indicate the presence of any known or suspected hazardous materials contamination within the proposed site. Include a discussion of the Phase I Environmental Site Assessment (or equivalent) within the EA (where applicable).
- Social Environment and Environmental Justice: Describe demographic characteristics and conditions of the host community and county. Include statistics from the U.S. Census and other similar sources to indicate: total population, age cohorts, educational attainment, income, racial and ethnic characteristics, labor force, major employers, employment/unemployment rates, total housing units, etc. Indicate whether any populations will be removed or relocated as a result of the proposed action and the number of people to be relocated. Discuss disproportionate impacts to any existing minority and low-income communities compared to communities in the area and the state of the facility location as a whole. Discuss how impacts resulting from the project such as changes in land use, transportation impacts, air emissions, noise, etc., will effect nearby residents and users of the project area and surrounding areas. Discuss whether the proposal will result in population changes and, if so, their nature and scale.
- Human Health and Safety: Describe the potential impacts of any population increases on the area's public and community services such as schools, health care, social services, police and fire protection.
- Land Use: Describe existing site land use and adjacent land uses; evaluate the effect of altering the land use of the project site and how this change will affect the surrounding land uses. Describe the existing land use plan and zoning restrictions for the project area (if applicable).
- Utilities and Infrastructure: Describe existing utility systems serving the area of the project site (i.e., potable water supply, wastewater collection and treatment, electric power and/or natural gas supply, etc.). Indicate the demands to be placed upon existing utility systems as a result of the proposed project and evaluate the adequacy of these systems to accommodate the proposed project. If any utility system is or will be inadequate or overloaded, describe the steps being taken for necessary improvements and their completion dates. Indicate if recycling or resource recovery programs are or will be used. Discuss any steps/actions to be undertaken to conserve water and/or energy consumption. Cite any contacts with appropriate agencies that must issue necessary approvals and/or permits.
- Traffic and Transportation Systems: Describe principal access routes to the project site. Discuss whether the project will result in an increase in motor vehicle traffic and the existing roadway's ability to safely accommodate any such increases. Indicate if additional traffic control devices are to be installed to accommodate traffic. Describe any improvements to the transportation system which will be necessary as a result of the project. Discuss how these

new traffic patterns will affect the land uses described earlier, especially residential, commercial, schools, and recreational.

- Air Quality: Discuss the amounts and types of emissions to be produced from all aspects of the project and known indirect effects (such as increased motor vehicle traffic) which will affect air quality. Indicate the existing air quality in the area and if topographical or meteorological conditions hinder or affect the dispersal of air emissions. Evaluate the impact on air quality given the types and amounts of projected emissions, the existing air quality, and topographical and meteorological conditions. Discuss the project's consistency with the State's air quality implementation plan for the area, the classification of the air quality control region within which the project is located, and status of compliance with air quality standards within the region (e.g., non-attainment areas).
- Greenhouse Gas and Climate Change: Discuss impacts to greenhouse gas emissions (GHG) emissions and climate change adaptation/resilience. Compare GHG emissions with CEQ reporting thresholds as applicable.
- Noise: Discuss the nature and volume of noise emissions to be produced from all aspects of the project and known indirect effects (such as increased motor vehicle traffic) which will affect noise conditions. Indicate the existing noise conditions in the area and other predominant noise sources. Evaluate the impact on existing noise conditions given the types and amounts of projected noise sources and the existing noise conditions.

## G) Cumulative Impacts

This section will summarize any cumulative impacts of this project and any directly-related projects. Give particular attention to land use changes and air and water quality impacts. Summarize the results of the environmental impact analysis done for any of these related projects. Summarize any potential adverse impacts pointed out in the above analysis.

## H) Summary of Significant Impacts, Required Mitigation, and Best Management Practices

This section will summarize significant impacts and potential required mitigation. Evaluate the potential adverse impacts of the proposed action as identified in the above analysis. Describe any measures which will be taken to avoid or mitigate the identified adverse impacts. Analyze the environmental impacts and potential effectiveness of the mitigation measures.

## I) References Consulted in Preparing the EA

The Offeror is encouraged to conduct informal outreach and consultations with appropriate experts from Federal, state, and local agencies, universities, and other organizations or groups whose knowledge could be helpful in the assessment of potential impacts. All informal outreach activities should be conducted in the Offeror's name. Offeror's shall not represent ICE or the Federal Government in

any way or present themselves as agents of the Federal Government. Any misrepresentations will result in delays in EA reviews at the cost of the Offeror. In so doing, each reference should be listed and include documents, maps and similar publications along with the name, title, and organization of individuals contacted in addition to the date of contact. Related correspondence should be attached to the EA. As the lead Federal Agency for this project, ICE will be conducting formal consultations with appropriate Federal, state, and local agencies.

**J) List of Preparers**

The EA should include a list of those individuals responsible for its preparation including names, titles, education, licenses and other related credentials.

**K) Appendices**

The EA should include a listing of agencies and officials provided with copies of the document for review and comment. This would include federal, state, local/county agencies and organizations, public libraries, interested citizens, etc. The Offeror need not submit information to the public for public review and/or involvement. ICE will compile information gathered from the Offerors and include in an agency EA that will be made available for public review. Discuss any positive and/or negative comments or public views raised about the project and the consideration given to these comments. Indicate whether a public hearing or public information meeting has been held and include a summary of the results and any objections raised. Indicate any other examples of the community's awareness of the project, such as newspaper posting or public notifications.

**L) Administrative Record**

An administrative record should be included as an attachment to the Environmental Assessment. The administrative record is a compilation of all materials (references, meeting notes, documents, etc.) that were considered by the Offeror in preparing their environmental assessment.

## 3.0) TABLE OF CONTENTS (TOC)

**ACRONYMS AND ABBREVIATIONS**

**EXECUTIVE SUMMARY**

**Section 1.0 – INTRODUCTION**

**Section 2.0 – PROJECT BACKGROUND**
2.1 Existing Conditions
2.2 Project Location

**Section 3.0 – PURPOSE AND NEED**
3.1 Scope and Content of the Analysis

3.2 Decision to be made
3.3 Public Participation

**Section 4.0 – PROPOSED ACTION AND ALTERNATIVES**
4.1 Proposed Action Alternative
4.2 No Action Alternative
4.3 Summary of Alternatives Considered but Eliminated

**Section 5.0 – AFFECTED ENVIRONMENT AND CONSEQUENCES**

5.1 : Geology/Soils, Topography, and Seismicity:
5.1.1 Affected Environment
5.1.2 Environmental Consequences
5.1.2.1 No Action Alternative
5.1.2.2 Proposed Action Alternative

5.2: Hydrology and Water Resources:
5.2.1 Affected Environment
5.2.2 Environmental Consequences
5.2.2.1 No Action Alternative
5.2.2.2 Proposed Action Alternative

5.3: Biological Resources:
5.3.1 Affected Environment
5.3.2 Environmental Consequences
5.3.2.1 No Action Alternative
5.3.2.2 Proposed Action Alternative

5.4: Cultural Resources and Historic Properties:
5.4.1 Affected Environment
5.4.2 Environmental Consequences
5.4.2.1 No Action Alternative
5.4.2.2 Proposed Action Alternative

5.5: Aesthetics/Visual Impacts:
5.5.1 Affected Environment
5.5.2 Environmental Consequences
5.5.2.1 No Action Alternative
5.5.2.2 Proposed Action Alternative

5.6: Hazardous Materials and Waste:
5.6.1 Affected Environment
5.6.2 Environmental Consequences
5.6.2.1 No Action Alternative
5.6.2.2 Proposed Action Alternative

5.7: Social Environment and Environmental Justice:

5.7.1 Affected Environment
5.7.2 Environmental Consequences
5.7.2.1 No Action Alternative
5.7.2.2 Proposed Action Alternative

5.8 : Human Health and Safety:
5.8.1 Affected Environment
5.8.2 Environmental Consequences
5.8.2.1 No Action Alternative
5.8.2.2 Proposed Action Alternative

5.9 : Land Use:
5.9.1 Affected Environment
5.9.2 Environmental Consequences
5.9.2.1 No Action Alternative
5.9.2.2 Proposed Action Alternative

5.10 : Utilities and Infrastructure:
5.10.1 Affected Environment
5.10.2 Environmental Consequences
5.10.2.1 No Action Alternative
5.10.2.2 Proposed Action Alternative

5.11 : Traffic and Transportation Systems:
5.11.1 Affected Environment
5.11.2 Environmental Consequences
5.11.2.1 No Action Alternative
5.11.2.2 Proposed Action Alternative

5.12 : Air Quality:
5.12.1 Affected Environment
5.12.2 Environmental Consequences
5.12.2.1 No Action Alternative
5.12.2.2 Proposed Action Alternative

5.13 : Greenhouse Gas and Climate Change:
5.13.1 Affected Environment
5.13.2 Environmental Consequences
5.13.2.1 No Action Alternative
5.13.2.2 Proposed Action Alternative

5.14 : Noise:
5.14.1 Affected Environment
5.14.2 Environmental Consequences
5.14.2.1 No Action Alternative
5.14.2.2 Proposed Action Alternative

**Section 6.0 – CUMULATIVE IMPACTS**
6.1 Affected Environment
6.2 Environmental Consequences
6.2.1 No Action Alternative
6.2.2 Proposed Action Alternative

**Section 7.0 – SUMMARY OF SIGNIFICANT IMPACTS, REQUIRED MITIGATION, AND BEST MANAGEMENT PRACTICES**

**Section 8.0 – REFERENCES CONSULTED IN PREPARING THE EA**

**Section 9.0 – LIST OF PREPARERS**

**Section 10.0 – APPENDICES**

## 4.0) POINTS OF CONTACT

# EXHIBIT #11

# Colorado 8-hour Ozone Nonattainment Areas

COLORADO
Air Pollution Control Division
Department of Public Health & Environment

## 2008 Standard




In 2022, the EPA reclassified the Denver metro/north Front Range from a 'serious' to a 'severe' nonattainment area under the 2008 ozone pollution standard. Northern Weld County is classified as in attainment for the 2008 standard.

**Counties:**

- Adams.
- Arapahoe.
- Boulder.
- Broomfield.
- Denver.
- Douglas.
- Jefferson.
- Part of Larimer.
- Part of Weld.

## 2015 Standard




In July 2024, the EPA approved the state's voluntary request to update its nonattainment classification for the 2015 standard. This update reclassified the Denver metro/northern Front Range, including northern Weld County, from a 'moderate' to a 'serious' nonattainment area.

**Counties:**

- Adams.
- Arapahoe.
- Boulder.
- Broomfield.
- Denver.
- Douglas.
- Jefferson.
- Part of Larimer.
- Weld.

## 2015 Standard

COLORADO
Air Pollution Control Division
Department of Public Health & Environment




**Impacted communities include parts of:**

- Arvada.
- Aurora.
- Boulder.
- Brighton.
- Broomfield.
- Castle Rock.
- Centennial.
- Commerce City.
- Denver.
- Englewood.
- Estes Park.
- Evergreen.
- Fort Collins.
- Greeley.
- Golden.
- Highlands Ranch.
- Lakewood.
- Littleton.
- Lone Tree.
- Longmont.
- Louisville.
- Loveland.
- Northglenn.
- Parker.
- Superior.
- Thornton.
- Westminster.
- Windsor.