**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04832

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
DAVID J. VENTURELLA, in his official capacity as Senior Official performing the duties of the Director of Immigration and Customs Enforcement,

Defendants.

---

**DECLARATION OF SHANNON SCHALLER**

---

I, Shannon Schaller, hereby declare that the following is true and correct to the best of my knowledge:

1. I am a resident of the State of Colorado. I am over the age of eighteen and understand the obligations of an oath.
2. I am the Northeast Region Manager at the Colorado Division of Parks and Wildlife (CPW), a division of the Colorado Department of Natural Resources. I have worked in this agency for 25 years.
3. CPW is the agency responsible for conserving and managing Colorado's wildlife, including game species, nongame species, and threatened and endangered species.
4. I make this declaration based on personal knowledge and on my review of information and records gathered by CPW staff.

5. It is my understanding that United States Immigrations and Customs Enforcement (ICE) has entered a contract with GEO Group to operate a civil immigration detention facility in Hudson, Colorado, referred to as the Big Horn Detention Facility. I understand that the selected location formerly served as a private correctional facility, and is not currently occupied. I further understand that the Big Horn facility will require renovation, repairs and/or construction before it can operate as an immigration detention facility, and that some work is already ongoing.
6. Neither ICE nor the Department of Homeland Security (DHS) has contacted CPW about the Big Horn facility, proposed construction and renovation at the site, or the proposed use of the site.
7. Further, CPW is not aware of any public process conducted by ICE or DHS to disclose and analyze potential environmental impacts from construction, renovation, or operation of the facility under the National Environmental Policy Act (NEPA).
8. NEPA environmental reviews play a critical role in preventing or eliminating damage to the environment caused by federal governmental development actions. CPW frequently participates as a cooperating agency in federal NEPA reviews. This allows CPW to inform the federal agency of wildlife-related impacts, identify ways to mitigate those impacts, and develop alternatives.
9. The renovation, construction, and/or operation of the Big Horn facility as an immigration detention center may impact Colorado's interests in wildlife and their habitat.
10. There are multiple species in need of conservation that are known to inhabit areas in the vicinity of the facility.

11. Colorado has a State Wildlife Action Plan that identifies species within the State that most urgently need conservation action, known as Species of Greatest Conservation Need (SGCN). Tier 1 SGCN are identified as needing conservation interventions most urgently. Tier 2 SGCN are in less danger but still need active conservation.

12. Based on CPW's Species Activity Mapping Database, there are likely black-tailed prairie dogs in the vicinity of the facility. Black-tailed prairie dogs are a Tier 2 SGCN, and their presence suggests burrowing owls may also be in the area. Burrowing owls, which often nest in prairie dog colonies, are a Tier 2 SGCN, a state-threatened species, and protected by the Migratory Bird Treaty Act. Additionally, the Northern Leopard Frog, a Tier 1 SGCN, and Cassin's sparrow, protected by state law and the Migratory Bird Treaty Act, have been documented to occur within one mile of the facility. Finally, the facility is within the overall range of the Preble's Meadow Jumping Mouse, a Tier 1 SGCN designated threatened under state law and the federal Endangered Species Act (ESA). Yet CPW is not aware of any consultation by ICE or DHSA with the U.S. Fish and Wildlife Service under section 7 of the ESA or any determination that consultation is not required.

13. In addition, Colorado designates certain areas as High Priority Habitats (HPHs), which are habitat areas where measures to avoid, minimize, and mitigate adverse impacts to wildlife have been identified to protect breeding, nesting, foraging, migrating, or other uses by wildlife.

14. The planned Big Horn facility is in the proximity of at least two CPW-designated HPHs. The construction and repairs at the Big Horn facility and the use of the property may have adverse impacts on these nearby HPHs.

a. First, there is a Mule Deer Migration Corridor within half a mile of the planned Big Horn Facility. Mule Deer Migration Corridors, and wildlife migration corridors in general, are vital for herd health because they provide critical pathways for wildlife to move between seasonal habitats. Construction or renovation work at the Big Horn facility poses a risk of disturbing this wildlife corridor because of the increased traffic volume and because of the facility's nighttime lighting. Increased traffic, increased lighting, and traffic during evening hours can disrupt animal movement by restricting their movement, fragmenting critical habitats, causing animals to move during important resting hours, and increasing overall stress to wildlife. This HPH would have likely been discovered had ICE conducted a NEPA review and provided opportunities for CPW and the public to comment.

b. Second, there is a designated Aquatic Native Species Conservation Water within less than one mile from the Big Horn facility, in Box Elder Creek. This designation identifies bodies of water that require conservation measures to protect native aquatic species. Human disturbance such as noxious weeds or habitat destruction near Native Species Conservation Waters can restrict wildlife movement for native species that rely on specific habitat types. It is reasonably likely that construction and renovation activities at the Big Horn facility will cause run-off into these waters, as well as increased sediment resulting from ground disturbances and vegetation removal. Sediment and other pollutants from runoff can impact aquatic habitat by removing essential habitat components that provide oxygen, nutrients, food sources, refuge, and breeding areas.

15. Activities needed for the renovation and operation of the facility as a civil immigration detention center have the potential to impact these wildlife and ecological resources. For example, colony-dwelling species like prairie dogs need grassland habitat, and development removes habitat and negatively impacts colony connectivity. Other species, such as burrowing owls, raptors, and snakes, rely on prairie dog colonies for food and shelter. Altering or removing prairie dog habitat has cumulative effects on multiple other grassland species.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 25th day of September, 2026.

*/s/ Shannon Schaller*
Shannon Schaller