**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04832

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
DAVID J. VENTURELLA, in his official capacity as Senior Official performing the duties of the Director of Immigration and Customs Enforcement,

Defendants.

---

**[PROPOSED] ORDER FOR PRELIMINARY INJUNCTION**

---

Having considered Plaintiff the State of Colorado's Motion for a Preliminary Injunction, the Court hereby GRANTS the motion and ORDERS as follows:

Defendants are preliminarily enjoined from further implementing their decision to enter into a contract for the renovation and operation of the Big Horn immigration detention facility until all requirements under NEPA have been satisfied.

Defendants are required to provide notice of this Preliminary Injunction Order and the Court's decision on the motion to all agency officers, agents, servants, employees and attorneys, and to all other persons who are in active concert or participation with the Defendants to implement the contract, including the GEO Group and any other contractors or subcontractors responsible for conducting work at the site, and to file a copy of the notice with the Court within 7 days of this Order.

DATED: ____________________ ______________________________

United States District Court Judge