**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04832

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
DAVID J. VENTURELLA, in his official capacity as Senior Official performing the duties of the Director of Immigration and Customs Enforcement,

Defendants.

---

**NOTICE OF RELATED CASE**

---

Pursuant to D.C.Colo.LCivR3.2, Plaintiff, the State of Colorado, submits this Notice of Related Case to advise the Court that the following case, pending in the U.S. District Court for the District of Colorado, is related:

- *GreenLatinos v. Mullin*, 26-cv-04629-REB (D.Colo.) (filed on Sep. 21, 2026)

The present matter and the related case name all the same defendants, and they share common facts regarding a proposed immigration detention facility to be located in Hudson, Colorado, as well as claims asserting, *inter alia*, violations of the Administrative Procedure Act ("APA") and the National Environmental Policy Act ("NEPA"). The present action differs in that the State of Colorado seeks a preliminary injunction, which will be filed concurrently with its Complaint.

Respectfully submitted,

Dated: September 29, 2026

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Carrie Noteboom*
***Carrie Noteboom***
Assistant Deputy Attorney General
***Sarah H. Weiss***
Senior Assistant Attorney General
***Sam Wolter***
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov
Sarah.Weiss@coag.gov
Samuel.Wolter@coag.gov
*Attorneys for plaintiff State of Colorado*