UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

| | |
|---|---|
| STATE OF COLORADO,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Defendants. | Case No. 26-cv-04832 |

DECLARATION OF AMANDA STOUGHT

I, Amanda Stought, hereby make the following declaration with respect to the above captioned matter:

1. I am a Contracting Officer (CO) for the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), assigned to the Detention Compliance and Removals (DCR) unit within the Office of Acquisition Management (OAQ). I make this declaration in support of the contract for the renovation and operation of the Big Horn facility, in Hudson, Colorado. The facts set forth herein are based on my personal knowledge, my review of the official contract file (Contract No. 70CDCR26D00000049) (Exhibit A – Contract), and my duties as the CO responsible for the administration and oversight of this contract.

2. I have eight years of federal contracting experience and am a graduate of the DHS Acquisition Professional Career Program (APCP). I served as a Contract Specialist at the Transportation Security Administration (TSA) for one year before transitioning to ICE to complete the APCP program, which included permanent placement at the agency upon graduation. I have

seven years of contracting experience at ICE, and I have served as a warranted Contracting Officer since February 2025. I hold the Federal Acquisition Certification in Contracting (FAC-C) Professional, having previously achieved legacy FAC-C Level III certification. In my capacity as the CO for this requirement, I am authorized to bind the Government, administer the terms and conditions of the contract, and oversee the contractor's performance in accordance with the Federal Acquisition Regulation (FAR) and agency policy.

3. On July 9, 2026, DHS entered into a five-year contract valued at $528,678,643.44 with GEO Group, Inc., for detention services for the Big Horn facility.

4. As of October 8, 2026, $30,229,855.99 has been obligated on the contract, which includes the 6 month transition period during which renovations will be made to prepare the site to become fully operational.

5. Contract No. 70CDCR26D00000049 is for the improvement and operation of the facility known as the Big Horn facility, located, according to Weld County, Colorado land records, at 3001 North Juniper Street, Hudson, CO 80642-9400. The property consists of approximately 80 acres, upon which a large, currently vacant former prison sits. The prison has a floor area of approximately 296,000 square feet.

6. The contract provides for the operation of a 1,188 bed detention facility at maximum capacity. The contract includes detention services, transportation services, housekeeping services, and case process services, more fully laid out in the attached Exhibit B – Performance Work Statement, also listed as Attachment 1 to the contract in Exhibit A. The facility is located in Hudson's I-3 zoning district, which accommodates industrial uses that have the highest allowed amounts of noise and pollution compared to other industrial districts, including uses such as recycling facilities and cement production. Hudson City Zoning Code, art. 5, § 16-

55(c), https://www.zoneomics.com/code/hudson-CO/chapter_5 (accessed October 9, 2026). The Town of Hudson Zoning map confirms this designation:




Town of Hudson Zoning Map, https://hudsonco.gov/230/Maps#docaccess-1f31324fb9797715a969e858a96d2a7a14d8133d8f726b2684e14842b0ca419b (accessed October 9, 2026) (red star indicates Big Horn facility).

7. There are a number of contracted improvements scheduled for the facility; some for the interior of the facility, and some for the exterior of the buildings and the associated grounds. These improvement items are designed to meet the government's contractual requirements; the specific improvement items themselves are set out in the contractor's proposal to meet these requirements. The detention facility itself is not being expanded. Work within the structures consists of those improvements needed to meet ICE detention standards requirements, such as

upgraded communications and security systems. As of October 8, 2026, the following items of work have been completed outside the building:

- Existing main parking lot and entrance drives repaved; 44 additional parking spaces added to this parking lot
- New fence around the main parking lot with manual gates and manual barriers at each of the two existing vehicle entrances

8. As of October 8, 2026, the following items of work remain to be completed outside the facility:

- Pave new 64-space lot on the north side of the existing support building for ICE administrative staff working in new modular trailer building
- Pave new 5-space parking lot next to new modular trailer building required for Immigration Judges
- Install new gate on the north side of the grounds to provide access to the parking lot spaces for ICE administrative personnel
- Lay approximately 150 feet of new sidewalk to provide access to modular immigration court modular trailer building
- Install the modular trailer buildings for ICE administration and immigration court, approximately 12,500 square feet in area, being fabricated off-site
- Install a modular trailer approximately 1,800 square feet in area for transportation services

9. No new water, sewer, or electrical service works are anticipated as necessary to support the facility as contracted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

AMANDA L STOUGHT Digitally signed by AMANDA L STOUGHT Date: 2026.10.14 13:16:48 -04'00'

Amanda Stought
Contracting Officer
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement