**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-04832-SKC

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
DAVID J. VENTURELLA, in his official capacity as Senior Official performing the duties of the Director of Immigration and Customs Enforcement,

Defendants.

---

**COLORADO'S MOTION FOR EXPEDITED CONSIDERATION OF ITS PENDING MOTION FOR PRELIMINARY INJUNCTION**

---

Colorado respectfully requests that the Court schedule expedited oral argument or hearing on its pending Motion for Preliminary Injunction ("Motion") and promptly issue a decision on the Motion. Colorado conferred with counsel for Defendants on this request, and Defendants reserve their position on Colorado's request until after reviewing this motion.

Colorado's Motion seeks preliminary relief to stop ongoing work to renovate and operate an immigration detention and processing center in the Town of Hudson until Defendants complete the environmental review required by the National Environmental Policy Act ("NEPA"). Colorado's Motion was filed on September 29, 2026, and was fully briefed on an expedited schedule as of October 26, 2026. As

detailed in that Motion and further set forth in Defendants' response in opposition, construction and renovation work is actively underway at the site and could be completed by the end of this year. As a result, every day harm continues to accrue, effectively allowing Defendants to continue their construction and renovation despite the fact that Defendants have acknowledged they did not conduct any environmental review pursuant to NEPA before starting work.

In addition, on October 30, 2026, the Court stayed a related case, *GreenLatinos v. Mullin*, No. 1:26-cv-04629-SKC-KAS, in which plaintiffs also sought a preliminary injunction, pending the outcome of Colorado's Motion. It is therefore in the interest of justice to promptly resolve Colorado's Motion, and good cause exists for expedited consideration. *See* 28 U.S.C. § 1657(a).

Colorado accordingly requests that the Court schedule oral argument or a hearing as soon as possible and quickly issue a decision on the pending Motion for Preliminary Injunction. To the extent the Court determines that oral argument or a hearing will not aid its decision-making, Colorado respectfully requests that the Court issue a decision prior to the Thanksgiving holiday.

Dated: November 17, 2026

Respectfully submitted,

**PHILIP J. WEISER**
Attorney General of Colorado

*/s/ Carrie Noteboom*
***Carrie Noteboom***
Assistant Deputy Attorney General
***Sarah H. Weiss***
Senior Assistant Attorney General
***Sam Wolter***
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
Carrie.Noteboom@coag.gov
Sarah.Weiss@coag.gov
Samuel.Wolter@coag.gov
*Attorneys for plaintiff State of Colorado*

## ARTIFICIAL INTELLIGENCE CERTIFICATION

I hereby certify that no portion of the foregoing filing was drafted using generative artificial intelligence.

*/s/ Carrie Noteboom*
Carrie Noteboom